

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CHARLES NAPOLI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

v.

SEARS, ROEBUCK & CO.

**08CV1832**
**JUDGE KENNELLY**
**MAG. JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHARLES NAPOLI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

SIGNATURE: [signature: Joseph P. Shea]

FILED
MAR 31 2008
Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FIRM: LAW OFFICES OF JOSEPH PATRICK SHEA

STREET ADDRESS: 2400 N. WESTERN AVE, STE. 205

CITY/STATE/ZIP: CHICAGO, IL 60647

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6207796

TELEPHONE NUMBER: 773-365-0040

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐