## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1832 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Napoli vs. Sears Roebuck & Co. | | |

**DOCKET ENTRY TEXT**

Plaintiff's complaint, filed in this court pursuant to diversity jurisdiction, alleges only the residency and not the citizenship of the plaintiff. The two are not necessarily the same. Unless plaintiff files an amended complaint by 4/15/08 properly alleging diversity of citizenship, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|