# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1832 |

CHARLES NAPOLI,
    Plaintiffs,
v.
SEARS, ROEBUCK AND CO.,
    Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEARS, ROEBUCK AND CO.

| |
|---|
| NAME (Type or print) <br> BRADLEY B. FALKOF |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ BRADLEY B. FALKOF |
| FIRM <br> BARNES & THORNBURG LLP |
| STREET ADDRESS <br> ONE NORTH WACKER DRIVE, STE. #4400 |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> #3121697 | TELEPHONE NUMBER <br> (312) 357-1313 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐