UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES NAPOLI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. 08 C 1832<br><br>The Honorable Judge Kennelly |

**DEFENDANT SEARS ROEBUCK AND CO.'S UNCONTESTED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

Defendant Sears, Roebuck and Co. ("Sears"), pursuant to Fed. R. Civ. P. 6, moves for entry of an order enlarging the time period in which Sears is required to answer, move, or otherwise plead in response to Plaintiff's Amended Class Action Complaint (the "Amended Complaint"). In support of this motion, Sears states as follows:

1. On March 31, 2008, Plaintiff filed this class action against Sears.

2. On April 17, 2008, Sears was served with a copy of Plaintiff's Class Action Complaint.

3. On April 25, 2008, Sears was served with a copy of Plaintiff's Amended Complaint.

4. Sears requests it be allowed until June 6, 2008, to answer, move, or otherwise plead in response to Plaintiff's Amended Complaint.

5. This motion is not made for the purpose of delaying these proceedings. The additional time is necessary for Sears to adequately prepare its defense to Plaintiff's Amended

Complaint.

6.     Plaintiff's counsel has agreed to the enlargement of time requested and has not objection to this motion.

Wherefore, Defendant, Sears Roebuck and Co., respectfully requests that this Court enter an order granting it up to and including June 6, 2008, to answer, move, or otherwise plead in response to Plaintiff's Amended Class Action Complaint.

                Respectfully submitted,

                Sears, Roebuck and Co.


                By:   s/ Brad E. Rago
                      One of Its Attorneys

Bradley B. Falkof (ARDC # 3121697)
Brad E. Rago (ARDC # 6275740)
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2809
(312) 357-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing **Uncontested Motion for Enlargement of Time to Answer, Move, or Otherwise Plead** was served on the following via the Court's CM/ECF system on this 2nd day of May 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0400
Facsimile: 773-772-2421

                                                             s/ Brad E. Rago