UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES NAPOLI, on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Case No. 08 C 1832<br>)<br>) The Honorable Judge Kennelly<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF UNCONTESTED MOTION

**PLEASE TAKE NOTICE** that on May 7, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant Sears, Roebuck and Co.'s Uncontested Motion for an Enlargement of Time to Answer, Move, or Otherwise Plead**, a copy of which is attached hereto and hereby served upon you.

              Respectfully submitted,

              SEARS, ROEBUCK AND CO.


            By:  s/ Brad E. Rago
               One of Its Attorneys

Bradley B. Falkof (ARDC # 3121697)
Brad E. Rago (ARDC # 6275740)
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2809
(312) 357-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing **Notice of Uncontested Motion** was served on the following via the Court's CM/ECF system on this 2nd day of May 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0400
Facsimile: 773-772-2421


                                                                      s/ Brad E. Rago