# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1832 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Charles Napoli vs. Sears, Roebuck and Co. | | |

**DOCKET ENTRY TEXT**

Defendant's uncontested motion for enlargement of time is granted. Response to complaint is to be filed from 6/6/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|