U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08CV1832 |
|---|---|
| CHARLES NAPOLI, on Behalf of Himself and All Others Similarly Situated v. SEARS ROEBUCK AND CO. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEARS ROEBUCK AND CO., Defendant

| NAME (Type or print) |
|---|
| Kara J. Rosenthal |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kara J. Rosenthal |
| FIRM |
| Wheeler Trigg Kennedy LLP |
| STREET ADDRESS |
| 1801 California Street, Suite 3600 |
| CITY/STATE/ZIP |
| Denver, CO 80202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 303-244-1809 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐