# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 08CV1832
CHARLES NAPOLI
v.
SEARS, ROEBUCK AND CO.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEARS, ROEBUCK AND CO., Defendant

| | |
|---|---|
| NAME (Type or print) <br> Galen D. Bellamy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Galen D. Bellamy | |
| FIRM <br> Wheeler Trigg Kennedy LLP | |
| STREET ADDRESS <br> 1801 California Street, Suite 3600 | |
| CITY/STATE/ZIP <br> Denver, CO 80202 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 303-244-1844 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |