UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, CHRISTINA RAMER, JEFFREY A. AND SANDRA K. ROBINSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. 08-CV-1832<br><br>The Honorable Judge Kennelly |

**DEFENDANT SEARS ROEBUCK AND CO.'S UNCONTESTED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

Defendant Sears, Roebuck and Co. ("Sears"), pursuant to Fed. R. Civ. P. 6, moves for entry of an order enlarging the time period in which Sears is required to answer, move, or otherwise plead in response to Plaintiffs' Consolidated Class Action Complaint. In support of this motion, Sears states as follows:

1. On March 31, 2008, Plaintiff Charles Napoli filed a class action against Sears.

2. On May 28, 2008, the Court granted Plaintiff Napoli leave to file a consolidated complaint that would include the claims of additional plaintiffs.

3. On July 1, 2008, Plaintiffs filed their Consolidated Class Action Complaint, which includes claims that were previously asserted in three separate putative class actions, including the action brought by Plaintiff Napoli in this Court, as well as the actions that were brought in the United States District Court for the Eastern District of Wisconsin (*Robinson v. Sears Holding Corp.*, Civil Action No. 2:08-C-00217 ("*Robinson*")) and in the United States District Court for the Northern District of Ohio (*Donia v. Sears Holding Corp.*, Civil Action No.

1

1:07CV2627 ("*Donia*")).  By agreement of the parties, the *Robinson* and *Donia* actions were voluntarily dismissed, and the claims of the named plaintiffs in those actions have been combined with the claims of Plaintiff Napoli in this action.  In addition, Plaintiffs have added claims on behalf of four new named-plaintiffs.  In all, the Consolidated Class Action Complaint now includes eight named-plaintiffs in addition to Mr. Napoli and twenty-six additional claims against Sears.

4. Sears requests a thirty-day enlargement of time, up to and including August 11, 2008, to answer, move, or otherwise plead in response to Plaintiffs' Consolidated Class Action Complaint.

5. Plaintiffs' counsel has agreed to the enlargement of time requested and has no objection to this motion.

6. This motion is not made for the purpose of delaying these proceedings.  The additional time is necessary for Sears to adequately prepare its defense to Plaintiffs' Consolidated Amended Complaint.

Wherefore, Defendant, Sears Roebuck and Co., respectfully requests that this Court enter an order granting it up to and including August 11, 2008, to answer, move, or otherwise plead in response to Plaintiffs' Consolidated Class Action Complaint.

Respectfully submitted,

Sears, Roebuck and Co.

By: ____s/ Brad E. Rago_____
One of Its Attorneys

Bradley B. Falkof (ARDC # 3121697)
Brad E. Rago (ARDC # 6275740)
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606-2809
(312) 357-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing **Uncontested Motion for Enlargement of Time to Answer, Move, or Otherwise Plead** was served on the following via the Court's CM/ECF system and via facsimile on this 7th day of July 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421

James E. Miller
Patrick A. Klingman
SHEPHERD FINKLEMAN MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
SHEPARD FINKELMAN MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
SHEPARD FINKELMAN MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

Ronald S. Kravitz
Matthew Borden
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com

                                                                                                   s/ Brad E. Rago

CHDS01 BRAGO 473733v1