UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES NAPOLI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. 08 C 1832<br><br>The Honorable Judge Kennelly |

## NOTICE OF UNCONTESTED MOTION

**PLEASE TAKE NOTICE** that on July 10, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the attached *Defendant Sears Roebuck and Co.'s Uncontested Motion for an Enlargement of Time to Answer, Move, or Otherwise Plead*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

Sears, Roebuck and Co.

By:  s/ Brad E. Rago
     One of Its Attorneys

Bradley B. Falkof (ARDC # 3121697)
Brad E. Rago (ARDC # 6275740)
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2809
(312) 357-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing **Defendant Sears, Roebuck and Co.'s Uncontested Motion for Enlargement of Time to Answer, Move, or Otherwise Plead** was served on the following via the Court's CM/ECF system on this 7th day of July 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421

James E. Miller
Patrick A. Klingman
SHEPHERD FINKLEMAN MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
SHEPARD FINKELMAN MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
SHEPARD FINKELMAN MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

Ronald S. Kravitz
Matthew Borden
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com

                                                  s/ Brad E. Rago