UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charles Napoli, et al.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−01832
                                            Honorable Matthew F. Kennelly

Sears, Roebuck and Co.,
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

       MINUTE entry before the Honorable Matthew F. Kennelly:Case being reassigned to Judge Lefkow as a related case to 06 C 7023, status hearing of 7/29/2008 before Judge Kennelly is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.