# United States District Court
# Northern District of Illinois

In the Matter of

Napoli

v.

Sears, Roebuck & Co.

Case No. 08 C 1832

Designated Magistrate Judge
Maria Valdez

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **06 C 7023** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Joan H. Lefkow

Dated: July 17, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Joan H. Lefkow**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: JUL 1 7 2008

Finding of Relatedness (Rev. 9/99)