UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, CHRISTINA RAMER, JEFFREY A. AND SANDRA K. ROBINSON, Individually And On Behalf Of All Others Similarly Situated, <br><br>Plaintiffs, <br><br>v. <br><br>SEARS, ROEBUCK AND CO., <br><br>Defendant. | Case No. 08 C 1832 |

**DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS
FROM THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(f), 23(c)(1), and 23(d)(1)(D), Defendant Sears, Roebuck and Co. ("Sears") moves for an order striking all class allegations from Plaintiffs' Consolidated Class Action Complaint (the "Complaint") to prevent wasteful class discovery and class-certification proceedings. In support of this motion, Sears states as follows:

1. The class allegations are "immaterial [or] impertinent," Fed. R. Civ. P. 12(f), because it is readily apparent at this "early practicable time," Fed. R. Civ. P. 23(c)(1)(A), that Plaintiffs cannot maintain a class action under Rule 23.

2. Plaintiffs' proposed nationwide class and statewide subclasses are fatally over-inclusive and unascertainable.

3. Plaintiffs fail to meet the requirement of the Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. § 2301 *et seq.*, that there be at least 100 named plaintiffs to bring a class claim under the Act. *See* 15 U.S.C. § 2310(d)(3)(C).

4. Plaintiffs' allegations and the service histories of the subject washing machines show that Plaintiffs' claims are not typical of the proposed classes because the Complaint contains no good-faith allegations that can support an inference of class-wide defect or injury.

5. Individual questions of fact and law dominate Plaintiffs' class claims for money damages, making a class action inferior and unmanageable.

6. Plaintiffs' allegations in support of their proposed injunctive-relief classes do not satisfy the requirements of Rule 23(b)(2) because Plaintiffs primarily seek monetary relief and because individual factual and legal questions dominate Plaintiffs' claims.

This motion to strike is based on this motion and notice of motion, Sears' concurrently filed supporting memorandum of law, the Affidavit of Steven Namnick dated July 31, 2008, the Affidavit of Anthony Hardaway dated August 8, 2008, and the other exhibits to Sears' memorandum of law.

**Sears requests a hearing on this motion to strike.**

Dated: August 11, 2008                           Respectfully submitted,


s/ Michael T. Williams
Michael T. Williams
Galen D. Bellamy
Kara J. Rosenthal
Evan Stephenson
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202-2617
Telephone: (303) 244-1800
Facsimile:  (303) 244-1879

and

Bradley B. Falkof
Brad E. Rago
Barnes & Thornburg LLP
1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-8304
Facsimile:  (312) 759-5646

Attorneys for Sears, Roebuck and Co.

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that a copy of the foregoing DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS FROM THE CONSOLIDATED CLASS ACTION COMPLAINT was served on the following via the Court's CM/ECF system on this 11th day of August 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421

James E. Miller
Patrick A. Klingman
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
Shepherd Finkelman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

2

Ronald S. Kravitz
Matthew Borden
Liner Yankelvitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com


        s/ Michael T. Williams