# EXHIBIT 1

Case 1:08-cv-01832    Document 32-2    Filed 08/11/2008    Page 1 of 8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, CHRISTINA RAMER, JEFFREY A. AND SANDRA K. ROBINSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SEARS, ROEBUCK AND CO., <br><br> Defendant. | Case No. 08 C 1832 |

### AFFIDAVIT OF STEVEN NAMNICK

I, Steven Namnick, being duly sworn, state as follows:

1. I am employed by Sears Holdings Corporation ("Sears"), the parent company of Sears, Roebuck and Co., as an SAS Warranty Analyst. As a Warranty Analyst, my job responsibilities include querying and analyzing Sears' customer, merchandise, service, and other databases, primarily on an *ad hoc* basis, to assist other Sears business personnel, primarily Sears Home Services personnel, in their various job responsibilities. I am over 21 years of age, of sound mind, and competent to testify. Except as otherwise stated, I have personal knowledge of the facts stated in this affidavit. If called as a witness, I could testify as to each of them.

2. In this affidavit I state facts in support of Sears' motion to strike class allegations in this lawsuit. The facts that I believe are the facts likely to be of greatest interest to the Court for that purpose are as follows:

   a. Approximately 98.16% of all owners of Sears' Kenmore Elite®-brand HE3, HE3t, HE4t, and HE5t model front-loading washing machines ("Kenmore Access washers")[1] who are known to Sears have never reported to Sears any problem that potentially could have been related to mold or mildew growth in their Access washer.

   b. Approximately 99.50% of all owners of Sears' Kenmore®-brand HE2 and HE2t model front-loading washing machines ("Kenmore Horizon washers")[2] who are

---

[1] I refer to the Kenmore Elite® HE3, HE3t, HE4t, and HE5t washers as "Kenmore Access washers" because they are manufactured by Whirlpool Corporation on Whirlpool's "Access" engineering platform.

[2] I refer to the Kenmore® HE2 and HE2t washers as "Kenmore Horizon washers" because they are manufactured by Whirlpool Corporation on Whirlpool's "Horizon" engineering platform.

known to Sears have never reported to Sears any problem that potentially could have been related to mold or mildew growth in their Horizon washer.

The remainder of this affidavit describes how I obtained these results and the other results discussed below.

3.  Sears operates its own extensive network of service technicians that provides both in-warranty and out-of-warranty service to Sears customers. In addition to the service technicians employed directly by Sears, Sears is the majority owner and operator of A & E Factory Service, one of the nation's largest service providers for home appliances and other consumer products. Further, Sears uses Sears-authorized, third-party service providers in areas of the country in which Sears and A & E Factory Service do not provide service coverage. These third-party service providers are referred to as Authorized Servicer Administration or "ASA" providers. Through Sears' databases, I have access to records of service calls performed by Sears service technicians, A & E service technicians, and ASA service technicians. Most customers who buy their appliances from Sears call Sears for service when service is needed, regardless of whether the product is still covered by a warranty, and Sears performs service calls directly for its customers using Sears service technicians, A & E technicians, or ASA technicians, depending upon availability of service providers in the customer's local area. Thus, Sears receives and maintains both in-warranty and out-of-warranty service-call data for Sears' customers who have received service from Sears or A & E.

4.  Using customer, merchandise, service, and other data collected and maintained by Sears in the ordinary course of Sears' and A & E Factory Service's business operations, in late July 2008, I conducted several data analyses to identify all service calls on Kenmore Access washers and Kenmore Horizon washers that _potentially_ are related to mold or mildew growth or odors similar to those allegedly experienced by the plaintiffs. Sears' and A & E's service data show that during the entire life of the Kenmore Access and Kenmore Horizon washers to date, the vast majority of owners have not required such a service call.

5.  First, I searched several data tables to identify all owners of Kenmore Access washers in the United States and all owners of Kenmore Horizon washers in the United States who could be identified in Sears' databases. There may remain some very low level of duplication among the set of owners I identified. Due to data-entry issues (_e.g._, not all owner records contain data in the fields, such as product serial number, that would allow me to perform additional de-duplication of the washer ownership records), it was not possible to eliminate all duplicate records.

6.  Sears' databases also identify which of these owners in the United States bought from Sears a service contract that covered their washer for some period beyond the full one-year warranty that covers each new Kenmore Access and Kenmore Horizon washer. Sears provides the written warranty that covers each new Kenmore Access and Kenmore Horizon washer for the first year of life, and the warranty may include extended warranties on specific components. The service contracts that Sears has sold during the past six years are generally referred to as either Protection Agreements or Maintenance Agreements, depending on when the customer bought one. For each calendar year 2001 through 2008, I was able to determine the number of Kenmore Access washer owners who could be identified from Sears' customer and service databases and

determine how many of them had bought a service contract, as illustrated in Table 1. Similarly, for each calendar year 2005 through 2008, I was able to determine the number of Kenmore Horizon washer owners who could be identified from Sears' customer and service databases and determine how many of them had bought a service contract, as illustrated in Table 2.

TABLE 1: Kenmore Access Washer Owners in the United States Who Can Be Identified in Sears' Databases

| Sales Year | All Kenmore Access Owners | Kenmore Access Owners Who Bought a Sears Service Contract | Kenmore Access Owners Who Did Not Buy a Sears Service Contract |
|---|---|---|---|
| 2001 | 50,292 | 23,126 | 27,166 |
| 2002 | 182,799 | 89,864 | 92,935 |
| 2003 | 219,302 | 107,387 | 111,915 |
| 2004 | 286,343 | 142,589 | 143,754 |
| 2005 | 361,789 | 172,524 | 189,265 |
| 2006 | 281,149 | 127,768 | 153,381 |
| 2007 | 207,752 | 98,390 | 109,362 |
| 2008 | 64,318 | 29,427 | 34,891 |
| 2001-2008 | 1,653,744 | 791,075 | 862,669 |

TABLE 2: Kenmore Horizon Washer Owners in the United States Who Can Be Identified in Sears' Databases

| Sales Year | All Kenmore Horizon Owners | Kenmore Horizon Owners Who Bought a Sears Service Contract | Kenmore Horizon Owners Who Did Not Buy a Sears Service Contract |
|---|---|---|---|
| 2005 | 36,399 | 14,116 | 22,283 |
| 2006 | 289,173 | 102,822 | 186,351 |
| 2007 | 395,358 | 143,455 | 251,903 |
| 2008 | 173,418 | 61,817 | 111,601 |
| 2005-2008 | 894,348 | 322,210 | 572,138 |

7. Second, I conducted key-word searches of the customer's comments and service technician's comments fields in Sears' service records for the United States Kenmore Access and Kenmore Horizon washer owners, respectively, to identify complaints that potentially were related to mold or mildew growth or odors in the washer. For purposes of this analysis, I defined "service call" broadly to include all service calls that were run by the Sears or A & E service network for any reason. The service records included in my analysis included all service calls to correct installation problems with the washing machines, all service calls to correct or repair damage to the washer that occurred during shipment or delivery, all service calls to instruct the customer as to the proper use and care of the washer, all service calls to repair or replace one or more components of the washer due to a machine malfunction or for some other reason, all Preventative Maintenance Checks ("PM Checks"), and all service orders that were placed by customers, regardless of whether a service call was run to complete the order.[3] To be overly inclusive in my search for relevant records, the key words I used for these searches were mold, mildew, odor, smell, rotten, egg, stink, musty, sour, foul, stale, sulph, scum, film, residue, and soil (or any word like one of these). Further, I have not excluded any records from my counts, even though I am certain that the results returned by my query include hundreds of service records that are not related to potential mold or mildew growth. For example, I did not filter out any records where the customer's or service technician's comments described the "smell" or "odor" as a burning, smoky, oil, gas, grease, rubber, metallic, electric, or dead animal smell or odor. By performing the above key-word queries of Sears' service records, I was able to identify approximately 30,411 Kenmore Access washer owners in the United States who reportedly have experienced any problem that potentially could have been related to mold or mildew growth in their washer. I also was able to identify approximately 4,480 Kenmore Horizon washer owners in the United States who reportedly have experienced any problem that potentially could have been related to mold or mildew growth in their washer. Because my searches for relevant records were overly inclusive, I know that some fraction of these Kenmore Access and Kenmore Horizon washer owners did not actually experience a mold or mildew problem. To eliminate the irrelevant service records from my estimates, however, I would have to read the individual customer comments and service technician comments in each of the thousands of service records to identify which records actually indicate a mold- or mildew-related problem. I did not have time to read all of these records to eliminate the irrelevant subsets. This means that less than 1.84% (30,411 / 1,653,744) of the Kenmore Access washer owners known to Sears reportedly have experienced any problem that potentially could have been related to mold or mildew growth in their Kenmore Access washers. **This also means that at least 98.16% of all Kenmore Access washer owners known to Sears have never experienced any problem that potentially could have been related to mold or mildew, and this includes owners who have owned their Kenmore Access washers for more than six years.** Further, this means that less than 0.50% (4,480 / 894,348) of the Kenmore Horizon washer owners known to Sears reportedly have experienced any problem that potentially could have been related to mold or mildew growth in their Kenmore Horizon washers. **This also means that at least 99.50% of all Kenmore Horizon washer owners known to Sears have never experienced any problem that**

---

[3] PM Checks are preventive-maintenance service calls that Sears performs, at the customer's request and at no charge to the customer, once per year for those customers who have bought a Protection Agreement or Maintenance Agreement. Most, but not all, Sears customers who buy a service contract from Sears will schedule a PM Check each year during the period when their appliance is covered by the service contract, even if the appliance has not experienced any mechanical, electrical, or other problem.

potentially could have been related to mold or mildew, and this includes owners who have owned their Kenmore Horizon washers for more than two years. The results of my mold-mildew analysis are summarized in Tables 3 and 4 below.

TABLE 3: Kenmore Access Washer Owners in the United States Who Reportedly Have Experienced Potential Mold or Mildew Growth in the Washer

| Sales Years | All Kenmore Access Washer Owners | Kenmore Access Washer Owners Who Reportedly Experienced Potential Mold or Mildew During the Life of the Washer | Kenmore Access Washer Life-of-Product Mold-Mildew Complaint Rate |
|---|---|---|---|
| 2001 | 50,292 | 1,493 | 2.97% |
| 2002 | 182,799 | 5,968 | 3.26% |
| 2003 | 219,302 | 6,289 | 2.88% |
| 2004 | 286,343 | 6,523 | 2.28% |
| 2005 | 361,789 | 6,455 | 1.78% |
| 2006 | 281,149 | 2,659 | 0.95% |
| 2007 | 207,752 | 928 | 0.45% |
| 2008 | 64,318 | 96 | 0.15% |
| 2001-2008 | 1,653,744 | 30,411 | 1.84% |

TABLE 4: Kenmore Horizon Washer Owners in the United States Who Reportedly Have Experienced Potential Mold or Mildew Growth in the Washer

| Sales Years | All Kenmore Horizon Owners | Kenmore Horizon Owners Who Reportedly Experienced Potential Mold or Mildew | Kenmore Horizon Mold-Mildew Complaint Rate |
|---|---|---|---|
| 2005 | 36,399 | 541 | 1.49% |
| 2006 | 289,173 | 2,085 | 0.72% |
| 2007 | 395,358 | 1,527 | 0.39% |
| 2008 | 173,418 | 327 | 0.19% |
| 2005-2008 | 894,348 | 4,480 | 0.50% |

8. Using the same data sources and methodology described above, I conducted additional analyses to determine how many and what fraction of the Kenmore Access and Kenmore Horizon washer owners who bought a Sears service contract reportedly have experienced any problem that potentially could have been related to mold or mildew growth in their Kenmore Access and Kenmore Horizon washers, respectively. The results of this analysis are summarized in Tables 5 and 6 below.

**TABLE 5:** Kenmore Access Washer Service-Contract Owners in the United States Who Reportedly Have Experienced Potential Mold or Mildew Growth in the Washer

| Sales Years | Kenmore Access Owners Who Bought a Sears Service Contract | Kenmore Access Service-Contract Owners Who Reportedly Experienced Potential Mold or Mildew During the Life of the Washer | Life-of-Product Mold-Mildew Complaint Rate for Kenmore Access Service-Contract Owners |
|---|---|---|---|
| 2001 | 23,126 | 1,216 | 5.26% |
| 2002 | 89,864 | 4,929 | 5.48% |
| 2003 | 107,387 | 5,235 | 4.87% |
| 2004 | 142,589 | 5,368 | 3.76% |
| 2005 | 172,524 | 5,190 | 3.00% |
| 2006 | 127,768 | 1,946 | 1.52% |
| 2007 | 98,390 | 563 | .57% |
| 2008 | 29,427 | 64 | .22% |
| 2001-2008 | 791,075 | 24,511 | 3.10% |

TABLE 6: Kenmore Horizon Washer Service-Contract Owners in the United States Who Reportedly Have Experienced Potential Mold or Mildew Growth in the Washer

| Sales Years | Kenmore Horizon Owners Who Bought a Sears Service Contract | Kenmore Horizon Service-Contract Owners Who Reportedly Experienced Potential Mold or Mildew During the Life of the Washer | Life-of-Product Mold-Mildew Complaint Rate for Kenmore Horizon Service-Contract Owners |
|---|---|---|---|
| 2005 | 14,116 | 374 | 2.65% |
| 2006 | 102,822 | 1,296 | 1.26% |
| 2007 | 143,455 | 738 | 0.51% |
| 2008 | 61,817 | 147 | 0.24% |
| 2005-2008 | 322,210 | 2,555 | 0.79% |

9. As shown in Table 5 above, less than 3.10% (24,511 / 791,075) of the Kenmore Access washer service-contract owners reportedly have experienced any problem that potentially could have been related to mold or mildew growth in their Kenmore Access washers. This also means that at least 96.90% of all Kenmore Access washer service-contract owners known to Sears have never experienced any problem that potentially could have been related to mold or mildew, and this includes owners who have owned their Kenmore Access washers for more than five years. As shown in Table 6 above, less than 0.79% (2,555 / 322,210) of the Kenmore Horizon service-contract owners known to Sears reportedly have experienced any problem that potentially could have been related to mold or mildew growth in their Kenmore Horizon washers. This also means that at least 99.21% of all Kenmore Horizon service-contract owners known to Sears have never experienced any problem that potentially could have been related to mold or mildew, and this includes owners who have owned their Kenmore Horizon washers for more than two years.

Further affiant sayeth not.

_____
Steven Namnick

Subscribed and sworn to before me this 31 day of July 2008.

_____
Notary Public

OFFICIAL SEAL
Leslie J. Ruttenberg
Notary Public, State Of Illinois
My Commission Expires 8/10/10