# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN BETTUA, GIUSEPPINA P. DONIA, <br> DERRAL HOWARD, DENISE MILLER, <br> CHARLES NAPOLI, VIC PFEFER, <br> CHRISTINA RAMER, JEFFREY A. AND <br> SANDRA K. ROBINSON, Individually And <br> On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SEARS, ROEBUCK AND CO., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No. 08 C 1832 |

## AFFIDAVIT OF ANTHONY H. HARDAWAY

I, Anthony H. Hardaway, being duly sworn, state as follows:

1.      I am employed by Whirlpool Corporation ("Whirlpool"), as Lead Engineer, Advance Chemistry Technology. I am over 21 years of age, of sound mind, and competent to testify. Except as otherwise stated, I have personal knowledge of the facts stated in this affidavit. If called as a witness, I could testify as to each of them.

2.      In this affidavit I state facts in support of Sears' motion to strike class allegations in this lawsuit.

3.      In addition to manufacturing front-loading washing machines for sale under the Whirlpool®, KitchenAid®, and Maytag®-brand names, Whirlpool manufactures Kenmore Elite®- and Kenmore®-brand front-loading washing machines exclusively for Sears Holdings Corporation ("Sears") for resale to Sears' customers under Sears' private brand names. Whirlpool sells these front-loading washers to Sears without warranty, and Sears issues its own written warranty when Sears sells each new Kenmore Elite® or Kenmore®-brand washer to a consumer or other customer.

4.      In 2001, Sears first began selling Whirlpool-manufactured front-loading washing machines under its brand name Kenmore Elite®. Kenmore Elite® front-loading washing machines have been sold under the model names HE3, HE3t, HE4t, and HE5t. The Kenmore Elite® HE3, HE3t, HE4t, and HE5t washers are built on the same engineering platform, which is

referred to internally by Whirlpool as the "Access platform."[1]  I will refer to the Kenmore Elite® HE3, HE3t, HE4t, and HE5t washers as "Kenmore Access washers."

5.      All Access platform washers are nearly identical from an engineering standpoint. Although there are some functional differences among the Kenmore Elite® model washers (e.g., the HE3t, HE4t, and HE5t models have a heating element that allows the consumer to select a "Sanitary Cycle" that superheats the water to kill bacteria in clothing, which is a feature not present in the HE3 models), most of the differences are aesthetic.

6.      In 2006, Sears began selling a new, smaller-capacity, Whirlpool-manufactured front-loading washer under its brand name Kenmore®.  The Kenmore® front-loading washing machines have been sold under the model names HE2 and HE2t.  The Kenmore® HE2 and HE2t washers are built on Whirlpool's "Horizon platform."  I will refer to the Kenmore® HE2 and HE2t washers as the "Kenmore Horizon washers."

7.      All Horizon platform washers are nearly identical from an engineering standpoint. Like the Access washers, there are some functional differences among the Kenmore® HE2 and HE2t washer models (e.g., the HE2t models have a heating element that allows the consumer to select a "Sanitary Cycle" that superheats the water to kill bacteria in clothing, which is a feature not present in the HE2 models), but most of the differences are aesthetic.

8.      In general, clothes washers provide cleaning through a combination of thermal energy (the hot water), mechanical energy (agitation or tumbling), and chemical energy (the detergent).  A conventional washer uses a top-loading, deep-water wash basket that rotates an agitator on a vertical axis to create the mechanical wash action.  Generally speaking, Whirlpool's full-size conventional washers use up to 42 gallons of water to wash a load of laundry, depending on the size of the load.  The main energy consumption in a conventional washer is attributable to the hot water—namely, the energy that is required to heat up dozens of gallons of water to wash a single load of laundry.

9.      Although the components that provide cleaning in all washers are present in the Kenmore Access and Horizon washers—i.e., thermal energy, mechanical energy, and chemical energy—the cleaning equation does change.  In contrast with a conventional washer, the Kenmore Access and Horizon washers use much less water, use a wash basket that rotates on a horizontal axis to create a tumbling mechanical wash action, not agitation, and are designed to be used with a highly concentrated, low-sudsing or high-efficiency detergent ("HE detergent") to offset the lower thermal energy and the reduced water level.

10.      Whereas a full-size conventional washer deep-fills the wash basket with dozens of gallons of water, and uses an agitator to move the clothes through the water to wash and rinse a load of laundry, the Kenmore Access and Horizon washers work in an entirely different way. The wash tub itself moves on a horizontal axis, causing the clothes to be repeatedly lifted out of

---

[1] Whirlpool now manufactures the Access platform at its plant in Monterrey, Mexico, as well as at its plant in Schorndorf, Germany, but the Monterrey-built machine is referred to internally as the "Matador platform," and the two Access and Matador names are often used interchangeably.

the water and plunged back in. This design makes front-loading washers substantially more water-efficient than a conventional washer.

11.     The Kenmore Access and Horizon washers are energy-efficient compared to most conventional washers. This is in large part due to fact that a significant percentage of the energy used by any washing machine goes to heating the water, and the Kenmore Access and Horizon washers use significantly less water than conventional washers. This is true even when the HE2t, HE3t, HE4t, and HE5t washers are operated on the Sanitary Cycle, which washes clothes in water as hot as 160 degrees Fahrenheit. Since the Kenmore Access and Horizon washers first launched in 2001 and 2005, respectively, they have consistently received the Energy Star® rating from the United States Department of Energy, which rates energy efficiency in home appliances. Based on the Kenmore Access and Horizon washers' water efficiency and energy efficiency, the typical consumer could save money on utility bills by using one of those washer models, rather than a conventional washer. Because the Kenmore Access and Horizon washers are water and energy efficient, some state and local governments and utility companies have offered their residents substantial rebates on the purchase of a Kenmore Access and Horizon washer and other Energy Star®-rated washers to provide an incentive for their residents to purchase water-efficient or energy-efficient appliances.

12.     The Kenmore Access and Horizon washers' mechanical wash motion differs from, and generally is gentler than, the mechanical wash motion of a conventional washer. The Kenmore Access and Horizon washers are not based on the spinning of the agitator on a vertical axis that forces clothes through the water and which can stress and twist fabrics. Instead, Kenmore Access and Horizon washers clean clothes by tumbling them in and out of the water, a gentler wash action.

13.     Because the Kenmore Access and Horizon washers are water efficient, they were designed for use with high-efficiency laundry detergent, not regular laundry detergent. HE detergents are designed to provide the necessary higher chemical concentration for cleaning without causing other problems in the washer. The use of a HE detergent is essential for achieving the best cleaning performance in a low-water wash system, like the Kenmore Access and Horizon washers. All detergents have chemical cleaning agents called surfactants. Surfactants are positively charged, neutral, or negatively charged and draw soils and other particles on the clothing to the surfactant, binding those particles to the surfactants. Traditional detergents generally have both surfactants and additional cleaning ingredients, as well as color-protection ingredients, ingredients to keep fabric fibers strong to prevent pilling and breaking, and ingredients to suspend soils so the soils do not redeposit on the clothing. HE detergents have these same ingredients (some in higher concentrations), along with suds suppressors, higher levels of soil-suspending agents, and dye inhibitors. The detergent manufacturers add suds suppressors to HE detergents to keep the detergent low-sudsing. That is because for a given type and quantity of any detergent, front-loading washers tend to create more suds than traditional washers due to a combination of the tumbling mechanical action, the lower water levels, and the recirculation of water. Contrary to popular belief, the chemical wash action performed by the detergent is not related to the amount of suds created by the detergent as it dissolves in the water.

14.     During its spin cycles, the Kenmore Access and Horizon washers can spin the wash basket at up to 1,300 and 1,200 revolutions per minute ("rpm"), respectively, which is

faster than a conventional washer's spin speed of approximately 640 rpm.  The faster spin cycle in a Kenmore Access and Horizon washer creates greater centrifugal force that pulls more moisture out of fabrics compared to the slower spin cycle in a conventional washer.  The lower moisture content in the clothing at the end of the Kenmore Access washer's and Horizon washer's wash cycles reduces the time and energy needed to dry that load.  Thus, the Kenmore Access and Horizon washers not only reduces the amount of energy that is needed to wash the clothes, but also reduces the amount of energy that is needed to dry the clothes.  In addition, the reduced time in the dryer also reduces the wear on fabrics.  To accommodate the greater spin speed, Whirlpool used a stainless steel wash basket because it is more durable than the porcelain basket used in most conventional washers, which eventually would crack at spin speeds of 800 rpm.

15.    Consumers Union has published numerous articles discussing the relative benefits of high efficiency front- and top-loading washing machines and has identified the following benefits offered by high-efficiency front-loading washing machines: "Best washing and largest capacity.  Use least water and energy.  High spin speeds reduce drying time.  No risks of loads becoming unbalanced.  Gentler and quieter than many top-loaders.  Many are stackable." (*See* Ex. A.)

16.    All washing machines, of any make or model, have always had the potential to develop some amount of mold-mildew after a period of use.  In fact, in one field study that I conducted, more than 90% of conventional washing machines between two and 15 years of age, regardless of make or model, had developed fungal or bacterial colonies—usually, both—that were detectable to the unaided eye and that produced a noticeable sour odor.  The fungal and bacterial colonies in conventional washers tend to accumulate in the same or similar parts of the machine as in front-loading washers (*e.g.*, the top part of the plastic outer tub that is rarely splashed or rinsed with water).  This is because all washing machines use water, are generally are kept in a somewhat closed and damp environment, and the laundry that is put into them has a wide variety of organic materials in and on the fabrics, including various bacteria and fungi.

17.    Modern energy-conserving and water-conserving washing machines, however, generally can promote noticeable mold-mildew more readily than older, less efficient washing machines unless the user takes certain simple steps to control it.  This is because high-efficiency washing machines are more tightly sealed when the door or lid is closed, which prevents the machine from drying out between uses; high-efficiency machines use less water to wash laundry, and thus there is less water to splash or rinse the interior surfaces of the machine; and high-efficiency washing machines enable consumers to wash delicate and brightly colored clothing in cold or lukewarm water that does not destroy bacteria or mold spores.

18.    In addition, a consumer's use of too much detergent, particularly regular (*i.e.*, non-HE) detergent, in a high-efficiency washer like the Kenmore Access and Horizon washers can cause oversudsing conditions, which in turn can lead to the development of mold and mild in the machine.  Suds can trap the soils and later redeposit them on the washer surfaces, rather than allowing the soils to stay in suspension in the water and flush down the drain.  Excessive suds also can float particulate soils and normal oily body soils up into areas of the washer, such as the upper portion of the plastic tub's walls, that receive only an occasional splashing of wash or rinse water during a regular wash cycle.  There are no deep-water submersion fills in high-efficiency

4

washers' regular wash cycles, and so these areas never experience submerged washes or rinses unless the consumer uses the "Clean Washer" cycle, which fills the tub with more water and splashes the water on the hard-to-reach surfaces. Thus, if high suds levels occur consistently over time, the soils, along with detergent and fabric softener residues and water minerals, may build up in the areas that receive only the occasional splashing of water. The residues eventually can form a film or coating over those washer surfaces and provide a medium in which bacteria and mold spores can feed and reproduce, which is known as a "biofilm." This is especially so because the soils that the washing process removes from clothing are often organic in nature (e.g., dead skin cells, bodily oils (sebum), and the related bacteria, including the positive bacteria that help provide a protective coating on human hair and skin). In addition, normally occurring mold spores can make up a portion of the biofilm build-up. Thus, all washing machines operate in conditions that can lead to bacteria and mold growth: a warm, humid environment with low airflow, and readily available sources of food for bacteria and molds.

19.     Biofilm production, like the normally occurring mildew on bathtub walls and grout, has been investigated by the washer industry for many years. Soils, detergent residues, water minerals, naturally occurring bacteria, and mold spores are industry challenges that have been worked on for more than 25 years. Although mold and bacteria can grow in all washing machines, not just high-efficiency machines, water and energy conservation designs can increase the occurrence of these problems if specific instructions are not followed. Biofilm problems can and do increase when the consumer uses regular detergents for a prolonged period or in insufficiently reduced portions, or uses excessive amounts of HE detergents, in a high-efficiency washer. Biofilm problems also can and do increase when the consumer does not leave the door cracked open in between uses of a high-efficiency washer. Likewise, consumers using high-efficiency washers should run a monthly maintenance or "Clean Washer" cycle, with hot water, no clothing, and chlorine bleach or an Affresh™ tablet (a washer cleaner that helps to penetrate and remove biofilm and odor-causing residues).

20.     The fact that modern high efficiency washing machines generally can promote mold-mildew more readily than older, less efficient washing machines has been well-documented, as have the very simple steps that consumers can take to control it. For example, a February 2005 Consumer Reports article states that "[n]umerous readers have reported that their front-loading washers developed mold or a musty smell. Using chlorine bleach occasionally and leaving the door ajar should help." (Ex. B.) The Soap and Detergent Association, working together with appliance experts, has published a brochure informing consumers of the relative benefits of HE detergents, as well as the risk that mold or mildew will develop in HE washers if HE detergent is not used. (Ex. C.)

21.     There are a few washer cleaning products currently on the market that are formulated to prevent, eliminate, or reduce biofilm and mold-mildew colonies in washing machines. Such products include Affresh, SmellyWasher, Washer Genie, and Washer Magic. The marketing information associated with those products is yet another source of information available to consumers concerning the risk that mold may develop in high efficiency front-loading washing machines. (Ex. D.)

22.     It is impossible to design and manufacture mass-produced appliances so that no percentage of them will require repair or service during the life of the product. This is especially

true with complex devices containing hundreds of components, like the washers at issue in this lawsuit. Despite this, Whirlpool's design, testing, and manufacturing procedures for the Kenmore Access and Horizon washers have ensured that the vast majority of washer owners have not experienced, and will not experience, any problem related to mold or mildew.

23.     Attached hereto as Exhibit E are copies of the cover page and page 342 of *Consumer Reports* 2008 Buying Guide. Page 342 shows the results of a repair-history survey of approximately 148,000 consumers for various brands of front- and top-loading washing machines purchased between 2002 and 2006. The repair rates for front-loaders range between approximately 9% and approximately 19%, with Whirlpool-brand front loaders having only a 9% repair rate and Kenmore-brand front-loaders having only an 10% repair rate. Attached hereto as Exhibit F are copies of the cover page and pages 29-31 of the October 2005 issue of *Consumer Reports* magazine, which includes a chart on page 29 that "indicates the percentage of five-year-old products with and without a warranty that have ever been repaired or had a serious problem." The chart shows repair rates for a wide range of appliances and other products ranging from digital personal computers to lawn mowers. Approximately 25% of all five-year-old washing machines, of any make and model, have ever had a repair or a serious problem.

24.     Year after year for six years, from 2002 through 2007, *Consumer Reports* ranked the Kenmore Access washers among the three best front-loading washers. (Ex. G at 42 (*Consumer Reports* July 2002); Ex. H at 41 (*Consumer Reports* Aug. 2003); Ex. I at 37 (*Consumer Reports* June 2004); Ex. J at 44 (*Consumer Reports* Feb. 2005); Ex. K at 45 (*Consumer Reports* Mar. 2006); Ex. L at 44 (*Consumer Reports* June 2007).) In February 2008, *Consumer Reports* ranked the Whirlpool Access washer (Duet Steam washer) the third best front-loading washer and ranked the nearly identical Kenmore Access washers (HE5t Steam and HE5t) fifth and sixth among all front-loading washers. (Ex. M at 46 (*Consumer Reports* Feb. 2008).

Further affiant sayeth not.

_____
Anthony Hardaway

Subscribed and sworn to before me this ___8th___ day of August 2008.

_____
Notary Public

PAULA A HAINES
Notary Public - Michigan
Berrien County
My Commission Expires Dec 24, 2012
Acting in the County of Berrien

6

# EXHIBIT A

# WASHERS.
# A whole new spin

The once ho-hum laundry room has become a hotbed of activity. New technologies and jazzier styling are stirring up interest—and pushing prices of some washers above $1,500. (If that figure has you reeling, you'll be happy to know that we found several machines priced at $500 or less that washed very well; see Ratings, page 36.)

Among the significant trends:

**More variety.** You'll see more front-loaders in stores along with several types of top-loaders. Traditional top-loaders are still going strong—accounting for about three out of four purchases last year—but they've been joined by a growing number of top-loaders with unorthodox wash systems. The alternative designs sell for $900 to $1,300, two to three times the price of typical top-loaders.

These washers replace the traditional agitator in the center of the tub with



**LOADS OF STYLE** The KitchenAid Superba front-loader combines very good performance with a sleek design.

various other mechanisms to circulate laundry. The Maytag Neptune TL has discs that lift and tumble laundry; the GE Harmony and the Kenmore and Whirlpool Calypso have wash plates. The new designs promise the performance advantages of front-loaders in the

top-loading style preferred by many Americans. The models we've tested deliver on their promises to some extent. Like front-loaders, they fill only partially with water and spin at high speeds, reducing water usage and the energy required for drying.

Their overall performance was very good, with a few caveats. The Maytag Neptune TL set a new standard for excellent washing and was very frugal with water and energy. But it was a bit rough on clothes, and it had the longest cycle time of any model tested. The Kenmore and Whirlpool Calypso stand out for efficiency and capacity. But they left clothes somewhat tangled, wrinkled, and linty (see You Asked, We Tested, page 35), and our survey data indicate a higher-than-usual rate of repairs. The GE Harmony washed very well, but it was a bit rough on clothes and only fair for energy efficiency.

## First things first    Weigh performance, efficiency, and price.

### TOP-LOADERS WITH AGITATORS

**Pros:** Value. For $500 or less, you can get very good washing and capacity. Many models from many brands. Mature technology with proven reliability. Use regular detergent. Shortest cycle times.

**Cons:** Use more energy and water than front-loaders. Generally noisier. Many are less gentle on clothes. May go off-balance with some loads. Must choose appropriate water level. Cannot be stacked.



### HIGH-EFFICIENCY TOP-LOADERS WITH NEW WASH SYSTEMS

**Pros:** Better washing performance and capacity than conventional top-loaders. Use less water. High spin speeds hasten drying.

**Cons:** Price. Many cost $1,000 and up. Fewer brands and models. Reliability of various new technologies not yet established. (See Brand Repair History, page 37.) Some tangle and wrinkle clothing. Work best with special detergent. Cannot be stacked.



### FRONT-LOADERS

**Pros:** Best washing and largest capacity. Use least water and energy. High spin speeds reduce drying time. No risk of loads becoming unbalanced. Gentler and quieter than many top-loaders. Many are stackable.

**Cons:** Price. Many cost $1,000 and up. Fewer brands and models. Cannot soak laundry. You must stoop to load and empty laundry. Work best with special detergent.



# EXHIBIT B

**GIFT CHOCOLATES** | **T-Mobile vs. Sprint vs. Verizon**
We rate 7 as excellent | **BEST CELL-PHONE SERVICE**

# Consumer Reports®

**FAMILY SEDANS**
- Mitsubishi Galant
- Nissan Altima
- Pontiac G6
- Toyota Camry

**PLUS** Chevrolet Malibu Maxx

**FEBRUARY 2005** · EXPERT · INDEPENDENT · NONPROFIT · www.ConsumerReports.org

## UNBIASED RATINGS
# 259
**PRODUCTS**

**CR tests condoms**
Two to avoid

**Washers & dryers**
New spins, new technology.
Tests of 29 washers
and 25 dryers



**Water heaters**
Why it pays to pay more

**CR investigates: Tanning salons**
Our exclusive survey
finds new dangers

# Best phones &plans

- **Ratings of 24 cell phones plus latest features**
- **Ratings of service in 17 cities**
- **Should you switch to Internet phoning?**
- **Ratings of headsets**



# WASHER & DRYER UPDATE
## A new spin



**FRONT-RUNNERS** Front-loading washers like this Bosch Nexxt Premium, shown with its companion dryer, are gaining favor with buyers seeking top performance who are willing to pay a top price—in this case, $1,350 for the washer and $800 for the dryer.

**Washday may never be the same. More and more households are switching from top-loading washers with agitators—the familiar old standbys most of us have used for decades—to top-loaders with new wash systems or front-loaders.**

New-technology top-loaders and front-loaders now account for about 30 percent of purchases. That's impressive when you consider that prices usually range from about $800 to $1,500, at least twice the price of most conventional top-loaders with agitators.

This update has Ratings for 29 washers, including front-loaders and both types of top-loaders. Among the models added since our last full report (in June 2004) is the first full-sized washer from Bosch, the front-loading Nexxt Premium, $1,350. It was very good but has a long cycle time—almost two hours—and wasn't as gentle as many models. In some of our test runs, excessive suds caused it to stop before or during the spin cycle. Because it's new, we don't have enough data to comment on its reliability.

Also new: the Fisher & Paykel Intuitive Eco, the most energy-efficient top-loader we tested and one of the more expensive, at $850. Its agitator has short fins that are quite gentle in moving laundry around. The Intuitive Eco automatically selects water temperature and level, agitation, and spin speed for each load. (You can also set it manually.) It did well overall, but new survey data show that Fisher & Paykel has been among the more repair-prone brands of top-loaders.

### HOW TO CHOOSE A WASHER

**For the best all-around performance, buy a front-loader.** If you're willing to spend $1,000 or so, we'd steer you to a front-loader. The best offer very good washing, gentle action, ample capacity, and quiet operation. (Note that you must use special low-sudsing detergent for the best results.) Front-loaders fill partially with water and spin at high speeds, reducing water use and the energy required for drying—a plus if you have high water and utility costs. Front-loaders have been around awhile, and Frigidaire, GE, Kenmore, and Whirlpool have good reliability records.

**You need to know:** Numerous readers have reported that their front-loading washers developed mold or a musty smell. Using chlorine bleach occasionally and leaving the door ajar should help.

**Get a conventional top-loader for good performance at a modest price.** While these familiar washers may not be as exciting as newer types, they're the best choice for most buyers. You can get decent washing for less than $500, and there's a large selection of reliable brands. Top-loaders have shorter cycles than front-loaders and use regular detergent, which costs less than products for front-loaders.

**Think twice about new-technology top-loaders.** Although top-loaders with new wash systems have done well in our tests, they're not among our top picks. Our survey data show that the Kenmore Calypso was one of the more repair-prone top-loaders, and it left garments tangled and wrinkled in our tests. The GE Profile Harmony and Maytag Neptune TL are too new to have reliability data, and neither was very gentle on clothes. Given the price of these three models—$900 to $1,300—we'd stick with a more-proven front-loader or conventional top-loader.

**Don't pay for pricey extras.** The basic settings handle most needs, so don't buy a pricey washer just to get a host of water levels and dozens of cycle and setting options. Touchpads or other fancy controls don't offer any advantage over dials and push buttons. (The same applies to dryers.) A stainless-steel tub can stand up to higher spin speeds in a washer, but otherwise has no edge over plastic.

**Decide whether noise is an issue.** If your laundry room is near a living area, stick with a washer and a dryer judged very good or excellent for noise.

### HOW TO CHOOSE A DRYER

Ratings of 25 dryers, including 3 CR Best Buys, are on page 45. Also listed is the only full-sized top-loading dryer available—the Fisher & Paykel Smartload DEGX1, $780. Its overall score was very good, but many lower-priced dryers did better. (See Up Front, November 2004.)

The most important thing you can do to dry laundry quickly is to use an efficient washer. The more water a washer extracts in the spin cycle, the less work there is for the dryer. Choose a washer that scored very good or excellent for energy efficiency in our Ratings, indicating that it extracts a lot of moisture in the spin cycle.

You can speed drying—and more important, reduce the risk of fire—by cleaning the lint filter after every use and cleaning the ducts at least once a year. Plastic and foil ducts can sag and clog with lint, so use only rigid or flexible metal.

**Insist on a moisture sensor.** About half the dryers in stores and all but one model in the Ratings (the Roper) use a moisture sensor to end the auto-dry cycle when laundry reaches the desired level of dryness. (A moisture sensor doesn't affect timed cycles.) Dryers with thermostats—mostly low-cost units—may run longer than needed, which can shrink clothing.

**Don't get hung up on capacity.** Manufacturers describe dryer capacity with terms such as "extra large" and "super plus," but the differences don't matter in everyday use. Most full-sized dryers have a capacity of about 6.5 to 7.5 cubic feet, which can hold a typical wash load.

**Don't pay for extra cycles.** Most consumers should do fine with a choice of heat level, timed and auto-dry cycles, and a few fabric types (regular/cotton, permanent press, and delicate).

*For Ratings and CR Quick Recommendations, see pages 44 and 45.*

# closeup
## SOLUTIONS FOR TIGHT SPACES

If you can't fit a full-sized washer and dryer side by side, consider a compact washer and dryer, a laundry center, or a stackable full-sized washer and dryer.

Compacts are often from European brands such as Asko and Miele, and they tend to be expensive. They're several inches smaller all around than full-sized models, usually about 24 inches wide and high, and they hold only small loads of 8 to 12 pounds. Some can be stacked. Those we've tested have performed well. The Miele Touchtronic Series W1113 washer, $1,600, and the Touchtronic T1303 dryer, $1,080, were very good for washing and drying, respectively, and both were very quiet. The Asko W6021 compact washer, $1,000, performed similarly; we don't have an Asko dryer in the Ratings.

Laundry centers are one-piece units with a washer on the bottom and a dryer on top, making them at least 6 feet tall. One downside is that you have to replace the whole unit if either appliance breaks. We tested the Frigidaire GLEH1642D[S], $1,000, and the Maytag MLE2000AY[W],

$1,800. Both have front-loading washers and electric dryers. Each had drawbacks. The Frigidaire dryer did well, but the washer was fair. The Maytag washer did fine, but the dryer fell short.

The third alternative, a stackable full-sized washer and dryer, gives you more choice, often at lower cost. Brands offering dryers that can be stacked above compatible front-



**ALL IN ONE** Laundry centers like the **Frigidaire combine a washer and dryer in one unit.**

loading washers include Frigidaire, GE, Kenmore, LG, and Whirlpool. One such pair in the Ratings, the Frigidaire Gallery GLTR1670A[S] washer, $620, and GLEQ642A[S] dryer, $380, were solid performers, and Frigidaire has a good track record for reliability.

## Brand repair history Readers report on almost 200,000 washers and dryers.

Reliability is especially important with workhorse appliances like washers and dryers. Choosing a brand with a good repair history can improve your odds of getting a reliable model. These graphs show the percentage of full-sized washers and dryers that have ever been repaired or had a serious problem, according to our 2004 Annual Questionnaire. Note that models within a brand may vary, and design and manufacturing changes may affect reliability.

For washers in general, there was no real difference in repair rate between top- and front-loaders. In the conventional top-loader group, Fisher & Paykel and KitchenAid were among the more repair-prone brands. For the first time, we have enough data to report separately on new-technology top-loaders that use a wash system different from that of conventional top-loaders with agitators. The Kenmore (Sears) Calypso was among the less-reliable brands. (Data for GE and Maytag may not apply to the GE Profile Harmony and Maytag Neptune TL new-technology models.)

Maytag was the most repair-prone brand of front-loader, gibing with complaints in a recent class-action lawsuit charging excessive problems in its Neptune front-loaders. (See Up Front, January 2005.)

Among electric dryers, Amana was one of the more repair-prone brands. No brand stood out as more repair-prone among gas dryers.

**WASHERS**



Based on 101,775 washers purchased new between 2000 and the first half of 2004. Data have been standardized to eliminate differences linked to age and usage. Differences of less than four points aren't meaningful.

**DRYERS**



Based on 91,599 dryers purchased new between 2000 and the first half of 2004. Data have been standardized to eliminate differences linked to age and usage. Differences of less than three points aren't meaningful.

## CR Quick Recommendations

We recently updated our tests to better reflect real-life practices such as washing maximum loads and using less water for smaller loads. With our new tests, only one model was judged excellent for washing: the top-loading Maytag Neptune TL. However, it's not a Quick Pick because it uses a new wash system and doesn't yet have a track record for reliability. For the same reason, we're not including the GE Profile Harmony, which also uses a new design. Two other high-scoring top-loaders weren't chosen as Quick Picks because they're among the more repair-prone brands of washers: Fisher & Paykel and the Kenmore Calypso.

With our new, tougher scoring scheme, a washing score of very good or good would be fine for all but very soiled laundry and should satisfy many consumers. That gives you plenty of choice. There's no reason to settle for less than good washing. Five tested models that were fair for washing aren't in the Ratings: (in order of overall score) the GE WHSE5240D[WW], $470; GE WHRE5260E[WW], $470; Frigidaire Gallery FWS1339A[C], $330; Hotpoint VWSR4150D[WW], $350; and Roper RAS8333P[Q], $290.

The **Ratings** rank models by performance. **Quick Picks** highlights washers you might want to consider based on how they scored and on factors such as brand reliability and price.

## QUICK PICKS

**For best performance at a high price:**

**23 Kenmore** $1,100
**24 LG** $1,030
**25 Whirlpool** $1,000

Capacious and quiet, these front-loaders were frugal with energy and water. Although we have no reliability data on LG washers, this model uses a front-loading design that has been around for years.

**Good performance at modest prices:**

**6 Whirlpool** $500
**12 Kenmore** $500
**13 Whirlpool** $380

These three conventional top-loaders got laundry clean and did well in all other tests. The Whirlpool (6) is discontinued, but the similar model listed should offer comparable performance.

**A value if noise isn't an issue:**

**11 GE** $300

This top-loader did a good job but is rather noisy. If your laundry room is in the basement or garage, it's worth considering.

# washers

**• Availability** Most models at stores through June 2005.

| Symbol | Rating |
|---|---|
| ● | Excellent |
| ◐ | Very good |
| ○ | Good |
| ◑ | Fair |
| ⬤ | Poor |

**Within types, in performance order. Blue key numbers indicate Quick Picks; see box at left.**

| Key number | Brand & model | Price | Overall score | Washing | Energy efficiency | Capacity | Gentleness | Noise | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|
| | Similar models, in small type, comparable to tested model. | | | | | | | | |
| | **TOP-LOADERS** | | | | | | | | |
| 1 | **Maytag** Neptune TL FAV9800A[WW] | $1,300 | | ● | ◐ | ● | ○ | ○ | 80 |
| 2 | **Kenmore** (Sears) Elite Calypso 2408[2] 2206[ ] | 900 | | ○ | ◐ | ● | ◐ | ◕ | 70 |
| 3 | **Fisher & Paykel** Intuitive Eco IWL12 | 850 | | ◐ | ● | ○ | ◐ | ◐ | 55 |
| 4 | **GE** Profile Harmony WPGT9350C[WW] | 1,000 | | ◐ | ◖ | ◐ | ○ | ○ | 55 |
| 5 | **Fisher & Paykel** Ecosmart GWL11 | 600 | | ◐ | ◐ | ○ | ◐ | ◐ | 50 |
| 6 | **Whirlpool** Gold GSG9669L[W] ⬛ GST9679P[ ] | 500 | | ○ | ○ | ◐ | ◐ | ○ | 50 |
| 7 | **Amana** NAV3330A[WW] | 400 | | ○ | ○ | ◐ | ◐ | ◖ | 40 |
| 8 | **GE** WWRE5240D[WW] | 470 | | ○ | ◖ | ◐ | ◐ | ○ | 50 |
| 9 | **Kenmore** (Sears) Elite Catalyst 2403[2] 2404[ ] 2405[ ] | 750 | | ◐ | ◖ | ◐ | ◐ | ○ | 45 |
| 10 | **Amana** NAV8800A[WW] | 500 | | ○ | ○ | ○ | ◐ | ○ | 45 |
| 11 | **GE** WBSR3140D[WW] | 300 | | ○ | ○ | ◐ | ◐ | ◖ | 45 |
| 12 | **Kenmore** (Sears) I584[2] | 500 | | ○ | ○ | ◐ | ○ | ○ | 40 |
| 13 | **Whirlpool** LSW9700P[0] | 380 | | ○ | ○ | ◐ | ○ | ○ | 45 |
| 14 | **Kenmore** (Sears) Elite 2494[2] 2495[ ] 2496[ ] | 580 | | ○ | ◖ | ● | ○ | ◖ | 45 |
| 15 | **Whirlpool** Gold GSW9650L[W] ⬛ GSW9800P[ ] | 500 | | ○ | ◖ | ○ | ◐ | ○ | 50 |
| 16 | **Admiral** LNC6760[W] LNC6762[ ] | 300 | | ◐ | ◖ | ○ | ○ | ◖ | 50 |
| 17 | **Kenmore** (Sears) 2462[2] 2463[ ] 2464[ ] | 350 | | ○ | ◖ | ○ | ◐ | ◖ | 35 |
| | **FRONT-LOADERS** | | | | | | | | |
| 18 | **Whirlpool** Duet HT GHW9400P[W] | 1,300 | | ◐ | ● | ● | ◐ | ◐ | 65 |
| 19 | **Bosch** Nexxt Premium WFMC6400UC | 1,350 | | ◐ | ● | ◐ | ○ | ◐ | 110 |
| 20 | **Kenmore** (Sears) HE4t 4598[2] HE4t 4599[ ] | 1,430 | | ◐ | ● | ● | ◐ | ◐ | 70 |
| 21 | **LG** WM2432H[W] | 1,250 | | ◐ | ● | ● | ○ | ◐ | 75 |
| 22 | **KitchenAid** Superba KHWS01PMT | 1,500 | | ◐ | ◐ | ◐ | ◐ | ◐ | 75 |
| 23 | **Kenmore** (Sears) HE3 4586[2] | 1,100 | | ◐ | ◐ | ● | ◐ | ◐ | 70 |
| 24 | **LG** WM2032H[W] | 1,030 | | ◐ | ◐ | ● | ◐ | ◐ | 80 |
| 25 | **Whirlpool** Duet GHW9150P[W] | 1,000 | | ◐ | ◐ | ◐ | ◐ | ◐ | 65 |
| 26 | **Frigidaire** Gallery GLTR1670A[S] GLTF1670A[ ] | 620 | | ○ | ◐ | ○ | ○ | ◐ | 60 |
| 27 | **Miele** Touchtronic Series W1113 | 1,600 | | ◐ | ● | ⬤ | ◐ | ● | 90 |
| 28 | **Asko** W6021 | 1,000 | | ◐ | ● | ⬤ | ◐ | ◐ | 120 |
| 29 | **Maytag** Neptune MAH6500A[WW] MAH5500B[ ] | 900 | | ◐ | ○ | ○ | ○ | ○ | 70 |

⬛ Discontinued, but similar model is available. Price is for similar model.

## Guide to the Ratings

**Overall score** is based mostly on performance, capacity, and energy efficiency. Noise, gentleness, and water efficiency (not shown) are also considered. **Washing performance** indicates how well each machine removed soil in the most aggressive normal cycle on an 8-pound load and a maximum load. **Energy efficiency** is based on energy needed to run the washer and to heat the water for a warm wash, and the amount of water extracted in the final spin (which reduces time in the dryer). **Capacity** measures how large a load each machine could handle effectively. Models with high scores for **gentleness** are least likely to cause wear and tear to clothing. **Noise** was judged by panelists. **Cycle time** is for the normal cycle, rounded to the nearest 5 minutes. **Price** is approximate retail. Under **brand & model,** bracketed letters or numbers indicate a color code.

EXHIBIT C



# BRINGING HIGH EFFICIENCY
## To the Laundry Room

**HE** stands for *high efficiency*, and is used in reference to household appliances and laundry detergents.

**HE** is important to all of us ...because it results in energy *and* water savings!

When **high efficiency washers** hit the market a decade ago, their water and energy savings were big news. Today, this legacy of advanced technology continues — but now the attention turns to **high efficiency cleaning systems!**

Over the past few years, home appliance engineers and detergent scientists have worked collaboratively to develop HE washers and HE laundry detergents that work *together*. These advancements have resulted in a **harmonized cleaning system** that gives consumers improved cleaning performance while continuing to save water and energy.

## Energy Savings At-A-Glance

- HE washers use **less water** than traditional washers — in fact, they only use from 20% to 66% of the water used by traditional agitator washers.

- **Energy use can be as little as 20 to 50 percent** of the energy used by traditional agitator washers because there's much less water to heat.

- These savings translate directly to **long-term cost savings** for consumers — as well as significant **long-term environmental benefits.**

### HE Washers Save Water



Traditional Washer Water Level · Traditional Washer

HE Washer Water Level · Front Loading HE Washer

Top Loading HE Washer

3

---

# HE Washers and HE Detergents —
*Working in Harmony to Save Energy and Water*

## About This Guide:

Compared to traditional washers, HE washers work in a completely different way. As a result, the detergents used in HE washers need to work differently, too.

That's why **The Soap and Detergent Association** and **washing machine experts** from around the country have worked together to bring you this handy resource.

- You'll discover how HE washers and HE detergents work ... and how to properly use these customized laundry products in your HE washing machine.

- In addition, you'll find straightforward answers to your most frequently asked questions about "doing your laundry the HE way."

So read on for important information that will help you use your HE washer and HE laundry products *together* to save water and energy while getting your laundry as clean as ever!

### INSIDE

Today's HE Washers ............................................. 4

Today's HE Detergents......................................... 6

Using Laundry Products in HE Washers ............ 8

Q&A: Your HE Washer ........................................ 10

Q&A: Using HE Detergents ................................ 11

Q&A: Maintaining Your HE Washer .................. 13

Tips for Using Dispensers .................................. 15



**SDA** The Soap and Detergent Association
www.cleaning101.com

2

# TODAY'S GENERATION *Of HE Washers*

## What About Traditional Washers?

Chances are that the type of washer you grew up with was a top-loading **"agitator" washer.** It's the tried-and-true machine that revolutionized "doing the laundry" many decades ago.

In fact, these traditional agitator washers are still used today in most U.S. homes. In these washers, clothing is *water* and an agitator moves the laundry back and forth to loosen soils.



⚠ *Traditional agitator washers account for 85% of washer purchases in the U.S. as of 2005.*

## A Growing Market: HE Washers

In recent years, sales of HE washers have grown and today they're making a significant impact on the washing machine marketplace.

And with current energy and water legislation affecting design for future washers, this trend is expected to continue into the foreseeable future.

⚠ *As of 2005, sales of HE washers have grown from less than 1% to more than 15% of the market in only 10 years.*

## How They Work

Unlike traditional agitator washers, most HE washers use a "tumbler" system with no agitator. Because the new systems are so efficient, HE washers can use **low-water wash and rinse cycles.**

- In many models the laundry is washed in a shallow pool of water.

- In some models, the water level is so low you may never even see a pool of water.

Despite their reduced water levels, HE washers can wash the same amount of laundry per load as traditional washers – in fact, many can clean even larger loads.

## Types of HE Washers

There are two types of HE washers – front loading and top loading. Although each works via a different mechanical method, they both use considerably less water than traditional agitator washers. Environmentally-speaking, HE washers are great news!

### Front-loading HE Washers

In front-loading washers, the laundry *tumbles* back and forth through the water, as the tub rotates clockwise and then counterclockwise, moving the water and detergent through each garment and removing soils.

This repetitive tumbling motion is intended to do an efficient cleaning and rinsing job and is gentle on fabrics.



⚠ *All front loading washing machines are HE and use low-water levels in the wash and rinse process.*

### Top-loading HE Washers

There are a growing number of HE washers that load from the top. These washers offer gentle motion to do the laundry, using spinning, rotating, and/or "wobbling" wheels, plates, or disks to achieve the gentle wash action. As with some front-loading HE washers, some top-loaders also spray or lightly shower clothes using re-circulated water from wash and/or rinse solutions.



⚠ *Top-loading washers that are labeled "HE" use low-water volume wash cycles. They have either no center post or a smaller-sized center post instead of a traditional agitator.*

# TODAY'S GENERATION
## Of HE Laundry Detergents

### The Role of Traditional Laundry Detergents

Detergents are star performers on laundry day. Their primary task is to remove soils and stains, but they do much more than that. Detergents are designed to freshen, remove odors, and brighten fabrics as they clean.

Another key detergent function is to hold soils, and any dyes from colored fabrics, suspended in the wash water. This keeps soils and dyes from being re-deposited back onto the cleaned clothes.

**Traditional detergents** are formulated to accomplish these tasks in **high water volumes** in traditional agitator washers.

### Rising to the Challenge

It's common sense, really: because of the low-water wash and rinse cycles in HE washers, HE detergents must work *differently* from traditional laundry detergents in order to be effective.

As a result of extensive research, HE detergents are formulated to be **low-sudsing** and **quick-dispersing** to get the best cleaning performance with HE washers.

- **Excess suds can cause problems** in HE washers by "cushioning" — or even preventing — the tumbling action. This can impact proper cleaning.

- HE detergents also hold soils and dyes in suspension in **low water volumes,** so they don't re-deposit onto cleaned clothes.



*Traditional Detergent Sudsing*

*High-Efficiency Detergent Sudsing*



HE laundry detergents can be identified by the HE symbol on the detergent box or bottle.

### HE Detergents – The *Only* Choice for your HE Washer

Detergents formulated for HE washers work with energy-saving technology to provide the best possible cleaning in only 20% to 66% the amount of water used in traditional washers.

**Use HE detergents to:**

- Get the **maximum cleaning performance** that HE detergents and washers can deliver.

- Achieve **energy and water savings.**

- Keep your HE washer in **top working condition.**

▲ *For best cleaning results, always read the laundry detergent label and use the recommended amount of detergent for your wash load size and amount of soil.*

### Detergent Availability

As HE washers become more commonplace, detergent manufacturers will continue working to ensure that the appropriate detergents are available.

If you've purchased an HE washer and can't find HE detergents:

- Call the **toll-free number** on your current detergent package, or check the manufacturer's **Web site** to determine where or how to buy an appropriate HE detergent.

- Check the store where you purchased your washer. They may carry HE detergents — or know where you can purchase them.

**LABEL ALERT!** Some detergent manufacturers label their detergents "HE Compatible." Many of these detergents are *regular sudsing* detergents that should not be used in your HE washer. Be sure to read detergent labels carefully!

6

7

# USING LAUNDRY PRODUCTS
## *In HE Washers*

There is a wide variety of laundry products available today. The following guidelines will help you achieve optimum performance from your HE washer.

## HE Laundry Detergents

- Most HE washers have **detergent dispensers.** Follow the washer manufacturer's use and care guide for proper use of the detergent dispenser.
- If there is no dispenser, follow the washer's **use and care guide.**
- Follow the detergent manufacturer's instructions to determine the **correct amount of detergent** to use.
- **Do not mix powder and liquid** detergents in the same dispenser compartment at the same time. Mixing powders and liquids together may cause "caking" or clogging in the dispenser.

## Laundry Additives

### Rinse-added Fabric Softeners

- Add fabric softener to the fabric softener dispenser so it gets dispensed at the right time. Follow the washer manufacturer's use and care guide for proper use of the dispenser.
- Follow the instructions on the fabric softener package to determine the correct amount to use.
- Do not use other softener dispensing agents in your HE washer, unless your washing machine's use and care guide recommends them.

### Pretreats and Presoaks

- Pretreat and presoak products can be normal to high sudsing. Thus, their use should be limited in HE washers as they can cause oversudsing.
- If you experience oversudsing from pretreat or presoak products, you can use your HE detergent as a pretreater or presoaker.

8

## Water Softener Additives

- Follow the water softener manufacturer's recommendations to determine the correct amount to use in your washer.
- Add powder or liquid water softener to the empty tub before adding laundry.

  *Note: You can reduce the amount of water softener you usually use, since there is less water to soften.*

### Bleach

#### *Liquid Chlorine (Sodium Hypochlorite) Bleach*

- Measure the bleach amount recommended in the washer manufacturer's use and care guide.
- Carefully pour the measured bleach into the bleach dispenser to avoid spills. The amount of bleach should not exceed the fill line on the bleach dispenser, as this may distribute the bleach into the wash load before desired.

#### *Color-Safe Bleach*

- Color-safe bleach is available in liquid and powder forms. For best results, follow the washer manufacturer's recommendations on **where** to put it, since different models of HE washers work differently and the manufacturer's specific directions will help you get the best results. Check the product label to determine **how much** to use.

#### *Liquid Color-Safe Bleach*

- Do not mix liquid color-safe bleach with a liquid detergent, as this can decrease the effectiveness of both products.
- If there is no color-safe bleach dispenser, add the liquid color-safe bleach to the empty tub *before* adding the laundry.

#### *Powder Color-Safe Bleach*

- A powder color-safe bleach may be added with a powder detergent in the detergent dispenser, if the dispenser is large enough.
- Do not add powder color-safe bleach with a liquid detergent. Mixing powders and liquids together may cause "caking" in the dispenser.
- If there is no color-safe bleach dispenser or if the detergent dispenser is not large enough for both powder detergent and bleach, add the powder bleach to the empty tub *before* adding the laundry.

9

## Q&A "Doing The Laundry" With Your HE Washer

**Q. Can I wash large loads of laundry in my HE washer?**

A. HE washers are often designed to wash large loads. In fact, some of these washers will effectively clean significantly larger loads and/or bulkier loads than were possible in traditional agitator washers. Check your HE washing machine's use and care guide for specific loading capacity instructions.

**Q. Do I still need to sort my laundry when I use my HE washer?**

A. Yes. Just as with a traditional washer, you need to sort by color, fabric type, soil levels, etc. It is especially important to sort by color, because there is less water in HE washers and dye transfer can be a potential problem.

**Q. Can I select different wash cycles on my HE washer?**

A. Yes. Wash cycles are comparable to those of agitator washers.

**Q. Will my low-water HE washer rinse as well as my previous agitator washer?**

A. Yes. Even though HE washers use considerably less water, they have two to four rinse cycles, rather than one rinse cycle as in many agitator washers. HE detergents assure good rinsing performance — and in fact, multiple rinses are typically better than one deep rinse.

**Q. When I remove washed laundry from my HE washer, it sometimes seems almost dry. What setting should I use on my clothes dryer?**

A. The most energy-efficient way to dry your laundry is to set your dryer on the auto-dry setting. This way the machine automatically shuts off when the laundry is dry.

As part of their energy-saving design, most HE washers remove more water from your laundry than traditional washers do. Thus, since the load may be less wet when removed from the washer, there can be additional energy savings in the dryer, too.

## Q&A Using HE Detergents – A "Must Do" For Your HE Washer

**Q. Why should I use only HE detergents in my HE washer?**

A. HE washers are designed to save water and energy resources. To achieve these savings, HE washers are designed differently than traditional washers — for example, they use less water than traditional washers.

At lower water levels, cleaning problems can occur if detergents create too many suds or if soils from the laundry can't be completely rinsed out of both the laundry and the washer. Thus, detergents for HE washers need to be lower sudsing than regular detergents to provide good cleaning and thorough rinsing.

Detergent and washing machine manufacturers formulate and design their HE detergents and washers to work together as one effective cleaning system that gives you optimum cleaning performance while saving water and energy resources.

**Q. What can happen if I don't use an HE detergent in my HE washer?**

A. Using a regular detergent in an HE washer can create too many suds. These suds can interfere with the washer's washing/tumbling action by "cushioning" the laundry, thus reducing soil and stain removal performance and rinsing efficiency. These suds can also cause water and/or suds to overflow from the machine.

Excess suds can also cause the washer's pump to overheat or to add more water — this in turn can lengthen the wash cycle, thus reducing water/energy savings. These excess suds can also lead to residue buildup since they are not as easily rinsed away — and over time, they could lead to unpleasant odors, potential machine malfunctions or damage.



**FACT** The tumble action of high-efficiency washers creates more suds than the agitator action of traditional washers.

## Q&A Using HE Detergents (cont'd)

Q. **If suds are the problem, can I just use a smaller amount of regular laundry detergent?**

A. No. Using a lesser amount of regular detergent will not alleviate the sudsing problem — and in addition, will compromise cleaning performance.

That's why HE detergents are recommended. They have a totally different formulation in order to clean your laundry effectively in low-water conditions.

Q. **My new HE washer uses considerably less water than my agitator washer. Should I use less detergent?**

A. No — you should not use less detergent in HE washers. Just as with a traditional agitator washer, you will need to use the **recommended amount** of HE detergent in an HE washer, based on your **load size**. (For bleach recommendations, check the HE washer's use and care guide.)

If you're washing large or heavily-soiled loads, then you may need to add *additional* HE detergent. The amount of detergent needed for the best cleaning performance depends on the size and soil level of the laundry load, not on the amount of water the HE washing machine uses.

Q. **Will I need to use less HE detergent if I wash a small load?**

A. Yes. Just as with a regular detergent, HE detergent use recommendations are based on "typical" wash conditions. Follow the instructions on the detergent package and adjust the detergent amount for conditions that are not typical. For example:

• Use less detergent for small loads, lighter soiling or soft water.

• Use more detergent for large loads, heavily-soiled laundry, or hard water.

## Q&A Peak Performance: Maintaining Your HE Washer

Q. **What can I do to keep my HE washer in top condition?**

A. Because your HE washer is designed differently than agitator (high water level) machines, there are some specific things you can do to ensure that it performs at its best.

Low wash temperatures and/or use of regular detergent (which causes excess suds) may prevent some soils from completely rinsing out of the HE washing machines. Oily soils and some dirt-type soils are especially sensitive to lower wash temperatures and medium to high suds levels. Over time, these soils may accumulate in the HE washer and lead to the growth of bacteria and mold — and create odors in the HE washer.

You can usually avoid these potential problems by **using an HE detergent** and by **running a regular "maintenance cycle."** (See next question.) Contact your washing machine's manufacturer if you have a problem with soil buildup and/or unpleasant odors.

Q. **What is a "maintenance cycle"?**

A. A "maintenance cycle" involves running a full wash cycle without any laundry in the machine. Washing machine manufactures recommend that you may need to perform this periodic machine maintenance once per week — or at minimum, once a month — to ensure that your HE washer remains clean and free from any soil buildups.

• Some HE washers offer a **special cycle. Check the use and care guide** to see if your machine has one. If it does, follow the manufacturer's recommendations.

• If your HE washer doesn't have an automated maintenance cycle, you may perform this function **manually**. (See page 14.)

## Q&A *Maintaining Your HE Washer (cont'd)*

### Q. How do I run a "Manual Maintenance Cycle"?

A. Follow these steps if your HE washer does not offer a specific "maintenance" cycle. (Also see Q&A on page 13.)

1. Select the hot water setting. If there is no hot water setting, then select a "white" or a "stain" cycle setting. (Note: do not put laundry in the washer.)

2. Select the "extra rinse" option, if offered.

3. Add liquid chlorine bleach to the bleach dispenser. Fill to its maximum level.

4. Run the cycle through its completion.

5. If the HE washer does not have a second rinse option, manually select an additional rinse cycle to ensure that no chlorine bleach remains in your washer.

6. If your HE washer still has unpleasant odors, you may need to repeat steps 1 through 5 as necessary.

14

## TIPS for Using Washing Machine Dispensers

- Use the **designated dispenser compartment** for each laundry product – detergent, bleach, and fabric softener.

- **Do not mix liquid and powder products** in the same dispenser at the same time. This can cause "caking."

- **Do not mix detergent and fabric softener** in the same dispenser compartment, as this will add the fabric softener at the wrong time.

- **Do not overfill** dispenser compartments. Overfilling may cause products to be dispensed too early.

- **Follow the washer manufacturer's instructions** for cleaning the dispensers.

- If you have questions, call the laundry product manufacturer or the washer manufacturer.



**HE Washers and HE Laundry Detergents:**
Working in harmony to save energy and water —
while getting your laundry as clean as ever!

15

# HIGH EFFICIENCY
## Washers and Detergents



**The Soap and Detergent Association**

1500 K Street NW
Suite 300
Washington, DC  20005

Email: info@cleaning101.com
Website: www.cleaning101.com

*Enhancing the health and quality of life*
*through cleaning products and practices*

The Soap and Detergent Association in partnership with detergent
and appliance experts developed this brochure to help consumers achieve
a better understanding of high efficiency detergents and washing
machines. It is intended for educational purposes, and is offered without
guarantees or warranties of any kind.  It may be reproduced in whole or in
part, without permission but with credit given to SDA.

© 2005, The Soap and Detergent Association

EXHIBIT D



RECOMMENDED BY | WHERE TO BUY

affresh
Washer Cleaner

Odor & Prevention

How It Works

## Why HE Washers Develop Odor & Why Clean Your Washer

**All HE washers are vulnerable to odor**

Since HE washers use less water, there's naturally residue in places you can't see — or clean. Less efficient machines are kept clean by the high volume of water they use; HE washers save water, but over time, they also accumulate dirt and detergent residue.

Without regular maintenance, this residue build-up causes odor in all types of HE washer. That's why leading manufacturers recommend using Affresh™ washer cleaner once a month to power away the residue and prevent washer odor. With Affresh™ tablets, your machine will stay clean and fresh.

WHY CLEAN YOUR HE WASHER :-

WHAT IS RESIDUE :-

RECOMMENDED BY    WHERE TO BUY

**affresh**
*Washer Cleaner*

**How It Works**

• Odor & Prevention

MAY CLEAN YOUR HE WASHER    WHAT IS RESIDUE

# More Efficient, But More Likely to Have Odor-Causing Residue

### HE washers perform differently

The features that make HE washers more efficient also make them more vulnerable to odor-causing residue.




ODOR-CAUSING RESIDUE

- Each load requires less water, so more dirt and detergent remains behind.
- HE washers deliver outstanding cleaning in cold water, but dirt and grease are not fully dissolved and are more likely to leave a residue on the interior of the washer.
- If the washer door is left closed when not in use, the washer is sealed, providing a fertile environment for odor-causing bacteria.

*All these factors work together to make HE washers prone to odor-causing residue.*



IL. ON

1 of 2



# Less Water Leaves Dirt and Detergent Behind

**Over time, residue forms, and leads to odor**

The residue in HE washers is similar to the soap scum in your bathtub or shower — it is made up of dirt and detergents that naturally accumulate on surfaces over time. This provides a place for odor-causing bacteria to develop. And once the residue sets, it can be hard to remove. Since dirt and detergent are more likely to cling to existing residue, removing the first traces of residue prevents additional residue from forming.



# washer

## WASHING MACHINE CLEANER

*For A Pure Washer And Fresh Smelling Towels!*

◉ EASY TO USE   ◉ ALL NATURAL   ◉ 24 TREATMENTS

HOME · TESTIMONIALS · CONTACT · PRESS · LINKS · FAQ · BLOG




⇧ REMOVE FUNGUS ODOR WITH SMELLYWASHER WASHING MACHINE CLEANER!

⇧ GET RID OF MILDEW SMELL FROM TOWELS AND CLOTHING!

⇧ HELPS WITH ALLERGIES AND ASTHMA!

DON'T CALL FOR REPAIR! SAVE MONEY BY CLEANING IT YOURSELF!

## Do you have a stale or foul odor in your washing machine?

Washing machine odor is caused by a buildup of detergents and fabric softeners. This slimy, odor-causing buildup is hidden inside your washer which is the perfect environment for fungus to grow in. The fungus smell from the washer makes your towels smell like mildew and can even affect people with allergies and asthma!

Stop washing your clothes in a tub of fungus! Smellywasher cleaner was designed to clean all top loading and front-loading clothes washers! One tablespoon of SmellyWasher will remove stale odors from washing machines and clothing. Just add 1 tablespoon of SmellyWasher to your machine in a hot setting and let your washer clean itself!

### How does Smelly Washer Cleaner work?

To remove washer odor a tablespoon of washer cleaner is used in place of detergent on a hot setting. Allow the washer to complete it's cycle. To remove towel smell simply use a tablespoon of cleaner on a full load of towels. Rewash with detergent to get rid of the dead fungus spores and the towels will smell like new! There are instructions on how to remove mildew odor from your washer and smelly towels on our blog page and make them smell like new!

### How do I buy it?

Click on the buy now button. Smellywasher Cleaner is $16.00 plus $4.00 for shipping for 1 or more orders. $7.00 shipping to Canada. $12.00 international orders (other than Canada). **Single orders are sent via USPS ground mail. Orders of 2 or more are sent via USPS First Class Priority.**
BULK PRICES:
  Order 4 receive 6
  Order 8 receive 12

© Copyright 2007 SmellyWasher.com and Laundry Specialists
Smelly Towels | Washing Machine Cleaner

## ONLY $16.00 + shipping

**NO PAYPAL ACCOUNT REQUIRED!**

**WE ACCEPT MOST CREDIT CARDS!**

MONEY BACK GUARANTEE!



To order by phone call us toll free
**1-866-420-9262**

WasherGenie™ is distributed by:
Amazing SueLutions, Inc.
PO Box 7306
Watchung, NJ 07069

© 2007 AMAZING SUELUTIONS, INC.  All rights reserved.

Home    Shop Now    Washer Care    Contact Us

## The Four D's of Washer Care

To keep your machine in tip top shape WasherGenie has developed these simple washer care guidelines. We call them the "Four D's of Washer Care". These steps will keep your unit and clothes smelling clean and fresh.

1. **Door:** Leave it open at all times. This dries the machine from creating a wet, dark breeding ground for mold and mildew.
2. **Detergent:** Use detergent for high efficiency machines. They're designed for washers that use less water at cooler temperatures. Almost all detergent manufacturers make high-efficiency products.
3. **Dispenser:** Clean the detergent dispenser regularly. Build-up can create foul smelling washers and clothes. WasherGenie Multi-Purpose Spray was created for this very purpose.
4. **Deodorize and clean:** Modern washers require regular cleaning. Products like WasherGenie are necessary to remove mildew and heavy odor causing build up of minerals and additives. We recommend cleaning your machine every 6-8 weeks.

WasherGenie™ is a cleaner and deodorizer that removes mildew, odor causing buildup and mineral deposits from your washing machine. Its unique formula is safe for all types of washing machines, the environment, and your family. Best of all, WasherGenie™ gives your washer a clean, fresh smell!

*Washer Care*