

Press Room | Retail Support | MSDS Sheets

Our Brands | Our Company | Common Questions | Where to Buy | Contact Us

SUMMIT

## Specialty Cleaning PRODUCTS!

Search Our Brands!

WASHER MAGIC

Washer Magic

**Washing machine cleaner and freshener**

Removes abrasives harmful to laundry.

Keeps washing machines working their best.

Cleans lime, rust & build-up.

Freshens & deodorizes.

Maintains machine performance.

Reduces abrasive build-up harmful to laundry.

Testimonials

WASHER MAGIC

### STORE LOCATOR

Locate a store near you that sells Washer Magic and other Summit Brands.

Locate Your Store! GO

### PRODUCT INFORMATION

WASHER MAGIC is the revolutionary product specifically formulated to safely and effectively clean the family washing machine.

**Why Use WASHER MAGIC?** Every time you wash your clothes, hard water and detergents causes lime scale and rust to build up inside the tub, pump and hoses. This build-up reduces the ability of your washing machine to perform. Mineral build-up acts as an abrasive increasing the wear on your clothes. The result: your clothes are not as clean as they could be and wear out sooner.

If you are unhappy with the way your clothes comes out of the wash, then WASHER MAGIC may be the solution you have been looking for. Only WASHER MAGIC can restore the family washing machine to the way it performed when it was new.

**AVAILABLE SIZES: 24 fl. oz.**



Before & After

## CLEANING TIPS
**Please follow cautions and instructions on the label carefully.**

1. Make sure the washing machine is empty.
2. Set water temperature to hot and machine to large load (highest water level).
3. Start machine using normal wash cycle.
4. Pour entire contents into machine. Do not use detergent.

Note: For heavily stained washers, a second application of Washer Magic may be necessary.

# EXHIBIT E

The advice and Ratings you need before you buy

$9.99

# Consumer Reports®

EXPERT • INDEPENDENT • NONPROFIT®

# 2008 BUYING GUIDE

**Best & Worst** appliances, cars, electronics, and more

**950+ BRAND-NAME PRODUCT RATINGS**

## Brand Repair History

The graph shows the percentage of the following brands of washers bought between 2002 and 2006 that have been repaired or had a serious problem. Differences of fewer than 4 points aren't meaningful. Maytag was the most repair-prone front-loading washer. KitchenAid, Amana, and Fisher & Paykel were among the more repair-prone top-loaders. Historically, Whirlpool's and Kenmore's high-efficiency top-loaders (which don't have an agitator post) have been less reliable than their regular models. LG and Bosch washers weren't included in the repair graphs because we lacked sufficient data. But we've seen no unusual repair problems thus far. Models within a brand may vary, and changes in design or manufacture may affect reliability. Still, choosing a reliable washer brand can improve your odds of getting a reliable model.

Data are based on reader responses on about 148,000 washers to the Annual Product Reliability Survey conducted by the Consumer Reports National Research Center. Data are adjusted to eliminate differences linked solely to age and use of the product.

Case 1:08-cv-01832 Document 32-4 Filed 08/11/2008 Page 5 of 23

# PRODUCT RECALLS

Products ranging from child-safety seats to chain saws are recalled when there are safety defects. Various federal agencies, such as the Consumer Product Safety Commission (CPSC), the National Highway Traffic Safety Administration (NHTSA), the U.S. Coast Guard, and the Food and Drug Administration (FDA), monitor and investigate consumer complaints and injuries and, when there's a problem, may issue a recall.

But the odds of hearing about an unsafe product are slim. Manufacturers are sometimes reluctant to issue a recall because it can be costly. And getting the word out to consumers can be haphazard. If you return the product registration card that sometimes comes with a product, you're more likely to receive notification if it is recalled.

A selection of the most far-reaching recalls appears monthly in CONSUMER REPORTS. Below is a listing of products recalled from December 2006 through November 2007, as reported in issues of CONSUMER REPORTS. For details on these products and hundreds more, go to our Web site, *www.ConsumerReports.org*, for access to our free, comprehensive list of product recalls.

For safety alerts and to report a dangerous product to any of the six federal agencies that oversee consumer safety, go to *www.recalls.gov*. You can also report dangers by phone. For vehicles, call 888-327-4236; for household products, call 800-638-2772, then press 1, then 3. We want to hear your concerns, too. Go to *www.ConsumerReports.org* and click on "Report a product-safety problem" under the Consumer Interest area.

### VEHICLES AND EQUIPMENT

'05-06 Ford Five Hundred and Freestyle, and Mercury Montego
'05-06 Chevrolet Cobalt
'04-06 Dodge Durango
'05-06 Acura RL, TL, TSX and Honda Accord, Odyssey, Ridgeline
'01-04 Ford Escape
'05 Chrysler Town and Country/Dodge Caravan
Various Volkswagen models
Briggs & Stratton OHV snow throwers

### CHILDREN'S PRODUCTS

F Forward Firestreet scooters sold at Target stores
Suave Kids Bath Set sold at Wal-Mart stores
Lego Explore Super Truck
Baby Cookie Monster toys sold with DVD at Wal-Mart
Britax Child Safety "Companion" infant seat
Minnie Mouse Cardigan Sets from Wal-Mart
Polly Pocket magnetic play sets by Mattel
Hasbro Easy-Bake Ovens
Children's Rachael Rose Kidz rings
JAKKS Pacific Toy Vehicles
Infantino SlingRider infant sling carriers
Elite Operations toy sets sold at Toys "R" Us
Children's necklaces sold at Claire's stores
Children's "Groovy Grabber" bracelets
Cardinal children's charm bracelets and necklaces
Evenflo Embrace infant car seats/carriers
Magnetix Magnetic Building Sets
Thomas & Friends wooden railway toys
Payless toddler clog shoes
9.5 million Mattel toys

### ELECTRONICS

Olympus Infinity Zoom 76 and Promaster Infinity Twin 35mm film cameras

EXHIBIT F

INSIDER'S GUIDE 2006-07 CARS | Best & worst MPG stats (page 22) | Hybrids: As green as they claim?

**ROADSTERS**
- BMW Z4
- Chevrolet Corvette
- Honda S2000
- Lotus Elise
- Mercedes-Benz SLK
- Nissan 350Z
- Porsche Boxster

# Consumer Reports®

OCTOBER 2005 EXPERT • INDEPENDENT • NONPROFIT www.ConsumerReports.org

**UNBIASED RATINGS 311 PRODUCTS**

**Laundry detergents**

Which won the dirt test?

**The truth about fuel economy**
- EPA tests misrepresent MPG 90% of the time
- The best & worst cars for gas mileage

**Important health alert**

Drug-resistant infections: 3 ways to protect yourself

**PLUS**
**Vacuum cleaners**
**Cordless phones & answerers**
**Air cleaners**

CR EXCLUSIVE

# Repair or replace it? A guide

Televisions • Vacuums
Dishwashers • Lawn mowers
Digital cameras & more
PLUS Reliable & less-reliable brands

**WHAT YOU CAN DO**

**Consider the case for replacement.** Unfortunately, it's persuasive. More than 40 percent of the time, readers had at least one gripe about repairs. Among the 45 percent of respondents who nixed repairs, the main reason was cost. Others: the availability of low-cost replacements and a desire for models with new features.

If you do buy new, refuse an extended warranty unless the item is pricey, fragile, or hard to fix. (An extended warranty might be worthwhile for plasma TVs or treadmills.) For details, see the January 2005 issue. ConsumerReports.org subscribers can search for "extended warranty."

Here's why to consider a new product:

- More bang for fewer bucks. Inexpensive imports give consumers more for their money. We no longer recommend out-of-warranty repairs for conventional 27-inch TV sets, which cost about $560 a decade ago and can sell for less than $300 today. DVD players sell for $75 or so, about the same as a VCR. Prices for desktop computers have dropped by about $400 over the past four years; for laptops, by about $200. Over-the-range microwave ovens and top-freezer refrigerators cost about $200 less than they did four years ago.
- Higher efficiency. Long-term savings from replacing an elderly, power-hungry appliance could be substantial. Washer energy standards became stricter in 2004 and will grow stricter still in 2007. Today's refrigerators are up to 30 percent more energy-efficient than those sold in 2001.
- A craving for newness. Of readers who didn't seek repairs, 27 percent wanted a model with new features. In TVs, for instance, high-definition and flat-panel sets may make upgrades attractive.
- Hard-to-diagnose problems requiring expensive repairs. Readers paid as much as $500 to fix projection TVs, $400 to fix laptops, and $180 to fix digital cameras. Among appliances, repairs cost as much as $350 for a front-loading washer and $250 for a range. Most major appliances and electronics products rely on microprocessor-based controls in which failures can be tricky and time-consuming to diagnose. Technicians often have to replace an entire circuit board, for instance, even though the problem may involve a single blown capacitor. That's a costly proposition

# What breaks, what doesn't

**The chart below indicates the percentage of five-year-old products with and without a warranty that have ever been repaired or had a serious problem. We've also listed a sampling of brands that have been especially reliable over the past few years, along with brands that are among the more likely to have needed repair.**

| Product | Repair rate | More-reliable brands | Less-reliable brands |
|---|---|---|---|
| Desktop PC | | Apple, Dell, Sony | Gateway |
| Laptop or notebook PC | | Apple, Toshiba | Compaq, Gateway |
| Lawn tractor and riding mower | | Craftsman (Sears), John Deere | Cub Cadet, Murray (tractors); Snapper (riders) |
| Refrigerator: side-by-side (with icemaker and dispenser) | | Kenmore (Sears), Whirlpool | Maytag |
| Lawn mower (self-propelled) | | Honda, Toro | None stood out. |
| Washing machine | | Front-loader: GE, Kenmore (Sears); Top-loader: Frigidaire, Roper | Front-loader: Maytag; Top-loader: Fisher & Paykel, KitchenAid, Sears Calypso |
| Vacuum cleaner (canister) | | Miele, Rainbow | None stood out. |
| TV: rear-projection | | Hitachi, Mitsubishi | RCA |
| Gas range | | Frigidaire, GE, Hotpoint | Dacor (dual fuel), Thermador, Viking |
| Over-the-range microwave oven | | Amana, Frigidaire | Sharp |
| Lawn mower (push) | | Craftsman (Sears), Honda | Lawn-Boy |
| Refrigerator: top- and bottom-freezer (icemaker only) | | GE, Whirlpool, Kenmore (Sears) (top-freezers) | Sub-Zero (bottom-freezer) |
| Dishwasher | | Hotpoint, Kenmore (Sears), Whirlpool | Asko, Fisher & Paykel |
| Clothes dryer | | Maytag, Roper, Whirlpool (electric) | Amana (electric) |
| Vacuum cleaner (upright) | | Eureka, Kenmore (Sears), Kirby | Simplicity |
| Electric range | | GE, Hotpoint | Jenn-Air, KitchenAid |
| Digital camcorder | | Sony D8 and Mini DV | JVC Mini DV |
| Digital camera | | Canon, Panasonic, Sony | Toshiba |
| DVD player | | JVC, Panasonic, Pioneer, Sony, Toshiba | Apex Digital |
| Picture-tube TV: 30-32" | | JVC, Sanyo, Sharp, Toshiba | RCA, Zenith |
| Picture-tube TV: 34-36" | | JVC, Sony, Toshiba | RCA |
| Refrigerator: top- and bottom-freezer (no icemaker or dispenser) | | Amana, Frigidaire, KitchenAid, Whirlpool | None stood out. |
| TV: 25-27" | | Sanyo, Sharp, Toshiba | RCA, Samsung |

0% 10 20 30 40 50%

**ecowise**

## WHERE TO RECYCLE WHAT YOU TOSS

Trashing broken products may be smart for your wallet, but it's dumb for the environment. Check whether your town has a program to recycle or refurbish old products. Appliances have many reusable parts. (For example, about 95 percent of the materials in refrigerators are recyclable, including the metal, plastic liner, and glass shelves.) Electronics products are more problematic: Many contain potentially hazardous materials, such as lead, mercury, and cadmium. Still, some electronics equipment can be recycled or reused. For a roundup of groups that accept old or broken products, go to *www.GreenerChoices.org*, our free Web site. (Under "What you can do," click on Recycling Center.) For a list of stores in your area that accept worn-out rechargeable batteries, go to *www.rbrc.org*, the site of the nonprofit Rechargeable Battery Recycling Corp. It has worked with Home Depot, Sears, Target, Wal-Mart, and other major retailers to implement a battery recycling program.

because they end up throwing out good parts with bad.

Labor costs are another reason for high repair bills. Ron Sawyer, executive director of the Professional Service Association, a trade group, says a house call typically costs $40 to $80, up slightly since 2001 because of higher fuel costs, and repair fees cost an average of $45 to $90 per hour, about the same as four years ago.

• Fewer repair shops. According to the Professional Service Association, the number of electronics-repair shops has dropped since 1992 from 20,014 to 7,168; the number of appliance-repair shops has dropped from 18,546 to 11,620. Sawyer says many repairers will fix only high-end appliances. With others, profit margins are too thin.

**Consider the case for repairs.** They make the most sense for expensive products that have recently come off warranty. If you're thinking about a repair, take the following steps to ease the process:

• Be sure that the product is really broken. The trouble may be a loose plug, improper wiring, a tripped circuit breaker, or a bad surge-protector outlet. Products that rely on microprocessors tend to be especially quirky.

• Go by the book. Most instruction manuals have a troubleshooting section, and some manufacturers' Web sites also provide help, including user forums and downloadable owners' guides.

# Repair-or-replace timelines

Repair | Consider repair | Replace

| Product | | Age of broken product | | | | | | | | | Cost | | Repair problems | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | <1 yr. | 1 yr. | 2 yr. | 3 yr. | 4 yr. | 5 yr. | 6 yr. | 7 yr. | 8 yr. | Replacement | Repair | Percent with any problems | Hard-to-get parts | Took too long | Bad job | High cost |
| **ELECTRONICS** | | | | | | | | | | | | | | | | | |
| **Camcorders** | Digital | | | | | | | | | | $350-$650 | $135-$270 | 61% | | ● | ● | ● |
| **Digital cameras** | 4-5 megapixels | | | | | | | | | | 250-500 | 50-180 | 69 | | ● | | ● |
| | 6-8 megapixels | | | | | | | | | | 400-800 | 50-180 | 69 | | ● | | ● |
| **TVs, picture-tube** | 32-inch | | | | | | | | | | 250-550 | 100-300 | 45 | | ● | | |
| | 36-inch | | | | | | | | | | 500-850 | 100-300 | 45 | | ● | | |
| **TVs, rear-projection** | CRT-based | | | | | | | | | | 800-1,400 | 200-500 | 55 | ● | ● | ● | ● |
| **Computers** | Desktop | | | | | | | | | | 500-1,500 | 90-300 | 56 | | | ● | |
| | Laptop/notebook | | | | | | | | | | 900-2,000 | 100-400 | 58 | | ● | ● | ● |
| **APPLIANCES** | | | | | | | | | | | | | | | | | |
| **Clothes dryers** | | | | | | | | | | | 250-600 | 75-150 | 26 | | | | |
| **Dishwashers** | | | | | | | | | | | 200-600 | 75-200 | 39 | | | | |
| **Microwave ovens** | Over-the-range | | | | | | | | | | 150-450 | 50-195 | 40 | ● | | | ● |
| **Ranges** | Electric | | | | | | | | | | 400-1,000 | 70-250 | 45 | ● | | | ● |
| | Gas | | | | | | | | | | 500-1,300 | 100-230 | 46 | ● | | | ● |
| **Refrigerators** | Side-by-side | | | | | | | | | | 700-1,400 | 95-210 | 41 | | | | |
| | Top-freezer | | | | | | | | | | 300-850 | 100-200 | 36 | | | | |
| | Bottom-freezer | | | | | | | | | | 600-1,400 | 100-200 | 36 | | | | |
| **Vacuum cleaners** | Canister | | | | | | | | | | 150-600 | 25-90 | 32 | | | | |
| | Upright | | | | | | | | | | 50-600 | 25-90 | 32 | | | | |
| **Wall ovens** | Electric, single-unit | | | | | | | | | | 800-1,000 | 100-300 | 53 | ● | ● | | ● |
| **Washing machines** | Front-loader | | | | | | | | | | 600-1,200 | 75-350 | 35 | | | | ● |
| | Top-loader | | | | | | | | | | 250-500 | 75-170 | 28 | | | | |
| **MOWERS & TRACTORS** | | | | | | | | | | | | | | | | | |
| **Mowers** | Gas, push | | | | | | | | | | 150-300 | 50-150 | 54 | | ● | ● | |
| | Gas, self-propelled | | | | | | | | | | 300-500 | 50-150 | 54 | | ● | ● | |
| **Lawn tractors and riding mowers** | | | | | | | | | | | 1,100-2,500 | 100-350 | 57 | | ● | ● | |

## Guide to the timelines

Information is based largely on our 2004 Annual Questionnaire and includes readers' experiences with products that broke while out of warranty and were professionally repaired. Timelines indicate when repair or replacement makes sense, based on the judgment of our marketing and engineering experts. They take into account the product's age, typical repair and replacement costs, and improvements in new models. **Green** shows when a repair is worthwhile, **yellow** signals a judgment call; **red** means we advise against repair. Timelines apply to the middle-of-the-road products most people buy. If you own a very expensive model (a pro-style range or built-in refrigerator, for example) and were satisfied

EXHIBIT G



ROAD TEST COROLLA, IMPREZA, LANCER, PROTEGÉ
RATINGS Washers & dryers • Best Buy wall paint
JULY 2002
Consumer Reports®
Cell-phone alternatives Walkie-talkies
www.ConsumerReports.org
Which is best
A survey of 31,000 readers
For:
Value
Price
Service
Choice
Variety
Cheap chic
Quality
Martha
COSTCO
TARGET
WAL★MART
SEARS
Kmart
SAM'S CLUB
$3.95US
08
0 71435 18400 9

# CONTENTS JULY 2002

Volume 67, No. 7

SPLASH Tests of nearly 60 interior paints. Page 36.

## COVER REPORT

**11 ► SHOPPING Costco, Target, Wal-Mart ... Which one's best?**
Some 31,000 readers rated the nation's leading megastores, telling which ones are best for small appliances, electronics, hardware, lawn and garden equipment, and more.
RATINGS PAGE 14

## FEATURES

**16 ► ICE CREAM Triple feature**
Who has the yummiest vanilla? The chocolate nirvana? The dreamiest butter pecan?
RATINGS PAGE 18

**20 ► BICYCLES Deals for two wheels**
**How to buy a bike, page 20.** Three steps to get the right bike.
**Bicycle helmets, page 22.** Our tests show that you don't have to spend a lot for a safe helmet. Plus how many helmets do active people really need?
RATINGS PAGE 24

**26 ► CELL-PHONE ALTERNATIVES The new walkie-talkies**
Need to stay in touch with people nearby but don't want a pricey phone? One of the two-way radios we tested may be right for you.
RATINGS PAGE 28

**30 ► DEREGULATION Dethroning the customer**
Why consumers suffer most in a free market—and what you can do about it.

**36 ► INTERIOR PAINTS Products that perform**
We've rated close to five dozen flat, low-luster, and semigloss wall paints.
RATINGS PAGE 38

**40 ► LAUNDRY Washers and dryers**
Our tests found three CR Best Buys.
RATINGS PAGES 43 AND 45

**48 ► YOUR HEALTH The unraveling of health insurance**
How employers are shifting more costs to you. Will you be able to afford it? Part one of a two-part report.

**60 ► AUTOS Small sedans**
The *Mazda Protegé* vs. the *Mitsubishi Lancer*, *Subaru Impreza*, and the 2003 *Toyota Corolla*.

SLOSH Ratings of high-efficiency washers and dryers. Page 40.

SLURP Scoop up A CR Best Buy ice cream. Page 16.

## DEPARTMENTS

**4 ► YOUR LETTERS**
**7 ► MEMO TO MEMBERS**
The CR recall: Caveat emptor hits home.
**8 ► FRONT LINES**
Best travel web sites. A roundup of no-spill gasoline cans. Plus tests of *Clorox* and *Swiffer* mops, an unhandy paint roller, and a new meat substitute called *Quorn*.
**29 ► PRODUCT RECALLS**
**47 ► BRANDS: WHERE TO CALL**
**47 ► BENEFACTORS & LIFETIME MEMBERS**
**54 ► YOUR MONEY**
Transitions: How college grads can avoid being hopelessly in debt.
**56 ► PRODUCT UPDATES**
Ratings of room air conditioners.
**66 ► INDEX/FAX NUMBERS**
**67 ► SELLING IT**

## In Future Issues

**The dream kitchen** Next month, ideas and product Ratings for big and small budgets.

**Appliances** Refrigerators • Ranges • Cooktops • Wall ovens **Autos** Small hatchbacks • Big SUVs & pickups **Electronics** Desktop computers • Home networking • Printers • Regular & flat-panel monitors **Foods** Beef • Cereal **Personal** Jeans

AUTO PHOTO BY TRACEY KROLL

*Printed in the U.S.A.*

# Washing machines

Clean laundry need not cost a bundle. When we put 32 washers through the wringer, our $390 CR Best Buy was a contender on all counts.

Finding a washing machine that will turn out spanking-clean laundry is a snap. Finding one that can do the job with a minimum of energy, water, and noise is more of a challenge. Add to your wish list jumbo capacity, a gentle touch, and easy-as-pie controls, and you've got one tall order.

Happily, it's not an impossible one. Our latest tests of 32 top-loading and front-loading washers turned up a few $1,000-plus washers that filled the bill on all counts. We also found some washers selling for about $400 to $800 that met most of those requirements. Among our findings:

**For the best performance across the board, go with a front-loader.** Although top-loaders still account for 9 out of 10 washers sold, the front-loading models as a group outshone them, especially when it came to energy and water efficiency, minimum wear and tear on clothes, and quiet operation. But be prepared to pay a premium for a front-loader's advantages. The top-rated model, the *Kenmore Elite 4292 HE3t*, was the most expensive washer in this group, at $1,450. You can find very good front-loaders for less, including the *Kenmore 4204*, $800, and the *Frigidaire Gallery GLTR1670A* and *GE Profile WPXH214A*, each $750.

**For good all-around performance at a lower price, stick with a top-loader.** If you want a less expensive machine that's decent across the board, check out the top-loaders. You can find lower-priced models that were excellent for washing and good or better in most other attributes, such as the *Maytag Performa PAV2300A*, A CR Best Buy at $390.

**If all that matters is thorough cleaning, even an inexpensive model should do.** Every machine we tested, regardless of type —including the lowest-priced, the $350 *Roper RAS8445K*—was judged very good or excellent for washing. *Roper* has also been among the more reliable brands.

Along with full-sized front-loaders and top-loaders, we tested four laundry centers and three compact, stackable washers and dryers that might be suitable in tight quarters (see "When Space Is Tight," on page 46). To round out our laundry coverage, we report on clothes dryers on page 44.

For the first time, we tested a washer and dryer from Haier, a new entrant in the market. The top-loading *Profile XQJ100-96*, $500, was judged very good for washing, but its overall score was among the lowest. The *GDZ221* dryer, $370, was also among the lowest-rated models. Construction on both the washer and dryer was comparatively flimsy, and they rattled and shook during testing. We had to wait about a month when we called for service on the dryer.

### SORTING OUT THE DIFFERENCES

When we evaluated washers in our labs, we found that most did respectably in several key areas. As mentioned earlier, washing performance was uniformly excellent or very good. None of the machines was very noisy, but some were a bit louder than others and might be annoying if your washer is near a bedroom or the kitchen. (Noise scores are shown in the Ratings on page 43.)

Ease of use was another given, with all the tested models judged excellent or very good. New models have everything from electronic touchpad controls to pushbuttons, digital readouts, programmable custom controls, and two-way cycle knobs or a

**FRONT OR TOP?** Front-loaders like the *Whirlpool Duet GHW9100L* (above) account for only 10 percent or so of sales, but they offer several advantages. The *Duet* (like the related *Kenmore Elite 4282 HE3*) holds an exceptionally large 20-pound load, uses less water and energy than most washers, runs very quietly, and treats your clothes with TLC—but it costs $1,000. (The *Kenmore* version is $1,100.) For less than half that price, you can get excellent washing performance from a top-loader like the *Maytag Performa PAV2300A* (right), A CR Best Buy at $390. The trade-off: Like most top-loaders, it uses more water and energy, holds less laundry (but its capacity is respectable, at 15 pounds), and makes a bit more noise.

combination of buttons and knobs. You may prefer a certain type, so check out the control panel before making a purchase.

What really set washers apart were the other factors we tested:

**Water and energy efficiency.** Conservation of water and energy has become more important because of shortages and rising costs. (See "Be Water- and Energy-Wise," below.) Front-loaders have an edge on both counts. These machines fill only partially with water, tumbling clothing in a low-sudsing detergent solution. Top-loaders, on the other hand, fill the tub with enough water to cover the laundry. The most water efficient of the tested models was the front-loading *Kenmore Elite 4292 HE3t*, which used 25 gallons for a 20-pound load, compared with 46 gallons for a 14-pound load on a few of the top-loaders.

Reduced hot-water consumption translates into reduced energy consumption because the hot-water heater has less to do. Front-loaders also extract water from laundry very efficiently, thanks to a high-speed spin cycle. That shortens the time it takes to dry clothes—again cutting energy usage. Unfortunately, their efficiency comes at a premium. At $750 to $1,450, the eight front-loaders we tested are among the priciest washers covered in this report.

Three top-loaders that work somewhat like front-loaders stand out for being more water and energy efficient than most in their class. The *Kenmore Elite Calypso 2206* and the *Whirlpool Calypso GVW9959K* (both made by Whirlpool) and the *Fisher & Paykel GWL10* fill only partially with water and spray clothes with a concentrated detergent. Again, you'll pay more for efficiency. At $700 to $1,250, these three top-loaders were among the priciest.

**Capacity.** The more laundry you can wash at once, the fewer loads you'll have to do, saving time, water, and energy. Capacity depends on the size of the tub and the way the washer moves clothes around in the tub. Top-loaders need room to agitate clothing; cram the tub too full and you'll get wrinkled and even poorly washed clothes. Front-loaders tumble clothes like a dryer, so they can hold more in a given-size tub than a top-loader with an agitator. With either type, overloading can damage the washer.

Most of the washers we tested could handle at least 14 pounds of dry laundry—equivalent to a large load of towels, sheets, tablecloths, shirts, underwear, and handkerchiefs. Several front-loaders held 20 pounds: the *Kenmore Elite 4292 HE3t* and three nearly identical machines—the *Whirlpool Duet HT GHW9200L*, the *Kenmore Elite 4282*, and the *Whirlpool Duet GHW9100L*. (All four are made by Whirlpool.) The top-loading *Calypsos* can fit 18 pounds because they have a flat wash plate rather than an agitator and don't need space to roll clothes over.

**Gentleness.** With no agitator to rub and potentially abrade fabric, the front-loaders were all judged very good or excellent for gentleness. Most top-loaders were good to excellent, but two that were rather tough on clothes were judged only fair—the *Whirlpool LSQ9564J* and the *Maytag Atlantis MAV8600A*. Front-loaders also proved better at handling unbalanced loads, which caused bounces and bangs among most top-loaders. The top-loading *Frigidaire Gallery GLWS1749A* started walking across the floor, even with a very small unbalanced load.

**Cycle time.** The washers we tested took anywhere from 40 to 75 minutes to complete a normal cycle (without extra rinse or spin). Longer isn't always better: Some of the speedier models were judged excellent for washing. We've listed the cycle times in the "Key Features" chart on page 42.

**Features.** The more features a washer has, the more it usually costs. Don't buy an expensive washer just to get dozens of cycle and setting combinations or specialized cycles such as a sanitary or silk cycle. The basic cycles and settings on most models should be adequate for most washing needs.

### RECOMMENDATIONS

All the machines we tested could wash a large load capably, but a few stand out.

**Top-loaders.** Expensive models led the category. The *Kenmore Elite Calypso 2206*, $1,100, and *Whirlpool Calypso GVW9959K*, $1,250, excelled in performance and offered very good efficiency. (Repair histories for other *Kenmore* and *Whirlpool* products may not apply since these models are fairly new and use a different design.) You can get excellent washing for less money with the *Maytag Performa PAV2300A*, a CR Best Buy at $390, or the *Whirlpool LSQ9645K*, $460, but you will sacrifice some water and energy efficiency.

**Front-loaders.** If money is no object, consider the top four models (two *Kenmores* and two *Whirlpools*), excellent choices for $1,000 and up. Less expensive and very good alternatives: the *Kenmore*, *Frigidaire*, and *GE* models priced at $750 to $800.

## Be water- and energy-wise

Local water-use restrictions this summer may affect how often (or even whether) you wash your car, but chances are they won't limit how often you wash your clothes. The average American household uses almost 13,000 gallons of water each year doing laundry—22 percent of a household's water consumption, second only to toilets—according to the American Water Works Association Research Foundation.

Clean clothes don't have to come at such a high price to you or the environment. You can cut water usage by 25 percent or more—saving several thousand gallons of water in the course of a year—by using a water-efficient washing machine. In our tests, we found that the most efficient washers used about 25 gallons to do a 20-pound load, while the least frugal of the models we tested used 42 gallons for a 9-pound load. Many older machines are likely to be water guzzlers as well.

Other ways to cut water usage: Wash only full loads and, on machines that allow you to select the water level, choose one that just covers your laundry.

Your choice of laundry equipment also affects your energy bill. A dryer's energy usage depends largely on how much water the washer extracts from clothing. In 2004 and 2007, the Department of Energy will phase in stricter standards for energy use by all residential washers. Check our Ratings, on page 43, to see which of the tested models are most energy efficient.

In addition to purchasing an energy-efficient washer, follow these tips to reduce energy costs:

- Turn the water-heater thermostat down to 120° F.
- Don't routinely use hot water for presoaking heavily soiled laundry. Some stains respond better to warm or cold water.
- Use warm water for the wash cycle (unless your garments have oily stains, which come out most readily in hot water), and choose a cold rinse to further reduce heating energy.
- Use the fastest spin speed to extract more water from clothing, reducing the energy needed to dry clothes.

# Washing machines

## Key features

These features can add to a washer's convenience or durability, but most aren't must-haves.

**Automatic dispensers.** Release detergent or bleach at the right time.

**Automatic temperature control.** Mixes hot and cold water to ensure consistent temperature. A good way to compensate for normal variations in tap-water temperature.

**End-of-cycle signal.** Sounds a bell or chime when the wash is done. Useful if the washer is in the basement or otherwise out of sight.

**Porcelain top and lid.** Less likely to scratch and corrode than painted surfaces.

**Stainless-steel tub.** Stands up to higher spin speeds than plastic; won't chip and rust, as porcelain-coated tubs might.

**Touchpad/pushbutton controls.** Allow you to program settings by pushing touchpad or buttons. Can be handy, but may take more thought than simple dials.

**Two-direction dials.** Turn in either direction. Handier than one-way dials and often simpler than electronic controls.

**Cycle time.** Time it takes (rounded to nearest 5 minutes) to complete a full normal cycle without extra rinse or spin.

### Also useful

**Stackable.** Saves space by allowing you to install a washer beneath a suitable dryer. Stackable models (all front-loaders) include #25, 26, 27, 28, 31, and 32.

**Tested products (keyed to the Ratings)**

| Key No. | Brand & model | Auto. dispensers | Auto. temp. control | End-of-cycle signal | Porcelain top and lid | Stainless-steel tub | Touchpad controls | Two-direction dials | Cycle time (in min.) |
|---|---|---|---|---|---|---|---|---|---|
| | **TOP-LOADERS** | | | | | | | | |
| 1 | **Kenmore** 2206[2] | • | • | • | • | • | • | | 70 |
| 2 | **Whirlpool** GVW9959K[Q] | • | • | • | • | • | • | | 65 |
| 3 | **Fisher & Paykel** GWL10 | | • | • | | • | • | | 50 |
| 4 | **Kenmore** 2203[2] | • | • | • | • | | • | | 50 |
| 5 | **Whirlpool** LSQ9645K[Q] | | • | • | | | | | 45 |
| 6 | **Whirlpool** GSX9885J[Q] | • | • | • | • | | • | | 50 |
| 7 | **GE** WHSB9000B[WW] | | • | • | | | • | | 45 |
| 8 | **Maytag** PAV2300A[WW] | | | | | | | | 50 |
| 9 | **Kenmore** 2381[2] | | | | | | | | 40 |
| 10 | **Kenmore** 2303[2] | | • | | | | | | 45 |
| 11 | **Maytag** MAV9600A[WW] | | • | • | • | • | | • | 65 |
| 12 | **Maytag** PAV5000A[WW] | | • | • | | | | | 50 |
| 13 | **Whirlpool** LSQ9564J[Q] | | • | • | | | | | 45 |
| 14 | **GE** WPSE7003A[WW] | | • | • | | | • | | 40 |
| 15 | **Hotpoint** VWSR4150B[WW] | | | | | | | | 45 |
| 16 | **Maytag** MAV8600A[WW] | | • | • | • | • | | • | 55 |
| 17 | **Amana** ALW480DA[W] | | | | | • | | • | 40 |
| 18 | **Amana** ALW895SA[W] | | • | | | • | | • | 55 |
| 19 | **Roper** RAS8445K[Q] | | | | | | | | 45 |
| 20 | **GE** WWSE6260B[WW] | | • | | | | | • | 45 |
| 21 | **KitchenAid** KAWS850J[Q] | | • | • | • | | | | 45 |
| 22 | **Frigidaire** GLWS1749A[S] | | • | • | | | | | 50 |
| 23 | **Maytag** LAT3500A[AE] | | | | • | | | | 45 |
| 24 | **Haier** XQJ100-96 | | | | | • | | | 50 |
| | **FRONT-LOADERS** | | | | | | | | |
| 25 | **Kenmore** 4292[2] HE3t | • | • | • | | • | • | | 70 |
| 26 | **Whirlpool** GHW9200L[W] | • | • | • | | • | • | • | 60 |
| 27 | **Kenmore** 4282[2] HE3 | • | • | • | | • | • | | 70 |
| 28 | **Whirlpool** GHW9100L[Q] | • | | • | | • | • | • | 70 |
| 29 | **Maytag** MAH7500A[WW] | • | • | • | | • | • | | 75 |
| 30 | **Kenmore** 4204[2] | • | • | • | | • | | | 60 |
| 31 | **Frigidaire** GLTR1670A[S] | • | • | • | | • | | | 60 |
| 32 | **GE** WPXH214A[WW] | • | • | • | | • | | | 55 |

## Should you fix your old washing machine or dryer?

That depends on its age and condition, what's broken, the repair cost, and the extent to which improvements on new models may make replacement worthwhile. In general, repair a washer or dryer under warranty and replace it if the repair is more than half the cost of a comparable new model. (The information below pertains to the typical top-loading washer. Front-loaders and pricier top-loaders may be worth repairing for longer periods of time provided the repair isn't too costly.)

- Usually worth repairing: Up to five years old.
- Consider repair: Five to eight years old.
- Usually better to replace: After eight years.

| PRODUCT | REPAIR OR REPLACE: TYPICAL TIMELINE | | | | | | | | TYPICAL REPAIR COST | TYPICAL REPLACEMENT COST |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 YR. | 2 YR. | 3 YR. | 4 YR. | 5 YR. | 6 YR. | 7 YR. | 8 YR. | | |
| Washers | | | | | | | | | $75-$150 | $300-$600 |
| Dryers | | | | | | | | | $70-$140 | $300-$500 |

### The tests behind the Ratings

**In brand & model,** the bracketed letter or number is a color code. **Overall score** is based primarily on washing ability; efficiency, capacity, and noise, gentleness and ease of use also figure in. For washing, machines were loaded with 8 pounds of cotton items, run on their most aggressive cycle, and judged on soil removed from test items. **Energy efficiency** is based on electricity needed to run the washer, energy needed to heat the water for a warm wash, and amount of water extracted (since that reduces drying time). **Water efficiency** denotes how much water per pound of clothing it took to wash an 8-pound load and each model's maximum load. **Capacity** denotes how large a load each machine could wash effectively. **Noise** reflects judgments by panelists. **Price** is approximate retail. The similar models listed should perform comparably to their tested siblings, but they have minor differences.

**Most models have:** A self-cleaning lint filter. A warm-rinse setting. At least three wash/rinse temperature settings. Hoses to attach to water source. Fabric-softener dispensers. A 120-volt outlet requirement. A full one-year warranty.

**Most top-loading washers have:** Dimensions of about 41 to 42 inches high, 26 to 27 inches wide, and 28 to 30 inches deep with hoses. Porcelain-coated steel tub. Two automatic agitation and spin speeds, and at least three speed combinations.

**Most front-loading washers have:** Dimensions of about 36 to 44 inches high, 26 to 27 inches wide, and 26 to 32 inches deep. Stainless-steel tub. Several spin speeds. Automatic water-level control. A door that locks while the machine is in operation.

### Repair history

**The graph below shows the percentage of full-sized washing machines bought new between 1997 and 2001 that have ever been repaired or had a serious problem that was not repaired.**

**Our brand-repair histories aren't infallible predictors but have been quite consistent over the years. Repair rates for models within a brand may vary, and product design and manufacture can change. Still, you can minimize potential problems by buying one of the more reliable brands.**

Based on more than 90,000 reader responses to our 2001 Annual Questionnaire. Data have been standardized to eliminate any differences linked to age and usage. Differences of less than 4 points aren't meaningful.

Can't find a model? Contact the manufacturer. See page 47.



# Ratings

The *Kenmore Elite Calypso 2206*, $1,100, uses less water and energy than most top-loaders.

At $750, the *Frigidaire Gallery GLTR1670A* is among the less expensive front-loaders.

## Overall Ratings

Within types, in performance order

Excellent ● Very good ◐ Good ○ Fair ◐ Poor ●

| Key no. | Brand & model (Similar models in small type) | Price | Overall score (0–100; P F G VG E) | Washing | Efficiency: Energy | Efficiency: Water | Capacity | Noise | Recommendations & notes |
|---|---|---|---|---|---|---|---|---|---|
| | **TOP-LOADERS** | | | | | | | | |
| 1 | **Kenmore** (Sears) Elite Calypso 2206[2] | $1,100 | | ● | ◐ | ◐ | ● | ● | An excellent, efficient washer without usual agitator. Especially large capacity, gentle on clothes, and quiet. |
| 2 | **Whirlpool** Calypso GVW9959K[0] | 1,250 | | ● | ◐ | ◐ | ● | ● | Much like #1; some minor differences. |
| 3 | **Fisher & Paykel** GWL10 | 700 | | ● | ● | ◐ | ○ | ◐ | A well-equipped machine that was the most energy efficient in this category. |
| 4 | **Kenmore** (Sears) Elite Catalyst 2203[2] 2205[ ], 2204[ ] | 920 | | ● | ◐ | ○ | ● | ◐ | Fully featured, with numerous wash/spin speed combinations. |
| 5 | **Whirlpool** LSQ9645K[0] LSQ9610L[ ] | 460 | | ● | ◐ | ○ | ● | ◐ | Very good value. |
| 6 | **Whirlpool** Catalyst GSX9885J[Q] | 800 | | ● | ○ | ◐ | ◐ | ◐ | A very good performer with lots of features. |
| 7 | **GE** Profile WHSB9000B[WW] | 600 | | ◐ | ◐ | ○ | ○ | ◐ | A very good performer. |
| 8 | **Maytag** Performa PAV2300A[WW] **A CR Best Buy** PAV3300A[ ] | 390 | | ● | ○ | ○ | ◐ | ○ | Strong performance for the price. But fewer features than most. |
| 9 | **Kenmore** (Sears) 238[2] 2383[ ], 2382[ ] | 460 | | ● | ◐ | ○ | ◐ | ◐ | Good basic machine. Numerous wash/spin speed combinations. But only fair at handling unbalanced loads, and fewer features than most. |
| 10 | **Kenmore** (Sears) Elite 2303[2] | 590 | | ● | ◐ | ○ | ◐ | ○ | Good. Numerous wash/spin speed combinations. But fewer features than most. |
| 11 | **Maytag** Atlantis MAV9600A[WW] | 750 | | ● | ◐ | ○ | ○ | ○ | Lots of features. But only fair at handling unbalanced loads. |
| 12 | **Maytag** Performa PAV5000A[WW] PAV5157[ ], PAV5158[ ] | 500 | | ◐ | ◐ | ○ | ◐ | ○ | Numerous wash/spin speed combinations. But only fair at handling unbalanced loads. |
| 13 | **Whirlpool** LSQ9564J[Q] D LSQ8000J[ ] | 440 | | ● | ◐ | ◐ | ◐ | ◐ | Excellent washing but less gentle than most. |
| 14 | **GE** Profile Performance WPSE7003A[WW] | 800 | | ◐ | ◐ | ◐ | ○ | ◐ | A good performer. |
| 15 | **Hotpoint** VWSR4150B[WW] | 370 | | ◐ | ◐ | ○ | ◐ | ○ | A good performer with fewer features than most. |
| 16 | **Maytag** Atlantis MAV8600A[WW] MAV7200A[ ], MAV7600A[ ] | 750 | | ● | ◐ | ○ | ○ | ○ | Excellent washing. Lots of features. But less gentle than most. |
| 17 | **Amana** ALW480DA[W] ALW540RA[ ], ALW482RA[ ] | 530 | | ◐ | ◐ | ○ | ○ | ◐ | A good performer. |
| 18 | **Amana** ALW895SA[W] | 650 | | ◐ | ○ | ○ | ◐ | ◐ | Good. Numerous wash/spin speed combinations. But only fair capacity. |
| 19 | **Roper** RAS8445K[Q] | 350 | | ● | ◐ | ◐ | ○ | ◐ | Excellent washing. Inexpensive, but fewer features than most. Has been among the more reliable brands. Being phased out; may be hard to find in stores. |
| 20 | **GE** WWSE6260B[WW] WWSE5200B[ ] | 450 | | ◐ | ◐ | ○ | ○ | ◐ | Good. Numerous wash/spin speed combinations. |
| 21 | **KitchenAid** Superba KAWS850J[Q] | 480 | | ◐ | ◐ | ○ | ○ | ◐ | Good. But less gentle than most. |
| 22 | **Frigidaire** Gallery GLWS1749A[S] | 450 | | ◐ | ◐ | ○ | ○ | ◐ | Good, but handles unbalanced loads poorly. |
| 23 | **Maytag** Performa LAT3500A[AE] LAT2904[ ], LAT2500A[ ] | 450 | | ◐ | ◐ | ○ | ◐ | ○ | There are better choices. |
| 24 | **Haier** XQJ100-96 | 500 | | ◐ | ◐ | ○ | ○ | ○ | There are better choices. Being phased out; may be hard to find in stores. |
| | **FRONT-LOADERS** | | | | | | | | |
| 25 | **Kenmore** (Sears) Elite 4292[2] HE3t 4293[ ], HE3t | 1,450 | | ● | ● | ● | ● | ● | Top performance, at a top price. Exceptional capacity: 20 lb. |
| 26 | **Whirlpool** Duet HT GHW9200L[W] | 1,300 | | ● | ◐ | ● | ● | ● | Strong performer with handy two-direction dial controls. Exceptional capacity: 20 lb. |
| 27 | **Kenmore** (Sears) Elite 4282[2] HE3 | 1,100 | | ● | ◐ | ● | ● | ● | Excellent overall. Exceptional capacity: 20 lb. |
| 28 | **Whirlpool** Duet GHW9100L[Q] | 1,000 | | ● | ◐ | ● | ● | ● | Much like #26; some minor differences. Exceptional capacity: 20 lb. |
| 29 | **Maytag** Neptune MAH7500A[WW] | 1,300 | | ● | ◐ | ◐ | ○ | ● | Strong performer. But Maytag front-loaders have been the least reliable brand. |
| 30 | **Kenmore** (Sears) 4204[2] 4244[ ], 4205[ ] | 800 | | ◐ | ● | ◐ | ○ | ● | Strong performer. |
| 31 | **Frigidaire** Gallery GLTR1670A[S] GLTF2670A[ ] | 750 | | ◐ | ● | ◐ | ○ | ● | A very good machine. |
| 32 | **GE** Profile WPXH214A[WW] | 750 | | ◐ | ● | ◐ | ○ | ● | Much like #30; some minor differences. |

D *Discontinued, but listed similar model remains available. Price is for similar model.*

# Dryers

## Insist on a sensor when you buy a dryer. You'll get excellent drying for as little as $400.

The *Kenmore Elite 6393*, $540, is an excellent dryer with ample capacity and easy-to-use controls.

Clothes dryers on the whole do what they're supposed to: Dry your laundry. Virtually all of the 26 full-sized dryers we tested did a very good or excellent job and had ample capacity and convenient controls.

Choosing the right one depends on how much you want to pay and which features you want. Prices vary considerably, from $300 to $900 for the models we tested. The more expensive models have features such as a porcelain top rather than a painted metal one and touch-pad controls rather than dials. (See "Features at a Glance," at right.)

On many models—including tested units priced as low as $400—thermostats have given way to moisture sensors that automatically stop the machine when the contents are dry. We recommend getting a dryer with a sensor. Only three of the full-sized dryers we tested had thermostats, and their drying scores were among the lowest.

Note that we rated only electrically heated dryers, which account for most of the market. Based on previous tests, we expect their gas counterparts, listed in the Ratings,

## Repair history

The graph at right shows the percentage of full-sized electric and gas dryers bought new between 1996 and 2001 that have ever been repaired or had a serious problem that was not repaired. Overall, there are no reliability differences between electric and gas dryers. Our brand-repair histories aren't infallible predictors, but they've been quite consistent over the years. Repair rates for models within a brand may vary, and product design and manufacture can change. Still, you can minimize potential problems by buying one of the more reliable brands.

Based on nearly 95,000 reader responses to our 2001 Annual Questionnaire. Data have been standardized to eliminate any differences linked to age and usage. Differences of less than 4 points aren't meaningful.

Repairs and serious problems
Fewer
More
Whirlpool
Roper
Maytag
Kenmore (Sears)
KitchenAid
Hotpoint
Amana
Frigidaire
General Electric
Whirlpool
Kenmore (Sears)
KitchenAid
Maytag
Amana
General Electric
0%
5%
10%
15%
ELECTRIC
GAS

## Key features

These features can add to convenience or durability but aren't must-haves.

**Adjustable end-of-cycle signal.** Can be adjusted for volume or turned off.

**Drying rack.** Fits inside the drum to keep heavy items (like sneakers) or garments that must be dried flat (like sweaters) from tumbling.

**Express dry.** A one-touch button activates 30 minutes of drying at high heat.

**Extended cool-down.** Prompts dryer to keep tumbling at end of cycle, without heat. A good way to keep wrinkles from setting.

**Porcelain top.** Resists chips and rust better than painted metal.

**Touchpad controls.** Replace the usual dials. Can be versatile and convenient but only after you learn how they operate.

### Also useful

**Custom programming.** Lets you program temperature, dryness, and more into memory for one-button recall. Available on #3, 4, 5, 12, and 13.

**Stackable.** Saves space by allowing the dryer to be placed on top of a suitable washer. Stackable dryers: #6, 7, and 17.

### Features at a glance

**Tested products (keyed to the Ratings)**

| Key no. | Brand & model | End-of-cycle signal | Drying rack | Express dry | Cool-down | Porcelain top | Touchpad controls |
|---|---|---|---|---|---|---|---|
| 1 | **Kenmore** 6393[2] | • | • | | | | |
| 2 | **Kenmore** 6280[2] | | | | | | |
| 3 | **GE** DPSE592EA[WW] | | • | • | • | | • |
| 4 | **Maytag** MDE7500AY[W] | • | | | • | • | • |
| 5 | **GE** DPSB519EB[WW] | • | • | • | • | | • |
| 6 | **Kenmore** HE3 8282[2] | • | • | • | • | • | |
| 7 | **Whirlpool** GEW9200L[W] | • | • | • | • | • | |
| 8 | **Whirlpool** LEQ8000J[Q] | | | | • | | |
| 9 | **Whirlpool** GEW9878J[Q] | • | | | • | | |
| 10 | **Whirlpool** GEW9868K[Q] | • | • | | • | • | • |
| 11 | **Kenmore** 6283[2] | • | • | | | | |
| 12 | **Kenmore** 6304[2] | • | • | • | • | • | • |
| 13 | **Kenmore** 6206[2] | • | • | • | • | • | • |
| 14 | **Whirlpool** GEQ9858J[Q] | • | | | • | | |
| 15 | **Frigidaire** GLER642A[S] | | • | | • | | |
| 16 | **Amana** ALE866SA[W] | • | • | | • | | |
| 17 | **GE** DPXH46EA[WW] | | • | | • | | |
| 18 | **KitchenAid** KEYS850J[W] | • | • | | • | • | |
| 19 | **Fisher & Paykel** DE05 | | • | | • | | |
| 20 | **Maytag** MDE8600AY[W] | | • | | • | • | |
| 21 | **Maytag** PYE4500AY[W] | • | | | • | | |
| 22 | **GE** DWSR405EB[WW] | | • | | • | | |
| 23 | **Maytag** MDE3500AY[W] | | | | | • | |
| 24 | **Hotpoint** NWSR483EB[WW] | • | | | • | | |
| 25 | **Roper** RES7648K[Q] | | | | | | |
| 26 | **Haier** GDZ22I | | | | | | |

to perform similarly. Gas dryers cost about $50 more than electrics but are often cheaper to operate (saving y·· ı about 25 cents a load) because gas costs less than electricity in most places.

**SORTING OUT THE DIFFERENCES**

**Avoiding an earful.** The *Kenmore Elite HE3 8282* and nearly identical *Whirlpool Duet GEW9200L* are among the quietest dryers we've tested. Any model rated very good is quiet enough to use near a kitchen or bedroom. Only six didn't meet that criterion.

**Set it and forget it.** To protect clothes from overdrying, use an automatic setting, not a timed one. Most models performed well

# Dryers

*Kenmore 6280*, $410, **A CR Best Buy.**

*Whirlpool LEQ8000J*, $400, **A CR Best Buy.**

## Overall Ratings In performance order

Excellent / Very good / Good / Fair / Poor

| Key no. | Brand & model (Similar models and equivalent gas dryers in small type) | Price | Overall score (0–100; P F G VG E) | Drying | Capacity | Noise | Recommendations & notes |
|---|---|---|---|---|---|---|---|
| 1 | **Kenmore** (Sears) Elite 6393[2] 6394[ ], 6395[ ] GAS: 7393[ ], 7394[ ], 7395[ ] | $540 | | Excellent | Excellent | Very good | Excellent overall. Impressive on large loads and delicates. |
| 2 | **Kenmore** (Sears) 6280[2] **A CR Best Buy** 6281[ ], 6282[ ] GAS: 7280[ ], 7281[ ], 7282[ ] | 410 | | Excellent | Excellent | Very good | Superb drying for a good price. But warmer than most on delicates. Fewer features than most. |
| 3 | **GE** Profile Performance DPSE592EA[WW] GAS: DPSE592GA[ ] | 650 | | Excellent | Excellent | Very good | Very good. Impressive on large loads and delicates. 10-yr. warranty. |
| 4 | **Maytag** Neptune MDE7500AY[W] MDE5500AY[W] GAS: MDG7500AW[ ], MDG5500AW[ ] | 800 | | Excellent | Excellent | Good | Strong performer. Impressive on large loads and delicates. |
| 5 | **GE** Profile DPSB519ED[WW] GAS: DPSB519GB[ ] | 520 | | Very good | Excellent | Very good | Very good and feature-rich. Impressive on large loads and delicates. |
| 6 | **Kenmore** (Sears) Elite HE3 8282[2] GAS: HE3 9282[ ] | 900 | | Very good | Excellent | Excellent | Very good, but pricey. Performs better when paired with the *Kenmore Elite 4292 HE3t* washer. Feature-rich and exceptionally quiet. Has front window. |
| 7 | **Whirlpool** Duet GEW9200L[W] GAS: GGW9200L[ ] | 800 | | Very good | Excellent | Excellent | Much like #6. Performs better when paired with the *Whirlpool Duet HT GHW9200L* washer. Exceptionally quiet. |
| 8 | **Whirlpool** LEQ8000J[Q] **A CR Best Buy** LEQ8858J[ ] GAS: LGQ8000J[ ] | 400 | | Very good | Excellent | Very good | Very good performance for a good price. But fewer features than most. |
| 9 | **Whirlpool** Gold GEW9878J[Q] GEQ9868J[ ] GAS: GGW9878J[ ] | 530 | | Excellent | Excellent | Very good | Impressive on large loads and delicates. |
| 10 | **Whirlpool** GEW9868K[Q] GAS: GGW9868K[ ] | 700 | | Very good | Excellent | Excellent | Solid, feature-rich performer. Very quiet. |
| 11 | **Kenmore** (Sears) Elite 6283[2] 6284[ ], 6285[ ] GAS: 7283[ ], 7284[ ], 7285[ ] | 430 | | Very good | Excellent | Very good | Lots of performance for the price. Simple, basic controls. |
| 12 | **Kenmore** (Sears) Elite 6304[2] 6305[ ], 6306[ ] GAS: 7304[ ], 7305[ ] | 730 | | Very good | Excellent | Very good | Very good. Lots of features. Impressive on delicates. |
| 13 | **Kenmore** (Sears) Elite 6206[2] 6208[ ] GAS: 7206[ ], 7208[ ] | 770 | | Very good | Excellent | Very good | Lots of features. Impressive on delicates. |
| 14 | **Whirlpool** Gold GEQ9858J[Q] GAS: GGQ9858J[ ] | 500 | | Very good | Excellent | Very good | A very good machine. |
| 15 | **Frigidaire** Gallery GLER642A[S] GAS: GLGR642A[ ] | 400 | | Very good | Very good | Very good | A very good machine. |
| 16 | **Amana** ALE866SA[W] GAS: ALG866SA[ ] | 530 | | Very good | Excellent | Very good | Very good. Stainless-steel drum. |
| 17 | **GE** DPXH46EA[WW] GAS: DPXH46GA[ ] | 450 | | Very good | Very good | Good | Very good. Impressive on large loads and delicates. |
| 18 | **KitchenAid** Superba KEYS850J[W] KEYS700J[ ], KEYS750J[ ] GAS: KGYS850J[ ], KGYS700J[ ], KGYS750J[ ] | 415 | | Very good | Excellent | Very good | Very good. 2-yr. warranty. |
| 19 | **Fisher & Paykel** DE05 GAS: DG05 | 550 | | Very good | Excellent | Very good | Very good overall. 2-yr. warranty. |
| 20 | **Maytag** Atlantis MDE8600AY[W] MDE7600AY[ ] GAS: MDG8600AW[ ], MDG7600AW[ ] | 550 | | Very good | Excellent | Very good | Very good. Moisture monitor shows load's dryness; use to get clothes damp-dry for ironing. |
| 21 | **Maytag** Performa PYE4500AY[W] PYE4557AY[ ], PYE4558AY[ ] GAS: PYG4500AW[ ] | 420 | | Very good | Excellent | Good | Very good machine. Impressive on delicates. Drum opening smaller than most. |
| 22 | **GE** DWSR405EB[WW] GAS: DWSR405GB[ ] | 400 | | Good | Excellent | Very good | Not as good at drying as other sensor models. |
| 23 | **Maytag** Performa L MDE3500AY[W] GAS: MDG3500AW[ ] | 480 | | Very good | Very good | Good | A very good, no-frills machine. Moisture monitor shows load's dryness; use to get clothes damp-dry for ironing. |
| 24 | **Hotpoint** NWSR483EB[WW] GAS: NWSR483GB[ ] | 300 | | Good | Excellent | Very good | A very good machine. But no moisture sensor. |
| 25 | **Roper** RES7648K[Q] GAS: RGS7648K[ ] | 350 | | Good | Excellent | Good | Very good. But warmer than most on delicates. No moisture sensor. Fewer features than most. |
| 26 | **Haier** GDZ22 | 370 | | Good | Very good | Fair | Good, but noisy. No moisture sensor. No drum light. Fewer features than most. Being phased out; may be hard to find. |

## The tests behind the Ratings

In brand & model, the bracketed letter or number is a color code. **Overall score** is based primarily on drying performance, drum capacity, noise, and convenience. **Drying** combines performance on four types of laundry loads of different sizes and fabric mixes. **Capacity** varies from about 5.7 to 7.5 cubic feet. **Noise** reflects judgments by panelists. **Price** is approximate retail. The similar models and gas equivalents should perform comparably to their tested siblings, but they have minor differences.

**Most full-sized dryers have:** A moisture sensor. A dial with two or three automatic drying cycles. Separate start and temperature controls with at least three settings. Timed-dry and air-fluff (without heat) settings of at least one hour. An end-of-cycle signal. Raised edges to contain spills. A lint filter located in the drum opening. A drum light. A door that can be reversed to open left or right. Dimensions of about 44 inches high, 27 inches wide, and 28 inches deep. A full one-year warranty.

on their automatic settings. We recommend setting the control to a midpoint and raising or lowering it as needed. Setting it to maximum dry as a general rule can overdry or damage clothes and wastes time and energy.

Most models kept drum temperatures appropriate for the fabrics inside—below 140° F for delicates, for instance. But the *Kenmore 6280* and *Roper RES7648K* got a bit hot when set to maximum dry.

**Choosing controls.** Dials and pushbuttons are still the norm, but electronic touchpad controls are popping up on higher-end dryers. They can be versatile—for instance, you can program a favorite cycle into memory—but you may find the menus confusing at first. Despite the differences, we found all the tested models very easy to use.

**Open sesame.** Drop-down doors may fit better against a wall, but side-opening doors may make it easier to access the inside of the drum. Try them to see which you like. And don't worry about capacity. Almost any dryer can fit the load from a typical washer.

**RECOMMENDATIONS**

You have many fine choices among sensor-equipped dryers, even at modest prices:

▸ The *Kenmore 6280*, $410, and *Whirlpool LEQ8000J*, $400, are CR Best Buys. Both performed excellently and were quiet. When set for delicates, the *Kenmore* got pretty hot on maximum dry, as noted earlier, so lower the autodry setting for delicate items that could be damaged by high heat.

▸ The top-rated *Kenmore Elite 6393*, $540, performed excellently and has a few more features than the *6280*. It's also quiet.

With any dryer, we recommend metal ducting, either rigid or flexible. Plastic or flexible foil can create a fire hazard by trapping lint. And clean the lint screen often. CR

# When space is tight

Sometimes you just don't have room to fit a full-sized washer and dryer side by side. In such tight quarters, you have a few options. You can stack some stand-alone washers and dryers that have front controls. (We identify stackable models in the features boxes on pages 42 and 44.) However, shorter users may have trouble reaching the dryer's controls or interior with this arrangement.

Alternatively, you can opt for a laundry center that integrates a full-sized washer (generally a top-loader) and dryer in one vertical unit. Most are about 6 feet high, within reach of most users. Performance is comparable to what you'll get from freestanding washers and dryers, with one exception: capacity. The laundry centers we tested hold from 12 to 14 pounds; the freestanding washers can handle between 12- and 20-pound loads. If capacity isn't an issue, consider the *Kenmore Elite 9296*, $1,000, a good value that was judged very good for both washing and drying performance.

If you're really cramped for space, a compact stackable duo might be the answer. When stacked, these pairs are about 5½ feet tall and less than 2 feet wide, enabling them to fit into a closet. However, their compact size limits their capacity to only 8 pounds or so—a little more than half that of a full-sized machine. Aside from that, you can expect decent performance. The models we tried in our labs did a fine job with washing and drying. Here are some specifics:

▸ The *Miele Novotronic W1926A* washer, $1,700, and *T1526A* dryer, $1,400, are top performers. Among other things, the high price gets you a stainless-steel drum on the dryer, porcelain tops on both pieces, and excellent efficiency. But washes take longer than most (95 minutes), and the dryer is somewhat noisy.

▸ The *Bosch WFK2401UC* washer, $970, and *WTZ3500UC* dryer, $650, are also noteworthy. The washer is quiet and efficient. The dryer has a stainless-steel drum but is noisy.

▸ The *GE Spacemaker WSLS1100A* washer, $530, and *DSKS433EB* dryer, $390, performed well and were relatively quiet. The water efficiency was poor, though, and the dryer has no moisture sensor.

The *Kenmore Elite 9296* laundry center, $1,000

Before buying any laundry center or stacked pair, measure your floor space; some are wider and/or deeper than a typical stand-alone washer or dryer. Keep in mind that electric dryers usually require 240 volts.

If you're not only tight for space but limited to 120-volt electrical supply and unable to vent a dryer through the wall, check out the *Lucky Goldstar (LG) Senseclean WD-3243RHD*, $1,300. A compact, front-loading machine that washes and dries in the same tub, the *Senseclean* plugs into a standard, 120-volt outlet and empties into a sink or tub through a narrow, flexible hose.

The *Senseclean* did fine washing our 8-pound load of cotton items, but it's designed to dry only 6 pounds or so. Overload it and your clothes could wind up tangled and damp. When we reduced the load to 6 pounds of permanent-press items (seven shirts and two pairs of slacks) the wash/dry cycle took almost four hours, and the *Senseclean* made sloshing noises the whole time. Still, its unique attributes might be just the ticket in some situations.

## Full-sized laundry centers

### Overall Ratings — In performance order

Excellent · Very good · Good · Fair · Poor

| Key no. | Brand & model (Similar models and gas equivalents in small type) | Price | Overall score (0–100; P F G VG E) | Performance: Wash | Performance: Dry | Washer efficiency: Energy | Washer efficiency: Water | Washer capacity | Noise: Washer | Noise: Dryer | Recommendations & notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Maytag** Neptune MLE2000AY[W] GAS: MLG2000AW[ ] | $1,800 | | Excellent | Very good | Excellent | Very good | Good | Very good | Excellent | Capable and efficient. Among the best at handling unbalanced loads. Stainless-steel inner tub angled for easier access. 72 x 27 x 27½ in. |
| 2 | **Kenmore** (Sears) Elite 9296[2] GAS: 9297[ ] | 1,000 | | Very good | Very good | Fair | Good | Fair | Very good | Excellent | Very good. But warmer than most with delicates, and not as capable with unbalanced loads. 72¾ x 27½ x 32¼ in. |
| 3 | **Kenmore** (Sears) 9304[2] D 9308[2] GAS: 9387[ ] | 1,000 | | Very good | Very good | Fair | Fair | Good | Very good | Good | Lots of performance for the price. Dryer rack. Top-loading washer has plastic tub. 75½ x 27 x 31 in. |
| 4 | **Maytag** LSE7806[W] GAS: LSG7806[ ] | 1,100 | | Very good | Very good | Good | Good | Fair | Very good | Very good | Very good. Top-loading washer. 73 x 27½ x 27½ in. |

D Discontinued, but listed similar model remains available. Price is for similar model.

▶ **Can't find a model?** Contact the manufacturer. See page 47.

# BRANDS

## PHONES web sites

A cumulative listing of manufacturer phone numbers and web addresses is available free in searchable form at our web site, *www.ConsumerReports.org.*

**Bike helmets:** Bell: 800-456-2355; *www.bellbikehelmets.com.* Giro: 800-456-2355; *www.giro.com.* Pro Tec: 800-338-6068; *www.pro-tec.net.* PTI Sports: 800-515-0074; Specialized: 408-779-6229; *www.specialized.com.* Trek: 920-478-4678; *www.trekbikes.com.* Variflex: 800-327-0821; *www.variflex.com.*

**Cell-phone alternatives:** Audiovox: 800-645-4994; *www.audiovox.com.* Bell South: 800-338-1694; *www.bellsouth.com.* Cobra: 773-889-3087; *www.cobra.com.* Midland: 816-241-8500; *www.midland.com.* Motorola: 800-353-2729; *www.motorola.com.* RadioShack: Call local RadioShack; *www.radioshack.com.* Uniden: 800-297-1023; *www.uniden.com.*

**Interior paints:** Ace: 800-223-8663; *www.acepaints.com.* Behr: 800-854-0133; *www.behrpaint.com.* Benjamin Moore: 800-344-0400; *www.benjaminmoore.com.* California Paints: 800-225-1141; *www.californiapaints.com.* Color Place: Call local Wal-Mart; *www.walmart.com.* Coronado: 800-883-4193; *www.coronadopaint.com.* Dunn-Edwards: 800-733-3866; *www.dunn-edwards.com.* Duron: 800-723-8766; *www.duron.com.* Dutch Boy: 800-828-5669; *www.dutchboy.com.* Glidden: 800-221-4100; *www.gliddenpaint.com.* ICI: 800-221-4100; *www.ici.com.* Kelly Moore: 888-677-2468; *www.kellymoore.com.* MAB: 800-622-1899; *www.mab.com.* Martha Stewart: 888-627-8429; *www.marthastewart.com.* Olympic: 800-441-9695; *www.olympic.com.* Pittsburgh: 800-441-9695; *www.pittsburghpaint.com.* Pratt & Lambert: 800-289-7728; *www.prattandlambert.com.* Ralph Lauren: Call local Home Depot; *www.homedepot.com.* Sears: Call local Sears; *www.sears.com.* Sherwin-Williams: 800-474-3794; *www.sherwinwilliams.com.* Sico (sold in Canada only): 800-561-7089; *www.sico.com.* True Value: 800-642-7392; *www.truevalue.com.* Valspar: 800-323-5129; *www.valspar.com.*

**Room air conditioners:** Amana: 800-843-0304; *www.amana.com.* Carrier: 800-227-7437; *www.carrier.com.* Fedders: 217-342-3901; *www.fedders.com.* Friedrich: 800-541-6645; *www.friedrich.com.* Frigidaire: 800-374-4432; *www.frigidaire.com.* GE: 800-626-2000; *www.ge.com.* Goldstar: 800-243-0000; *www.lgeus.com.* Kenmore (Sears): Call local Sears; *www.sears.com.* LG: 800-243-0000; *www.lgeus.com.* Maytag: 800-688-9900; *www.maytag.com.* Panasonic: 800-211-7262; *www.panasonic.com.* Samsung: 800-726-7864; *www.samsungusa.com.* Sharp: 800-237-4277; *www.sharp-usa.com.* Whirlpool: 800-253-1301; *www.whirlpool.com.*

**Washers and dryers:** Amana: 800-843-0304; *www.amana.com.* Bosch: 800-944-2904; *www.boschappliances.com.* Fisher & Paykel: 800-933-7718; *www.fisherpaykel.com.* Frigidaire: 800-374-4432; *www.frigidaire.com.* GE: 800-626-2000; *www.ge.com.* LG: 800-243-0000; *www.lgeus.com.* Haier: 888-764-2437; *www.haier.com.* Hotpoint: 800-626-2000; *www.hotpoint.com.* Kenmore (Sears): Call local Sears; *www.sears.com.* KitchenAid: 800-422-1230; *www.kitchenaid.com.* Maytag: 800-688-1120; *www.maytag.com.* Miele: 800-289-6435; *www.mieleusa.com.* Roper: 800-447-6737; *www.roperappliances.com.* Whirlpool: 800-253-1301; *www.whirlpool.com.*

## OUR NEWEST Contributors

Our newest Patrons ($10,000 contribution) are: Mr. & Mrs. Bernhard Mueller, N.Y. Our newest Lifetime Members ($1,000 contribution) are: Malvin N. Artley, N.C. Brian Beckius, Conn. Edwin D. Bennett, N.Y. Jean A. Bogg, Fla. M. Bonaventura, Pa. William E. Bondinell, Pa. J.G. Bradley, Calif. K.J. Brasseaux, La. Debra Bridgeforth, Ill. R.D. Brown, Ga. Thomas L. Brown, Mich. Sara Bunnett, Calif. Ruel Burns, Fla. John Caffey, Fla. Frances M. Chadwick, N.C. F. Coveler, Texas. Louis E. Cranford, Va. Henry J. Dauterive Jr., La. Robert E. Davidson, Fla. Judith Davidson, Calif. Roberta Dingwall, Maine. John J. Dralus, Mo. Leonard V. Druce, Calif. K.R. Edmison, Va. Paul V. Egan, N.Y. C.H. Ellis, Mass. T.P. Erwin, Pa. Robert G. Finn, N.Y. M.E. Fisher, Ohio. Roy Gersten, Calif. G.R. Gibson, N.J. Richard Gilbert, Ga. Mr. & Mrs. William F. Graham, Ariz. Karl A. Gschneidner Jr., Iowa. Gary Guelbig, N.C. Robert V. Harman, Ariz. Jim Henderson, Colo. Alice Hinson, Calif. Ronald Hollander, Mass. Kirk Hollingsworth, Calif. Peter & Lynne Homeyer, Mich. E.S. Howlett III, N.Y. Eileen H. Huntington, Fla. William S. Hutchison, Ariz. O.R. Jackson, W.Va. G. Johnson, Ohio. George W. Jones, Mass. Fred E. Koehler, Wash. Kenneth R. Kuester, Mich. Thomas N. Kuhn, Va. William M. LaBelle Jr., Va. W. Lindsay, Fla. Dr. David A. Lindsley, Ohio. Dr. Vincent F. Lisanti, N.J. Roger & Irmgard W. Little, Ill. Barbara B. Mansell, Texas. Alfred R. Marino, Fla. G. Maslanka, N.Y. Tom Mayer, Wis. Jean A. McLaughlin, N.Y. Martin R. & Eleanor F. Mulkeen, Pa. Kevin P. Murphy, Ore. Ilene M. Newhouse, N.Y. Jan M. Norton, Fla. J. Coleman O'Gwynn III, M.D., Ala. Noel A. Palm, Fla. Nancy E. Palmer, Mo. Robert A. Pangman, Mich. Paul E. Panther, Ind. George Pastrana, Calif. Ronald Patrick, Ga. Richard A. Perry, Mass. Frederick H. Peters, Md. Mr. & Mrs. J.W. Peterson, Va. Roy L. Peterson, Mich. Dr. Patricia Phelps, Calif. Alan Pickard, Calif. F. Pickens, Mass. Robert C. Pierce, N.Y. Jacob L. Pilchik, N.Y. A.J. Pittelkow, Nev. David Plummer, Mass. William A. Polastre Jr. Pa. John Popovczak, Mich. William Powers, N.C. Lee Principe, NY. Barbara Quattro, Texas. Raymond W. Raub Jr., N.C. Paul L. Rawls, Tenn. Norman Raymond, N.Y. David Redo, Calif. Richard H. Repka, N.Y. Mr. & Mrs. Thomas B. Reth, Md. Linda Rice, Pa. Charles Richards, N.J. J.C. Ringenoldus, Ill. Elzie C. Roberts Jr., Fla. James N. Robertson, Calif. R.J. Robertson Jr., Ill. Rod Roquemore, Texas. Mr. & Mrs. Theodore Rosen, N.Y. D. Runge, N.J. Julius O. Sagui, N.J. Joseph P. Sanzone, N.Y. Glen Sato, Calif. Dr. Edward G. Schiffman, Fla. Robert Schlice, Calif. E.A. Schneider, La. Dr. William Schrader, Nev. Mary K. Schroth, Wis. Richard A. Schwebke, Ill. Paul C. Scott, Va. H.E. Secor, M. D., Texas. D.C. Sekula, Fla. B. Senensieb, Fla. Doris C. Shamley, Ariz. Jack R. Sharretts, Md. Cathleen Shamy, N.J. Herbert B. Shaw, N.H. Glen A. Shoesmith, Mass. Robert V. Sillars, Mass. Donald H. Slater, Mo. K.G. Smith, Pa. Dan & Nancy Somma, N.Y. Hal A. Sorenson Jr., Colo. Patrick J. Span, Minn. R.V. Spangler, N.C. Stuart Speyer, Tenn. Keith G. Springen, Va. R.A. Staszesky, Del. Mr. & Mrs. Robert B. Stayer, Pa. Raymond E. Steckman, Va. G.R. Sterling, Pa. Arthur Stern, Pa. Antoinette Stewart, N.M. Mrs. Allen E. Stoops, Pa. Alfred E. Stueve, Wis. Robert G. Sutton, Pa. Joe H. Tait, Ohio. G.D. Taylor, Colo. Jeffrey Thieman, Ill. Richard J. Thorne, Ohio. Adele A. Thurnher, Ariz. H. Tietz, Pa. Mrs. Martin Tjerne, Wash. Winship A. Todd, Fla. Susan Torres, Calif. F.M. Townley, Calif. Virginia Turba, Minn. W.S. Turner, Idaho. George Valbuena Jr., Calif. David Vander Werf, Mich. R.R. Van Tuyl, Calif. Mark A. Ventimiglia, N.Y. David Vestal, Conn. Margie A. Wagner, Mass. Col. Andrew J. Waldrop, Ga. L.M. Watson, Nev., Ted Waugh, Del. Richard T. Webb, Hawaii. Cheryl Weiner, N.Y. A.F. Wheat, Maine. John White, N.H. Hubert Whitlow, Ga. John F. Wilhelmy Jr., Md. Anne & Charles Williams, Calif. H.J. Wilson, Ohio. Daniel Wilson, Texas. James Wise, Ill. F.S. Wolf Jr., S.C. William Wolfgang, Pa. Albert E. Wood, N.J. Tom Woodworth, Fla. Helen W. Youmans, Md. Francis S. Zelko, Pa. Virgil E. Zinninger, N.Y. J. Zitka, N.J.

## Your Subscription

- Change your address
- Report a missing, duplicate, or damaged issue
- Order a new subscription

■ You can contact us by U.S. mail at:

Consumer Reports
P.O. Box 2109
Harlan, IA 51593-0298

Please allow 6-8 weeks for processing

**Change of address**

Please include your old and new address.
- Name
- Street
- City
- State/Province
- ZIP/Postal Code

**Missing, duplicate, or damaged issue**

Please send your current magazine label or include your full name and complete address. Please specify:
- Missing issue month/year

– or –

- Damaged issue month/year

**New subscription**

To enter a new subscription, please specify "check enclosed" or "bill me."

1 year/13 issues (includes Buying Guide and Annual Auto Issue) US: $26. Additional years: $18 per year. Canadian residents, please add $6.

Consumer Reports®

Please remember CU in your will | CU is the non-profit publisher of Consumer Reports.

For more information: CU Fundraising Dept. 101 Truman Ave., Yonkers, N.Y. 10703-1057

# EXHIBIT H

home improvements that REALLY work

finding a good CONTRACTOR | BEST roofing • siding • paints • stains

# Consumer Reports®

Midsized SUVs (page 50)

AUGUST 2003 www.ConsumerReports.org

UNBIASED RATINGS 248 PRODUCTS

**Exclusive!**
The truth about irradiated meat.

**How safe is your insurer?**
Saving yourself when your insurance company tanks.

**Washers, dryers, & detergents**

**Cholesterol tests**
Don't try these at home.

4 ways it finds you

# STOP

8 ways to block it

# SPAM

6 mistakes to avoid

# contents august 2003

Consumer Reports

Volume 68 No. 8

COVER REPORT: CR INVESTIGATES

## 12 STOP E-MAIL SPAM

**How it finds you:** The tricks that big companies and anonymous enterprises use to flood e-mail inboxes with millions of messages a day.

**Best ways to block it:** There is effective software, we found. RATINGS PAGE 16.

**Plus:** Six mistakes to avoid.

SPECIAL SECTION: HOME IMPROVEMENT

## 18 THE RIGHT CONTRACTOR

Big retailers are making it easier than ever to find good contractors and avoid the scam artists. We tell who offers what.

## 20 THE BEST PRODUCTS

We run punishing tests to find out what really lasts. We've found some outstanding values. **Fiberglass roofing.** RATINGS PAGE 22. **Vinyl siding.** RATINGS PAGE 25. **Exterior paints.** RATINGS PAGE 27. **House stains.** RATINGS PAGE 30. **Deck treatments.** RATINGS PAGE 32

Page 23

BEHR
HOUSE & FENCE
STAIN

Page 29

FEATURE REPORTS

## 34 IRRADIATED MEAT

Are irradiated chicken and ground beef safer? How do they taste? Our exclusive tests produced some unexpected answers.

## 38 WASHERS

The most efficient can cut utility bills by as much as $60 a year. RATINGS PAGE 40

## 42 LAUNDRY DETERGENTS

Liquid or powder? The answer will surprise you. RATINGS PAGE 42

## 43 DRYERS

How to buy a machine that's right for you. RATINGS PAGE 44

Page 42

HOW TO CONTACT CONSUMER REPORTS PAGE 60

AUTO REPORT

## 50 MIDSIZED SUVs

We tested a cross-section of new designs in this class: the Chevrolet TrailBlazer, Chrysler Pacifica, Mitsubishi Endeavor and Montero, Nissan Murano, and Toyota 4Runner. Plus: Has stability control helped the Montero's handling? And we found a glitch in the Murano's steering.

RATINGS PAGE 51

THIS ISSUE BY THE NUMBERS

| | |
|---|---|
| **SPAM:** Unsolicited e-mail messages sent to our spam-blocker test: | 500 |
| **WASHERS & DRYERS:** Cumulative pounds (approximate) of laundry washed and dried: | 3,000 |
| **DRYERS:** Thermolabels (flexible stick-on thermometers) used to measure heat exposure of clothes: | 984 |
| **ROOFING & SIDING:** Samples of roofing and siding materials (approximate) cut for test: | 3,000 |
| **IRRADIATED MEAT:** Packages (approximate) of beef and chicken tested for bacteria and taste: | 550 |

AUTO PHOTO BY TRACEY KROLL. SPAM PHOTO BY MILTON MORRIS. ILLUSTRATION BY TREVOR JOHNSTON.

MORE CONTENTS ➤

