# Loads for less WASHERS



Uncle Sam is putting washers on a diet. Starting in January, the government is reducing the maximum amount of energy a washer can use by about 25 percent. In 2007, washers will be required to use even less juice to get your jeans and jammies clean.

That's good news, but it doesn't mean that all new washers will use less energy than the one you own. Many washers made in recent years, and most of those in our Ratings on page 40, use less energy than mandated by the new standard. Still, there's considerable variation in energy use among models that comply with government standards. The most efficient model in our Ratings can save you several hundred dollars over the life of the machine compared with the least efficient.

Efficiency is just one notable trend. You'll find different top-loader technologies; more front-loaders, including some at lower prices; and new twists on features, controls, and styling. For the first time, we tested a full-sized washer by LG, a Korean company that's seeking to crack the American laundry market.

Innovative top-loaders from Kenmore, Whirlpool, and Fisher-Paykel work somewhat like front-loaders. They fill partially with water and spray clothes with detergent, reducing energy and water use. The Kenmore and Whirlpool models have a wash plate instead of an agitator, making them roomy. But they tend to leave clothing wrinkled if it's not machine-dried.

One thing hasn't changed: Our latest tests confirmed that almost any washer will clean your clothes well, provided that you use it properly and use a good detergent. (See page 42 for our CR Quick Recommendations on detergents. A dryer report follows on page 43.) For many consumers, the buying decision is based on energy and water use, capacity, noise, features, brand reliability, and cost.

## HOW TO CHOOSE

**For best all-around performance, opt for a front-loader.** The design of European-inspired front-loaders gives them many advantages over top-loaders, which account for about five out of six purchases. (See First Things First, below.) But price is the drawback. To get a front-loader's many advantages, you'll have to pay between $600 and $1,400 or so.

**For very good overall performance at a lower price, go with a top-loader.** If you want a less expensive machine that's decent across the board, you have plenty of choices in the top-loader category. Even

---

**First things first** Decide whether you want to pay a higher price for better performance.

### TOP-LOADERS

**How they work:** Most top-loaders fill the tub with enough water to cover clothing, then churn it around with an agitator. (A few higher-priced models have flat wash plates instead of agitators and use less water.)

**Pros:** Value. For $400 or so, you can get excellent washing performance, very good capacity, and quiet operation. You have a wide selection of models from many different brands.



**Cons:** They use more water and energy than front-loaders and generally aren't as gentle on clothing. Some are noisier and hold a little less laundry than front-loaders.

### FRONT-LOADERS

**How they work:** Front-loaders fill partially with water and tumble clothing around.

**Pros:** The best washing performance. They use considerably less water and energy than top-loaders, and their high spin speeds reduce drying time. They're gentle on clothing, and most hold very large loads. Most are extremely quiet.



**Cons:** Price. Many cost $1,000 or more, but you may find one for $600 or so. There are fewer brands and models from which to choose. Cycle times are generally a bit longer. You can't soak laundry as in a top-loader. There are few high-efficiency detergents, which are recommended for best results.

the lowest-priced model we tested, the Hotpoint, $390, was very good at washing. For slightly more money, you can get excellent washing and quiet operation.

**Look for useful features.** An automatic temperature control that mixes hot and cold water to achieve a specific temperature is handy, especially if the incoming water is very cold. Automatic dispensers ensure that bleach and detergent are released at the right time in the cycle so they work effectively. Stainless-steel tubs allow higher spin speeds than plastic and won't rust or chip as porcelain might.

**Think twice about pricey extras.** The more features a washer has, the more it usually costs. Don't buy an expensive washer just to get four or more water levels, dozens of cycle and setting combinations, or dedicated cycles for fabrics like silk. The basic cycles and settings can address most washing needs. Porcelain tops and internal water heaters add more to price than to performance. Electronic touchpads or push buttons can be versatile but don't offer any meaningful edge over mechanical push buttons or dials.

**Get a quiet machine if the washer is near a living area.** If you plan to locate your washer off the kitchen or family room, or near a bedroom, we strongly recommend choosing one judged very good or excellent for noise. Front-loaders set the standard for quiet operation, but some top-loaders come close.

**Consider space-saving alternatives.** If space is tight, you may not be able to fit a full-sized washer and dryer side by side. Some models with front controls are stackable (see CR Quick Recommendations, page 45). Laundry centers that combine a washer on the bottom and a dryer on top are another option. They may be compact (24 inches wide, small enough to fit in a closet), or full-sized (27 inches wide). In previous tests, we've found their performance comparable to that of standard machines. Prices start at $800 or so.

Some compact washers and dryers, each about 24 inches wide, can be stacked. But at about $1,000 and up for each piece, they're pricey. Capacity is on the modest side; most compact washers hold only small loads of 8 to 12 pounds. The European washers we tested performed well and most are quiet.

# ecowise

## DECIPHERING THE NEW ENERGYGUIDE LABELS

Starting next year, washing machines will carry a new EnergyGuide label that lists efficiency ratings and annual operating costs based on tougher standards than those now in effect. But older models already in stores may carry the current label, a source of potential confusion for shoppers. Here's what you need to know to sort things out:

The new tests base energy efficiency in large part on the amount of moisture a washer removes from laundry during the final spin cycle. The more moisture a washer wrings out in the final spin, the shorter the drying time and the less electricity or natural gas the dryer will consume. The results give a more comprehensive picture of what it costs to wash and dry your laundry. We've factored moisture removal into our washer energy-efficiency tests for several years; now the government will begin doing so as well, a move we applaud.

In addition, the Department of Energy will begin calculating annual energy consumption differently. The new figures will be based on fewer loads of laundry per year washed in hot and warm water and

more washed in cold water. Also, the hot water temperature will be slightly lower.

The EnergyGuide sticker reflecting the new procedures must appear on all washers distributed to stores starting Jan. 1, 2004, according to the Federal Trade Commission, the agency that oversees labeling issues. Older inventory remaining in stores is not required to be retested and relabeled. Further complicating matters, you may start to see the new labels before January. Some manufacturers may begin using the new labels on a voluntary basis within the next few months.

If you're shopping for a washer anytime soon, look at the sticker to determine whether it's the old label or the new one. At press time, the proposed label shown below was approved with slightly revised wording. The dark band across the top will now read: "This model has been tested using the 2004 test procedure. Compare only with models displaying this statement."

Be sure to heed that advice. Old and new models were tested to different standards, so the old and new labels are not directly comparable.

### PROPOSED LABEL



A **dark band** indicates that this model was tested to the 2004 standard. Data can't be compared with data on models bearing the old label.

**Energy usage** is based on new guidelines, including fewer loads washed in hot or warm water. Note that the minimum and maximum energy figures shown at either end of the bar are not expected to be recalculated using the new procedures. Placing new results within an old range could give an inaccurate picture of a model's performance relative to the universe of washers.

**Energy costs** vary based on the amount of electricity or gas used. The label here shows costs of $70 a year for electricity and $33 a year for gas, based on national averages. In areas with high utility costs, actual bills may be much higher.

## Repair history

Choosing a brand with a good repair history can improve your odds of getting a reliable washer. This graph shows the percentage of full-sized washers that have ever been repaired or had a serious problem. Maytag front-loaders were more repair-prone than all other brands of washers. Note that models within a brand may vary, and design and manufacturing changes may affect reliability. Kenmore and Whirlpool data may not apply to Calypso models, for instance, which use a different design from other top-loaders.



**Repairs and serious problems**
Fewer ← → More

Roper
Frigidaire
Whirlpool
Maytag
Kenmore (Sears)
Amana
GE
KitchenAid

Kenmore (Sears)
Frigidaire
Maytag

0%   5%   10%   15%   20%   25%

☐ TOP-LOADERS  ■ FRONT-LOADERS

Based on more than 83,000 reader responses to our 2002 Annual Questionnaire about washers bought new between 1998 and 2002. Data have been standardized to eliminate differences linked to age and usage. Differences of less than 4 points aren't meaningful.

### WHEN TO REPAIR YOUR OLD ONE

It's usually worth repairing a washer up to five years old, provided the cost isn't too high (most repairs cost $75 to $150). Consider repairing a model that's five to eight years old if you've been satisfied with its performance. Don't repair any washer if the cost exceeds half the price of a new one. On the fence? Consider whether savings from a more efficient washer would offset the purchase price.



Some front-loaders can handle loads of about 20 pounds. At the other extreme, some compacts hold only 8 pounds.

20 lb.

8 lb.

# Ratings washing machines

**Availability** Most models at stores through December; some are available into 2004 or 2005.

Excellent ●  Very good ◕  Good ○  Fair ◔  Poor ●

**Within types, in performance order. Blue key numbers indicate Quick Picks; see facing page.**

| Key number | Brand & model | Price | Overall score | Washing performance | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Auto dispensers | Stainless-steel tub | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Similar models, in small type, comparable to tested model. | | 0 ···· 100  P  F  G  VG  E | | | | | | | | | | |
| | **TOP-LOADING MODELS** | | | | | | | | | | | | |
| 1 | **Kenmore** (Sears) Elite Calypso 22D6[2] 2408[ ] | $1,000 | | ● | ◕ | ● | ● | ◕ | ● | • | | • | 70 |
| 2 | **Whirlpool** Calypso GVW9959K[0] | 1,000 | | ● | ◕ | ● | ● | ◕ | ● | • | • | • | 65 |
| 3 | **Kenmore** (Sears) Elite Catalyst 2203[2] 2204[ ], 2205[ ] | 590 | | ● | ◔ | ● | ● | ○ | ◕ | • | •• | | 50 |
| 4 | **Fisher & Paykel** GWL11 | 600 | | ◕ | ◕ | ○ | ○ | ◕ | ◕ | | | • | 50 |
| 5 | **GE** Profile WPRB9220C[WW] | 725 | | ◕ | ◔ | ● | ● | ○ | ◕ | • | | • | 50 |
| 6 | **Maytag** SAV5701A[WW] | 600 | | ◕ | ○ | ◕ | ◕ | ○ | ○ | • | | • | 50 |
| 7 | **GE** Profile Performance Wizard WPSE7003A[WW] | 850 | | ◕ | ○ | ◕ | ○ | ◕ | ◕ | • | | | 40 |
| 8 | **GE** Profile WHSB9000B[WW] | 650 | | ◕ | ○ | ○ | ○ | ◕ | ◕ | • | | | 45 |
| 9 | **Kenmore** (Sears) 2493[2] 2492[ ], 2490[ ] | 520 | | ● | ◕ | ● | ● | ○ | ○ | • | | | 45 |
| 10 | **Hotpoint** VWSR4150B[WW] | 390 | | ◕ | ◕ | ◕ | ◕ | ◕ | ○ | | | | 45 |
| 11 | **Kenmore** Z381 2382[ ], 2383[ ] | 460 | | ◕ | ○ | ◕ | ○ | ◕ | ○ | | | | 40 |
| 12 | **Kenmore** (Sears) Elite 2303[2] | 590 | | ● | ○ | ○ | ◕ | ◕ | ○ | • | | | 45 |
| 13 | **Maytag** Performa PAV2300A[WW] PAV2300A[ ] | 430 | | ◕ | ○ | ○ | ◕ | ◕ | ○ | | | | 50 |
| 14 | **Maytag** Atlantis MAY9504[WW] MAY9504[ ] | 750 | | ● | ○ | ◕ | ○ | ◕ | ○ | • | | • | 60 |
| 15 | **GE** WWSE6260B[WW] WWSE6260B[ ] | 470 | | ◕ | ◔ | ◕ | ◕ | ◕ | ◕ | • | | | 45 |
| 16 | **Whirlpool** Gold GSW9650[W] | 500 | | ◕ | ◔ | ◕ | ○ | ○ | ○ | • | •• | | 50 |

### Guide to the Ratings

**Overall score** is based mostly on performance, capacity, energy efficiency, and noise. Water efficiency and gentleness are also considered. **Washing performance** indicates how well each machine removed soil in the most-aggressive normal cycle. All washers of the same type used the same detergent. **Energy efficiency** is based on the electricity needed to run the washer and to heat the water for a warm wash, and the amount of water extracted in the final spin cycle (which lessens time in the dryer). **Water efficiency** reflects how much water per pound of laundry it took to do an 8-pound load and each machine's maximum load. **Capacity** measures how large a load each machine could handle effectively. Models that earned lower scores for **gentleness** are more likely to treat your clothes roughly, causing wear and tear. Panelists gauged **noise** during the fill, agitation, drain, and spin cycles. **Cycle time** is for the normal cycle, rounded to the nearest 5 minutes. **Price** is approximate retail. Under **brand & model**, bracketed letters or numbers are color codes. Ratings may differ from earlier reports because of changes to scoring.


**11 Kenmore**


**13 Maytag**


**19 Kenmore**


**20 Whirlpool**


**25 Asko**

| Key number | Brand & model | Price | Overall score | Washing performance | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Auto dispensers | Stainless-steel tub | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Similar models, in small type, comparable to tested model. | | P F G VG E | | | | | | | | | | |
| **FRONT-LOADING MODELS** | | | | | | | | | | | | | |
| 17 | **Kenmore** (Sears) Elite HE3t 4292[2] 4493[ ] | 1,450 | | ◒ | ◒ | ◒ | ◒ | ● | ● | ● | ● | ● | 70 |
| 18 | **Whirlpool** Duet HT GHW9200L[W] | 1,300 | | ◒ | ◒ | ◒ | ◒ | ● | ● | ● | ● | ● | 60 |
| 19 | **Kenmore** (Sears) Elite HE3 4282[2] 4483[ ] | 1,100 | | ◒ | ◒ | ◒ | ◒ | ● | ● | ● | ● | ● | 70 |
| 20 | **Whirlpool** Duet GHW9100L[Q] | 1,100 | | ◒ | ◒ | ◒ | ◒ | ● | ● | ● | ● | ● | 70 |
| 21 | **LG** WM2032HW | 1,000 | | ◒ | ◒ | ◒ | ◒ | ○ | ◒ | ● | ● | ● | 80 |
| 22 | **Kenmore** (Sears) 4304[2] 4314[ ], 4305[ ] | 800 | | ◒ | ◒ | ◒ | ○ | ◒ | ◒ | ● | ● | ● | 60 |
| 23 | **Maytag** Neptune MAH6500A[WW] MAH5500B[ ] | 1,200 | | ◒ | ○ | ◒ | ◒ | ○ | ◒ | ● | ● | ● | 70 |
| **COMPACT MODELS** | | | | | | | | | | | | | |
| 24 | **Bosch** Axxis+ WFR2460UC | 1,100 | | ○ | ● | ● | ◒ | ◒ | ◒ | ● | ● | ● | 60 |
| 25 | **Asko** W6021 | 1,000 | | ● | ● | ● | ◒ | ◒ | ◒ | ● | ● | ● | 95 |
| 26 | **Bosch** Axxis WFL2060UC | 930 | | ○ | ● | ● | ◒ | ◒ | ◒ | ● | ● | ● | 60 |
| 27 | **Miele** Novotronic W1966 W1986 | 1,500 | | ◒ | ◒ | ◒ | ● | ◒ | ◒ | ● | ● | ● | 55 |

# quicktips

## WASHING WISDOM

Getting good results from your washer isn't too hard if you use common sense and follow basic guidelines about sorting, reading care labels, and following the manufacturer's instructions. Here are less obvious steps from our experts to help you get better washing results.

**Delay adding bleach.** Chlorine bleach loses effectiveness if added to the wash too soon; so wait 5 minutes or so into the wash cycle. Consider a washer with an automatic bleach dispenser that will release the bleach at the proper time.

**Don't use frigid water.** If water is too cold, liquid detergent may not work well and powdered detergent may not dissolve. Get a washer with automatic temperature control to prevent this. Otherwise, if the water feels too cold, run a warm wash.

**Maximize color, minimize lint.** To preserve the like-new appearance of colored fabric, use cool water on the delicate cycle and liquid detergent. Wash towels and sweatshirts separately from fabrics that attract lint, such as corduroy, and from permanent press items likely to pill. Turn any garment you want to protect inside out, and use net bags for delicate items.

**Watch out for bleeding.** Bright colors, especially red, may bleed. To test for colorfastness, wet a garment and blot it with an old white cloth. If color bleeds, wash the item on its own or have it dry-cleaned.

**Don't overstuff the washer.** Clothing needs room to move so it can be properly cleaned and rinsed, especially in a top-loader. You can fill the tub of a front-loader, but don't jam clothes in.

### CR Quick Recommendations

Most of the washing machines we tested did a very good or excellent job. Washers differ most in energy and water efficiency, gentleness, and noise. For very good performance at a modest price, a top-loader should fill the bill. If you prefer to spend more for the best performance overall and the largest capacity, get a front-loader.

Paying more within a category may get you fancier styling, more settings, and a porcelain top—none of which are essential in our opinion.

While Kenmore (1) and Whirlpool (2) Calypso models performed well, we didn't include them in Quick Picks because we're still gathering reliability data. These models are fairly new and use a different design from other top-loaders, so the brand repair history may not apply. Some brands in the Repair History (such as Roper) aren't in the Ratings because we don't have test data on a current model; some brands in the Ratings (such as Hotpoint) aren't in the Repair History because of insufficient survey data.

The **Ratings** rank models by performance. The **Quick Picks** highlight models you might want to consider based on how they scored and on factors such as value and brand reliability.

### QUICK PICKS

**Strong contenders at low prices:**

**11 Kenmore** $460
**13 Maytag** $430

Excellent washing and otherwise solid performance; modestly priced, even for top-loaders. The Hotpoint (10) scored well except for energy and costs only $390. However, we have no reliability data.

**Outstanding and reasonably priced front-loaders:**

**19 Kenmore** $1,100
**20 Whirlpool** $1,100

The Kenmore (22) is even cheaper, at $800, but doesn't quite match the top-rated models. The LG (21) is a fine performer, but we have no reliability data.

**If space is tight:**

**25 Asko** $1,000

Excellent washing, efficient, and quiet, but smallish capacity. Consider a full-sized stackable pair; see page 45.

EXHIBIT I

JUN 04

LOW-CARB LOWDOWN • WE RATE TECH SUPPORT: APPLE, COMPAQ, DELL, OTHERS

**Canceled flights: Your rights**

**Who needs a 'workhorse' computer? Ratings of 15 laptops & desktops**

# Consumer Reports ®

**LUXURY SEDANS**
- BMW 530i
- Jaguar S-Type
- Mercedes E320
- Volvo S80



JUNE 2004

www.ConsumerReports.org

**UNBIASED RATINGS 318 PRODUCTS**

CR INVESTIGATES

# The <u>truth</u> about low-carb foods

- **Carbs that work**
- **Carbs that hurt**
- **What labels don't reveal**

**Gas grills**

We rate 29 and tell you which are worth the price

**High-tech washers**
Which ones aced our tough new tests?

**Lawn mowers**

**String trimmers**

**'Miracle' cleaners**
Didi Seven Ultra, Mr. Clean Magic Eraser, and OxiClean: What they do and what they don't

**PLUS** We rate **Healthy Choice, Lean Cuisine, and Weight Watchers. And the winner is ...** (page 16)

# contents june

2004
**Consumer Reports**
Volume 69     No. 6



**COVER REPORT**

## 12 The truth about low-carb foods

**CR Investigates.** Low-carbohydrate products might be sabotaging your diet and cheating you out of nutrition.

**Page 15. Taste tests.** Low-carb bread, pasta, beer, and ice cream. RATINGS PAGE 15

**Page 16. Diet meals.** Healthy Choice vs. Lean Cuisine vs. Weight Watchers. RATINGS PAGE 18

---

**SPECIAL SECTION**

## Home: Outdoor living

### 19 GAS GRILLS
High-end features now cost less. We found 5 CR Best Buys among 29 models we tested. RATINGS PAGE 20

### 22 LAWN MOWERS
We tested 51 gas, electric, and reel models and found 4 CR Best Buys. RATINGS PAGE 24

### 26 STRING TRIMMERS
Faster starts and fewer tangles are among the features of 39 models we tested, including 3 CR Best Buys. RATINGS PAGE 28

### 30 EXTERIOR PAINTS AND STAINS
Our long-term tests found big differences in the staying power of 22 paints and 13 stains. RATINGS PAGES 31, 32

---

**FEATURE REPORTS**

### 34 WASHERS
We found new technologies and sharp styling among 30 tested models. Plus the low-down on lint. RATINGS PAGE 36

### 38 DRYERS
We evaluated 33 models, including a new dryer design. RATINGS PAGE 39

### 41 COMPUTERS
Tests of "workhorse" desktops and laptops. Plus tech-support woes. RATINGS PAGES 43, 45

### 46 MONITORS
We rated 20 slim, LCD computer monitors and several standard models. RATINGS PAGE 47

---

**AUTO REPORT**

### 52 LUXURY SEDANS, FLAWED GEMS
Road tests of the BMW 530i, Jaguar S-Type, Mercedes-Benz E320, and Volvo S80. RATINGS PAGE 53






## this issue by the numbers

| | |
|---|---|
| **GAS GRILLS** Pounds of propane we used in our tests | **250** |
| **DIET DINNERS** Total calorie count of all diet meals sampled | **8,000+** |
| **WASHERS** Number of fabric swatches checked for color change | **10,618** |
| **LUXURY SEDANS** What we paid to buy the cars for this month's road tests | **$205,490** |

HOW TO CONTACT CONSUMER REPORTS PAGE 60

MORE CONTENTS ➤

# you asked, we tested

## THE FUZZ FACTOR

**More style.** Another obvious change is the evolution of washers from bland white boxes to stylish appliances with sleek lines and colorful designs. If you want a washer that won't look out of place in an upstairs laundry room, you might like one of these models, many of which have companion dryers.

**New tests.** With this report, we've updated our product testing, resulting in more useful information that can help you choose the washer that's best for you. See From Our Labs, page 37.

### HOW TO CHOOSE

**For best high-end performance, go with a front-loader.** If you plan to spend $1,000 or so, at this point we'd steer you to a front-loader rather than a high-efficiency top-loader, even though some top-loaders have scored well in our tests. The front-loading design has been around for a while, and Frigidaire, GE, and Kenmore front-loaders have a good track record for reliability. The survey data we've gathered on the Calypso high-efficiency top-loader indicate higher-than-average repairs. The high-efficiency GE Harmony and Maytag Neptune TL top-loading designs are too new to have reliability data. All things considered, we'd stick with a front-loader for now.

**Get a conventional top-loader for very good performance at a lower price.** If you want a less expensive machine that's decent across the board, you have plenty of choices among the conventional top-loaders in our Ratings.

**Consider energy usage.** Our tests for energy efficiency differ from those used to determine the government's Energy Star eligibility. We give more weight to performance with maximum loads. Most of the tested models with Energy Star labeling were very good or excellent for energy use in our tests, but two fell short. The GE WHSE5240D and Maytag Neptune MAH6500A front-loader scored only good, in part because they left more moisture in clothing after the spin cycle than other washers we tested.

The Department of Energy enacted stricter energy standards this year and will make standards tougher still. All washers manufactured after Jan. 1, 2007, must be 17 percent more efficient

Lint is one of life's little annoyances. It's largely a function of how aggressively a washer handles your clothing and how well the machine rinses off resulting bits of fluff.

Many readers have written us to complain that the Calypso leaves clothing linty, so we put it to the test. We compared it to the Maytag Neptune TL high-efficiency top-loader and two models tested for previous reports: the Asko, a compact European front-loader, and the Maytag Atlantis, a traditional top-loader.

The test was admittedly extreme. We washed fuzzy white towels with black cotton T-shirts and dark-plaid flannel shirts—a mixed load we'd never recommend in real life. The laundry from the



**COMPARING SPECKS The Neptune TL (top) left little lint; the Calypso, much more.**

Asko was far and away the most pristine. There was virtually no white lint on the shirts or dark lint on the towels. Next was the Neptune TL, which generated a bit more lint, but nothing you couldn't pick off by hand.

The shirts and towels washed in the Calypso were very linty indeed, as our readers had written. But the laundry that emerged from the Atlantis was worst of all. Both the shirts and towels were covered with lint and would have to be rewashed.

We're considering testing all washers for lint in the future. While there are exceptions to the rule, a general guideline is that the gentler the washer, the less likely it is to create lint.

than required by the 2004 standard.

**Decide if noise is an issue.** If you plan to install a washer in a laundry room near the kitchen or a bedroom, we strongly recommend one judged very good or excellent for noise. Front-loaders set the standard for quiet operation, but a few top-loaders came close in our tests.

**Look for useful features.** Stainless-steel tubs can stand up to higher spin speeds than plastic tubs, improving water extraction and shortening drying time. Automatic temperature control mixes hot and cold water to achieve a specific temperature, handy if your incoming water is very cold or if your washer is a long way from the water heater. Automatic dispensers ensure that bleach and detergent are released at the right time in the cycle so they work effectively. An extra rinse option can help if you're sensitive to detergent residue. A porcelain top will resist rust if scratched, unlike painted metal.

**Think twice about pricey extras.** The more features a washer has, the more it usually costs. Don't buy an expensive model just to get four or more water levels, dozens of cycle and setting combinations, or dedicated cycles for fabrics such as silk. The basic cycles and setting can

handle most washing needs, and you can replicate most special cycles with buttons or dials. An electronic touchpad may allow custom programming, but otherwise has no real advantage. Unless you insist on the same style, there's no need to match a washer and a dryer. If your old dryer still works fine, don't think you have to replace it when you buy a new washer.

**Use the proper detergent.** Any washing machine will do a better job if you use a good detergent. For traditional top-loaders, regular detergent is fine, and that's what we used. With front-loaders and high-efficiency top-loaders, you'll get the cleanest clothes with special low-foaming detergent; that's what we used for these machines. There aren't many on the market, and they tend to be pricey. Figure on paying 25 to 30 cents a load, compared with as little as 12 cents for some very good regular detergents. Consider the cost and convenience of ongoing detergent purchases when you're buying a washer.



All the specs plus news on water efficiency.

Details free online at www.CRXtra.org.

## CR Quick Recommendations

With our more demanding tests, excellent washing performance is hard to come by. But many of the tested models did a very good job and should satisfy most users.

As the Ratings show, top-loaders priced as low as $350 got very good washing scores, as did front-loaders selling for $1,000 or more. Models differed more in energy and water efficiency, gentleness, capacity, and noise. The higher-priced models were more likely to score well on all counts. Savings on water and energy costs over the life of a washer can help offset the price of a more-efficient model.

Some of the new high-performance top-loaders were outstanding, but we don't yet know how reliable they'll be. There are issues besides reliability. The Neptune TL set a new standard for excellent washing performance—besting even the front-loaders in the group—but it was tougher on clothes than other models. The Kenmore Calypso, which has scored among the best top-loaders since we began testing these models three years ago, tangles and wrinkles clothing. In addition, our repair data for this and the Whirlpool Calypso indicate a higher-than-average need for repairs in recent years. CONSUMER REPORTS subscribers can visit our washer forum (at *www.ConsumerReports.org*) to learn about readers' experiences with the Calypso and other machines.

The Ratings rank models by performance. Quick Picks highlights models you might want to consider based on how they scored and on factors such as brand reliability.

## QUICK PICKS

### Fine performance at modest prices:

**3 Maytag** $480, CR Best Buy
**6 Kenmore** $460, CR Best Buy
Both of these conventional top-loaders got laundry very clean. The Maytag was a bit gentler, the Kenmore a bit quieter.

### Outstanding but pricey front-loaders:

**24 Kenmore** $1,300
**26 Whirlpool** $1,000
**27 LG** $1,050
Big, solid machines with top scores across the board. Note that we have no reliability data on Whirlpool or LG front-loaders.

### Smaller, less expensive front-loaders:

**28 Kenmore** $800
**29 Frigidaire** $650
If you wash smaller loads and would be satisfied with slightly lower but solid scores, these can save you hundreds of dollars.



# Ratings washers

• **Availability** Most models at stores through December 2004.

Within types, in performance order. Blue key numbers indicate Quick Picks; see box at left.

| Key number | Brand & model / Similar models, in small type, comparable to tested model. | Price | Overall score | Washing performance | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Cycle time (min.) | Stainless-steel tub | Porcelain top/lid | Auto temp control | Timed bleach dispenser |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **TOP-LOADERS** | | | | | | | | | | | | | |
| 1 | **Maytag** Neptune TL FAV9800A[WW] | $1,300 | | ◐ | ⊖ | ⊖ | ● | ○ | ○ | 95 | • | • | • | • |
| 2 | **Kenmore** (Sears) Elite Calypso 2408[2] 2206[ ] | 900 | | ○ | ⊖ | ⊖ | ● | ⊖ | ● | 70 | • | • | | • |
| 3 | **Maytag** SAV4655A[WW] | 480 | | ⊖ | ○ | ⊖ | ⊖ | ⊖ | ○ | 50 | | | • | |
| 4 | **GE** Profile Harmony WPGT9350C[WW] | 1,000 | | ⊖ | ⊖ | ○ | ⊖ | ⊖ | ⊖ | 55 | • | | • | |
| 5 | **Fisher & Paykel** Ecosmart GWL11 | 600 | | ⊖ | ⊖ | ⊖ | ○ | ⊖ | ⊖ | 50 | • | | | |
| 6 | **Kenmore** (Sears) 2485[2] 2486[ ] 2487[ ] | 460 | | ⊖ | ○ | ⊖ | ⊖ | ⊖ | ○ | 40 | | • | | |
| 7 | **Whirlpool** Gold GSQ9669L[W] | 500 | | ○ | ○ | ⊖ | ⊖ | ⊖ | ○ | 55 | | | • | |
| 8 | **Amana** NAV3330A[WW] | 450 | | ○ | ○ | ⊖ | ⊖ | ⊖ | ⊖ | 45 | | | • | |
| 9 | **GE** WWRE5240D[WW] | 450 | | ○ | ⊖ | ⊖ | ⊖ | ⊖ | ○ | 50 | • | | • | |
| 10 | **Kenmore** (Sears) Elite Catalyst 2403[2] 2404[ ] 2405[ ] | 750 | | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ○ | 50 | • | • | • | • |
| 11 | **Amana** NAV8800A[WW] | 540 | | ○ | ○ | ⊖ | ⊖ | ⊖ | ⊖ | 45 | • | | • | |
| 12 | **GE** WBSR3140D[WW] | 350 | | ○ | ○ | ○ | ⊖ | ⊖ | ⊖ | 40 | | | | |
| 13 | **GE** WHSE5240D[WW] | 450 | | ⊖ | ○ | ⊖ | ⊖ | ⊖ | ○ | 50 | | | • | |
| 14 | **Kenmore** (Sears) 2493[2] 2490[ ] 2492[ ] | 520 | | ○ | ⊖ | ⊖ | ● | ⊖ | ○ | 45 | • | | • | • |
| 15 | **Kenmore** (Sears) Elite 2494[2] 2495[ ] 2496[ ] | 580 | | ○ | ⊖ | ⊖ | ● | ○ | ○ | 45 | • | • | • | • |
| 16 | **Frigidaire** FWSI339A[CN] GLWS1039C[ ] | 320 | | ⊖ | ⊖ | ○ | ⊖ | ⊖ | ○ | 45 | | | | |
| 17 | **Whirlpool** Gold GSW9650L[W] | 550 | | ○ | ⊖ | ⊖ | ⊖ | ⊖ | ○ | 50 | | | • | • |
| 18 | **Admiral** LNC6760[W] LNC6762[ ] | 350 | | ⊖ | ⊖ | ○ | ⊖ | ⊖ | ⊖ | 50 | | | | |
| 19 | **Hotpoint** VWSR4150D[WW] | 390 | | ⊖ | ⊖ | ○ | ⊖ | ⊖ | ⊖ | 45 | | | | |
| 20 | **Kenmore** (Sears) 2462[2] 2463[ ] 2464[ ] | 350 | | ○ | ⊖ | ○ | ⊖ | ⊖ | ⊖ | 40 | | | | |
| 21 | **Maytag** Performa PAV1444A[WW] HAV4657[ ] | 475 | | ⊖ | ⊖ | ○ | ○ | ⊖ | ○ | 45 | | | • | |
| 22 | **Estate by Whirlpool** TAWS800J[Q] | 350 | | ○ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | 40 | | | | |
| 23 | **Roper** RAS8244L[Q] | 270 | | ○ | ⊖ | ○ | ○ | ○ | ⊖ | 45 | | | | |



**3 Maytag**    **6 Kenmore**    **26 Whirlpool**    **29 Frigidaire**

## from our labs
### NEW, TOUGHER TESTS

**Starting with this report, we've updated our tests to better reflect improvements in today's washers and changes in the way you use them.**

The Maytag Neptune TL set a new standard for excellence. (But it's expensive, at $1,300, and isn't very gentle.) As a result, we've raised the bar for washing performance, and washers once judged excellent may now score very good.

We've also revised our tests. We've encouraged you to wash full loads and to use only the amount of water needed for smaller loads. We're taking our own advice to heart. In the past, we've washed only 8-pound loads. Now we've added a test with the maximum load each washer



**THE HOLE TRUTH Engineer Pat Slaven eyes swatches to see which washers were most gentle.**

| Key number | Brand & model<br>Similar models, in small type, comparable to tested model. | Price | Overall score<br>0    100<br>P  F  G  VG  E | Washing performance | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Cycle time (min.) | Stainless-steel tub | Porcelain top/lid | Auto temp control | Timed bleach dispenser |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FRONT-LOADERS** | | | | | | | | | | | | | |
| 24 | **Kenmore** (Sears)<br>HE3T 4492[2] 4493[ ] | 1,300 | | ◒ | ◒ | ⊕ | ⊕ | ◒ | ⊕ | 85 | • | | • | • |
| 25 | **KitchenAid** Superba<br>KHWS01PMT | 1,600 | | ◒ | ◒ | ⊕ | ⊕ | ◒ | ◒ | 85 | • | | • | • |
| 26 | **Whirlpool** Duet<br>GHW9100L[W] | 1,000 | | ◒ | ⊕ | ⊕ | ⊕ | ◒ | ⊕ | 70 | • | | • | • |
| 27 | **LG** WM2032H[W] | 1,030 | | ◒ | ◒ | ⊕ | ⊕ | ◒ | ◒ | 80 | • | | • | • |
| 28 | **Kenmore** (Sears)<br>4402[2] | 800 | | ○ | ⊕ | ⊕ | ○ | ◒ | ◒ | 55 | • | | • | |
| 29 | **Frigidaire** Gallery<br>GLTR1[F]1670A[S]<br>CRTR9900A[ ] | 650 | | ○ | ◒ | ○ | ○ | ◒ | ◒ | 60 | • | | • | • |
| 30 | **Maytag** Neptune<br>MAH6500A[WW]<br>MAH5500B[ ] | 1,000 | | ◒ | ○ | ◒ | ○ | ○ | ○ | 70 | • | • | • | • |

### Guide to the Ratings
**Overall score** is based mostly on performance, capacity, energy efficiency, and noise. Water efficiency and gentleness are also considered. **Washing performance** indicates how well each machine removed soil in the most-aggressive normal cycle, for both an 8-pound load and a maximum load. **Energy efficiency** is based on the energy needed to run the washer and to heat the water for a warm wash, and the amount of water extracted in the final spin (which reduces time in the dryer). **Water efficiency** reflects how much water per pound of laundry it took to do an 8-pound load and each machine's maximum load. **Capacity** measures how large a load each machine could handle effectively. Models with lower scores for **gentleness** are more likely to cause wear and tear to clothing. Panelists gauged **noise** during the fill, agitation, drain, and spin cycles. **Cycle time** is for the normal cycle, rounded to the nearest 5 minutes. **Price** is approximate retail. Under **brand & model**, bracketed letters or numbers indicate a color code. Ratings may differ from earlier reports because of changes to scoring.

can hold (which varies by model). The combination better represents the way you're likely to use a washer.

We've made another change for conventional top-loaders, which require you to set the water level for each load. (Front-loaders and high-efficiency top-loaders automatically adjust water level to load size.) We now use only the amount of water needed for an 8-pound load, rather than the maximum water level. The washing performance score in the Ratings is a 50/50 weighted average of how clean each washer got a full load washed at the maximum water level and an 8-pound load using less water.

Given these changes, overall scores for washing performance were lower than in the past, and we found more variation among models. In general, washing was less thorough when the tub was more crowded and there was less water in which clothing could agitate, especially with maximum loads. The bottom line: Wash full loads, but don't cram top-loaders, especially with very soiled garments.

Lastly, we've made gentleness tests tougher to give you a better idea of which machines will treat your laundry with TLC.

---

**Brand repair history**    How 84,000-plus washers held up.

Choosing a brand with a good repair history can improve your odds of getting a reliable washer. This graph shows the percentage of full-sized washers that have ever been repaired or had a serious problem. For top-loaders, Roper was among the more reliable brands, KitchenAid and Amana among the less reliable. Maytag front-loaders were the least reliable of all the washer brands analyzed. The Kenmore and Whirlpool data don't include Calypso models, which have a different design than other top-loaders. While we lacked sufficient historical data for the Calypsos to include them in the graph, our data indicate that from 2001 to 2003 they needed more repairs than most top-loaders. We don't yet have enough data to comment on the Maytag Neptune TL and GE Harmony, which differ from typical top-loaders from those brands.



**Repairs and serious problems**
Fewer ◄────────────► More

Roper
Whirlpool
Maytag
Kenmore (Sears)
General Electric
Frigidaire
Amana
KitchenAid

Kenmore (Sears)
Frigidaire
General Electric
Maytag

0%   5%   10%  15%  20%  25%

■ TOP-LOADERS
■ FRONT-LOADERS

Based on more than 84,500 washers purchased new between 1999 and 2003. Data have been standardized to eliminate differences linked to age and usage. Differences of less than four points aren't meaningful. Models within a brand may vary, and design and manufacturing changes may affect reliability.

EXHIBIT J

FEB 05
**GIFT CHOCOLATES** **T-Mobile vs. Sprint vs. Verizon**
We rate 7 as excellent | **BEST CELL-PHONE SERVICE**

# Consumer Reports®

**FAMILY SEDANS**
- Mitsubishi Galant
- Nissan Altima
- Pontiac G6
- Toyota Camry

**PLUS** Chevrolet Malibu Maxx



FEBRUARY 2005    EXPERT • INDEPENDENT • NONPROFIT    www.ConsumerReports.org

## UNBIASED RATINGS
## 259
### PRODUCTS

### CR tests condoms
Two to avoid

### Washers & dryers
New spins, new technology. Tests of 29 washers and 25 dryers



### Water heaters
Why it pays to pay more

### CR investigates: Tanning salons
Our exclusive survey finds new dangers

# Best phones &plans

- **Ratings of 24 cell phones plus latest features**
- **Ratings of service in 17 cities**
- **Should you switch to Internet phoning?**
- **Ratings of headsets**



# WASHER & DRYER UPDATE
## A new spin



**FRONT-RUNNERS** Front-loading washers like this Bosch Nexxt Premium, shown with its companion dryer, are gaining favor with buyers seeking top performance who are willing to pay a top price—in this case, $1,350 for the washer and $800 for the dryer.

**Washday may never be the same. More and more households are switching from top-loading washers with agitators—the familiar old standbys most of us have used for decades—to top-loaders with new wash systems or front-loaders.**

New-technology top-loaders and front-loaders now account for about 30 percent of purchases. That's impressive when you consider that prices usually range from about $800 to $1,500, at least twice the price of most conventional top-loaders with agitators.

This update has Ratings for 29 washers, including front-loaders and both types of top-loaders. Among the models added since our last full report (in June 2004) is the first full-sized washer from Bosch, the front-loading Nexxt Premium, $1,500. It was very good but has a long cycle time—almost two hours—and wasn't as gentle as many models. In some of our test runs, excessive suds caused it to stop before or during the spin cycle. Because it's new, we don't have enough data to comment on its reliability.

Also new: the Fisher & Paykel Intuitive Eco, the most energy-efficient top-loader we tested and one of the more expensive, at $850. Its agitator has short fins that are quite gentle in moving laundry around. The Intuitive Eco automatically selects water temperature and level, agitation, and spin speed for each load. (You can also set it manually.) It did well overall, but new survey data show that Fisher & Paykel has been among the more repair-prone brands of top-loaders.

### HOW TO CHOOSE A WASHER

**For the best all-around performance, buy a front-loader.** If you're willing to spend $1,000 or so, we'd steer you to a front-loader. The best offer very good

washing, gentle action, ample capacity, and quiet operation. (Note that you must use special low-sudsing detergent for the best results.) Front-loaders fill partially with water and spin at high speeds, reducing water use and the energy required for drying—a plus if you have high water and utility costs. Front-loaders have been around awhile, and Frigidaire, GE, Kenmore, and Whirlpool have good reliability records.

**You need to know:** Numerous readers have reported that their front-loading washers developed mold or a musty smell. Using chlorine bleach occasionally and leaving the door ajar should help.

**Get a conventional top-loader for good performance at a modest price.** While these familiar washers may not be as exciting as newer types, they're the best choice for most buyers. You can get decent washing for less than $500, and there's a large selection of reliable brands. Top-loaders have shorter cycles than front-loaders and use regular detergent, which costs less than products for front-loaders.

**Think twice about new-technology top-loaders.** Although top-loaders with

new wash systems have done well in our tests, they're not among our top picks. Our survey data show that the Kenmore Calypso was one of the more repair-prone top-loaders, and it left garments tangled and wrinkled in our tests. The GE Profile Harmony and Maytag Neptune TL are too new to have reliability data, and neither was very gentle on clothes. Given the price of these three models—$900 to $1,300—we'd stick with a more-proven front-loader or conventional top-loader.

**Don't pay for pricey extras.** The basic settings handle most needs, so don't buy a pricey washer just to get a host of water levels and dozens of cycle and setting options. Touchpads or other fancy controls don't offer any advantage over dials and push buttons. (The same applies to dryers.) A stainless-steel tub can stand up to higher spin speeds in a washer, but otherwise has no edge over plastic.

**Decide whether noise is an issue.** If your laundry room is near a living area, stick with a washer and a dryer judged very good or excellent for noise.

### HOW TO CHOOSE A DRYER

Ratings of 25 dryers, including 3 CR Best Buys, are on page 45. Also listed is the only full-sized top-loading dryer available—the Fisher & Paykel Smartload DEGX1, $780. Its overall score was very good, but many lower-priced dryers did better. (See Up Front, November 2004.)

The most important thing you can do to dry laundry quickly is to use an efficient washer. The more water a washer extracts in the spin cycle, the less work there is for the dryer. Choose a washer that scored very good or excellent for energy efficiency in our Ratings, indicating that it extracts a lot of moisture in the spin cycle.

You can speed drying—and more important, reduce the risk of fire—by cleaning the lint filter after every use and cleaning the ducts at least once a year. Plastic and foil ducts can sag and clog with lint, so use only rigid or flexible metal.

**Insist on a moisture sensor.** About half the dryers in stores and all but one model in the Ratings (the Roper) use a moisture sensor to end the auto-dry cycle when laundry reaches the desired level of dryness. (A moisture sensor doesn't affect timed cycles.) Dryers with thermostats—mostly low-cost units—may run longer than needed, which can shrink clothing.

**Don't get hung up on capacity.** Manufacturers describe dryer capacity with terms such as "extra large" and "super plus," but the differences don't matter in everyday use. Most full-sized dryers have a capacity of about 6.5 to 7.5 cubic feet, which can hold a typical wash load.

**Don't pay for extra cycles.** Most consumers should do fine with a choice of heat level, timed and auto-dry cycles, and a few fabric types (regular/cotton, permanent press, and delicate).

*For Ratings and CR Quick Recommendations, see pages 44 and 45.*

# closeup
## SOLUTIONS FOR TIGHT SPACES

If you can't fit a full-sized washer and dryer side by side, consider a compact washer and dryer, a laundry center, or a stackable full-sized washer and dryer.

Compacts are often from European brands such as Asko and Miele, and they tend to be expensive. They're several inches smaller all around than full-sized models, usually about 24 inches wide and high, and they hold only small loads of 8 to 12 pounds. Some can be stacked. Those we've tested have performed well. The Miele Touchtronic Series W1113 washer, $1,600, and the Touchtronic T1303 dryer, $1,080, were very good for washing and drying, respectively, and both were very quiet. The Asko W6021 compact washer, $1,000, performed similarly; we don't have an Asko dryer in the Ratings.

Laundry centers are one-piece units with a washer on the bottom and a dryer on top, making them at least 6 feet tall. One downside is that you have to replace the whole unit if either appliance breaks. We tested the Frigidaire GLEHI642D[S], $1,000, and the Maytag MLE2000AY[W],

$1,800. Both have front-loading washers and electric dryers. Each had drawbacks. The Frigidaire dryer did well, but the washer was fair. The Maytag washer did fine, but the dryer fell short.

The third alternative, a stackable full-sized washer and dryer, gives you more choice, often at lower cost. Brands offering dryers that can be stacked above compatible front-



**ALL IN ONE Laundry centers like the Frigidaire combine a washer and dryer in one unit.**

loading washers include Frigidaire, GE, Kenmore, LG, and Whirlpool. One such pair in the Ratings, the Frigidaire Gallery GLTR1670A[S] washer, $620, and GLEQ642A[S] dryer, $380, were solid performers, and Frigidaire has a good track record for reliability.

---

**Brand repair history**  Readers report on almost 200,000 washers and dryers.

Reliability is especially important with workhorse appliances like washers and dryers. Choosing a brand with a good repair history can improve your odds of getting a reliable model. These graphs show the percentage of full-sized washers and dryers that have ever been repaired or had a serious problem, according to our 2004 Annual Questionnaire. Note that models within a brand may vary, and design and manufacturing changes may affect reliability.

For washers in general, there was no real difference in repair rate between top- and front-loaders. In the conventional top-loader group, Fisher & Paykel and KitchenAid were among the more repair-prone brands. For the first time, we have enough data to report separately on new-technology top-loaders that use a wash system different from that of conventional top-loaders with agitators. The Kenmore (Sears) Calypso was among the less-reliable brands. (Data for GE and Maytag may not apply to the GE Profile Harmony and Maytag Neptune TL new-technology models.)

Maytag was the most repair-prone brand of front-loader, gibing with complaints in a recent class-action lawsuit charging excessive problems in its Neptune front-loaders. (See Up Front, January 2005.)

Among electric dryers, Amana was one of the more repair-prone brands. No brand stood out as more repair-prone among gas dryers.



**WASHERS**

Based on 101,775 washers purchased new between 2000 and the first half of 2004. Data have been standardized to eliminate differences linked to age and usage. Differences of less than four points aren't meaningful.



**DRYERS**

Based on 91,599 dryers purchased new between 2000 and the first half of 2004. Data have been standardized to eliminate differences linked to age and usage. Differences of less than three points aren't meaningful.

## CR Quick Recommendations

We recently updated our tests to better reflect real-life practices such as washing maximum loads and using less water for smaller loads. With our new tests, only one model was judged excellent for washing: the top-loading Maytag Neptune TL. However, it's not a Quick Pick because it uses a new wash system and doesn't yet have a track record for reliability. For the same reason, we're not including the GE Profile Harmony, which also uses a new design. Two other high-scoring top-loaders weren't chosen as Quick Picks because they're among the more repair-prone brands of washers: Fisher & Paykel and the Kenmore Calypso.

With our new, tougher scoring scheme, a washing score of very good or good would be fine for all but very soiled laundry and should satisfy many consumers. That gives you plenty of choice. There's no reason to settle for less than good washing. Five tested models that were fair for washing aren't in the Ratings: (in order of overall score) the GE WHSE5240D[WW], $470; GE WHRE5260E[WW], $470; Frigidaire Gallery FWS1339A[C], $330; Hotpoint VWSR4150D[WW], $350; and Roper RAS8333P[0], $290.

The **Ratings** rank models by performance. **Quick Picks** highlights washers you might want to consider based on how they scored and on factors such as brand reliability and price.

### QUICK PICKS

**For best performance at a high price:**

**23 Kenmore** $1,100
**24 LG** $1,030
**25 Whirlpool** $1,000

Capacious and quiet, these front-loaders were frugal with energy and water. Although we have no reliability data on LG washers, this model uses a front-loading design that has been around for years.

**Good performance at modest prices:**

**6 Whirlpool** $500
**12 Kenmore** $500
**13 Whirlpool** $380

These three conventional top-loaders got laundry clean and did well in all other tests. The Whirlpool (6) is discontinued, but the similar model listed should offer comparable performance.

**A value if noise isn't an issue:**

**11 GE** $300

This top-loader did a good job but is rather noisy. If your laundry room is in the basement or garage, it's worth considering.

---

# washers

• **Availability** Most models at stores through June 2005.

Excellent  Very good  Good  Fair  Poor

Within types, in performance order. Blue key numbers indicate Quick Picks; see box at left.

| Key number | Brand & model | Price | Overall score | Washing | Energy efficiency | Capacity | Gentleness | Noise | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|
| | Similar models, in small type, comparable to tested model. | | 0  P  F  G  VG  E  100 | | | | | | |
| | **TOP-LOADERS** | | | | | | | | |
| 1 | **Maytag** Neptune TL FAV9800A[WW] | $1,300 | | | | | | | 80 |
| 2 | **Kenmore** (Sears) Elite Calypso 2408[2] 2204[ ] | 900 | | | | | | | 70 |
| 3 | **Fisher & Paykel** Intuitive Eco IWL12 | 850 | | | | | | | 55 |
| 4 | **GE** Profile Harmony WPGT9350C[WW] | 1,000 | | | | | | | 55 |
| 5 | **Fisher & Paykel** Ecosmart GWL11 | 600 | | | | | | | 50 |
| 6 | **Whirlpool** Gold GSO9669L[W] ▣ GS19679P[ ] | 500 | | | | | | | 50 |
| 7 | **Amana** NAV3330A[WW] | 400 | | | | | | | 40 |
| 8 | **GE** WWRE5240D[WW] | 470 | | | | | | | 50 |
| 9 | **Kenmore** (Sears) Elite Catalyst 2403[2] 2404[ ] 2405[ ] | 750 | | | | | | | 45 |
| 10 | **Amana** NAV8800A[WW] | 500 | | | | | | | 45 |
| 11 | **GE** WBSR3140D[WW] | 300 | | | | | | | 45 |
| 12 | **Kenmore** (Sears) 1584[2] | 500 | | | | | | | 40 |
| 13 | **Whirlpool** LSW9700P[0] | 380 | | | | | | | 45 |
| 14 | **Kenmore** (Sears) Elite 2494[2] 2495[ ] 2496[ ] | 580 | | | | | | | 45 |
| 15 | **Whirlpool** Gold GSW9650L[W] ▣ GSW9600P[ ] | 500 | | | | | | | 50 |
| 16 | **Admiral** LNC6760[W] LNC6762[ ] | 300 | | | | | | | 50 |
| 17 | **Kenmore** (Sears) 2462[2] 2463[ ] 2464[ ] | 350 | | | | | | | 35 |
| | **FRONT-LOADERS** | | | | | | | | |
| 18 | **Whirlpool** Duet HT GHW9400P[W] | 1,300 | | | | | | | 65 |
| 19 | **Bosch** Nexxt Premium WFMC6400UC | 1,350 | | | | | | | 110 |
| 20 | **Kenmore** (Sears) HE4t 4598[2] HE4t 4599[ ] | 1,430 | | | | | | | 70 |
| 21 | **LG** WM2432H[W] | 1,250 | | | | | | | 75 |
| 22 | **KitchenAid** Superba KHWS01PMT | 1,500 | | | | | | | 75 |
| 23 | **Kenmore** (Sears) HE3 4586[2] | 1,100 | | | | | | | 70 |
| 24 | **LG** WM2032H[W] | 1,030 | | | | | | | 80 |
| 25 | **Whirlpool** Duet GHW9150P[W] | 1,000 | | | | | | | 65 |
| 26 | **Frigidaire** Gallery GLTR1670A[S] GLTF1670A[ ] | 620 | | | | | | | 60 |
| 27 | **Miele** Touchtronic Series W1113 | 1,600 | | | | | | | 90 |
| 28 | **Asko** W6021 | 1,000 | | | | | | | 120 |
| 29 | **Maytag** Neptune MAH6500A[WW] MAH6500B[ ] | 900 | | | | | | | 70 |

▣ *Discontinued, but similar model is available. Price is for similar model.*

## Guide to the Ratings

**Overall score** is based mostly on performance, capacity, and energy efficiency. Noise, gentleness, and water efficiency (not shown) are also considered. **Washing performance** indicates how well each machine removed soil in the most aggressive normal cycle for an 8-pound load and a maximum load. **Energy efficiency** is based on energy needed to run the washer and to heat the water for a warm wash, and the amount of water extracted in the final spin (which reduces time in the dryer). **Capacity** measures how large a load each machine could handle effectively. Models with high scores for **gentleness** are least likely to cause wear and tear to clothing. **Noise** was judged by panelists. **Cycle time** is for the normal cycle, rounded to the nearest 5 minutes. **Price** is approximate retail. Under **brand & model**, bracketed letters or numbers indicate a color code.

EXHIBIT K

Case 1:09-cv-01363    Document 22-5    Filed 08/16/2008    Page 17 of 39

**TOP HDTVs** | **AUTO INSURANCE** Best & worst | **NEW THREAT to** your medical **PRIVACY**

# Consumer Reports®

**FAMILY SEDANS**
- Chevrolet Impala
- Dodge Charger
- Ford Fusion
- Hyundai Sonata
- Volkswagen Passat

MARCH 2006     EXPERT • INDEPENDENT • NONPROFIT

www.ConsumerReports.org

## UNBIASED RATINGS
# 484
## PRODUCTS

# BEST FLAT SCREENS

### Laptops & desktops
Best for reliability, tech support, sharing music and video

### Xbox 360
A game console that is also your entertainment center



### Vacuums
Biggest test ever: 76 models

### See our new Oyster Awards
For hardest-to-open packages. Page 35

# HDTVs | A complete guide
- **120 LCDs, plasmas & more rated**
- **What NOT to buy**

# WASHERS & DRYERS
## Savings at a price



**FRONT-LOADING FOR $850** Kenmore's HE2 (foreground) washed nearly as well as the best front-loaders, for less money.

Tougher new energy standards for 2007 have helped spawn more energy-saving washers at stores now. But many of these frugal new models are pricey, and some deliver relatively little savings for the money.

Beginning next January, all washing machines must be roughly 17 percent more efficient than the minimum allowed today. Front-loading washers already meet that standard by extracting more moisture, though most cost $1,000 and more. Manufacturers are upgrading top-loading machines in various ways.

Kenmore's new Oasis is among several high-efficiency top-loaders that meet the standard using a unique wash action and a faster-spinning, stainless-steel drum. Earlier high-efficiency top-loaders such as the Kenmore and Whirlpool Calypso tended to tangle and wrinkle shirts. The Oasis did less of both in our initial tests (see First Look on page 46). But at $1,000, it's as pricey as many front-loaders.

Kenmore's HE2 offers front-loading performance for less than most other front-loading washers. While slightly smaller than Kenmore's high-scoring HE3 and HE4 front-loaders, the HE2 performed nearly as well while delivering the efficiency, gentleness, and quietness that set these machines apart. At $850, it's also a CR Best Buy, though that's still $300 more than most top-loaders.

Swappable washer and dryer control panels, programmable controls, and wash cycles as short as 35 minutes are among the other ways major brands are wooing you in the laundry aisle. But as our several hundred pounds of test laundry revealed, some of those options can be less than a bargain. Indeed, one familiar brand left our wash loads soiled and took too long to dry. Here are the details:

**Matched sets can cost you.** Roughly 30 percent of washers and dryers are now bought as a pair. GE, LG, Maytag, and other brands encourage that with look-alike consoles. GE adds electronic links that match the dryer heat and drying time to the chosen wash cycle. But even if you're buying both machines, you can spend hundreds less by choosing the best-performing washer and dryer a la carte.

**Programs can add complexity.** GE's high-efficiency, top-loading Harmony washers and dryers have touch screens that let you program cycles for up to six users or fabrics. While such settings should save time once they're logged in, some shoppers may balk at yet another programming task. At $890 and $1,000, both Harmony washers we tested cost as much as better front-loading machines.

**Short isn't always sweet.** Odds are, you've used Speed Queen's commercial machines if you've ever visited a laundro-
*Continued on page 46.*

**First things first** For washers, balance performance and efficiency with the price of the machine.

### CONVENTIONAL TOP-LOADERS

**Best for** adequate washing at a reasonable price. Cycle times tend to be shortest. Top-loading means less bending. Less-efficient leftover models could be discounted.

**But** most of these conventional top-loaders don't wash as thoroughly as front-loading washers and aren't as energy-efficient.

**Price** $350 to $650 for most.

### HIGH-EFFICIENCY TOP-LOADERS

**Best for** those who want a top-loader's easier loading with better washing and energy efficiency. They use a unique wash action and often eliminate the usual center-post agitator.

**But** these new-design top-loading washers cost as much as some front-loading machines, yet typically don't offer as much energy efficiency.

**Price** $800 to $1,000 for most.

### FRONT-LOADING WASHERS



**Best for** those who want maximum washing performance and top energy efficiency overall. Better moisture extraction on the spin cycle also means shorter drying times for these machines.

**But** front-loading washers are less convenient to load and unload than all top-loading washing machines and typically cost hundreds more than conventional top-loaders.

**Price** $800 to $1,500 for most.

## CR Quick Recommendations

Lower prices have helped traditional top-loading washers outsell more-efficient front-loaders; you'll find competent models that cost as little as $300 or so. But manufacturers are narrowing the gap with competent front-loaders priced well under $1,000. These less-expensive models tend to outperform high-efficiency top-loaders for the same price or less.

Compact machines and one-piece, stacked washer-dryer laundry centers are two alternatives for apartments and other tight spots. But the washers we tested—the Miele (42) and Asko (43)—were relatively pricey. Laundry centers have also delivered mixed results. The $1,000 Frigidaire GLEH1642D we tested delivered fine drying, but washing was only fair. The reverse held for the $1,800 Maytag MLE2000AY version.

A better bet: Check our Ratings for dryers that can be stacked above compatible front-loading washers.

Our **Ratings** rank washers by overall score. **Quick Picks** lists high-value models from reliable brands. Want a matched washer and dryer? You'll find a matching tested dryer for most of the CR Quick Pick washers below.

### QUICK PICKS

**Best for most people; competent top-loaders at a modest price:**

**1 Whirlpool** $500
**3 GE** $300
**5 Whirlpool** $380, CR Best Buy

All three are fine values. The top-scoring Whirlpool (1) offers the best blend of performance and efficiency. The GE and Whirlpool (5) trade some performance for a lower price. Of the two, the Whirlpool is quieter, with automatic temperature control and an extra rinse cycle for dirtier loads. **Matching dryers:** Whirlpool GEW9878J[], $480; GE DWSR405EB, $400.

**For more performance and efficiency:**

**29 Kenmore** $1,100
**34 Whirlpool** $1,000
**39 Kenmore** $850, CR Best Buy

These front-loaders cost less than most. The Kenmore (29) and Whirlpool share a similar design. The Kenmore (39) has slightly less capacity than the other two, but this model is among the lowest-priced front-loaders. **Matching dryers:** Kenmore HE4 8586[], $930; Whirlpool Duet GEW9250P[], $800; Kenmore HE2 8656[], $800.

# washers

• **Availability** Most models at stores through December 2006.



Excellent  Very good  Good  Fair  Poor

**1 Whirlpool**        **3 GE**        **39 Kenmore**   CR BEST BUY





Within types, in performance order. Blue key numbers indicate Quick Picks.
Models with the same scores are listed alphabetically.

| Key number | Brand & model | Price | Overall score | Washing | Energy efficiency | Capacity | Gentleness | Noise | Stackable | Stainless tub | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Similar models, in most case, comparable to tested model. | | 0    P F G VG E    100 | | | | | | | | |
| | **CONVENTIONAL TOP-LOADERS** *These offer adequate washing at a reasonable price.* | | | | | | | | | | |
| 1 | **Whirlpool** Gold GSQ9669L[W] ⓓ GST9679[] | $500 | 61 | ○ | ○ | ⦶ | ⦶ | ○ | | | 50 |
| 2 | **GE** WWRE5240D[WW] | 470 | 59 | ○ | ○ | ⦶ | ⦶ | ○ | ◖ | | 50 |
| 3 | **GE** WBSR3140D[WW] | 300 | 58 | ○ | ○ | ⦶ | ⦶ | ○ | | | 45 |
| 4 | **Kenmore** (Sears) 1584[2] ⓓ 1685[], 1686[], 1688[] | 480 | 58 | ○ | ○ | ⦶ | ⦶ | ○ | | | 40 |
| 5 | **Whirlpool** LSW9700P[Q] | 380 | 58 | ○ | ○ | ⦶ | ○ | ○ | | | 45 |
| 6 | **Amana** NAV8805[W] | 500 | 58 | ● | ○ | ⦶ | ○ | ○ | ◖ | | 50 |
| 7 | **Kenmore** (Sears) Elite 2494[2] ⓓ 2692[], 2694[], 2696[] | 570 | 58 | ○ | ⦶ | ⦿ | ○ | ○ | | | 45 |
| 8 | **Kenmore** (Sears) 2685[2] 2686[], 2688[] | 520 | 56 | ○ | ○ | ⦶ | ○ | ○ | | | 45 |
| 9 | **Whirlpool** Gold GSW9650L[W] ⓓ GSW9800P[] | 500 | 55 | ○ | ○ | ⦶ | ○ | ○ | | | 50 |
| 10 | **Kenmore** (Sears) 2462[2] ⓓ 2663[], 2664[], 2665[] | 350 | 54 | ○ | ⦶ | ○ | ○ | ○ | | | 35 |
| 11 | **Admiral** AAV7000[W] (Home Depot) | 300 | 53 | ○ | ○ | ⦶ | ○ | ○ | | | 45 |
| 12 | **Amana** NAV3335[W] | 350 | 53 | ○ | ○ | ⦶ | ○ | ○ | | | 40 |
| 13 | **Estate** by Whirlpool TAWS850P[W] | 360 | 53 | ○ | ○ | ⦶ | ○ | ○ | | | 40 |
| 14 | **Maytag** MAV3955A[W] | 500 | 51 | ○ | ○ | ⦶ | ○ | ○ | | | 45 |
| 15 | **Maytag** MAV5920E[W] | 550 | 51 | ○ | ⦶ | ⦶ | ○ | ○ | ◖ | | 45 |
| 16 | **Roper** RAS8333R[Q] | 300 | 49 | ○ | ○ | ⦶ | ○ | ○ | | | 35 |
| 17 | **GE** WHSE5240D[WW] | 470 | 47 | ⦶ | ○ | ⦶ | ○ | ○ | | | 50 |
| 18 | **Hotpoint** VWSR4150D[WW] | 350 | 44 | ⦶ | ○ | ⦶ | ○ | ○ | | | 45 |
| 19 | **Frigidaire** FWS1339A[C] ⓓ FWS1339E[] | 330 | 43 | ⦶ | ○ | ⦶ | ○ | ○ | | | 45 |
| 20 | **GE** WHRE5260E[WW] | 470 | 32 | ⦶ | ○ | ⦶ | ○ | ○ | ◖ | | 45 |
| 21 | **GE** Profile WZRE5260F[GG] | 500 | 29 | ⦶ | ○ | ⦶ | ⦿ | ○ | ◖ | | 45 |
| 22 | **Frigidaire** Gallery GLWS1339E[C] | 360 | 20 | ⦶ | ○ | ⦶ | ⦶ | ○ | | | 45 |
| | **HIGH-EFFICIENCY TOP-LOADERS** *These offer better washing and efficiency.* | | | | | | | | | | |
| 23 | **Whirlpool** Calypso GVW9959K[Q] | 800 | 72 | ⦶ | ⦶ | ⦶ | ⦶ | ⦶ | ◖ | | 60 |
| 24 | **GE** Profile Harmony WPGT9360E[WW] | 890 | 65 | ⦶ | ○ | ⦶ | ⦶ | ⦶ | ◖ | | 55 |
| 25 | **GE** Profile Harmony WPGT9350C[WW] | 1,000 | 63 | ⦶ | ⦶ | ⦶ | ○ | ⦶ | ◖ | | 55 |

ⓓ *Discontinued, but similar model is available. Price is for similar model.*

# closeup

## NOT QUITE READY FOR THE WASH?

Whirlpool's $250 Fabric Freshener LRF4001RY is aimed at those who'd like a little extra mileage out of shirts, suits, and other attire. Unlike regular steamers, it uses a garment-bag-sized, fold-out steam chamber designed to remove tobacco and other odors besides removing wrinkles.

We put in several rumpled dress shirts and other cotton items steeped in cigarette smoke and a cooking concoction of cumin, garlic, and clove. Then we added the recommended 8 ounces of distilled water for cotton and waited about 40 minutes. We got relatively wrinkle-free shirts that smelled laundry-fresh. The machine uses no chemicals—just water. Whirlpool touts portability, though at 27 pounds and 33 inches long, it's a bit bulky for carry-on.

**The bottom line:** The Fabric Freshener fulfills its laundry-stretching mission, though it's better suited to homes than hotels.



**FOLD-UP The Fabric Freshener collapses when not in use.**

## Brand repair history

Reports on 188,000 machines.

The graphs show the percentage of washers and dryers bought new between 2001 and 2005 that were ever repaired or had a serious problem. Differences of less than 4 points for washing machines and less than 3 points for dryers aren't meaningful.

Amana, KitchenAid, and Fisher & Paykel top-loading washers and Kenmore and Whirlpool high-efficiency top-loaders had more repairs than most conventional top-loading washers. Maytag front-loaders were the least-reliable washers. Amana was among the more repair-prone electric-dryer brands. Models within a brand may vary, however, and changes in design or manufacture may affect reliability. Still, choosing a reliable washer and dryer brand can improve your odds of getting a reliable model.

### Washers



### Dryers



| Key number | Brand & model<br>Similar models, in small type comparable to tested model. | Price | Overall score<br>0 ... 100<br>P F G VG E | Washing | Energy efficiency | Capacity | Gentleness | Noise | Stackable | Stainless tub | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FRONT-LOADERS (HIGH-EFFICIENCY)** | *These offer top performance overall.* | | | | | | | | | | |
| 26 | **Kenmore** (Sears) Elite HE4t 4508[1] 4509[1] | $1,500 | 79 | ◐ | ● | ● | ○ | ◐ | ▪ | ▪ | 95 |
| 27 | **Whirlpool** Duet HT GHW9400P[W] | 1,300 | 79 | ◐ | ● | ◐ | ● | ◐ | ▪ | ▪ | 65 |
| 28 | **Frigidaire** LTF2940E[S] GLTF2940E[1] | 750 | 78 | ○ | ● | ◐ | ● | ◐ | ▪ | ▪ | 55 |
| 29 | **Kenmore** (Sears) HE3 4586[2] 4587[1] | 1,100 | 77 | ◐ | ● | ◐ | ● | ◐ | | ▪ | 70 |
| 30 | **Maytag** Neptune MAH8700A[WW] | 1,100 | 77 | ◐ | ● | ● | ◐ | ◐ | ▪ | | 85 |
| 31 | **Bosch** Nexxt Premium WFMC6400UC | 1,350 | 76 | ◐ | ● | ◐ | ● | ○ | ▪ | ▪ | 110 |
| 32 | **LG** WM1814C[W] | 800 | 76 | ○ | ◐ | ● | ◐ | ● | ● | ▪ | 80 |
| 33 | **Siemens** ultraSense WFXD5200UC | 1,000 | 76 | ◐ | ● | ◐ | ● | ◐ | | ▪ | 120 |
| 34 | **Whirlpool** Duet GHW9150P[W] | 1,000 | 76 | ◐ | ● | ◐ | ● | ◐ | ▪ | ▪ | 65 |
| 35 | **LG** WM2277H[W] | 1,100 | 75 | ○ | ◐ | ● | ◐ | ● | ● | ▪ | 75 |
| 36 | **Maytag** Neptune MAH9700S[W] | 1,300 | 75 | ◐ | ● | ◐ | ● | ◐ | | ▪ | 90 |
| 37 | **Frigidaire** FTF2140E[S] LTF2140E[1] (Lowe's) | 700 | 72 | ○ | ● | ◐ | ● | ◐ | ▪ | ▪ | 45 |
| 38 | **GE** WBVH6240F[WW] Adora WHDVH626F[1] (Home Depot) | 900 | 72 | ◐ | ● | ○ | ○ | ◐ | ▪ | ▪ | 105 |
| 39 | **Kenmore** (Sears) HE2 4646[2] 4647[1] | 850 | 70 | ◐ | ● | ◐ | ○ | ◐ | ▪ | ▪ | 75 |
| 40 | **Frigidaire** Gallery GLTR1670A[S] GLTF1670A[1] | 620 | 68 | ○ | ● | ○ | ◐ | ○ | | ▪ | 60 |
| 41 | **Maytag** Neptune MAH650DA[WW] MAHS600B[1] | 900 | 64 | ◐ | ○ | ○ | ○ | ○ | | ▪ | 70 |
| 42 | **Miele** Touchtronic W1113 | 1,600 | 63 | ◐ | ● | ● | ◐ | ● | ▪ | ▪ | 90 |
| 43 | **Asko** W6021 | 1,000 | 61 | ◐ | ● | ● | ◐ | ◐ | ● | ▪ | 120 |
| 44 | **Speed Queen** CTS90AWN[W] | 1,400 | 31 | ● | ○ | ◐ | ○ | ○ | | ▪ | 35 |

## Guide to the Ratings

**Overall score** denotes mainly performance, capacity, and energy efficiency, and includes noise, gentleness, cycle time, and water efficiency (not shown). **Washing performance** indicates how well each of these machines removed soil in the most aggressive normal cycle for an 8-pound load and a maximum load. **Energy efficiency** is based on energy needed to run the washer and heat the water for a warm wash, and the amount of water extracted in the final spin to reduce time needed in the dryer. **Capacity** measures how large a load each machine could effectively handle. Models with high scores for **gentleness** are least likely to cause wear and tear to clothing. **Noise** was judged by panelists. **Cycle time** is the normal cycle, rounded to the nearest 5 minutes. **Price** is approximate retail. Under **Brand & model**, bracketed letters or numbers represent color codes. Note that Ratings of previously tested models may differ from earlier reports because of changes in our scoring procedures.

Washer graphs are based on 93,995 responses and dryer graphs on 94,050 responses to our 2005 Annual Questionnaire. Data have been adjusted to eliminate differences linked to age and usage.

mat. But that hard-working heritage did not help its consumer models in our tests.

The front-loading Speed Queen washer's 35-minute regular cycle proved too short to clean our test loads thoroughly. A thermostat instead of the usual moisture sensor also accounts for the matching dryer's unimpressive performance. An added gripe: control knobs for both that turn in just one direction.

### HOW TO CHOOSE

Even conventional top-loaders could get pricier as manufacturers tweak them to meet the new energy rules. But sources say that price increases are likely to be small. Here's what to think about:

**Balance performance with price.** While front-loading washers typically cost $40 to $50 less per year in energy than most top-loaders, you'll have to wait years for those savings to pay off. But you may not care if you value their performance and reduced environmental impact.

**For sets, choose the washer first.** Nearly all dryers were competent performers. But even the best dryer is only as good as the washer's ability to remove moisture, since less moisture means shorter drying times and less energy use.

**Look for convenience.** Touchpad controls are easier to clean than buttons and dials. You'll also welcome the drying rack in most dryers for items too fragile or noisy to tumble-dry. Special settings such as Shrink Preventer on Frigidaire dryers and Auto-Temp on Maytag machines are a selling point, though neither should drive your buying decision.

**Insist on a sensor for dryers.** Most use a moisture sensor to end the auto-dry cycle. That's better than the thermostat on many low-priced models, which can allow the dryer to run longer than necessary.

### For more information

**FROM CONSUMER REPORTS**
**GreenerChoices.org.** Energy tips and cost calculators. *www.greenerchoices.org*

**FROM OTHER SOURCES**
**Edison Electric Institute.** Useful energy-saving tips from the industry. *www.eei.org*
**U.S. Department of Energy.** Its Web site includes tips for long-term laundry savings. *www.eere.energy.gov/consumer*

# firstlook

## THE LATEST NEW-TECH TOP-LOADER

High-efficiency top-loading washers combine a top-loader's easier loading from above with at least some of a front-loader's added energy efficiency. This growing pool now includes Kenmore's new $1,000 Oasis, which succeeds the Kenmore and the similar Whirlpool Calypso. But you may want to wait before taking the plunge.

While the Kenmore Oasis arrived too late to complete our evaluations, its washing was competent and its capacity is the largest of any washer we've tested, as is that of its matching, competent dryer. But the Oasis still isn't as efficient as most similarly priced front-loaders. Kenmore's and Whirlpool's high-efficiency top-loaders have been significantly more repair-prone than their other washers; the Oasis is too new for us to have gathered repair data.

**Our initial take:** You'll find several front-loading washers that wash clothes more efficiently for the same money or less, along with conventional top-loaders that perform adequately for much less.



# repairorreplace

## WHEN TO DITCH YOUR OLD WASHER OR DRYER

Helping a healthy washer and dryer run smoothly is both cost-free and easy. For washing machines, be sure to remove grit from the screen where the hose attaches to the hot-water supply. For dryers, take a few seconds to clean the lint filter after each use to reduce the likelihood of fires by guarding against exhaust-duct clogs.

But frequent repairs could make investing in a new model tempting. When should you pull the plug on your old washer or dryer? That depends mostly on the age of the machine and what you paid for it, along with the cost of the repair. Here are some guidelines that will help make the repair-or-replace decision a little easier:

**When repairs make sense.** Your machine is still under warranty or is less than two years old if it's a dryer, four years old if it's a top-loading washing machine, or five years old if it's a front-loading washer. Machines under warranty may require a factory-authorized technician for the repair to be covered; our readers have

found their work on a par with that of independent repairers overall.

**When repairs may make sense.** Your machine is out of warranty and is two to six years old (dryers), four to six years old (top-loading washers), or five to seven years old (front-loading washers). Readers typically paid $75 to $150 to repair a dryer, $75 to $170 to repair a top-loading washing machine, and $75 to $350 to fix a front-loader. But better energy efficiency, moisture sensors on most dryers, and more capacity on washers and dryers make it tempting to replace an old, broken model.

**When it pays to replace.** The repair will cost more than half the price of a comparably equipped new washing machine or dryer. Our repair data also show that repairing any dryer or top-loading washing machine older than six years or front-loader older than seven years usually doesn't pay, based on the price of new models, their improvements, and what our readers typically paid for repairs.

# dryers

## CR Quick Recommendations

Most of these dryers scored at least a very good overall in our tests. Dryers judged excellent for drying were noticeably better than lower-scoring models at leaving a load damp for ironing and at drying delicates at low heat. All tested models can hold a typical wash load. Those judged excellent for capacity are best for bulky items such as comforters. Those that scored less than excellent or very good for noise can be disruptive.

Most have moisture sensors, which have proven better than thermostats at determining when laundry is dry.

Our **Ratings** rank dryers by overall score. Note that while our test scores are for electric dryers, equivalent gas models listed under brand & model have historically performed similarly in our dryer tests. Quick Picks lists tested dryer models that combine low price and come from brands that have been reliable in our repair surveys.

## QUICK PICKS

**Best for most; spacious and superb:**

4 GE $580, CR Best Buy
5 Kenmore $640

Both performed similarly to the top-scoring models and cost far less money. Between the two, the GE adds a stainless-steel drum and custom programming, along with a reversible door and other conveniences.

**Nearly as good for less:**

7 Kenmore $500
13 Whirlpool $380, CR Best Buy
21 Frigidaire $350

All three of these dryers are fine values. The Kenmore is nearly as competent as our higher-scoring Quick Picks. Paying less for the other two dryers buys a little less quietness for the Whirlpool and a bit less capacity for the Frigidaire.

## Guide to the Ratings

**Overall score** is based mainly on drying performance, capacity, and noise. **Drying performance** combines tests on various-sized loads of different fabric mixes. All models had enough **capacity** to hold our 12-pound load; higher scores indicate larger capacity. **Noise** reflects judgments by panelists. **Price** is approximate retail for electric models; gas models typically cost about $50 more. Under **brand & model**, bracketed letters or numbers are color codes. Note that Ratings of previously tested models may differ from earlier reports because of changes in our scoring procedure.



- **Availability** Most models at stores through December 2006.

| | Excellent | Very good | Good | Fair | Poor |
|---|---|---|---|---|---|
| | ● | ◐ | ○ | ◔ | ● |

4 GE  CR BEST BUY    5 Kenmore    21 Frigidaire

In performance order. Blue key numbers indicate Quick Picks.
Models with the same scores are listed alphabetically.

| Key number | Brand & model | Price | Overall score | Drying | Capacity | Noise | Moisture sensor | Stackable |
|---|---|---|---|---|---|---|---|---|
| | Similar models, in small type, comparable to tested model. Gas equivalents are comparable to tested electric dryers. | | P F G VG E | | | | | |
| 1 | **GE** Profile Harmony DPGT750EC[WW] GAS: DPGT750GC[] | $800 | 84 | ● | ● | ● | ○ | |
| 2 | **Kenmore** (Sears) HE4 8586[2] 8587[], GAS: 9586[], 9587[] | 930 | 84 | ● | ● | ● | ◐ | ◐ |
| 3 | **LG** DLE5977[W] GAS: DLG5977[] | 850 | 84 | ● | ● | ● | ◐ | |
| 4 | **GE** Profile DPSB620EC[WW] GAS: DPSB620GC[] | 580 | 83 | ● | ● | ● | ◐ | |
| 5 | **Kenmore** (Sears) Elite 6697[2] 6698[], 6699[], GAS: 7697[], 7698[], 7699[] | 640 | 83 | ● | ● | ● | ● | |
| 6 | **Maytag** Neptune MCE8000AY[W] GAS: MCG8000A[] | 1,000 | 83 | ● | ● | ● | ● | |
| 7 | **Kenmore** (Sears) Elite 6692[2] 6694[], 6696[], GAS: 7692[], 7694[], 7696[] | 500 | 81 | ● | ● | ● | ● | |
| 8 | **Maytag** Neptune MDE9700AY[WW] GAS: MDG9700A[] | 800 | 81 | ● | ● | ● | ◐ | |
| 9 | **Whirlpool** Duet GEW9250P[W] GAS: GGW9250P[] | 800 | 81 | ● | ● | ● | ◐ | |
| 10 | **GE** DBVH512EF[WW] Adora DHDVH52EF[] (Home Depot) GAS: DBVH512GG[], Adora DHDVH52GF[] (Home Depot) | 650 | 80 | ● | ● | ● | ◐ | ◐ |
| 11 | **KitchenAid** Superba Ensemble KEHS02R[MT] GAS: KGHS02R[] | 1,050 | 80 | ● | ● | ● | ◐ | ◐ |
| 12 | **Whirlpool** Gold GEW9868K[Q] GAS: GGW9868K[] | 650 | 77 | ◐ | ● | ● | ◐ | |
| 13 | **Whirlpool** LEO8000J[Q] GAS: LGO8000J[] | 380 | 77 | ◐ | ● | ● | ● | |
| 14 | **Bosch** Nexxt Premium WTMC6300US GAS: WTMC6500UC | 800 | 76 | ● | ● | ● | ● | |
| 15 | **Whirlpool** Gold GEW987BJ[Q] ⬛ GEW987BP[ ] GAS: GGW987BP[] | 480 | 76 | ◐ | ● | ● | ● | |
| 16 | **Kenmore** (Sears) HE2 8656[2] 8657[], GAS: 9656[], 9657[] | 800 | 75 | ◐ | ● | ● | ● | ● |
| 17 | **Maytag** Neptune MDE7500AY[W] GAS: MDG7500A[] | 800 | 75 | ◐ | ● | ○ | ● | |
| 18 | **Amana** NDE8805AY[W] GAS: NDG8805A[] | 430 | 74 | ● | ● | ● | ● | |
| 19 | **Maytag** MDE4806AY[W] GAS: MDG4806A[] | 400 | 74 | ● | ● | ● | ● | |
| 20 | **Bosch** Nexxt WTMC3300US Selmens Ultra Sense WTXD53300US, GAS: WTXD5500UC | 800 | 72 | ◐ | ● | ● | ● | |
| 21 | **Frigidaire** Gallery GLER642A[S] GAS: GLGR642A[] | 350 | 71 | ◐ | ● | ● | ● | |
| 22 | **Frigidaire** Gallery GLEQ642A[S] GAS: GLGQ642A[] | 480 | 70 | ◐ | ● | ● | ● | ● |
| 23 | **Kenmore** (Sears) 6683[2] 6684[], 6686[] GAS: 7683[ ], 7684[], 7686[] | 450 | 70 | ◐ | ● | ● | ● | |
| 24 | **LG** DLE2514[W] GAS: DLG2524[] | 600 | 70 | ● | ● | ○ | ● | |
| 25 | **Frigidaire** LEQ2152E[S] (Lowe's) GLEQ2152E[] GAS: LGQ2152E[] (Lowe's), GLGQ2152E[] | 600 | 68 | ◐ | ● | ● | ● | |
| 26 | **GE** DWSR405EB[WW] GAS: DWSR405GB[] | 400 | 65 | ○ | ● | ● | ○ | |
| 27 | **GE** DTSR495EF[GG] GAS: DTSR495EG[] | 500 | 63 | ○ | ● | ○ | ● | |
| 28 | **Estate** by Whirlpool TEOS840J[O] ⬛ TEDS740P[] | 370 | 62 | ◐ | ● | ○ | | |
| 29 | **Hotpoint** NWSR483EB[WW] GAS: NWSR483GB[] | 330 | 61 | ○ | ● | ◐ | | |
| 30 | **Roper** RES7745P[Q] ⬛ RES7745M[] GAS: RGS7745R[] | 280 | 58 | ◐ | ● | ● | | |
| 31 | **Admiral** ADE7005A[W] (Home Depot) GAS: ADG7005A[] | 350 | 56 | ○ | ● | ◐ | | |
| 32 | **Roper** REX4634K[Q] ⬛ REX5634K[] | 250 | 49 | ○ | ● | ● | | |
| 33 | **Speed Queen** CES68AWF[W] GAS: CGS68AWF[] | 600 | 48 | ● | ● | ○ | | |

⬛ Discontinued, but similar model is available. Price is for similar model.

EXHIBIT L



**GAS GRILLS** Top picks | **Upscale** sedans | **WASHERS that** don't wash | **TOP PAINTS & STAINS**

JUN 07

**BEST NEW VISTA LAPTOPS & PCs**

# Consumer Reports®



We rate the GEEKS

Squad

JUNE 2007    EXPERT • INDEPENDENT • NONPROFIT    www.ConsumerReports.org

# Rating the diets

Plans that <u>work best</u>

How good are the latest <u>diet books?</u>

**PLUS** 8 simple ways to lose weight (& 3 to avoid)



# Contents June

2007

**Consumer Reports**

Volume 72     No. 6



**COVER REPORT**

## 12 RATING THE DIETS

We evaluate top-selling diet books and give you eight strategies for losing weight and keeping it off. **Plus:** Some new winners among diet plans that have been studied in clinical trials.

**COMPUTER SECTION**

## 18 BEST LAPTOPS & DESKTOPS

We tested the newest PCs and tell you how they work running the Windows Vista operating system. **RATINGS PAGES 20, 21**

## 22 MONITORS

Larger sizes are becoming more affordable. **RATINGS PAGE 22**

## 23 TECH SUPPORT

Readers reveal which manufacturers do the best job of supporting their computers after your purchase, plus a look at how the independent services perform.

## 26 GO DIGITAL

Those old LPs, films, and photos make up a cherished part of your past. With phonographs and film projectors leaving the scene, here are smart ways to preserve those moments for future enjoyment.

**FEATURE REPORTS**

## 30 GAS GRILLS

Expect higher prices for stainless steel but also more features in the latest crop of backyard grills. **RATINGS PAGE 32**



## 34 PAINTS & STAINS

New formulas for exterior finishes mean that you can't buy by brand alone to get the longest-lasting coverage. **RATINGS PAGES 36, 37**

## 38 MITER & TABLE SAWS

A new generation of portable saws makes it easier to finish home woodworking projects. **RATINGS PAGE 40**

## 42 WASHERS & DRYERS

Some machines left stain-soaked swatches nearly as dirty as they were before they were put through the wash. **RATINGS PAGE 43**

**AUTO REPORT**



## 50 UPSCALE SEDANS

Road tests of the Buick Lucerne, Infiniti G35, Lexus ES350, Lincoln MKZ, Nissan Maxima, and Saab 9-5 **RATINGS PAGE 51**

**this issue by the numbers**

| | |
|---|---|
| **WASHERS** Pounds of laundry washed for Ratings of 47 machines | 1,000 |
| **COMPUTERS** Number involved in reliability survey | 127,800 |
| **TECH SUPPORT** Readers whose survey responses figured into tech-support Ratings | 23,000 |
| **GRILLS** Pounds of chicken, beef, and fish used to test gas grills | 160 |

**MORE CONTENTS ►**

# Contents June

### DEPARTMENTS

**5  HAVE YOU HEARD?**
Too little money to do their jobs.

**6  UP FRONT**
Don't get bling-boozled on jewelry.

Get e-mail without a computer

Nonstick pans are OK
in our newest test

**Claim Check** Finding perfect-fit
jeans online

Dealing with a
fender bender

Global warming
will affect national-
park visits

Ads say real men don't eat tofu.

How to get a good tan without
the sun.

**10  LETTERS**

**11  RECALLS**

**47  CR HEALTH**
Off-label drugs: Question
your doctor.

**48  CR MONEY**
Online brokers: Better prices and
more services.



**49  CR CARS**
Run-flat tires: Safety comes with
disadvantages.

**60  CONTACT INFO**

**61  VIEWPOINT**
High costs for changing cell service

**62  INDEX**

**63  SELLING IT**

## Coming soon

**Summer travel** A guide to getting the best deals
this summer, with Ratings of 48 hotel chains, 18 air
lines, and booking Web sites. **Hot dogs and beer**
Find better light choices that are tasty, too. **Digital
cameras** Ratings of more than 80 models, from the
small and simple to the big and feature-laden, plus a
look at SLR lenses and photo software. **Nanotechnology** The science of making
molecular sized materials with the goal of improving products causes some
wonder about what's possible and some concerns as well. **Autos** Road tests of
the Acura MDX, BMW X5, Cadillac SRX, Lexus RX350, and Lincoln MKX. Plus a
look at the Lincoln Navigator.



### Free at ConsumerReports.org

For tips on grilling and some easy recipes for
chicken and grilled pizza, go to *www.Consumer
Reports.org/grillingrecipes.*

### For ConsumerReports.org subscribers

Get updated Ratings of high-definition DVD play-
ers, plus desktops, laptops, printers, and more. Go
to *www.ConsumerReports.org* and click on the
Electronics tab.



*Printed in the U.S.A.*

## Consumer Reports

James Guest
**President**

John Sateja
**Senior Vice President, Information Products**

### Editorial Division

Vice President and Editorial Director Kevin McKean

Deputy Editorial Director, Stephen Byers, CR Kimberly Kleman

Director, Editorial & Production Operations David Fox

Director, Design, Consumers Union George Arthur

Executive Editor, Franchises Gregory Daugherty

Managing Editor, CR Robert Tiernan

Creative Director Timothy Lasonde

Editor-in-Chief, Online Media Giselle Benatar

Executive Editor, Online Media Marc Perton

Autos Eric Pratt, Editor; Cliff Weathers, Deputy Editor; Jeff Bartlett, Deputy Online Editor; Jonathan Linkov, Managing Editor; Gordon Hard, Sr. Editor; Jim Travers, Assoc. Editor; Liza Barth, Web Assoc. Editor

Electronics Paul Reynolds, Editor; Eileen McCooey, Deputy Editor; Jeff Fox, Technology Editor; Michael Gikas, Donna Tapellini, Jim Willcox, Assoc. Editors; Paul Eng, Web Senior Editor

Finance Noreen Perrotta, Deputy Editor; Jeff Blyskal, Senior Editor; Anthony Giorgianni, Assoc. Editor

Health & Family Ronni Sandroff, Editor/Director; Chris Hendel, Assoc. Dir.; Ron Buchheim, Deputy Editor; Marvin Lipman, M.D., Medical Editor; Nancy Metcalf, Senior Editor; Joel Keehn, Doug Podolsky, Sr. Editors; Jamie Kopf, Nicole Saunders, Assoc. Editors; Patricia Lennon, Research Associate; Artemis DiBenedetto, Web Assoc. Editor

Home Robert Markovich, Editor; Celia Kuperszmid Lehrman, Deputy Editor; Steven Saltzman, Deputy Online Editor; Ed Perratore, Sr. Editor; Kimberly Janeway, Assoc. Editor; Helen Popkin, Web Assoc. Editor

Editor at Large Leslie Ware

Copy Nancy Byers Crowley, Copy Chief; Andrew Bowins, Allison Vance; Wendy Greenfield, Copy Editors; David Frazier, Assoc. Copy Editor

Research Jane Healey, Manager; Wendy Goldman, South research and Iowa Gervais, Researchers; Christopher Fluhrer, Researcher

Administration Anne Colletta, Josh Daniel, Nancy Eaton; Ellora Luximon, Donna Bryant, Jerelle Sarrubia

Design Jan Bertman, Rosemary Simmons, Managers; Rob Lutter, Michael Glazer, Art Directors; Kathy Cleveland, Pat Slaven, Sr. Project Leaders; Lucy Vohs, Candy Arbes, Joseph Pacelli, Project Leaders; Home Improvement Jim Nanni, John Galeotafiore, Technical Director; Emique De Paz, Peter Sawchuk, Program Leaders; David Heim, Associate Writer; Sr. Project Leaders; John Banta, Joan Muratore, Project Leaders; Product Intelligence Celeste Monte, Program Manager; Mark Allwood, Michael Saladino, Project Leaders; Technical Support Lester Shane, Manager; Christine Terdin, Joanna Mauer, Associates; Technical Support Lester Shane, Manager; Richard Werth, Jerry Shiess, Christopher Skory, Test Engineers; Food & Sensory Leader; Project Leaders; Richard Sharpe, Project Leader; James Nanni; Machine Development; Richard Small; Urban Inspector; Manager John Dahut, Thomas Mutchler; Gabriel Shenhar, Jennifer Stockburger, Sr. Engineers; Alex Laorano, Testing Assoc.; Martin Flaupy, Guest member; Jeff Bartlett, Mike Quincy, Sr. Content Engineers; Gene Tomson, Michael Smith, Edward Smith, David Vann, Staff Engineers

Electronics Simon Dresner, Evon Beckford; Dean Gallea, Program Leaders; Joseph Lazzaro, Sr. Project Leaders; Christopher Loni, Paul St. Peter, Project Leaders; Tomorrow Williams, Program Leader; Audio, Video & Imaging Gerard Catapano, Manager; Richard Sulin, Program Leader; Kerry Allen, Charles Davis, Maury Wentz, Sr. Project Leaders; David Chittenden, Project Leaders; Elias Arias, Artur Sobczak, Project Leaders; Product Intelligence Maynard Williams, Program Manager; Sara Wang, Sr. Project Leader; Keith Newkirk, Michael Visconti, Product Specialist; Antonella Pomilla, Product Analyst; James Clark, Felipe Gomez, Associates; Technical Support James Langermann, Manager; Christopher Andrade, Associates; Steven Wilson, Scott Shugg Manager; Test Engineers; Larry Greene, Mark Grinfeld, Michael Hartmann, Marion Wilson-Spencer, William Smith, Project Engineers; Richelle Steele David Bozzi

Product Safety & Consumer Sciences Gerald Slumer, Donald Mays; Consumer Sciences Charles Crowley, Manager; Analytical Lab Babatunde Akanbi, Project Leader; Baby & Child Products Joan Muratore, Program Leader; Foods & Sensory Sciences Linda Greene, Program Leader; Ellen Klosz, Sr. Project Leader; Jose Amezquita, Adam Kaplon, Assoc.; Program Leader; Health & Recreation Edward Kippel, Sr. Program Leader; Bernard Deitrick, Staff Engineer; Oscar Amador, Associate; Amanda Wilson; Product Intelligence Lester Persky, Program Manager; Carmen Campo; Consumer Protection Sharon Wilson Spencer, Associate; Product Safety Carolyn Clifford, Sr. Project Leader; Sean Dieringer; Group Manager; Manager; Lynn Giuliano, Sr. Project Leader; Karen Giteala, Corie Falconer, Margaret Longwell; Elaine Lattimore, Lynn Hoovens; Data Jennifer Metz, Director

Statistics & Quality Management Martin Seldon, Kathleen Scott-Morgan; Michael Ricmen, Program Leaders; Malcolm Hunt; Statistician; Phil Chasan, Project Leader; Technical and Content Delivery Gary Vickers, Manager; Michael Visconti; Project Intelligence Officer; Robert Leis, Assoc.; Production Inquiry Officer; Dianne Cooper

Administration Paulette Watts, Elaine Blackman; Donna Johnson; Linda Santo; Mary Reid; Maria Zarrilli

# Recalls & Safety Alerts

## 270,000 washing machines pose potential fire hazard

The risk of fire has caused Maytag and Samsung to voluntarily recall many of their front-loading washers. If water leaks onto the electrical connections to the washing machine's thermal sensor, it could cause an electrical short and ignite a circuit board, posing a risk of fire.

The recall involves 250,000 Maytag units and 20,000 Samsung units sold from April 2005 through August 2006 at major department and appliance stores nationwide for between $1,000 and $1,200. Maytag washers have model numbers beginning with MAH9700 or MAH6700. Samsung washers have either model number WF306BHW or a model number beginning with WF31b. Maytag models with a serial number ending in the last two letters listed here are part of the recall: GA, GC, GE, GG, GJ, GL, GN, GP, GR, GT, GV, GX, JA, JC, JE, JG, JJ, JL, and JN. Samsung models that have the six-digit number 100001 through 799999 prior to a letter at the end of the serial number are subject to the recall. Model and serial numbers can be found on a tag at the bottom of the door opening.

For a complete list of Maytag serial numbers included in this recall, go to www.washerrecall.com. For all Samsung serial numbers go to www.samsung.com/washerrecall. Maytag has received five reports of ignition in the circuit board; Samsung has had one such report. No injuries, fires, or property damage outside of a washing machine have been reported.

We tested the models in this recall for our January 2007 article on washing machines and had no such problem.

Consumers should contact the appropriate manufacturer to get information on how to arrange a free repair for their machine. Do not return the washer to the retailer. Call Maytag at 800-868-5109 or Samsung at 800-515-7902.

### VEHICLES AND EQUIPMENT

**'04-06 Dodge Durango**
Integrated circuit in instrument cluster that overheats interior lighting may overheat and cause instrument panel fire.

**Models:** 128,423 SUVs.

**What to do:** Dealers will inspect cluster for damage and replace it free of charge. Contact Daimler Chrysler at 800-853-1403.

**'05-06 Acura RL, TL, TSX and Honda Accord, Odyssey, Ridgeline**
Coil wire inside fuel pump relay may break, causing fuel pump to lose power. If this happens while driving, engine could stall and a crash could occur.

**Models:** 704,591 vehicles, including '05 Acura RL, TL, TSX, Honda Accord, Odyssey, and '06 Honda Ridgeline.

**What to do:** Dealer will inspect and replace fuel pump relay free of charge. Contact Honda at 800-999-1009.

### CHILDREN'S PRODUCTS

**Infantino SlingRider infant sling carriers**
The plastic slider on the fabric strap can break, causing strap supporting carrier to release and infant to fall out of the carrier.

**Products:** 300,000 Infantino SlingRider infant carriers sold from '06 through 2/07 at Target, Babies "R" Us, BJ's Wholesale Club, Burlington Coat Factory, and other stores nationwide by catalog and online.

FOR SAFETY ALERTS and to report a dangerous product to any of the six federal agencies that oversee consumer safety, go to www.recalls.gov. You can also report dangers by phone. For vehicles, call 888-327-4236; for household products, call 800-638-2772, then press 1, then 3. We want to hear your concerns, too. Go to www.ConsumerReports.org and click on "Report a product-safety problem" under the Consumer Interest area.

For about 550 SwapPlace is a fabric carrier with an attached strap sewn by the user to carry an infant up to 20 pounds. Carriers are black or khaki. "Infantino" is printed on a gray snap buckle. Model numbers on carriers with item number 140-230, 151-230, 151-528, and 151-554. Item number is printed on the do label. Infantino has had 46 reports of plastic sliders breaking, including 9 reports of babies falling out of the carrier and 3 reports of injuries, with 1 skull fracture.

**What to do:** Stop using carriers and call Infantino at 888-808-3111 or go to www.infantino.com to return carrier and receive a free replacement product.

**Elite Operations toy sets sold at Toys 'R' Us**
These toys contain high levels of lead in the paint which is toxic if ingested by young children and can cause adverse health effects. The toys also have sharp points, which pose a laceration hazard.

**Products:** 128,000 "Elite Operations" toy sets sold from '06 through early 2/07 at Toys "R" Us stores nationwide and on to to between 5/5 and $30. Recall includes three styles of sets: Sniper Rap, Transport Vehicle (item number 347296), Command Patrol Center (item number 347625), and Troop Carrier (item number 773967). Item numbers are on the back of packaging above the bar code. No injuries have been reported.

**What to do:** Take toys away from children and return to nearest Toys 'R' Us for credit. Call Toys "R" Us at 800-969-7787 or go to www.toysrus.com.

**Children's necklaces sold at Claire's stores**
Necklaces contain high levels of lead, which is toxic if ingested by young children.

**Products:** 58,000 children's necklaces with metal pendants shaped as monkeys, dolphins, and frogs, holding colored marbles. Pendant is painted in various colors, silver and black, and has a silver chain with rhinestones and claw hooks. Pendants hang from silver-colored chains. Claire's or Claire's best brands are on the packaging. No injuries have been reported.

**What to do:** Take the jewelry away from children and return to any Claire's store for a full refund or a free replacement product. For more information, call Claire's at 866-859-9251 or go to www. Claire's.com.

### HOUSEHOLD PRODUCTS

**Venmar heat recovery ventilators**
Motors in units can overheat, posing fire hazard.

**Products:** 75,000 units sold from January '06 through December 2007 for between $700 and $1,200 for heating, plumbing, and building supply distributors nationwide. These products are designed to exchange air between the inside and outside of a home in order to provide fresh air. Model numbers are noted on a silver label on outside of unit. Venmar has received four reports of motors overheating and causing fires that led to extensive property damage. Locations are reported in several that resulted in $1 million in damages.

**What to do:** Immediately turn off and unplug the ventilator and contact the company at 866-441-0651 for instructions on how to participate in the repair and how to obtain a free safety device that will shut off the ventilator if the motor overheats. To see a complete list of brand names and models included in the recall, go to www.venmar.ca.

## our independence matters to you

Did you know that CONSUMER REPORTS accepts no paid advertising? In fact, unlike our competitors, Consumer Reports accepts no free samples of the products it reviews, no free trials, no free lodging, no freebies at all. We insist on testing the models you would actually buy so that we can tell you what you'll actually get. CR is published by Consumers Union, an independent, nonprofit research and testing organization. Consumer Reports is impartial, unbiased, and expert. We have more than 50 testing labs, a 327-acre auto test center, more than 135 highly trained researchers and technicians, and more than 60 experienced reporters and editors. All independent. All dedicated only to you.

# WASHERS & DRYERS
## Dirty laundry



**LUXE LAUNDRIES Kenmore's Laundry Plus coordinating accessories include a storage bin and a folding surface. But $500 to $560 for just those add-ons is pricey.**

Not so long ago you could count on most washers to get your clothes very clean. Not anymore. Our latest tests found huge performance differences among machines. Some left our stain-soaked swatches nearly as dirty as they were before washing. For best results, you'll have to spend $900 or more.

What happened? As of January, the U.S. Department of Energy has required washers to use 21 percent less energy, a goal we wholeheartedly support. But our tests have found that traditional top-loaders, those with the familiar center-post agitators, are having a tough time wringing out those savings without sacrificing cleaning ability, the main reason you buy a washer.

On the other hand, dryer technology hasn't changed much in the last 10 years. Plus dryers tend to outlast washers. That's why we offer buying tips and highlight only dryers that combine performance,

value, and reliability instead of showing full Ratings.

Today most top-loaders only get a good washing score, and some had the lowest scores we've seen in years. One washer, with an overall score of 19 (out of 100) is one of the lowest-scoring washers in this and past reports. Several major manufacturers are meeting the new energy standard by lowering wash water temperatures. But doing this often lowers the washing performance.

Top-loaders without agitators, often called "high-efficiency" or HE models, work somewhat like front-loaders, filling partially with water and spinning at very high speeds. While some match front-loaders' washing ability, our tests have found those HE washers are less

# doingitright

## WASHING WISDOM: BEYOND THE BASICS

Despite all the added features and cycles, it's still possible to ruin your favorite shirt. Besides the obvious—sorting laundry, reading care labels, following manufacturer's instructions—here are some tips from our experts.

**Use the right detergent.** All front-loaders and some top-loaders recommend high-efficiency detergents for best results. Not sure which to use? Check your machine's manual. Using the wrong detergent can cause oversudsing or poor results. Detergents called "free and clear" or "dark-formula" often don't have optical brighteners, which can make

dark clothing look faded.

**Delay adding bleach.** Chlorine bleach loses effectiveness if added to the wash too soon, so wait 5 minutes or so into the wash cycle. Consider a washer with an automatic bleach dispenser that will release the bleach at the proper time.

**Maximize color, minimize lint.** To preserve the like-new appearance of colored fabric, use cool water on the delicate cycle and liquid detergent. Wash towels and sweatshirts separately from fabrics that attract lint, such as corduroy, and from permanent-press items likely to pill. Turn any garment you want to protect

inside out, and use net bags for delicate items.

**Don't overstuff the washer.** Clothing needs room to move so that it can be properly cleaned and rinsed, especially in a top-loader. You can fill the drum of a front-loader, but don't jam in clothes.

**Pre-soak heavily soiled items.** Soaking garments in oxygen bleach brightens colors without fading. Leave overnight or at least two hours to help lift stains. Or put items in your machine if it has a pre-soak cycle. Squeeze water from items, then launder. But don't soak

silk, fragile items, or garments that bleed.

**Don't toss stained garments into the dryer.** Often it's hard to tell whether stains have been removed when laundry is wet. So hang-dry garments that were stained. Otherwise the dryer's heat will set the stain.

**Make a cheat sheet.** Create a chart of washer and dryer temperatures and cycles for commonly washed items. That way everyone in the family will know what to do. Getting them to do the laundry is another matter entirely.

ILLUSTRATION BY MARK COLLINS

energy- and water-efficient than front-loaders. And Kenmore's and Whirlpool's HE washers, a sizable share of the market, haven't been as reliable as their regular top-loaders. At $900 to $1,000, HE top-loaders are as expensive as front-loaders. For all of those reasons, none of our Quick Picks are top-loaders. More news.

**More features and style.** To soften the blow of higher prices, manufacturers have added special settings such as Bedding and Active Wear, which minimize sorting. Whirlpool and Kenmore have added coordinating accessories such as storage drawers that fit under or between the washer and dryer and countertops that fit over them. Also upping the "wow" factor are curved fronts, glass tops, and colors such as midnight blue, deep red, and champagne. But if you're on a beer budget, you might balk at the extra $100 to $200 color adds to cost.

**Rough tumbles.** Front-loaders have typically been gentle on clothes in past tests, but three models scored only a fair in gentleness. Longer wash cycles—almost double that of their predecessors—could be the cause.

### HOW TO CHOOSE

Consider replacing your washer or dryer when a repair will cost more than half the price of a comparably equipped new appliance. Our repair data also show that it often doesn't pay to repair any dryer or top-loading washer that's more than six years old or any front-loading washer that's more than seven years old.

**Weigh cost vs. cleaning.** Most front-loaders offer superior performance and efficiency. Better moisture extraction on the spin cycle also means shorter drying times. But at $900 or more, those machines are not for every budget. Bypass high-efficiency top-loaders. They're as expensive as front-loaders, but usually not as efficient or reliable. Conventional top-loaders are the least expensive and have shorter cycle times but are mediocre at washing. To offset their so-so performance, try some of the tips offered in Doing It Right on the facing page.

**Location is critical.** As laundries migrate closer to living spaces, noise and vibration matter more. Look for machines

### CR Quick Recommendations

Lower prices have helped traditional top-loaders outsell better-performing front-loaders. But the differences in washing ability have become more dramatic this year because of stricter energy standards. Indeed, for the first time in years we can't call any washer a Best Buy because models that did a very good job getting laundry clean cost $1,000 or more. If your budget is limited, consider waiting for prices to come down. If you need a washer now and can live with mediocre washing results, consider models 8, 30, and 34.

Our **Ratings** rank washers, within types, by overall score. **Quick Picks** lists models that combine performance and value.

### QUICK PICKS

**For better performance and efficiency:**

**23** Whirlpool $1,200
**26** Bosch $1,100
**28** LG $1,000
All three front-loaders combine fine washing with energy efficiency and quiet operation. The Bosch offers better water efficiency and low vibration, the Whirlpool and LG larger capacities. But the Whirlpool is being phased out, so its availability is limited.

**Best dryers:**

**Kenmore** Elite 6784[ ], 6785[ ], 6786[ ] (7784[ ], 7785[ ] in gas), $570, CR Best Buy
**Kenmore** Elite 6774[ ], 6775[ ], 6778[ ] (7774[ ], 7775[ ] in gas), $500, CR Best Buy
**GE** Profile DPSE810EG, $550

All cost hundreds less than other top-scoring models and have moisture sensors, which shut off the machine when the laundry is dry, saving energy and wear and tear on clothes. The Kenmore model numbers are for dryers that should perform similarly to tested models, which were discontinued as we went to press. The Kenmore 6784, 6785, and 6786, and the GE slightly outperform the other Kenmore models, though the GE was the noisiest of the bunch, a problem if your laundry area is near living space.

# washers

• **Availability** Most models at stores through December 2007.

Within types, in performance order. Blue key numbers indicate Quick Picks.

For more Ratings, see next page.

| Key number | Brand & model | Price | Overall score | Washing performance | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Similar models, in small type, comparable to tested model. | | 0 P F G VG E | | | | | | | | |
| | **TOP-LOADERS** Models without agitators are footnoted. | | | | | | | | | | |
| 1 | **Whirlpool** Cabrio HE WTW6600S[W] [1] | $1,000 | | ◒ | ◒ | ○ | ● | ◒ | ◒ | • | 55 |
| 2 | **Kenmore** (Sears) Oasis HE 2708[2] [DISCONTINUED] | 1,000 | | ◒ | ◒ | ○ | ● | ○ | ◒ | • | 60 |
| 3 | **Whirlpool** Cabrio WTW6200S[W] | 700 | | ○ | ◒ | ● | ● | ◒ | ◒ | " | 50 |
| 4 | **Kenmore** (Sears) Oasis 2705[2] | 900 | | ◒ | ○ | ● | ● | ◒ | ◒ | • | 55 |
| 5 | **GE** Profile Harmony WPGT9360E[WW] [2] | 890 | | ◒ | ○ | ◒ | ◒ | ◔ | ◒ | • | 55 |
| 6 | **Fisher & Paykel** Intuitive IWL16 | 800 | | ○ | ● | ○ | ○ | ◒ | ◒ | ◒ | 50 |
| 7 | **GE** WHDRR418G[WW] | 440 | | ○ | ○ | ◔ | ◒ | ○ | ○ | | 40 |
| 8 | **Whirlpool** WTW5540S[W] | 400 | | ○ | ○ | ○ | ◒ | ○ | ○ | | 45 |
| 9 | **GE** WWSE5240G[WW] | 430 | | ○ | ○ | ○ | ◒ | ○ | ○ | • | 45 |
| 10 | **GE** WPRE8100G[WT] | 600 | | ○ | ○ | ◔ | ○ | ○ | ◒ | • | 45 |
| 11 | **Estate** ETW4400S[Q] | 350 | | ○ | ○ | ◒ | ○ | ◒ | ○ | | 45 |
| 12 | **Kenmore** (Sears) 2761[2] | 470 | | ○ | ◔ | ○ | ◒ | ○ | ○ | • | 40 |
| 13 | **Whirlpool** WTW5300S[W] | 350 | | ○ | ○ | ◔ | ○ | ◒ | ○ | | 40 |
| 14 | **Maier** Genesis GWT900A[W] [3] | 1,000 | | ○ | ◔ | ○ | ◔ | ◒ | ◒ | • | 55 |
| 15 | **GE** WLRR5000G[WW] | 500 | | ◔ | ○ | ○ | ○ | ◒ | ○ | • | 60 |
| 16 | **Roper** RTW4400S[Q] | 350 | | ◔ | ○ | ○ | ◒ | ● | ◔ | | 35 |
| 17 | **Kenmore** (Sears) 2742[2] | 400 | | ◔ | ◔ | ○ | ◒ | ○ | ◒ | • | 40 |
| 18 | **Kenmore** (Sears) 2783[1] [2] [4] | 570 | | ● | ○ | ○ | ◒ | ◒ | ○ | • | 50 |
| 19 | **Whirlpool** WTW5840S[W] | 500 | | ● | ○ | ○ | ◒ | ○ | ○ | • | 40 |

For more Ratings, see next page.

# washers

with very good scores for noise, and end-of-cycle signals that can be turned off or down, so as not to disturb the household. Top-loaders tend to make noise throughout the wash cycle. Front-loaders are quieter overall but make a high-pitched sound and vibrate during spin cycles.

**Weigh the features.** Auto temperature control balances hot with cold water, giving you consistent water temperatures every time you pick a setting. Automatic dispensers release detergent, bleach, or fabric softener at the right moment. All front-loaders automatically set correct water levels. Extra spin cycles don't extract much additional water. In general you probably don't need more than four to five wash cycles, including heavy duty, normal, delicate, and whitest white. A feature that's nice but not necessary: a porcelain top, which is more scratch-resistant than a painted one.

**Use CR's efficiency Ratings.** The estimated annual energy cost on the yellow EnergyGuide labels can be misleading because it doesn't take into account how much water the washer spins out of a load. The wetter the laundry, the more time and money it will take to dry. Though Energy Star designations are a better measure, our efficiency Ratings are more detailed.

**Check warranties.** Many manufacturers have shortened warranties in the past 18 months. Most now cover parts and service for only one year from purchase. Nevertheless, we don't recommend buying an extended warranty. Our survey data show that major appliances usually don't break within three years, and when they do, repairs on average cost about the same as the extended warranty. Check whether purchasing the appliance on your credit card extends the manufacturer's warranty.

**Skip the matching dryer.** You'll save hundreds by purchasing one of our Quick Picks instead. Remember there's no need to replace a working dryer. But if yours is broken, look for a dryer with a moisture sensor. Those automatically shut off the machine when laundry is dry, so they use less energy and are easier on clothes.

Within types, in performance order. Blue key numbers indicate Quick Picks.

Excellent ⬤  Very good ◕  Good ◑  Fair ◔  Poor ○

| Key number | Brand & model | Price | Overall score | Washing performance | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **TOP-LOADERS** continued | | | | | | | | | | |
| 20 | **Frigidaire** Gallery GLWS1339E[C] | $360 | | ⬤ | ○ | ○ | ⬤ | ⬤ | ⬤ | | 45 |
| 21 | **Kenmore** (Sears) 2772[1] 2771[1] 2774[1] | 540 | | ⬤ | ◑ | ◑ | ⬤ | ⬤ | ○ | • | 40 |
| | **FRONT-LOADERS** | | | | | | | | | | |
| 22 | **LG** Tromm SteamWasher WM2688H[WM] | 1,500 | | ◕ | ⬤ | ⬤ | ⬤ | ◕ | ◕ | • | 70 |
| 23 | **Whirlpool** Duet HT GHW9400P[W] | 1,200 | | ◕ | ⬤ | ◕ | ◕ | ⬤ | ◕ | • | 65 |
| 24 | **Kenmore** (Sears) Elite HE5T 4708[1] | 1,500 | | ◕ | ⬤ | ◕ | ◕ | ◑ | ◕ | • | 105 |
| 25 | **Maytag** Epic MFW9700S[Q] | 1,400 | | ◕ | ⬤ | ⬤ | ◕ | ◕ | ◕ | • | 70 |
| 26 | **Bosch** Nexxt 500 Series WFMC330IUC | 1,100 | | ◕ | ⬤ | ⬤ | ◑ | ⬤ | ⬤ | • | 80 |
| 27 | **Whirlpool** Duet HT WFW9400S[Q] WFW9200S[ ] | 1,400 | | ◕ | ⬤ | ◕ | ◕ | ⬤ | ◕ | • | 105 |
| 28 | **LG** WM0642H[W] | 1,000 | | ◕ | ⬤ | ⬤ | ◑ | ◕ | ◕ | • | 95 |
| 29 | **KitchenAid** Superba KHWS02R[WT] | 1,400 | | ○ | ⬤ | ◕ | ◕ | ⬤ | ◕ | • | 65 |
| 30 | **Frigidaire** Gallery LTF2940E[S] (Lowe's) GLTF2940E[ ] | 750 | | ◕ | ⬤ | ◕ | ⬤ | ○ | ◕ | • | 55 |
| 31 | **Samsung** SilverCare WF316LA[W] | 1,200 | | ◕ | ⬤ | ⬤ | ◕ | ◕ | ⬤ | • | 75 |
| 32 | **Maytag** Neptune MAH8700A[WW] | 1,100 | | ◕ | ⬤ | ◕ | ◕ | ◕ | ⬤ | • | 85 |
| 33 | **Siemens** UltraSense WFXD5201UC | 1100 | | ◕ | ⬤ | ⬤ | ◑ | ⬤ | ◑ | • | 70 |
| 34 | **LG** WM1814C[W] | 800 | | ◕ | ⬤ | ⬤ | ◑ | ◕ | ◕ | • | 80 |
| 35 | **Maytag** Neptune MAH9700S[W] | 1,300 | | ◕ | ◕ | ◕ | ◕ | ◕ | ⬤ | • | 90 |
| 36 | **Whirlpool** Duet Sport HT WFW8500S[W] | 1,000 | | ◕ | ⬤ | ⬤ | ◑ | ◑ | ◕ | • | 95 |
| 37 | **LG** WM2277H[W] | 1,100 | | ◕ | ⬤ | ⬤ | ◑ | ⬤ | ○ | • | 75 |
| 38 | **Bosch** Nexxt 100 Series WFMC100IUC | 880 | | ○ | ⬤ | ⬤ | ◑ | ⬤ | ⬤ | • | 100 |
| 39 | **Kenmore** (Sears) HE2T 4756[1] 4751[1] | 1,050 | | ◕ | ◕ | ◕ | ◑ | ⬤ | ○ | • | 95 |
| 40 | **GE** WBVH6240F[WW] WH0VH6240[ ] [ 0 name Depot] | 900 | | ◕ | ⬤ | ◑ | ◑ | ○ | ○ | • | 105 |
| 41 | **Frigidaire** FTF2140E[S] | 700 | | ○ | ⬤ | ◕ | ⬤ | ○ | ◕ | • | 45 |
| 42 | **Whirlpool** Duet Sport WFW8300S[W] | 800 | | ○ | ○ | ○ | ◑ | ◑ | ◕ | • | 70 |
| 43 | **Kenmore** (Sears) HE2 Plus 4751[2] 4751[ ] | 850 | | ○ | ◕ | ◕ | ◑ | ◑ | ◕ | • | 70 |
| 44 | **Frigidaire** Gallery GLTR1670A[S] | 620 | | ○ | ⬤ | ○ | ○ | ○ | ⬤ | • | 60 |
| 45 | **Frigidaire** Affinity ATF7000E[S] ATF6000E[ ] | 900 | | ◑ | ◕ | ⬤ | ○ | ◕ | ◕ | • | 60 |
| 46 | **Maytag** Neptune MAH6500A[WW] MAH6500B[ ] | 900 | | ◕ | ○ | ○ | ○ | ○ | ⬤ | • | 70 |
| 47 | **Miele** Touchtronic W1113 | 1,600 | | ⬤ | ◕ | ⬤ | ◑ | ⬤ | ◕ | • | 90 |

[1] These top-loaders do not have center-post agitators and are often called "high efficiency" or HE models.

**Guide to the Ratings**

**Overall score** denotes mainly performance, capacity, and energy efficiency, and includes noise, gentleness, cycle time, and water efficiency. **Washing performance** is for a normal or heavy-duty cycle, assuming a heavily soiled load, for an 8-pound and a maximum load. **Energy efficiency** is based on energy needed to run the washer and heat the water for a warm wash, and the amount of water extracted in the final spin to reduce time needed in the dryer. **Water efficiency** is based on total water used to run each machine's 8-pound and maximum load. **Capacity** measures how large a load each machine can effectively handle. Models with high scores for **gentleness** are least likely to cause wear and tear to clothing. **Noise** was judged by panelists. **Cycle time** is rounded to the nearest 5 minutes. **Price** is approximate retail.

## Brand repair history

The graphs show the percentage of the following brands of washers and dryers bought between 2002 and 2006 that have been repaired or had a serious problem. Differences of less than 4 points aren't meaningful.

Maytag was the most repair-prone front-loading washer. KitchenAid, Amana, and Fisher & Paykel were among the more repair-prone top-loaders. Historically, Whirlpool and Kenmore high-efficiency top-loaders (which don't have an agitator post) have been less reliable than their regular models. LG and Bosch washers weren't included in the repair graphs because we lacked sufficient data. But we've seen no unusual repair problems thus far. Amana and KitchenAid were among the more repair-prone electric dryers. Models within a brand may vary, and changes in design or manufacture may affect reliability.



### WASHERS



### DRYERS

Data are based on reader responses on about 148,000 washers and 108,000 dryers to the Annual Product Reliability Survey conducted by the Consumer Reports National Research Center. Data are adjusted to eliminate differences linked solely to age and usage of the product.

# Receive Income for Life

## AND SUPPORT THE WORK OF CONSUMER REPORTS

"Eleanor and I decided on a Smart Consumer Gift Annuity® because we were interested in supporting a worthwhile charity. We are very pleased with the whole arrangement," says Ray Devereaux, a *Consumer Reports* reader from California.

### A LIFETIME INCOME — A MEANINGFUL GIFT

Just like Ray and Eleanor, you can establish a 2-LIFE JOINT AND SURVIVOR Smart Consumer Gift Annuity® by donating $5,000 or more to Consumers Union, the nonprofit publisher of *Consumer Reports*. In return you'll receive a fixed annuity amount each year for the rest of your lives.

### Reduce Taxes — Receive a Lifetime Subscription

A portion of your donation is eligible for an immediate income-tax charitable deduction, and part of the annuity payments may be tax-free. Plus, you can reduce and defer capital gains tax by donating appreciated securities. In addition, we'll show our appreciation for your donation by giving you a lifetime subscription to *Consumer Reports*.

You get peace of mind and fixed-rate income for life, and you help us to remain expert, independent, and nonprofit. Mail the no-obligation coupon or call Rob Drucker now at 202-238-9258 for a confidential personal benefits profile.

This is not legal advice. Any prospective donor should seek the advice of a qualified estate and/or tax professional to determine the consequences of his/her gift.

| AGE | RATE |
| --- | --- |
| 55 | 6.6% |
| 60 | 5.7% |
| 65 | 6.0% |
| 70 | 6.5% |
| 75 | 7.1% |
| 80 | 8.0% |
| 85 | 9.5% |
| 90 | 11.3% |

| AGES | | RATE |
| --- | --- | --- |
| 65 | 70 | 5.7% |
| 75 | 80 | 6.6% |
| 80 | 85 | 7.3% |

## Smart Consumer Gift Annuity® Coupon

Name(s) _____

Address _____

City/State/ZIP _____

Date(s) of Birth _____

Telephone _____ E-mail _____

I'm thinking of donating $_____ to establish my *Smart Consumer Gift Annuity®*

**Mail Coupon to:** Rob Drucker • Consumers Union • 1101 17th St., NW, Suite 500 Washington, DC 20036 • or e-mail to: rdrucker@consumer.org or fax to: 202-719-5939

0607A

EXHIBIT M

**FEB 08**

**It PAYS to bundle** phone, Web, TV



The **NEW** Honda Accord

**Super SNACKS**



# Consumer Reports

**Shape up!**

**BEST & WORST**
Treadmills & ellipticals

**TOP GYMS**
Get fit for less

**AS SEEN ON TV**
Do exercise gadgets really work?

FEBRUARY 2008 · EXPERT · INDEPENDENT · NONPROFIT® · www.ConsumerReports.org

# 12 money mistakes that can cost you

# $1,000,000

**PLUS** **Retire right: Smart ways to save now**
6,700 retirees reveal tips and traps

# Contents February

2008

**Consumer Reports**

Volume 73    No. 2



**COVER REPORT**

## 16 12 MONEY MISTAKES

A few common errors could cost you a million dollars or more. Here's how to avoid the pain.

## 20 RETIRE RIGHT

More than 6,700 readers who have already retired tell you tips to follow and traps to avoid.

**SPECIAL REPORT**



Shape up!

## 22 EXERCISE GADGETS

Their amazing fitness claims are touted on TV infomercials or the Web. We tested 10 machines to find out whether they delivered.

## 27 TREADMILLS

You can power up your workout with three CR Best Buys from our tests of 33 treadmills and ellipticals. **RATINGS PAGES 28-29**

## 30 TOP GYMS

Life Time, the Y, and others: More than 10,000 subscribers reveal the best and worst places to work out. **RATINGS PAGE 31**

**FEATURE REPORTS**

## 12 AIR SECURITY

**CR Investigates.** Six years after 9/11, big problems still exist in keeping passengers safe from terrorism.

## 33 TV, PHONE, INTERNET

Deals that package these services can save you money, but watch out for the gotchas. **RATINGS PAGE 35**

## 36 COOKING GEAR

With features such as convection ovens and program cooking, ranges and microwaves are becoming more and more similar. **RATINGS PAGES 40-44**



## 45 WASHERS & DRYERS

In our exclusive tests, a $400 machine cleaned just as well as one priced three times as much. **RATINGS PAGES 46-48**

**AUTO REPORT**

## 52 FAMILY SEDANS

Road tests of the Dodge Avenger, Ford Taurus, Honda Accord LX and EX, Kia Amanti, and Subaru Legacy 2.5i.



## this issue by the numbers

**RETIREMENT** Retirees who shared their insights for our report — **6,723**

**TREADMILLS** Miles put on the machines for tests of durability — **3,675**

**COOKING** Whole chickens cooked for roast-off between range and microwave — **10**

**DRYERS** Pounds of laundry tumbled for our report — **500**

**MORE CONTENTS ➤**

# Contents February

## DEPARTMENTS

**5 HAVE YOU HEARD?**

We take a new look at ads.

**6 UP FRONT**

Snack smackdown.

Top 12 gas savers.

**Claim Check**
Will this camera snap when you smile?



Choicest chocolates.

Can you curl up with a good e-book reader?

**Claim Check** A "humidicleaner."

Carbon conundrum.

**10 LETTERS**

**11 RECALLS**

**49 CR MONEY**

**Tax breaks** Find all that you have coming.



**50 CR HEALTH**

**Staph infections** Protect yourself.

**60 CONTACT INFO**

**61 VIEWPOINT**

Patient advocates help reduce hospital infections.

**62 INDEX**

**63 SELLING IT**

## Coming soon

**HDTVs** Ratings of more than 100 LCD, plasma, and rear-projection sets, plus advice on when to junk your TV or get it fixed. **Vacuums** More than 50 uprights and canisters are put to the test. **Paints** Best interior paints to spruce up your home. **Health care** Find out what consumers think about ways to reform the health-care system. **Autos** Road tests of the BMW 328i, Cadillac CTS, Mercedes-Benz C-300, and Saab 9-3. Plus the Chevrolet Malibu and Toyota Highlander Hybrid.





**Free at ConsumerReports.org**

See the newest update of crash-test videos from the Insurance Institute for Highway Safety. Go to *www.ConsumerReports.org* and click on Cars.

**For ConsumerReports.org subscribers**

Get the latest Ratings of TVs, cameras, laptops, and other electronics gear. Go to *www.ConsumerReports.org* and click on Electronics.

## Consumer Reports

James Guest
President

John Sateja
Senior Vice President, Information Products

### Editorial Division

**Vice President and Editorial Director** Kevin McKean

**Deputy Editorial Director, Editor in Chief, CR Money** Kimberly Kleman

**Director, Editorial & Production Operations** David Fox
**Director, Design, Consumers Union** George Arthur
**Executive Editor, Franchises** Greg Daugherty
**Managing Editor, CR** Robert Tiernan
**Creative Director** Timothy LaPalme
**Editor in Chief, Online Media** Giselle Benatar
**Executive Editor, Online Media** Marc Perton

**Autos** Rik Paul, *Editor;* Cliff Weathers, *Deputy Editor;* Jeff Bartlett, *Deputy Editor, online;* Jonathan Linkov, *Managing Editor;* Gordon Hard, *Sr. Editor;* Eric Evarts, Jim Travers, *Assoc. Editors;* Liza Barth, *Web Assoc. Editor*

**Electronics** Paul Reynolds, *Editor;* Eileen McCooey, *Deputy Editor;* Jeff Fox, *Technology Editor;* Michael Gikas, Terry Sullivan, Donna Tapellini, Jim Willcox, *Assoc. Editors;* Paul Eng, *Web Senior Editor*

**Money** Noreen Perrotta, *Deputy Editor;* Jean Pribonic, *Managing Editor;* Jeff Blyskal, Christopher Horymski, Andrea Rock, Tobie Stanger, Amanda Walker, *Sr. Editors;* Anthony Giorgianni, *Assoc. Editor*

**Health & Family** Ronni Sandroff, *Editor/Director;* Chris Hendel, *Associate Director;* Gayle Williams, *Deputy Editor;* Marvin Lipman, M.D., *Medical Editor;* Sue Byrne, *Managing Editor;* Nancy Metcalf, *Sr. Project Editor;* Joel Keehn, Tod Marks, Doug Podolsky, *Sr. Editors;* Jamie Kopf Hirsh, *Assoc. Editor;* Patricia Condon, *Research Associate;* Artemis DiBenedetto, *Web Assoc. Editor*

**Home** Robert Markovich, *Editor;* Celia Kuperszmid Lehrman, *Deputy Editor;* Steven Saltzman, *Deputy Editor;* Daniel CiClerico, Ed Perratore, *Sr. Editors;* Kimberly Janeway, *Assoc. Editor;* Helen Popkin, *Web Associate Ed.*

**Editor at Large** Leslie Ware

**Copy** Sandy Byers Harvin, *Copy Chief;* Noreen Browne, Alison France, Wendy Greenfield, *Copy Editors;* David Beazer, *Assoc. Copy Editor*

**Research** Jane Healey, *Manager;* Christopher Pichera, Wendy Goldman, Sarah Goralski, Jones Gurwitt, *Sr. Researchers;* Kevin McCarthy, *Research Associate*

**Administration** Anne Galletta, *Senior Administrative Assistant;* Dawn Yancy Elleby, *Associate;* Decarris Bryant, Karen Grant, Nicole Sarruhbe

**Design** Cara Denterman, Rosemary Simmons, *Managers;* Rob Jenter, *Interactive Program Leader;* Michael Palazzo, Lisa Renee Slater, John Taylor, *Sr. Art Directors;* Tammy Morton Fernandez, Melissa Paterno Plonchak, Joe Ulatowski, *Art Directors;* John Walsh, *Program Leader;* Mario Rabadi, *Photographer;* Steve Gomes, *Photo Editor*

**Editorial Production/Print Production** Eric Norlander, *Manager;* William Breglia, *Senior Production Associate;* Letitia Hughes, William Hunt, Terri Kazin, Aileen McCluskey, *Production Associates;* **Prepress** Anthony Terzo, *Senior Prepress Coordinator;* Frank Collado, Wayne Lizardi, *Prepress Color Associates;* **Publishing Technologies** Jennifer Dixon, *Editorial Applications Administrator;* Thomas Olson, *Publishing Technologies Administrator*

**Editorial Production/Web Production** Valene Pedroza, *Associate Director;* Eric Black, Eugene Chin, Grant Hansen, Louisa Wong, *Analysts;* Katherine Breglin, Patrick Doheng, John Gottlieb, Jason Jawanda, *Associates*

**Editorial Content Scheduling** Nancy Crowfoot, *Associate Director*
**Master Content Coordinating Editor** Merideth Mergel
**Community & Forums** Anne McKay, *Product Manager, CRO Community*
**Consumer Reports TV News** Kathryn Begley, *News Director;* Iris Dudman, *Sr. Producer;* Sue LaColla, Fuhr, *Producer;* Monique Little, Theresa Panetta
**Special Publications** David Schiff, *Editor;* Lisa Lee Freeman, *Editor in Chief, ShopSmart;* Robin Melén, *Coordinating Editor*

### Technical Division

**Vice President and Technical Director** Jeffrey A. Asher

**Senior Director, Product Safety Planning & Technical Administration** Donald Mays
**Manager, Technical Administration** Michael Visconti

**Appliances & Home Improvement** *Senior Director:* Mark Connelly **Appliances** Tara Casaregola, Bernard Deitrick, Emilio Gonzalez, Robert Karpel, Edward Miller, *Program Leaders;* Ginny Lui, Pat Slaven, *Sr. Project Leaders;* Larry Ciufo, Cindy Fisher, Joseph Pacella, *Project Leaders* • **Home Improvement** John Galeotafiore, *Testing Director;* Enrique de Paz, Peter Sawchuk, *Program Leaders;* David Trezza, Deborah Wallace, *Sr. Project Leaders;* John Banta, John McAloon, *Project Leaders* • **Product Intelligence** Celeste Monte, *Program Manager;* Mark Allwood, Michael DiLauro, Kelly Moomey, *Product Specialists;* Claudette Ennis, Joanna Mayer, *Associates* • **Technical Support** James Nanni, *Manager;* Leigh Druckenmiller, Karl Hoedl, Marc McEntee, Charles Spatola, Frank Spinelli, *Ass't Project Leaders;* Nilda Adell, Awilda Cruz, Eric Hado, Vincent Leonardis, John Macchia, Christopher Regan, Sara Reinhart, Frank Rizzi, Michael Sedlak, Li Wang

**Auto Test** *Senior Director:* David Champion, Erik Dill, *Facilities Manager;* Jake Fisher, *Automotive Web Content Program Manager;* John Ibbotson, *Workshop Supervisor;* Anita Lam, *Data Program Manager;* Eugene Petersen, *Tire Program Manager;* Richard Small, *Vehicle Program Manager;* Jennifer Stockburger, *Program Manager;* Vehicle & Child Safety;* Thomas Mutchler, *Sr. Automotive Engineer;* Gabriel Shenhar, *Sr. Engineer;* Michael Lessig, *Data Analyst;* Michael Quincy, *Auto Content Specialist;* Michael Bloch, Frank Chamberlain, Michael Jascot, Shawn Sinclair, Edward Smith, David Van Cedarfield, Ryan Pszczolkowski, Joseph Veselak

**Electronics** *Senior Director:* Evon Beckford, Dean Gallea, *Senior Program Leader;* Richard Fisco, Joseph Lazzaro, *Sr. Project Leaders;* Christopher Lam, Ernst St. Louis, *Project Leaders;* Susan Daino, *Ass't Project Leader* • **Audio, Video & Imaging** Gerard Catapano, *Manager;* Richard Sulin, *Program Leader;* Kerry Allen, Claudio Ciacci, Maurice Wynn, *Sr. Project Leaders;* Charles Davidman, Thomas Maurig, *Project Leaders;* Elias Arias, Maria Grimaldi, Artur Pietruch, *Ass't Project Leaders* • **Product Intelligence** Michael Vallario, *Program Manager;* Joyce Ward, *Sr. Product Specialist;* Linda Moskowitz, Michael Rosato, *Product Specialists;* Antonella Pomilla, *Product Analyst;* Janine Cirilli, Gladys Grecca, *Associates* • **Technical Support** James Langehennig, *Manager;* Christopher Andrade, Antonette Asedillo, Isabella Bucci, Matt Ferretti, Larry Greene, Richard Hammrend, Miguel Rivera, Caroline Somers, William South, Patrick Severin, Rachelle Stern, Gloria Susan, Dawit Tesar

**Product Safety and Health** *Senior Director:* Carolyn Clifford-Ferrara **Analytical Lab** Babatunde Akinleye, *Project Leader* • **Baby & Child Products** Joan Muratore, *Program Leader;* Susan Booth, *Project Leader* • **Foods & Sensory Sciences** *Director:* Karen Ranen, Linda Greene, *Program Leader;* Ellen Klosz, *Sr. Project Leader;* Adam Kaplan, *Project Leader;* José Améziquita, *Ass't Project Leader* • **Health & Recreation** Edward Kippel, *Sr. Program Leader;* Richard Handel, Todd Young, *Project Leaders;* Peter Anzalone, Aminara Kdiaye • **Product Intelligence** Julie Levine, *Program Manager;* Ina Gstendorf, Courtney Pennicooke, Marion Wilson-Spencer, *Associates* • **Product Safety** Carolyn Cairns, *Program Leader* • **Sensory Group** Martine Siegel, *Manager;* Erin Gudeux, *Sr. Project Leader;* Corey Glaser, Margaret Iacopelli, Elaine Littmann, Lynn Meyers, Anna Pieraldisca, Myra Schutzer

**Statistics & Data Quality Management** *Director:* Michael Saccucci, Keith Newsom-Stewart, Martin Romm, *Program Leaders;* Malcolm Hazel, *Statistician;* John Lipari, *Project Leader* • **Technical Content Delivery** Gary Vickers, *Manager;* Robert Lew, *Ass't Project Intelligence Officer:* Diane Chesler

**Administration** Paulette Watts, Elaine Blackburn, Donna Johnson, Linda Koster, Mary Reed, Maria Zarrilli

# WASHERS & DRYERS
## Performance for less



STEAM CLEAN Whirlpool's Duet Steam front-loader (foreground) did noticeably better at removing stains but is pricey at $1,600.

**What a difference a year makes. Our latest tests found budget-friendly washers, including a $400 top-loader, that cleaned as well as the $1,500 front-loader at the top of our Ratings.**

That's in stark contrast to the top-loading washers we tested last year, some of which were mediocre performers, as manufacturers struggled with new energy standards. Improvements include midwash soaking and more aggressive agitation. Two top-loaders, a $480 GE and a $400 Estate, also have short cycle times. But they still use more energy and water than front-loaders.

More front-loaders are also hitting the market under the $1,000 mark as manufacturers widen their product lines. A $650 Frigidaire Gallery front-loader, a CR Best Buy, is efficient and gentle on your clothes.

Manufacturers are still pushing pricier models with features such as steam settings, fancy drums, sleeker styling, and even germ-fighting silver

technology. But as we found in our tests of 20 front- and 22 top-load washers and 39 dryers, some of those extras aren't worth the money. Here are the details:

**Steam settings on the rise.** Three front-loaders, the Kenmore Elite HE5t Steam, Whirlpool Duet Steam, and LG Tromm SteamWasher, have steam modes that claim to boost cleaning, sanitize fabrics, and remove stains. Such settings did better at removing stains—the LG's, less

so—but the models cleaned well even when we didn't use the steam.

We also tested the steam settings of Kenmore's and Whirlpool's matching dryers. Both use a water hookup and heat to get rid of wrinkles and odors, and they mostly did so with the shirts we tested. But the steam mode allows only up to four garments per load. Another wrinkle: At $1,100-plus, those dryers cost about twice as much as our Best Buys.

**Novel designs fall short.** Miele's front-loader has a tub with a honeycomb design that's billed as gentler on clothes. But the $1,900 Miele was only middling for gentleness. Staber's $1,300 washer, the priciest top-loader we tested, requires that you load clothes through the top into a chamber that spins like a front-loader. Yet that design significantly reduces capacity.

**Silver technology under scrutiny.** Samsung's SilverCare front-loaders release silver ions into the water to fight germs. Our test loads of clothes worn after we washed them in one such Sam-

## safetywise
### CUT YOUR RISK OF A DRYER FIRE

More than 13,000 fires a year start in laundry rooms, resulting in 10 deaths and $97 million in property damage. Nearly 4,000 of these fires arise from failure to clean dryer vents. Follow these safety tips:

**Get the right ducting.** Solid metal ducts are best for dryer venting, though semi-rigid metal is okay. Avoid ducts made of coiled-wire foil or plastic, which can sag and allow lint buildup.

**Keep the duct and screen clean.** Lint buildup obstructs airflow, making the dryer work harder, longer (at higher cost), and hotter, therefore risking fire. So periodically remove ducting and vacuum throughout. Clean your dryer's lint screen with a brush or running water after each load. Use your

vacuum's crevice tool or another attachment to periodically clean the screen's compartment.

**Clean the sensors.** Moisture sensors in the drum automatically stop the dryer when clothes are ready. But residue from fabric-softener sheets and lint can build up on sensors. Every few months, dip a cotton ball in rubbing alcohol and wipe the sensors.

**Mind what you put in.** Check the owner's manual for a list of what shouldn't go into a dryer. It typically includes foam, rubber, plastic, glass-fiber materials, and anything exposed to flammable substances, even if you washed it first. And remember, any fabric can be damaged if kept in the dryer too long or dried on a higher setting than needed.



**DO IT RIGHT Check out www.ConsumerReports.org /dryerfire for ducting tips.**

sung (since discontinued) suggested that the silver might slow growth of odor-causing bacteria. But the U.S. Environmental Protection Agency has determined that silver in wastewater could harm aquatic life and told us that Samsung is expected to submit data to prove the technology can be used without unreasonable risks.

## HOW TO CHOOSE

Front-loaders, because of their higher spin speeds, might vibrate too much for living spaces. Also, some newer units are deep, so measure carefully if your washer and dryer are in a tight location. Other points to keep in mind:

**Top- or front-load washer?** With better, more efficient performance,

front-loaders spin out more water, so clothes dry more quickly. But they still cost more and have longer cycles. The best high-efficiency top-loaders are improving wash performance, though conventional top-loaders, while typically less adept at washing, cost much less and have shorter cycles.

**Amortize costs.** Washer and dryer

## CR Quick Recommendations

Great washing isn't assured, especially in top-loaders, so check our wash performance Ratings. Each improvement in energy-efficiency Ratings, from good to very good, for instance, cuts an average of $10 to $20 from your annual energy costs. More-efficient washers also extract more water from each load, shortening the drying time. The higher the capacity, the fewer loads you'll need to do. And the shorter the cycle, the more chance you could finish multiple loads in an evening.

Note that some users of front-loading washers have experienced mold or mildew problems from water remaining in the door seal. Check the manual for guidance, or leave the door open for an hour or so after every wash session.

Our **Ratings** rank washers, within types, by overall score. **Quick Picks** lists high-value models from reliable brands.

## QUICK PICKS

### For fine performance and efficiency:

**2 LG** $900

**7 Frigidaire** $650, CR Best Buy

Both washing machines cleaned clothes very well. The LG holds more clothes and was gentler on them, but the Frigidaire is faster, taking 30 minutes less than the LG to wash a load on similar cycles.

### Best if your budget is tight:

**26 GE** $480, CR Best Buy

**35 Estate** $400

For hundreds less than the best high-efficiency top-loaders, these top-loaders were very good at washing and were reasonably efficient. The GE has a stainless tub and a fabric-softener dispenser. The Estate was a bit gentler on clothes. Although we lack repair-history data for Estate, it's made by Whirlpool, a reliable brand. Both models were relatively noisy.



# Ratings washers

• **Availability** Most models at stores through June 2008.

Excellent ◑ Very good ○ Good ◕ Fair ● Poor

**Within types, in performance order. Blue key numbers indicate Quick Picks.**

| Key number | Brand & model | Price | Overall score | Washing | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Similar models,** in small type, are comparable to tested model. | | 0    100  P  F  G  VG  E | | | | | | | | |
|  | **FRONT-LOADERS** *These offer the top performance and efficiency overall but require low-sudsing detergent.* |
| 1 | **LG** Tromm SteamWasher WM2688H[WM] | $1,500 | 84 | ◑ | ● | ● | ● | ◑ | ◑ | • | 70 |
| 2 | **LG** WM0642H[W] | 900 | 84 | ◑ | ● | ● | ● | ● | ◑ | • | 95 |
| 3 | **Whirlpool** Duet Steam WFW9600T[W] | 1,600 | 81 | ● | ● | ● | ● | ○ | ● | • | 95 |
| 4 | **Miele** Touchtronic W4840 | 1,900 | 81 | ● | ● | ● | ● | ○ | ● | • | 100 |
| 5 | **Kenmore** (Sears) Elite HE5t Steam 4778[1] | 1,600 | 80 | ● | ◑ | ● | ● | ◔ | ◑ | • | 100 |
| 6 | **Kenmore** (Sears) Elite HE5t 4708[1] | 1,300 | 78 | ● | ◑ | ● | ● | ◔ | ◑ | • | 105 |
| 7 | **Frigidaire** Gallery GLTF2940F[S] LTF2940F[ ] (Lowe's), FTFB2940F[ ] (Best Buy) | 650 | 78 | ◑ | ● | ◑ | ◑ | ◑ | ● | • | 65 |
| 8 | **LG** WM2016C[W] | 800 | 77 | ◑ | ◑ | ● | ● | ● | ◑ | • | 90 |
| 9 | **Samsung** WF203AN[W] | 800 | 76 | ◑ | ◑ | ● | ● | ● | ◑ | | 75 |
| 10 | **Maytag** Epic MFW9700S[Q] | 900 | 75 | ◑ | ◑ | ● | ● | ◑ | ◑ | • | 70 |
| 11 | **Whirlpool** Duet HT WFW9400S[W] WFW9200S[ ] | 1,200 | 72 | ● | ◑ | ◑ | ● | ◔ | ◑ | • | 105 |
| 12 | **Bosch** Nexxt 500 Series WFMC330[1]UC | 1,050 | 72 | ◑ | ◑ | ● | ◑ | ● | ◑ | • | 80 |
| 13 | **Bosch** Nexxt 800 Series WFMC840[1]UC | 1,300 | 72 | ◑ | ● | ◑ | ● | ◔ | ◑ | • | 105 |
| 14 | **Frigidaire** Affinity ATF8000F[S] LTF8000F[ ] (Lowe's), ATFB8000F[ ] (Best Buy) | 800 | 76 | ○ | ● | ● | ◑ | ◑ | ○ | • | 55 |
| 15 | **Kenmore** (Sears) HE2t 4756[1] 4757[ ] | 900 | 73 | ◑ | ◑ | ● | ● | ● | ◑ | ○ | • | 95 |
| 16 | **LG** WM2277H[W] | 1,000 | 73 | ○ | ● | ◑ | ● | ● | ○ | • | 75 |
| 17 | **Bosch** Nexxt 100 Series WFMC100[1]UC | 850 | 73 | ○ | ◑ | ● | ◑ | ● | ◑ | • | 100 |
| 18 | **Speed Queen** CTSA0A[W]N | 1,400 | 74 | ○ | ◑ | ● | ◑ | ● | ○ | | 50 |
| 19 | **Kenmore** (Sears) HE2 Plus 4751[2] 4753[ ] | 800 | 71 | ○ | ● | ◑ | ◑ | ◑ | ○ | • | 70 |
| 20 | **Whirlpool** Duet Sport WFW8300S[W] | 800 | 60 | ○ | ◑ | ○ | ◑ | ◑ | ○ | • | 70 |

## Guide to the Ratings

**Overall score** denotes mainly performance, capacity, and energy efficiency. **Washing** performance is for a normal or heavy-duty cycle for an 8-pound and a maximum load. **Energy efficiency** is based on energy needed to run the washer and heat the water for a warm wash, and the water extracted in the final spin. **Water efficiency** is based on total water used to run each model's 8-pound and maximum loads. **Capacity** measures the size load a washer can effectively handle. Models with high scores for **gentleness** are least likely to cause wear and tear on clothing. **Noise** was judged by panelists. **Cycle time** is rounded to the nearest 5 minutes. **Price** is approximate retail. The overall score of previously tested models might differ from earlier reports because of changes in scoring procedures.

owners tend to keep their units 10 to 13 years, says a study by the National Association of Home Builders. So high-efficiency models can end up costing the same as or less than standard models. Our Ratings for energy and water efficiency show the most-efficient models.

**Be choosy about features.** Auto temperature control gives you consistent water temperature and wash performance on a given setting. Automatic dispensers release detergent, bleach, or softener when needed. Extended-spin cycles don't extract much additional water. In general, you might never need more than four or five wash cycles. Porcelain tops are more durable and scratch-resistant, but they're



## Brand repair history

The graphs show the percentage of the following brands of washers and dryers bought between 2003 through 2007 that have ever been repaired or had a serious problem. Differences of less than 4 points are not meaningful. Maytag was the most repair-prone front-loading washer. Amana, Maytag, and Fisher & Paykel were among the most repair-prone top-loaders; Roper, among the most reliable. Frigidaire gas dryers have been among the more repair-prone brands. Models within a brand may vary, and changes in design or manufacture may affect reliability. Still, choosing a brand with a good repair history can improve your odds of getting a reliable model.



| 2 LG | 7 Frigidaire | 26 GE | 35 Estate |







Data are based on reader responses on more than 113,000 washers and 80,000 dryers to the Annual Product Reliability Survey conducted by the Consumer Reports National Research Center. Data are adjusted to eliminate differences linked solely to age and usage of the product. Data for washers and dryers are not directly comparable.

**Within types, in performance order. Blue key numbers indicate Quick Picks.**

| Key number | Brand & model | Price | Overall score | Washing | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|

Similar models, in small type, are comparable to tested model.

**TOP-LOADERS** *The most affordable type, on average. Models without agitators are footnoted.*

| Key | Brand & model | Price | Overall score | Washing | Energy efficiency | Water efficiency | Capacity | Gentleness | Noise | Auto temp. control | Cycle time (min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | **Maytag** Bravos MTW6600T[O] | $ 950 | | ◕ | ◕ | ○ | ◕ | ○ | ◕ | • | 60 |
| 22 | **Whirlpool** Cabrio HE WTW6600S[W] | 1,000 | | ◕ | ◕ | ○ | ◕ | ◕ | ◕ | • | 55 |
| 23 | **Fisher & Paykel** Aquasmart WL26CW1 | 900 | | ◕ | ◕ | ● | ◕ | ○ | ◕ | • | 55 |
| 24 | **Whirlpool** Cabrio WTW6200S[W] | 700 | | ○ | ◕ | ● | ◕ | ◕ | ◕ | • | 50 |
| 25 | **GE** Profile Harmony WPGT9360E[WW] | 950 | | ◕ | ○ | ○ | ◕ | ◔ | ◕ | • | 55 |
| 26 | **GE** WJRE5500G[WW] | 480 | | ◕ | ○ | ○ | ◕ | ○ | ◕ | • | 45 |
| 27 | **Kenmore** (Sears) 2884[2] | 550 | | ◕ | ◔ | ○ | ◕ | ◕ | ○ | • | 60 |
| 28 | **Fisher & Paykel** Intuitive IWL16 | 800 | | ○ | ● | ○ | ◕ | ◕ | ○ | • | 50 |
| 29 | **GE** Profile WPRE6150H[WT] | 620 | | ◕ | ○ | ◕ | ◕ | ○ | ○ | • | 50 |
| 30 | **Maytag** MTW5800T[W] MTW5820T[ ] (Sears), MTW5807T[ ] | 500 | | ◕ | ○ | ○ | ◕ | ● | ○ | • | 45 |
| 31 | **Whirlpool** WTW5800S[W] WTW5820S[ ] (Sears) | 550 | | ◕ | ◔ | ○ | ◕ | ◕ | ○ | • | 55 |
| 32 | **Amana** NTW5700T[O] | 500 | | ○ | ○ | ○ | ◔ | ◕ | ○ | • | 45 |
| 33 | **Kenmore** (Sears) 2872[2] 2873[ ] | 550 | | ○ | ◔ | ◕ | ● | ◕ | ○ | • | 50 |
| 34 | **Staber** HXW2304 | 1,300 | | ○ | ◕ | ● | ◔ | ◕ | ○ | | 55 |
| 35 | **Estate** ETW4400T[O] | 400 | | ◕ | ○ | ○ | ◕ | ◕ | ○ | • | 35 |
| 36 | **GE** WHDRR418G[WW] (Home Depot) | 450 | | ○ | ◔ | ◔ | ◕ | ○ | ○ | | 40 |
| 37 | **GE** WWSE5240G[WW] | 430 | | ○ | ○ | ◔ | ◔ | ◔ | ○ | • | 45 |
| 38 | **Hotpoint** VWSR4160G[WW] | 400 | | ○ | ◔ | ◔ | ◔ | ◔ | ○ | | 50 |
| 39 | **Haier** Genesis GWT900A[W] | 900 | | ○ | ◔ | ◔ | ○ | ● | ◕ | • | 55 |
| 40 | **Whirlpool** WTW5300S[O] | 350 | | ○ | ○ | ○ | ○ | ◕ | ○ | | 40 |
| 41 | **Kenmore** (Sears) 2742[2] 2842[1], 2843[ ] | 400 | | ◔ | ○ | ○ | ◕ | ◔ | ○ | | 40 |
| 42 | **Frigidaire** FWS1233F[S] | 350 | | ◔ | ○ | ○ | ◕ | ○ | ◕ | | 30 |

� Discontinued, but similar model is available. Price is for similar model. ⊤ These top-loaders have no center-post agitators and are often called "high-efficiency," or HE, washers; they require low-sudsing detergent. ⊥ Rotates horizontally like a front-loader but loads from top.



# dryers

pricey. Color adds pizzazz but costs about $100 more per unit when available.

Don't assume you should replace your dryer if you buy a new washer. But most newer dryers have moisture sensors that automatically stop the dryer when the laundry is dry. If a unit doesn't specify whether it has a sensor, look for bare-metal bands in the drum. Also consider a dryer that lets you lower or mute the volume of an end-of-cycle signal.

**Skip extended warranties.** Our survey data show that major appliances tend not to break during the typical extended-warranty period. When they do, repairs tend to cost about the same as the warranty. Instead, check whether buying with your credit card extends the manufacturer warranty.



**4 GE**



**9 GE**

---

## CR Quick Recommendations

Most dryers we tested scored at least very good for drying performance. Those that scored excellent were better at drying delicate clothes at low temperatures and leaving loads damp enough to iron.

Our **Ratings** rank dryers by overall score. **Quick Picks** lists high-value models from reliable brands.

### QUICK PICKS

**For top drying at moderate prices; both are CR Best Buys:**

**4 GE** $650

**9 GE** $500

Both cost hundreds less than other high-scoring models and have moisture sensors, which shut off the machine when laundry is dry, saving energy and preserving clothes. The GE (4) has a monitor that shows drying progress. The (4) has push buttons and rotary dials; (9), only dials. Both dryers let you adjust or mute the volume of their end-of-cycle signals—helpful if close to bedrooms—though (9) is the noisier of the two.

---

• **Availability** Most models at stores through June 2008.

Within types, in performance order. Blue key numbers indicate Quick Picks.

| Key number | Brand & model — Similar models, in small type, are comparable to tested model. | Price | Overall score (0–100, P F G VG E) | Drying | Capacity | Noise | Stainless drum | Porcelain top |
|---|---|---|---|---|---|---|---|---|
| 1 | **LG** DLE5977[W] Gas: DLG5988[ ] | $ 850 | 83 | ● | ● | ● | • | • |
| 2 | **Kenmore** (Sears) Elite HE5 Steam 8772[1] 8773[ ], Gas: 9772[ ], 9773[ ] | 1,300 | 83 | ● | ● | ● | | |
| 3 | **GE** Profile Harmony DPGT750EC[WW] Gas: DPGT750GC[ ] | 800 | 83 | ● | ● | ● | • | • |
| 4 | **GE** DBVH512EF[WW] Gas: DBVH512GF[ ] | 650 | 83 | ● | ● | ● | | |
| 5 | **Kenmore** (Sears) Elite Oasis 6706[2] Gas: 7706[ ] | 800 | 83 | ◐ | ● | ◐ | | |
| 6 | **LG** Tromm DLE8377[W] Gas: DLG8388[ ] | 1,050 | 82 | ◐ | ● | ● | • | |
| 7 | **Whirlpool** Duet Steam WED9600T[W] Gas: WGD9600T[ ] | 1,100 | 82 | ◐ | ● | ● | | |
| 8 | **Kenmore** (Sears) Elite Oasis 6703[2] 6704[ ] Gas: 7703[ ] | 700 | 81 | ◐ | ● | ● | | • |
| 9 | **GE** Profile DPSE810EG[WT] Gas: DPSE810GG[ ] | 500 | 79 | ● | ● | ○ | • | • |
| 10 | **Maytag** Bravos ME06400T[O] Gas: MGD6400T[ ] | 750 | 78 | ◐ | ● | ◐ | | |
| 11 | **Maytag** Epic MED9700S[Q] Gas: MGD9700S[ ] | 800 | 78 | ◐ | ● | ● | | • |
| 12 | **Kenmore** (Sears) Elite Oasis 6708[2] Gas: 7708[ ] | 900 | 77 | ◐ | ● | ● | | • |
| 13 | **GE** DCVH660EH[WW] Gas: DCVH660GH[ ] | 800 | 77 | ◐ | ● | ◐ | | |
| 14 | **Kenmore** (Sears) Elite HE5 8708[1] Gas: 9708[ ] | 1,150 | 76 | ◐ | ● | ● | | |
| 15 | **Samsung** DV337AE[W] Gas: DV337AG[ ] | 900 | 76 | ◐ | ● | ● | • | |
| 16 | **Siemens** UltraSense WTXD532[2]US Gas: WTXD5522UC | 880 | 76 | ◐ | ● | ● | • | |
| 17 | **Kenmore** (Sears) 6774[1] 6872[ ], 6873[ ] Gas: 7872[ ], 7873[ ] | 550 | 76 | ◐ | ● | ● | | |
| 18 | **Kenmore** (Sears) 6784[1] 6884[ ] Gas: 7884[ ] | 630 | 75 | ◐ | ● | ● | | • |
| 19 | **Whirlpool** Duet Sport WED8500S[R] Gas: WGD8500S[ ] | 800 | 74 | ◐ | ● | ● | | • |
| 20 | **Kenmore** (Sears) HE2 8656[2] 8756[ ] Gas: 9756[ ] | 800 | 73 | ◐ | ● | ◐ | | |
| 21 | **Bosch** Nexxt 800 WTMC832[1]US Gas: WTMC832[1]US | 1,100 | 73 | ◐ | ● | ◐ | • | |
| 22 | **Bosch** Nexxt 100 WTMC130[1]US Gas: WTMC150[1]UC | 750 | 72 | ◐ | ● | ◐ | • | |
| 23 | **Maytag** MED5900T[W] Gas: MGD5900T[ ] | 550 | 71 | ◐ | ● | ○ | | • |
| 24 | **Whirlpool** Cabrio WED6200S[W] Gas: WGD6200S[ ] | 600 | 71 | ◐ | ◐ | ◐ | | |
| 25 | **Miele** Touchtronic T9800 Gas: T9820 | 1,300 | 69 | ◐ | ◐ | ◐ | • | |
| 26 | **Kenmore** (Sears) 6683[2] 6863[ ] Gas: 7863[ ] | 470 | 68 | ◐ | ● | ◐ | | |
| 27 | **Frigidaire** Gallery GLER104FS[S] Gas: GLGR104FS[ ] | 400 | 67 | ◐ | ● | ◐ | | • |
| 28 | **Amana** NED5800T[O] Gas: NGD5800T[ ] | 450 | 67 | ◐ | ● | ○ | | |
| 29 | **Whirlpool** WED5800S[W] Gas: WGD5800S[ ] | 480 | 66 | ◐ | ● | ○ | | |
| 30 | **Frigidaire** LEQ2152E[S] (Lowe's) Gas: LGQ2152E[ ] | 600 | 63 | ○ | ● | ◐ | | |
| 31 | **Frigidaire** Affinity AE06000E[S] Gas: AG06000E[ ] | 600 | 60 | ○ | ● | ◐ | | |
| 32 | **Fisher & Paykel** Intuitive DEIX2 Gas: DGIX2 | 840 | 60 | ○ | ◐ | ● | • | |
| 33 | **GE** DTSR495EF[GG] DRSR495EG[ ] Gas: DRSR495GG[ ] | 500 | 54 | ○ | ● | ○ | | • |
| 34 | **Fisher & Paykel** DEGX2 Gas: DGGX2 | 770 | 51 | ○ | ◐ | ○ | • | |
| 35 | **Kenmore** (Sears) 6742[2] 6842[ ] Gas: 7842[ ] | 380 | 49 | ◒ | ● | ○ | | |
| 36 | **GE** DRSR483EG[WW] Gas: DRSR483GG[ ] | 400 | 47 | ◒ | ● | ○ | • | • |
| 37 | **Miele** Touchtronic T1413 | 1,450 | 47 | ◒ | ◒ | ● | | |
| 38 | **Whirlpool** WED5500S[Q] Gas: WGD5500S[ ] | 400 | 38 | ◒ | ● | ○ | | |
| 39 | **Staber** HXD2304E Gas: HXD2304G | 800 | 33 | ◒ | ● | ◒ | | |

Discontinued, but similar model is available. Price is for similar model.

### Guide to the Ratings

**Overall score** is based mainly on drying performance, capacity, and noise. **Drying** combines tests on loads of various sizes and fabric mixes. All models had enough capacity to hold our 12-pound load; higher scores indicate larger capacity. **Noise** reflects panelists' judgments. **Price** is approximate retail for electric models; most gas models are $40 to $80 more. Bracketed letters or numbers under **brand & model** are color codes. The order of previously tested models might differ from earlier reports because of changes in scoring procedures.

Excellent ● Very good ◐ Good ○ Fair ◒ Poor ●