**EXHIBIT 3**





ENERGY STAR

# $H_E{}^2$

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel du propriétaire et instructions d'installation

Models/Modelos/Modèles **110.**4646✶, 4647✶

✶ = color number, número de color, numéro de couleur

**ENGLISH   ESPAÑOL   FRANÇAIS**



Designed to use only
HE High Efficiency Detergent

Diseñado para utilizar solamente
detergente de alto rendimiento (HE)

Conçu pour utiliser uniquement un
détergent HE Haute efficacité



8540265

Sears Roebuck and Co., Hoffman Estates, IL 60179. U.A.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS..................................................2
   In the U.S.A.................................................................2
   In Canada ..................................................................3
WARRANTY.............................................................................3
PEDESTAL OPTION WARRANTY .........................................3
WASHER SAFETY...................................................................4
INSTALLATION REQUIREMENTS .........................................5
   Tools and Parts ..........................................................5
   Options .......................................................................5
   Location Requirements ..............................................5
   Drain System ..............................................................7
   Electrical Requirements..............................................8
INSTALLATION INSTRUCTIONS ...........................................9
   Remove Transport System.........................................9
   Connect the Inlet Hoses.............................................9
   Route the Drain Hose .............................................. 10
   Secure the Drain Hose ............................................ 11
   Level the Washer ..................................................... 11
   Complete Installation................................................ 11
FEATURES AND BENEFITS ............................................... 12
WASHER USE ...................................................................... 13
   Starting Your Washer .............................................. 13
   Using the Proper Detergent .................................... 13
   Using the Dispenser ................................................ 14
   Pausing or Restarting .............................................. 15
   Changing Cycles, Options and Modifiers ............... 15
   Status Lights............................................................. 15
   Cycles ....................................................................... 15
   Normal Sounds......................................................... 16
   Options ..................................................................... 16
   Modifiers ................................................................... 17
   Laundry Guide ......................................................... 17
LAUNDRY TIPS .................................................................... 18
   Loading..................................................................... 18
   Stain Removal Guide............................................... 19
WASHER CARE ................................................................... 19
   Cleaning Your Washer............................................. 19
   Water Inlet Hoses .................................................... 20
   Vacation, Storage, and Moving Care ...................... 20
TROUBLESHOOTING........................................................... 21
   Washer and Components ....................................... 21
   Washer Operation.................................................... 23
   Clothes Care ............................................................ 24
SERVICE NUMBERS ............................................BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

**Master Protection Agreements**

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new product. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information, call 1-800-827-6655.**

**Sears Installation Service**

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

## In Canada

### Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and more than a million parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® product is designed, manufactured and tested to provide years of dependable operation. But like all products, it may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement

- Is your way to buy tomorrow's service at today's price
- Eliminates repair bills resulting from normal wear and tear
- Provides phone support from a Sears technician on products requiring in-home repair
- Even if you don't need repairs, provides an annual Preventive Maintenance Check, at your request, to ensure that your product is in proper running condition.

Some limitations apply. For more information about Sears Canada Maintenance Agreements, call 1-800-361-6665.

## KENMORE® WASHER WARRANTY

### One Year Full Warranty on HE2 Washer

For one year from the date of purchase, when installed and operated according to the Use & Care Guide, this washer will be repaired free of charge if defective in material or workmanship. Service must be provided by a Sears Service Department in the United States or Canada or an authorized agent.

### Warranty Restriction

- If this washer is used for other than private family purposes, this warranty applies for only 90 days from the date of purchase.
- Use of any laundry detergent not specifically designated for High Efficiency (HE) washers will void this warranty.

### Warranty Service

Warranty service is available by calling **1-800-4-MY-HOME®**. This warranty applies only while this washer is used in the United States or Canada.

This warranty gives you specific legal rights, and you may also have other rights, which vary, from state to state or province to province.

For Sears warranty information or to contact a Sears Service Center, please reference the service numbers located on the back page of this manual.

Sears, Roebuck and Co.
D/817WA, Hoffman Estates, IL 60179

Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8

### Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your appliance.

Model number 110._____

Serial number _____

Purchase date _____

Inlet Hose replacement date _____

Inlet Hose replacement date _____

Inlet Hose replacement date _____

Replace inlet hoses after 5 years of use to reduce the risk of hose failure.

Save these instructions and your sales receipt for future reference.

## PEDESTAL OPTION WARRANTY

### Full One-Year Warranty on Mechanical Parts

For one year from the date of purchase, supplier will repair or replace any of its mechanical parts if defective in material or workmanship. This Pedestal must be installed with this washer according to the instructions provided in the Pedestal Installation Instructions.

### Warranty Restriction

If the pedestal is subject to other than private family use and or if the pedestal is used with any other product than those listed in the installation instructions, the above warranty coverage is null and void.

### Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your pedestal.

Model number 110._____

Serial number _____

Purchase date _____

Save these instructions and your sales receipt for future reference.

ENGLISH

3

# WASHER USE



## Starting Your Washer

**⚠ WARNING**



**Fire Hazard**

Never place items in the washer that are dampened with gasoline or other flammable fluids.

No washer can completely remove oil.

Do not dry anything that has ever had any type of oil on it (including cooking oils).

Doing so can result in death, explosion, or fire.

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

### First Wash Cycle Without Laundry

Before washing clothes for the first time, choose the Normal/Casual cycle and run it without clothes. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium sized load. This initial cycle serves to ensure the interior is clean before washing clothes.

### For All Wash Cycles

1. **To load washer**
   Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.
   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items. Avoid washing a single item. Load evenly.
   - Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.
   - When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.
   **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if STOP is selected while the ADD A GARMENT light is illuminated or if the cycle has been canceled. See "To cancel a cycle" in the "Changing Cycles, Options and Modifiers" section.

3. Open the dispenser drawer and add laundry products to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."
   **NOTE:** Use only HE High Efficiency detergents.

4. Turn on the washer by selecting POWER. Select one of the cycles by turning the cycle selector. The indicator light for the selected cycle will illuminate. When selecting a Wash Cycle, the preset Modifiers and Options, Water Temp, and Spin Speed for the selected cycle will illuminate. The preset settings provide the recommended fabric care for the selected cycle. See "Wash Cycles."

**ENGLISH**

13

## Stain Removal Guide

| Stain | Use Liquid Chlorine or Color-Save Bleach | Use suggested Wash Cycle | Stain | Use Liquid Chlorine or Color-Save Bleach | Use suggested Wash Cycle |
|---|---|---|---|---|---|
| Ink | ✓ | Whitest Whites | Grass | ✓ | Whitest Whites |
| Blood | ✓ | Cold or Warm Prewash Normal/Casual | Tomato Products | ✓ | Whitest Whites |
| Coffee/Chocolate | ✓ | Warm/Soak Prewash Whitest Whites | Mud | ✓ | Warm/Soak Prewash Whitest Whites |
| Cosmetics | | Heavy Duty | Deodorants | | Heavy Duty |
| Dirty Motor Oil | | Warm/Soak Prewash Heavy Duty | Ring around the Collar | ✓ | Normal/Casual |

Do not tumble dry soiled or stained items. Heat may permanently set stains.

# WASHER CARE

## Cleaning Your Washer

**Cleaning the door seal/bellow**
1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal/bellow between the door opening and the basket for stained areas. Pull back the seal/bellow to inspect all areas under the seal/bellow and to check for foreign objects.



A. Seal/Bellow

3. If stained areas are found, wipe down these areas of the seal/bellow, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal/bellow area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**
- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

19

**Washer Maintenance Procedure**

Your washer has a special cycle stored within the machine's programming. Pressing a specific combination of buttons will access this cleaning cycle. This cycle uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine.

**NOTES:**

- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the STOP button. This will stop the cycle. A RINSE & SPIN cycle must then be run to thoroughly rinse the remaining bleach from the unit. Failure to do so will cause damage to the unit and clothing added to the next cycle.

**Begin procedure**

1. Open the washer door and remove any clothing or items from the washer.
2. Be sure the door is closed.
3. Open the dispenser drawer and immediately add ⅔ cup (160 mL) of liquid chlorine bleach to the bleach compartment.
   **NOTE:** Do not add any detergent to this cycle. Use of more than ⅔ cup (160 mL) of bleach will cause product damage over time.
4. Be sure dispenser drawer is closed.
5. To enter the cycle, a specific combination of buttons must be pressed.
   - Select the POWER button.
   - Select the RINSE & SPIN program.
   - Select the LOW Spin Speed.
   - Select WARM/COLD Water Temperature.
   - Disable the CYCLE SIGNAL.
   - Set DELAY WASH to 0 hours.
   - Push, the 2ND RINSE Option button 4 times within 5 seconds, to start the cycle. The door will lock.
     **NOTE:** The basket will rotate, then the door will unlock, lock again, and then the cycle will continue.
   - The machine will not fill, but the basket will rotate while the washer runs a short sensing cycle. This will take approximately 3 minutes.
6. The cycle will determine if items are in the washer.
   a) If no items are detected in the washer, it will proceed to Step 7.
   b) If any items are detected in the washer, all the Cycle lights will flash and the WASH, and CONTROLS LOCKED lights will remain lit. The door will unlock.
      - Press STOP to cancel the failure code. Then repeat steps 1, 2 and 5, to start the cycle again.
7. Once the cycle has begun, allow the cycle to complete.
8. After the cycle is complete, leave the door open, slightly, to allow for better ventilation and drying of washer interior.

**Always do the following to maintain washer freshness**

- Use only HE High Efficiency detergent.
- Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
- Repeat the cleaning procedure monthly, using ⅔ cup (160 mL) of liquid chlorine bleach.
- If the procedure does not sufficiently improve the machine freshness, please evaluate your installation and usage conditions for other causes.

### Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments).
3. Wash the parts under running water.
   **NOTE:** Do not wash components in the dishwasher.
4. Replace the inserts and return the dispenser to the drawer.

### Water Inlet Hoses

Replace inlet hoses after five years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

### Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

**Non-use or vacation care:**

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

- Unplug washer or disconnect power.
- Turn off the water supply to the washer. This helps avoid accidental flooding (due to a water pressure surge) while you are away.
- Slightly open door to provide ventilation.

**To winterize washer:**

1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a Drain & Spin cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

- **"Add a Garment," "Rinse" and "Clothes Clean" Status Lights illuminated or "F21" on display (on some models) (Drain Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Is the drain hose kinked?
  Is the drain hose frozen?
  Is the drain hose clogged?
  Is the drain hose more than 96" (2.4 m) above the floor?

- **Any other Status light combination (Electrical Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN & SPIN if there is excessive water in the washer.
  Re-select cycle and press START. If the problem remains, call for service.

### Noisy, vibrating, off-balance

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  All four feet of the washer must be in firm contact with the floor. If the washer is on a pedestal, the washer must be secured to the pedestal and all four pedestal feet must be in firm contact with the floor.

- **Washer making a different noise?**
  As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked or unlocked, and during the washing, rinsing, or spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation.

- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

- **Is the washer gurgling or humming?**
  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.

- **Were the 4 shipping bolts in the back of the machine removed?**
  See "Remove Transport System."

### Leaking

- **Was the door opened during "Add a garment"?**
  Water can drip off the inside of the door when opened after the start of a cycle.

- **Is HE detergent being used?**
  The non-High Efficiency detergents can cause over sudsing which can leak from the rear of the washer.

- **Are the fill hoses tight?**

- **Are the fill hose gaskets properly seated?**
  Check both ends of each hose. See "Connect the Inlet Hoses" in the Installation Instructions.

- **Is the drain hose properly installed?**
  The drain hose should be secured to the drainpipe or laundry tub. See "Secure Drain Hose" in the Installation Instructions.

- **Is the sink or drain clogged?**
  Sink and drainpipe must be able to carry away 17 gal. (64 L) of water per minute. If clogged or slow, water can back up out of drainpipe or sink. Check household plumbing (laundry tubs, faucets, drainpipe, water pipes) for leaks.

### Dispenser operation

- **Did you follow the manufacturer's directions when adding detergent and fabric softener to the dispensers?**
  Measure detergent and fabric softener. Slowly pour into the dispensers. Wipe up all spills. Dilute fabric softener in the fabric softener dispenser.

- **Did you put powdered or liquid color-safe bleach into the liquid chlorine bleach dispenser (on some models)?**
  Add powdered or liquid color-safe bleach to the Main Wash compartment. Do not use the chlorine bleach dispenser for color-safe bleach.

- **Is the fabric softener dispenser clogged?**
  Clean the fabric softener dispenser. See "Washer Care" for details.

- **Are the laundry products in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the Main Wash compartment. Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.

- **Is there water in the dispenser at the end of the cycle?**
  A small amount of water will remain in the dispenser compartment. This is normal.

### Washer odor

- **See "Cleaning Your Washer" in "Washer Care."**

- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.

- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

### Door won't unlock

- **Did all of the water drain out of the washer during the spin?**
  Select DRAIN & SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.

- **Is the door locked and is the "Add a garment" light on?**
  Press STOP once. The door will unlock.

# Get it fixed, at your home or ours!

## Your Home

For repair – **in your home** – of **all** major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

**1-800-4-MY-HOME®**   (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

www.sears.com         www.sears.ca

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call or go on-line for the location of your nearest

**Sears Parts & Repair Center.**

**1-800-488-1222**

Call anytime, day or night (U.S.A. only)

www.sears.com

To purchase a protection agreement (U.S.A.) or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:

**1-888-SU-HOGAR®**
(1-888-784-6427)

Au Canada pour service en français:

**1-800-LE-FOYER**MC
(1-800-533-6937)
www.sears.ca



®Registered Trademark/ ™Trademark/ SMService Mark of Sears Brands LLC,
under licensee by Sears Canada.

®Marca registrada/ ™ Marca de comercio/ SM Marca de Servicio de Sears Brands LLC,
usada bajo licencia de Sears Canada.

® Marque déposée/ TM Marque de commerce/SM Marque de service de Sears Brands LLC,
en vertu d'un porteur de licence par Sears Canada.

8540265
© 2005 Sears Brands LLC

7/05
Printed in Mexico
Impreso en Mexico
Imprimé au Mexique