# EXHIBIT 4




# $_HE^3$

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel du propriétaire et Instructions d'installation

Models/Modelos/Modèles **110**.4586✻, 4587✻

✻ = color number, número de color, numéro de couleur



Designed to use only High Efficiency detergent

Diseñado para utilizar solamente detergente de alta eficacia

Conçu pour l'utilisation d'un détergent haute efficacité seulement



**ENGLISH ESPAÑOL FRANÇAIS**

461970228962 /
8182744A

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

## TABLE OF CONTENTS

PROTECTION AGREEMENTS..................................................2
   In the U.S.A..........................................................................2
   In Canada ............................................................................2
WARRANTY.................................................................................3
WASHER SAFETY......................................................................4
INSTALLATION REQUIREMENTS ............................................5
   Tools and Parts ....................................................................5
   Options .................................................................................5
   Location Requirements ........................................................6
   Drain System .......................................................................7
   Electrical Requirements........................................................8
INSTALLATION INSTRUCTIONS ..............................................9
   Remove Transport System...................................................9
   Connect the Inlet Hoses.......................................................9
   Route the Drain Hose ........................................................10
   Secure the Drain Hose ......................................................10
   Level the Washer ...............................................................10
   Complete Installation..........................................................11
FEATURES AND BENEFITS ...................................................11
WASHER USE ..........................................................................12
   Starting Your Washer ........................................................12
   Using the Proper Detergent ...............................................12
   Using the Dispenser ..........................................................13
   Pausing or Restarting.........................................................14
   Changing Cycles, Options and Modifiers ..........................14
   Status Lights......................................................................14
   Cycles ................................................................................15
   Normal Sounds..................................................................16
   Options ..............................................................................16
   Modifiers ............................................................................17
   Laundry Guide ...................................................................17
LAUNDRY TIPS........................................................................18
   Loading...............................................................................18
WASHER CARE .......................................................................19
   Cleaning Your Washer.......................................................19
   Water Inlet Hoses ..............................................................20
   Vacation, Storage and Moving Care .................................20
TROUBLESHOOTING..............................................................21
SERVICE NUMBERS .............................................BACK COVER

## PROTECTION AGREEMENTS

### In the U.S.A.

**Master Protection Agreements**

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new product. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information, call 1-800-827-6655.**

**Sears Installation Service**

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

### In Canada

**Maintenance Agreements**

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and more than a million parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® product is designed, manufactured and tested to provide years of dependable operation. But like all products, it may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

**The Sears Maintenance Agreement**

- Is your way to buy tomorrow's service at today's price
- Eliminates repair bills resulting from normal wear and tear
- Provides phone support from a Sears technician on products requiring in-home repair
- Even if you don't need repairs, provides an annual Preventive Maintenance Check, at your request, to ensure that your product is in proper running condition.

**Some limitations apply. For more information about Sears Canada Maintenance Agreements, call 1-800-361-6665.**

# KENMORE ELITE® APPLIANCE AND OPTIONAL PEDESTAL WARRANTY

**ONE YEAR LIMITED WARRANTY**

When installed, operated and maintained according to all instructions supplied with the product, if this appliance fails due to a defect in material or workmanship within one year from the date of purchase, call 1-800-4-MY-HOME® to arrange for free repair.

**LIMITED LIFETIME WARRANTY ON STAINLESS STEEL DRUM**

For the lifetime of the washer from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the stainless steel wash drum due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

**TEN YEAR LIMITED WARRANTY ON PLASTIC TUB**

For ten years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the plastic tub due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

**FIVE YEAR LIMITED WARRANTY ON DRIVE SYSTEM PARTS**

For five years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the following drive system parts if defective in materials or workmanship: drive pulley and drive belt. After the first year, customer assumes any labor costs associated with replacement of these parts.

**TWO YEAR LIMITED WARRANTY ON SENSOR SMART™ ELECTRONIC BOARD**

For two years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the electronic control board if defective in materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of these parts.

If this appliance is used for other than private family purposes, this warranty applies for only 90 days from the date of purchase.

**THIS WARRANTY COVERS ONLY DEFECTS IN MATERIAL AND WORKMANSHIP. SEARS WILL NOT PAY FOR:**

1. Expendable items that can wear out from normal use, including but not limited to filters, belts, light bulbs, and bags.
2. A service technician to instruct the user in correct product installation, operation or maintenance.
3. A service technician to clean or maintain this product.
4. Damage to or failure of this product if it is not installed, operated or maintained according to all instructions supplied with the product.
5. Damage to or failure of this product resulting from accident, abuse, misuse or use for other than its intended purpose.
6. Damage to or failure of this product caused by the use of detergents, cleaners, chemicals or utensils other than those recommended in all instructions supplied with the product.
7. Damage to or failure of parts or systems resulting from unauthorized modifications made to this product.

**DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES**

Customer's sole and exclusive remedy under this limited warranty shall be product repair as provided herein. Implied warranties, including warranties of merchantability or fitness for a particular purpose, are limited to one year or the shortest period allowed by law. Sears shall not be liable for incidental or consequential damages. Some states and provinces do not allow the exclusion or limitation of incidental or consequential damages, or limitations on the duration of implied warranties of merchantability or fitness, so these exclusions or limitations may not apply to you.

This warranty applies only while this appliance is used in the United States and Canada.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

Sears, Roebuck and Co.
Dept. 817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8

**PRODUCT RECORD**

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your appliance.

Model number __ __ __._____

Serial number_____

Purchase date_____

Save these instructions and your sales receipt for future reference.

**PEDESTAL PRODUCT RECORD**

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your pedestal.

Model number __ __ __._____

Serial number_____

Purchase date_____

Save these instructions and your sales receipt for future reference.

ENGLISH