# WASHER USE



## Starting Your Washer



**⚠ WARNING**

**Fire Hazard**

Never place items in the washer that are dampened with gasoline or other flammable fluids.

No washer can completely remove oil.

Do not dry anything that has ever had any type of oil on it (including cooking oils).

Doing so can result in death, explosion, or fire.

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to other sections of this manual for more detailed information.

Do not store laundry additives on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



Use only "HE" High Efficiency detergent.

**First Wash Cycle Without Laundry**
Before washing clothes for the first time, choose the Normal/Casual cycle and run it without clothes. Use ½ the manufacturer's recommended amount of powdered or liquid High Efficiency (HE) detergent for a medium size load. This initial cycle serves to ensure the interior is clean before washing clothes.

1. **To load the washer**
   Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items. Avoid washing a single item. Load evenly.
   - Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.
   - When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.
   **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if PAUSE/CANCEL is selected while the ADD A GARMENT light is glowing or if the cycle has been canceled. See "To cancel a cycle" in the "Changing Cycles, Options and Modifiers" section.

3. Open the dispenser drawer and add laundry additives to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

4. Turn on the washer by selecting one of the WASH CYCLES. The indicator light for the selected cycle will glow. When selecting a Wash Cycle, the preset options, Water Temp, Spin Speed, and Soil Level for the selected cycle will glow. The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See "Cycles."

5. Select the desired OPTIONS. Not all Options are available with all cycles. See "Options."

6. Select the desired MODIFIERS. Not all Modifiers are available with all Cycles and Options. See "Modifiers."

# WASHER CARE

## Cleaning Your Washer

**Cleaning the door seal**

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect all areas under the seal and to check for foreign objects.



*A. Seal*

3. If stained areas are found, wipe down these areas of the seals, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177.4 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**
- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

**Washer Monthly Maintenance Procedure**

Your washer has a special cycle stored within the machine's programming. Pressing a specific combination of buttons will enter this cleaning cycle. This cycle uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine.

**NOTES:**
- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the PAUSE/CANCEL button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the washer.

**Begin procedure**

1. Open the washer door and remove any clothing or items from the washer.
2. Be sure the door is closed.
3. Open the dispenser drawer and remove the detergent divider from the Main Wash detergent compartment and set aside. See "Using the Dispenser" for instructions. No laundry additives will be added at this time; you will be required to add only liquid chlorine bleach, at a later step.
4. To enter the cycle, a specific combination of buttons must be pressed.
   - Select the RINSE & SPIN button.
   - Select Low SPIN SPEED.
   - Select Warm/Cold WATER TEMPERATURE.
   - Select the 2ND RINSE Option.
   - Push END of CYCLE SIGNAL button 4 times within 5 seconds to start the cycle. The door will lock, and filling will begin.

   **NOTE:** The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue.

   - The machine will fill and run a short sensing cycle. This will take approximately 3 minutes.

5. The washer will provide 4 short tones. Check the Estimated Time Remaining display for the codes indicated below.
   a) If the washer displays the letters "Ab" (Add Bleach) in the Estimated Time Remaining display, you will hear 4 short tones. Proceed to Step 6.
   b) If the washer displays the letters "rL" (Remove Load) in the Estimated Time Remaining display, an error tone will sound. The door will unlock.
      - Open the door and remove the items from the washer.
      - Continue the cycle by pressing the START button.

      **NOTE:** The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue with another check for items in the washer.

      - The machine will fill and run a short cycle to determine whether any items have been left in the washer. This will take approximately 3 minutes.
      - The washer will repeat Step 5 until it can determine that there are no items in the washer and will display "Ab" (Add Bleach).

6. Add liquid chlorine bleach.
   a) If using the maintenance procedure for the first time, open the dispenser drawer and immediately add 1 cup (236.6 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.
   b) If doing a monthly maintenance procedure, open the dispenser drawer and immediately add ⅓ cup (78.8 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.

   **NOTES:**
   - Water will be flowing into the dispenser drawer when the bleach is added. This is normal.
   - Do not add any detergent to this cleaning cycle. Use of more than 1 cup (236.6 mL) of bleach will cause product damage over time.

19

7. Once the cleaning cycle has begun, allow the cycle to complete. An estimated cycle time will appear on the display.
8. After the cleaning cycle is complete, leave the door open, slightly, to allow for better ventilation and drying of washer interior.
9. Replace the detergent compartment divider.

**Always do the following to maintain washer freshness**
- Use only HE High Efficiency detergent.
- Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
- Run this procedure on a monthly basis using 1/3 cup (78.8 mL) of liquid chlorine bleach.
- If the procedure does not sufficiently improve the machine freshness, evaluate your installation and usage conditions for other causes.

**Cleaning the exterior**
Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

**Cleaning the dispenser drawer**
The dispenser drawer is removable for easy cleaning.
1. Unlock the dispenser drawer by pressing the Release Lever in the Prewash compartment. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments and the separator).
3. Wash the parts under running water.
4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after five years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.
When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

**Non-use or vacation care:**
Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:
- Unplug washer or disconnect power.
- Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.
- Slightly open door to provide ventilation.

**To winterize washer:**
1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a Drain & Spin cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

**To use washer again:**
1. Flush water pipes. Reconnect water inlet hoses to faucets. Turn on both water faucets.

⚠ **WARNING**



**Electrical Shock Hazard**

Plug into a grounded 3 prong outlet.

Do not remove ground prong.

Do not use an adapter.

Do not use an extension cord.

Failure to follow these instructions can result in death, fire, or electrical shock.

2. Plug in washer or reconnect power.
3. Run the washer through the Normal/Casual cycle with 1/2 the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

**To transport the washer:**
1. If washer will be moved during freezing weather, put in 1 qt (1 L) of R.V.-type antifreeze in the drum. Run washer on a Drain & Spin cycle.
2. Unplug the power cord.
3. Disconnect the drain hose from the drain system and attach to rear panel clips.
4. Shut off both water faucets.
5. Disconnect the water inlet hoses from faucets, then drain the hoses and clip them to the rear panel of the washer.

**IMPORTANT:** Call Service. Do not reuse transport bolts. Washer must be transported in the upright position. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

**Reinstalling the washer**
1. Follow the "Installation Instructions" to locate, level and connect the washer.
2. Run the washer through the Normal/Casual cycle with 1/2 the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

### Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

  Are you using an extension cord?
  Do not use an extension cord.

### Washer won't drain or spin

- **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**
- **Is your voltage low?**
  Check electrical source or call electrician. Do not use an extension cord.
- **Is the "SUD" routine active?**
  Cycle will complete once extra suds are removed.
- **Is the load balanced?**
  A single or bulky item may cause imbalance. Add more items or redistribute the load.

### Washer makes noise or vibrates

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.

- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

### Water near washer

- Check household plumbing for leaks.

### Dispensers clogged or leaking

- **Are the laundry additives in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the detergent compartment.

  Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.

- **Is the detergent separator in the correct position?**
  Separator should be in the front position when using liquid detergent and in the back position when using powdered detergent.

### Washer odor

- See "Cleaning Your Washer."
- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.
- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors, leave the door open to allow the washer to dry between uses.

### Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.
- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a Drain & Spin cycle. If the laundry is still wet, take half of the load out of the washer and try again.

# Get it fixed, at your home or ours!

## Your Home

For repair – **in your home** – of **all** major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

**1-800-4-MY-HOME®**   (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

www.sears.com      www.sears.ca

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call or go on-line for the location of your nearest **Sears Parts & Repair Center.**

**1-800-488-1222**

Call anytime, day or night (U.S.A. only)

www.sears.com

To purchase a protection agreement (U.S.A.) or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:
**1-888-SU-HOGAR®**
(1-888-784-6427)

Au Canada pour service en français:
**1-800-LE-FOYER**MC
(1-800-533-6937)
www.sears.ca



®Registered Trademark/ ™Trademark/ SMService Mark of Sears Brands LLC, under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears Brands LLC and Sears Canada.
®Marca registrada/ ™Marca de comercio/ SMMarca de servicio de Sears Brands LLC, usada bajo licencia por Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A., usada bajo licencia por Sears Brands LLC y Sears Canada.
® Marque déposée/ ™ Marque de commerce/ SM Marque de service de Sears Brands LLC,
en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears Brands LLC et Sears Canada.

461970228962
© 2006 Sears Brands LLC

5/06
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne