**EXHIBIT 5**



# $HE^3$

## Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

## Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

## Laveuse automatique à chargement frontal
Manuel de l'utilisateur et Instructions d'installation



ENGLISH   ESPAÑOL   FRANÇAIS



461970205515    Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.    www.sears.com
Sears Canada, Inc., Toronto, Ontario, Canada M5B 2B8    www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS..................................................2
   In the U.S.A...............................................................2
   In Canada .................................................................3
WARRANTY...........................................................................3
PEDESTAL OPTION WARRANTY ...........................................3
WASHER SAFETY..................................................................4
INSTALLATION REQUIREMENTS ...........................................5
   Tools and Parts ..........................................................5
   Alternate Parts ...........................................................5
   Optional Pedestal ......................................................5
   Location Requirements ..............................................5
   Drain System .............................................................6
   Electrical Requirements..............................................7
INSTALLATION INSTRUCTIONS ............................................8
   Remove Transport System.........................................8
   Connect the Inlet Hoses.............................................8
   Route the Drain Hose ................................................8
   Secure the Drain Hose ..............................................9
   Level the Washer .......................................................9
   Complete Installation..................................................9
FEATURES AND BENEFITS ................................................ 10
WASHER USE ..................................................................... 11
   Starting Your Washer .............................................. 11
   Using the Dispenser ............................................... 12
   Pausing or Restarting ............................................. 13
   Changing Cycles, Options and Modifiers ............... 13
   Status Lights........................................................... 13
   Cycles ..................................................................... 14
   Normal Sounds....................................................... 14
   Options ................................................................... 15
   Modifiers ................................................................. 15
   Laundry Guide ....................................................... 16
LAUNDRY TIPS................................................................... 16
   Loading .................................................................. 16
WASHER CARE .................................................................. 17
   Cleaning Your Washer............................................ 17
   Water Inlet Hoses ................................................... 17
   Vacation, Storage, and Moving Care ...................... 17
TROUBLESHOOTING.......................................................... 18
SERVICE NUMBERS .............................................. BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

**Master Protection Agreements**

Congratulations on making a smart purchase. Your new Kenmore® appliance is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new appliance. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if more than three product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – non-technical and instructional assistance on products repaired in your home, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

Some limitations and exclusions apply. For prices and information call **1-800-827-6655**.

**Sears Installation Service**

For Sears guaranteed professional installation of home appliances and items like garage door openers and water heaters, in the U.S.A. call **1-800-4-MY-HOME®**.

## In Canada

### Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and access to over 900,000 parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® appliance is designed, manufactured and tested to provide years of dependable operation. Yet any major appliance may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement

- Guarantees tomorrow's service at today's price.
- Eliminates repair bills resulting from normal wear and tear.
- Covers non-technical and instructional service calls.
- Provides an annual Preventive Maintenance Check, at your request, to ensure that your appliance is in proper running condition.

Some limitations apply. For information concerning Sears Home Central® Maintenance Agreements, call 1-800-361-6665.

# KENMORE ELITE® WASHER WARRANTY

### Limited Lifetime Warranty on Stainless Steel Drum

For the lifetime of the washer from the date of purchase, Sears will replace the Stainless Steel wash drum due to defective material or workmanship. After the first year, you will be charged for labor.

### Limited 10-Year Warranty on Plastic Tub*

For the second through tenth year from the date of purchase, Sears will replace the plastic tub if it is defective in material or workmanship. After the first year, you will be charged for labor.

### Limited 5-Year Warranty on Gearcase Parts*

For the second through fifth year from the date of purchase, Sears will replace any gearcase parts that are defective in material or workmanship. After the first year, you will be charged for labor.

### Limited 2-Year Warranty on SENSOR SMART™ Control Board

For two years from the date of purchase, Sears will replace the SENSOR SMART™ control board if it is defective in material or workmanship. You will be charged for labor after the first year.

### Full 1-Year Warranty on Mechanical and Electrical Parts

For one year from the date of purchase, when this washer is installed and operated according to the instructions that come with it, Sears will repair or replace any of its mechanical or electrical parts if they are defective in material or workmanship.

Service must be provided by a Sears Service Department in the United States or Canada or an authorized agent.

### Warranty Restriction

If this washer is operated for any purpose other than private family use, all warranty coverage is restricted to 90 days from the date of purchase.

Travel or transportation expenses for customers who reside in remote areas are not covered by this warranty.

### Warranty Service

Warranty service is available by contacting the nearest Sears Service Center in the United States or Canada. This warranty applies only while the product is in use in the United States or Canada.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state or province to province.

For Sears warranty information or to contact a Sears Service Center, please reference the service numbers located on the back page of this manual.

Sears, Roebuck and Co.
D/817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8

* In Canada a different warranty may apply.

### Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label, as shown.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your appliance.

Model number 110 _____

Serial number _____

Purchase date _____

Save these instructions and your sales receipt for future reference.

# PEDESTAL OPTION WARRANTY

### Full One-Year Warranty on Mechanical Parts

For one year from the date of purchase, supplier will repair or replace any of its mechanical parts if defective in material or workmanship. This Pedestal must be installed with this washer according to the instructions provided in the Pedestal Installation Instructions.

### Warranty Restriction

If the pedestal is subject to other than private family use and or if the pedestal is used with any other product than those listed in the installation instructions, the above warranty coverage is null and void.

### Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your washer.

Model number 110. _____

Serial number _____

Purchase date _____

Save these instructions and your sales receipt for future reference.

ENGLISH

# Get it fixed, at your home or ours!

For repair of major brand appliances **in your own home...**
no matter who made it, no matter who sold it!

**1-800-4-MY-HOME®**   Anytime, day or night
(1-800-469-4663)      (U.S.A. and Canada)

www.sears.com        www.sears.ca

For repair of carry-in products like vacuums, lawn equipment,
and electronics, call for the location of your nearest
**Sears Parts and Repair Center.**

**1-800-488-1222**   Anytime, day or night (U.S.A. only)

www.sears.com

For the replacement parts, accessories and owner's manuals
that you need to do-it-yourself, call **Sears PartsDirect℠!**

**1-800-366-PART**   6 a.m. – 11 p.m. CST, 7 days a week
(1-800-366-7278)     (U.S.A. only)

www.sears.com/partsdirect

To purchase or inquire about a Sears Service Agreement
or Sears Maintenance Agreement:

**1-800-827-6655** (U.S.A.)            **1-800-361-6665** (Canada)
7 a.m. – 5 p.m. CST, Mon. – Sat.      9 a.m. – 8 p.m. EST, M – F, 4 p.m. Sat.

Para pedir servicio de reparación a        Au Canada pour service en français:
domicilio, y para ordenar piezas:          **1-800-LE-FOYER**ᴹᶜ
**1-888-SU-HOGAR**℠                        (1-800-533-6937)
(1-888-784-6427)                           www.sears.ca



SEARS HomeCentral®

®Registered Trademark/ ™Trademark/ ℠Service Mark of Sears, Roebuck and Co., under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears, Roebuck and Co. and Sears Canada.
®Marca registrada/ ™Marca Fábrica/ ℠Marca de Servicio de Sears, Roebuck and Co., con licencia de Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A. usada bajo licencia de Sears, Roebuck and Co., y Sears Canada.
ᴹᶜMarque déposée/ ᴹᴰMarque déposée de Sears, Roebuck and Co., en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears, Roebuck and Co. et Sears Canada.

461970205515
© Sears,
  Roebuck and Co.

9/02
Printed in U.S.A.
Impreso en los EE. UU.
Imprimé aux É.-U.