**EXHIBIT 8**





ENERGY STAR

# $H_E{}^{4t}$

## Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

## Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

## Laveuse automatique à chargement frontal
Manuel du propriétaire et Instructions d'installation

Models/Modelos/Modèles **110**.4508✽, 4598✽, 4599✽
✽ = color number, número de color, numéro de couleur

**ENGLISH  ESPAÑOL  FRANÇAIS**



Designed to use only HE High Efficiency detergent

Diseñado para utilizar solamente detergente de alta eficacia

Conçu pour l'utilisation d'un détergent haute efficacité seulement



461970228992
✓ 8182746A

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS..................................................2
   In the U.S.A...................................................................2
   In Canada .....................................................................3
WARRANTY..............................................................................3
WASHER SAFETY....................................................................4
INSTALLATION REQUIREMENTS ...........................................5
   Tools and Parts ............................................................5
   Options .........................................................................5
   Location Requirements ................................................6
   Drain System ................................................................7
   Electrical Requirements................................................8
INSTALLATION INSTRUCTIONS .............................................9
   Remove Transport System...........................................9
   Connect the Inlet Hoses...............................................9
   Route the Drain Hose ................................................10
   Secure the Drain Hose ..............................................10
   Level the Washer.......................................................10
   Complete Installation..................................................11
FEATURES AND BENEFITS ..................................................11
WASHER USE ........................................................................12
   Starting Your Washer ................................................12
   Using the Proper Detergent ......................................12
   Using the Dispenser .................................................13
   Pausing or Restarting ...............................................14
   Changing Cycles, Options and Modifiers .................14
   Status Lights..............................................................15
   Cycles ........................................................................15
   Normal Sounds..........................................................17
   Options ......................................................................17
   Modifiers ....................................................................18
   Laundry Guide ...........................................................19
LAUNDRY TIPS.......................................................................19
   Loading ......................................................................20
WASHER CARE .....................................................................20
   Cleaning Your Washer...............................................20
   Water Inlet Hoses ......................................................21
   Vacation, Storage, and Moving Care ........................21
TROUBLESHOOTING.............................................................22
SERVICE NUMBERS ...............................................BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

**Master Protection Agreements**

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new product. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information, call 1-800-827-6655.**

**Sears Installation Service**

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

## In Canada

### Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and more than a million parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® product is designed, manufactured and tested to provide years of dependable operation. But like all products, it may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement

- Is your way to buy tomorrow's service at today's price
- Eliminates repair bills resulting from normal wear and tear
- Provides phone support from a Sears technician on products requiring in-home repair
- Even if you don't need repairs, provides an annual Preventive Maintenance Check, at your request, to ensure that your product is in proper running condition.

Some limitations apply. For more information about Sears Canada Maintenance Agreements, call 1-800-361-6665.

## KENMORE ELITE® APPLIANCE AND OPTIONAL PEDESTAL WARRANTY

### ONE YEAR LIMITED WARRANTY

When installed, operated and maintained according to all instructions supplied with the product, if this appliance fails due to a defect in material or workmanship within one year from the date of purchase, call 1-800-4-MY-HOME® to arrange for free repair.

### LIMITED LIFETIME WARRANTY ON STAINLESS STEEL DRUM

For the lifetime of the washer from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the stainless steel wash drum due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

### TEN YEAR LIMITED WARRANTY ON PLASTIC TUB

For ten years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the plastic tub due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

### FIVE YEAR LIMITED WARRANTY ON DRIVE SYSTEM PARTS

For five years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the following drive system parts if defective in materials or workmanship: drive pulley and drive belt. After the first year, customer assumes any labor costs associated with replacement of these parts.

### TWO YEAR LIMITED WARRANTY ON SENSOR SMART™ ELECTRONIC BOARD

For two years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the electronic control board if defective in materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of these parts.

If this appliance is used for other than private family purposes, this warranty applies for only 90 days from the date of purchase.

### THIS WARRANTY COVERS ONLY DEFECTS IN MATERIAL AND WORKMANSHIP. SEARS WILL NOT PAY FOR:

1. Expendable items that can wear out from normal use, including but not limited to filters, belts, light bulbs, and bags.
2. A service technician to instruct the user in correct product installation, operation or maintenance.
3. A service technician to clean or maintain this product.
4. Damage to or failure of this product if it is not installed, operated or maintained according to all instructions supplied with the product.
5. Damage to or failure of this product resulting from accident, abuse, misuse or use for other than its intended purpose.
6. Damage to or failure of this product caused by the use of detergents, cleaners, chemicals or utensils other than those recommended in all instructions supplied with the product.
7. Damage to or failure of parts or systems resulting from unauthorized modifications made to this product.

### DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

Customer's sole and exclusive remedy under this limited warranty shall be product repair as provided herein. Implied warranties, including warranties of merchantability or fitness for a particular purpose, are limited to one year or the shortest period allowed by law. Sears shall not be liable for incidental or consequential damages. Some states and provinces do not allow the exclusion or limitation of incidental or consequential damages, or limitations on the duration of implied warranties of merchantability or fitness, so these exclusions or limitations may not apply to you.

This warranty applies only while this appliance is used in the United States and Canada.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

Sears, Roebuck and Co.
Dept. 817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8

### PRODUCT RECORD

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your appliance.

Model number __ __ __._____

Serial number _____

Purchase date _____

Save these instructions and your sales receipt for future reference.

### PEDESTAL PRODUCT RECORD

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your pedestal.

Model number __ __ __._____

Serial number _____

Purchase date _____

Save these instructions and your sales receipt for future reference.

ENGLISH

3

# WASHER USE



## Starting Your Washer



**⚠ WARNING**

**Fire Hazard**

Never place items in the washer that are dampened with gasoline or other flammable fluids.

No washer can completely remove oil.

Do not dry anything that has ever had any type of oil on it (including cooking oils).

Doing so can result in death, explosion, or fire.

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry additives on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing. Using regular detergent will likely result in washer errors, longer cycle times and, reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only "HE" High Efficiency detergent.*

**First Wash Cycle Without Laundry**

Before washing clothes for the first time, choose the Normal/Casual cycle and run it without clothes. Use ½ the manufacturer's recommended amount of powdered or liquid High Efficiency (HE) detergent for a medium-size load. This initial cycle serves to ensure the interior is clean before washing clothes.

1. **To load washer**
   Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items. Avoid washing a single item. Load evenly.
   - Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.
   - When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

12

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.
- Separate dark colors from light colors, colorfast items from noncolorfast items.
- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.
- When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

## Loading

### Loading suggestions (maximum size loads)

**Heavy Work Clothes**
| | |
|---|---|
| 4 jeans | 2 sweatpants |
| 4 workpants | 2 sweatshirts |
| 4 workshirts | |

**Towels**
| | |
|---|---|
| 10 bath towels | 14 washcloths |
| 10 hand towels | |

**Mixed Load**
| | |
|---|---|
| 3 sheets (1 king, 2 twin) | 9 T-shirts |
| 4 pillowcases | 9 shorts |
| 3 shirts | 10 handkerchiefs |
| 3 blouses | |

**Delicates**
| | |
|---|---|
| 3 camisoles | 2 bras |
| 4 slips | 2 nighties |
| 4 panties | |

**EXPRESS WASH cycle** (2-3 garments)
| | |
|---|---|
| | 2 dress shirts |
| | 1 pair dress pants |

# WASHER CARE

## Cleaning Your Washer

### Cleaning the door seal

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect all areas under the seal and to check for foreign objects.



A. Seal

3. If stained areas are found, wipe down these areas of the seals, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177.4 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

### IMPORTANT:

- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

### Washer Monthly Maintenance Procedure

Your washer has a special cycle stored within the machine's programming. Pressing a specific combination of buttons will enter this cleaning cycle. This cycle uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine.

### NOTES:

- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the PAUSE/CANCEL button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the washer.

### Begin procedure

1. Open the washer door and remove any clothing or items from the washer.
2. Be sure the door is closed.
3. Open the dispenser drawer and remove the detergent divider from the Main Wash detergent compartment and set aside. See "Using the Dispenser" for instructions. No laundry additives will be added at this time; you will be required to add only liquid chlorine bleach, at a later step.

20

4. To enter the cycle, a specific combination of buttons must be pressed.
   - Select the RINSE & SPIN button.
   - Select Low SPIN SPEED.
   - Select Warm/Cold WATER TEMPERATURE.
   - Select the 2ND RINSE Option.
   - Push END of CYCLE SIGNAL button 4 times within 5 seconds to start the cycle. The door will lock, and filling will begin.
     
     NOTE: The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue.
   - The machine will fill and run a short sensing cycle. This will take approximately 3 minutes.

5. The washer will provide 4 short tones. Check the Estimated Time Remaining display for the codes indicated below.
   
   a) If the washer displays the letters "Ab" (Add Bleach) in the Estimated Time Remaining display, you will hear 4 short tones. Proceed to Step 6.
   
   b) If the washer displays the letters "rL" (Remove Load) in the Estimated Time Remaining display, an error tone will sound. The door will unlock.
   - Open the door and remove the items from the washer.
   - Continue the cycle by pressing the START button.
     
     NOTE: The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue with another check for items in the washer.
   - The machine will fill and run a short cycle to determine whether any items have been left in the washer. This will take approximately 3 minutes.
   - The washer will repeat Step 5 until it can determine that there are no items in the washer and will display "Ab" (Add Bleach).

6. Add liquid chlorine bleach.
   
   a) If using the maintenance procedure for the first time, open the dispenser drawer and immediately add 1 cup (236.6 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.
   
   b) If doing a monthly maintenance procedure, open the dispenser drawer and immediately add ⅓ cup (78.8 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.
   
   NOTES:
   - Water will be flowing into the dispenser drawer when the bleach is added. This is normal.
   - Do not add any detergent to this cleaning cycle. Use of more than 1 cup (236.6 mL) of bleach will cause product damage over time.

7. Once the cleaning cycle has begun, allow the cycle to be completed. An estimated cycle time will appear on the display.

8. After the cleaning cycle is complete, leave the door open, slightly, to allow for better ventilation and drying of washer interior.

9. Replace the detergent compartment divider.

**Always do the following to maintain washer freshness**
- Use only HE High Efficiency detergent.
- Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
- Run this procedure on a monthly basis using ⅓ cup (78.8 mL) of liquid chlorine bleach.
- If the procedure does not sufficiently improve the machine freshness, evaluate your installation and usage conditions for other causes.

**Cleaning the exterior**
Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

**Cleaning the dispenser drawer**
The dispenser drawer is removable for easy cleaning.
1. Unlock the dispenser drawer by pressing the Release Lever in the Prewash compartment. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments and the separator).
3. Wash the parts under running water.
4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses
Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care
Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

**Non-use or vacation care:**
Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:
- Unplug washer or disconnect power.
- Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.
- Slightly open door to provide ventilation.

**To winterize washer:**
1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a Drain & Spin cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

ENGLISH

# Get it fixed, at your home or ours!

## Your Home

For repair – **in your home** – of **all** major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

**1-800-4-MY-HOME®**   (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

www.sears.com      www.sears.ca

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call or go on-line for the location of your nearest **Sears Parts & Repair Center.**

**1-800-488-1222**

Call anytime, day or night (U.S.A. only)

www.sears.com

To purchase a protection agreement (U.S.A.) or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)         **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:
**1-888-SU-HOGAR®**
(1-888-784-6427)

Au Canada pour service en français:
**1-800-LE-FOYER**MC
(1-800-533-6937)
www.sears.ca



®Registered Trademark/ ™Trademark/ SMService Mark of Sears Brands LLC, under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears Brands LLC and Sears Canada.
®Marca registrada/ ™Marca de comercio/ SMMarca de servicio de Sears Brands LLC, usada bajo licencia por Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A., usada bajo licencia por Sears Brands LLC y Sears Canada.
® Marque déposée/ ™Marque de commerce/ SM Marque de service de Sears Brands LLC,
en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur de licence par Sears Brands LLC et Sears Canada.

461970228992
© 2006 Sears Brands LLC

5/06
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne