**EXHIBIT 9**





ENERGY STAR

$HE^3$

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel du propriétaire et Instructions d'installation

Models/Modelos/Modèles **110**.4586✽, 4587✽

✽ = color number, número de color, numéro de couleur



Designed to use only HE High
Efficiency detergent

Diseñado para utilizar solamente
detergente de alta eficacia

Conçu pour l'utilisation d'un
détergent haute efficacité
seulement

ENGLISH ESPAÑOL FRANÇAIS



461970226761
8182667

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS................................2
  In the U.S.A.................................................2
  In Canada ..................................................2
WARRANTY....................................................3
PEDESTAL OPTION WARRANTY ....................3
WASHER SAFETY..........................................4
INSTALLATION REQUIREMENTS .....................5
  Tools and Parts ..........................................5
  Options .....................................................5
  Location Requirements ...............................6
  Drain System ............................................7
  Electrical Requirements..............................8
INSTALLATION INSTRUCTIONS .....................9
  Remove Transport System...........................9
  Connect the Inlet Hoses...............................9
  Route the Drain Hose ................................ 10
  Secure the Drain Hose .............................. 10
  Level the Washer ...................................... 10
  Complete Installation................................. 11
FEATURES AND BENEFITS ......................... 11
WASHER USE ............................................. 12
  Starting Your Washer ................................ 12
  Using the Proper Detergent ........................ 12
  Using the Dispenser .................................. 13
  Pausing or Restarting ................................ 14
  Changing Cycles, Options and Modifiers ....... 14
  Status Lights............................................. 14
  Cycles ..................................................... 15
  Normal Sounds.......................................... 16
  Options .................................................... 16
  Modifiers .................................................. 17
  Laundry Guide .......................................... 17
LAUNDRY TIPS............................................ 18
  Loading..................................................... 18
WASHER CARE ........................................... 19
  Cleaning Your Washer................................ 19
  Water Inlet Hoses ..................................... 20
  Vacation, Storage and Moving Care ............. 20
TROUBLESHOOTING.................................... 21
SERVICE NUMBERS ........................ BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

### Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new product. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information, call 1-800-827-6655.**

### Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

## In Canada

### Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and more than a million parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® product is designed, manufactured and tested to provide years of dependable operation. But like all products, it may require service from time to time.

The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

**The Sears Maintenance Agreement**
- Is your way to buy tomorrow's service at today's price
- Eliminates repair bills resulting from normal wear and tear
- Provides phone support from a Sears technician on products requiring in-home repair
- Even if you don't need repairs, provides an annual Preventive Maintenance Check, at your request, to ensure that your product is in proper running condition.

**Some limitations apply. For more information about Sears Canada Maintenance Agreements, call 1-800-361-6665.**

# KENMORE ELITE® WASHER WARRANTY

## Limited Lifetime Warranty on Stainless Steel Drum
For the lifetime of the washer from the date of purchase, Sears will replace the Stainless Steel wash drum due to defective material or workmanship. After the first year, you will be charged for labor.

## Limited 10-Year Warranty on Plastic Tub*
For the second through tenth year from the date of purchase, Sears will replace the plastic tub if it is defective in material or workmanship. After the first year, you will be charged for labor.

## Limited 5-Year Warranty on Drive System Parts*
For the second through the fifth year from the date of purchase, Sears will replace the following drive system parts if defective in material or workmanship: drive pulley and drive belt. You will be charged for labor after the first year.

## Limited 2-Year Warranty on SENSOR SMART™ Control Board
For two years from the date of purchase, Sears will replace the SENSOR SMART™ control board if it is defective in material or workmanship. You will be charged for labor after the first year.

## Full 1-Year Warranty on Mechanical and Electrical Parts
For one year from the date of purchase, when this washer is installed and operated according to the instructions that come with it, Sears will repair or replace any of its mechanical or electrical parts if they are defective in material or workmanship.

Service must be provided by a Sears Service Department in the United States or Canada or an authorized agent.

## Warranty Restriction
If this washer is operated for any purpose other than private family use, all warranty coverage is restricted to 90 days from the date of purchase.

## Warranty Service
Warranty service is available by contacting the nearest Sears Service Center in the United States or Canada.

This warranty applies only while the product is in use in the United States or Canada.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state or province to province.

---

For Sears warranty information or to contact a Sears Service Center, please reference the service numbers located on the back page of this manual.

**Sears, Roebuck and Co.
D/817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8**
*In Canada a different warranty may apply.

## Product Record
In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your appliance.

Model number 110._____

Serial number_____

Purchase date _____

Inlet Hose replacement date _____

Inlet Hose replacement date _____

Inlet Hose replacement date _____

**Replace inlet hoses after 5 years of use to reduce the risk of hose failure.**

**Save these instructions and your sales receipt for future reference.**

# PEDESTAL OPTION WARRANTY

## Full One-Year Warranty on Mechanical Parts
For one year from the date of purchase, supplier will repair or replace any of its mechanical parts if defective in material or workmanship. This Pedestal must be installed with this washer according to the instructions provided in the Pedestal Installation Instructions.

## Warranty Restriction
If the pedestal is subject to other than private family use and or if the pedestal is used with any other product than those listed in the installation instructions, the above warranty coverage is null and void.

## Product Record
In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your pedestal.

Model number 110._____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

ENGLISH

# WASHER USE



## Starting Your Washer



### ⚠ WARNING

**Fire Hazard**

Never place items in the washer that are dampened with gasoline or other flammable fluids.

No washer can completely remove oil.

Do not dry anything that has ever had any type of oil on it (including cooking oils).

Doing so can result in death, explosion, or fire.

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to other sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only "HE" High Efficiency detergent.*

## First Wash Cycle Without Laundry

Before washing clothes for the first time, choose the Normal/Casual cycle and run it without clothes. Use ½ the manufacturer's recommended amount of powdered or liquid High Efficiency (HE) detergent for a medium size load. This initial cycle serves to ensure the interior is clean before washing clothes.

1.  **To load the washer**
    Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

    ■ The washer can be fully loaded, but not tightly packed. Washer door should close easily.

    ■ Mix large and small items. Avoid washing a single item. Load evenly.

    ■ Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.

    ■ When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

2.  Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

    **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if PAUSE/CANCEL is selected while the ADD A GARMENT light is glowing or if the cycle has been canceled. See "To cancel a cycle" in the "Changing Cycles, Options and Modifiers" section.

3.  Open the dispenser drawer and add laundry products to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

4.  Turn on the washer by selecting one of the WASH CYCLES. The indicator light for the selected cycle will glow. When selecting a Wash Cycle, the preset options, Water Temp, Spin Speed, and Soil Level for the selected cycle will glow. The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See "Cycles."

5.  Select the desired OPTIONS. Not all Options are available with all cycles. See "Options."

6.  Select the desired MODIFIERS. Not all Modifiers are available with all Cycles and Options. See "Modifiers."

# Get it fixed, at your home or ours!

## Your Home

For repair—**in your home**—of **all** major brand appliances,
lawn and garden equipment, or heating and cooling systems,
**no matter who made it, no matter who sold it!**

For the replacement parts, accessories and
owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances
and items like garage door openers and water heaters.

### 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

www.sears.com        www.sears.ca

## Our Home

For repair of carry-in items like vacuums, lawn equipment,
and electronics, call or go on-line for the location of your nearest
**Sears Parts & Repair Center.**

### 1-800-488-1222

Call anytime, day or night (U.S.A. only)

www.sears.com

To purchase a protection agreement (U.S.A.)
or maintenance agreement (Canada) on a product serviced by Sears:

### 1-800-827-6655 (U.S.A.)          1-800-361-6665 (Canada)

Para pedir servicio de reparación
a domicilio, y para ordenar piezas:
### 1-888-SU-HOGAR®
(1-888-784-6427)

Au Canada pour service en français:
### 1-800-LE-FOYER^MC
(1-800-533-6937)
www.sears.ca



®Registered Trademark/ ^TM Trademark/ ^SM Service Mark of Sears Brands, LLC, under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears Brands, LLC and Sears Canada.
®Marca registrada/ ^TM Marca de comercio/ ^SM Marca de Servicio de Sears Brands, LLC, usada bajo licencia de Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A., usada bajo licencia de Sears Brands, LLC, y Sears Canada.
® Marque déposée/ TM Marque de commerce/SM Marque de service de Sears Brands, LLC,
en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears Brands, LLC et Sears Canada.

461970226761
© 2005 Sears Brands,
LLC

7/05
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne