**EXHIBIT 11**

**Best digital cameras** p. 6

**Small SUVs**

**Costco vs. Sam's**

**10 wines under $10**

# Consumer Reports

**YOUR GREATEST LAWN EVER**
Top mowers, tractors & tips

MAY 2007    EXPERT • INDEPENDENT • NONPROFIT®    www.ConsumerReports.org

# MOST (& least) RELIABLE BRANDS

**950,000 readers reveal the products that last**




#BXBHBLF XXXXXXXXXXXXCAR-RT LOTXXC-034
#CNS0075346544/9# 655 OCT08 2107/P009   #
LEA KEMEZIS                              0110
SUITE 3600
1801 CALIFORNIA ST                       3779
DENVER CO  80202-2817

# Contents May

2007
**Consumer Reports**
Volume 72   No. 5




**COVER REPORT**

**12 MOST (& LEAST) RELIABLE BRANDS**

Almost 1 million CR readers tell you which kitchen appliances, TV sets, and other products have proved most reliable. Plus an at-a-glance guide to when it's time to replace or repair something.

**SPECIAL SECTION**

**YOUR GREATEST LAWN**

**20 TOP 10 LAWN PROBLEMS**

We asked CR experts and turf scientists across the country to identify the most common weeds, pests, and diseases, and the best ways to get rid of them.

**22 GROWING GREAT GRASS**

Get tips from readers and experts on what works and what doesn't, as well as how to deal with a lawn service.

**24 MOWERS & TRACTORS**

CR's tests of 44 lawn mowers and 29 tractors will help you cut your mowing job down to size.
MOWER RATINGS PAGES 26-27
TRACTOR RATINGS PAGE 29

**FEATURE REPORTS**

**16 COSTCO VS. SAM'S CLUB**

With the clubs stocking smaller sizes and a wider range of services and luxury products, you have new reasons to join or switch.

**30 CAR SEATS: WHAT WENT WRONG**

A series of misjudgments and a key misunderstanding between CR and an outside laboratory led to publication of erroneous crash-test data in our recent report on infant car seats.

**34 REFRIGERATORS**

From defrosting drawers to compartments that super-chill, fridges are offering features that go way beyond the basic box.
RATINGS PAGE 36



**38 WATER FILTERS**

A flood of new water filters is making it easier to remove impurities from your tap water—and it doesn't have to cost a lot. RATINGS PAGE 40

**AUTO REPORT**

**44 SMALL SUVs**

Road tests of the Dodge Nitro, Hyundai Santa Fe, Mitsubishi Outlander, Subaru Forester Sports 2.5 XT, and Suzuki XL7. Plus a minivan update: Chevrolet Uplander, Nissan Quest, and Toyota Sienna.



### this issue by the numbers

| | |
|---|---|
| **BRANDS** Readers whose experiences with products were evaluated for the report | 950,000 |
| **LAWNS** Square feet of grass cut for mower test | 396,400 |
| **WAREHOUSE CLUBS** Products we checked in comparison shopping | 15 |
| **REFRIGERATORS** Models reported on by CR readers | 95,000 |

**MORE CONTENTS >**

HOW TO CONTACT CONSUMER REPORTS PAGE 56

# Most & least reliable brands

## 950,000 READERS TELL WHICH PRODUCTS REALLY LAST

Viking gas ranges are promoted as the way to go if you want to cook like a pro, and this chichi brand carries price tags to match. But our exclusive survey data reveal something Viking is unlikely to advertise: Its gas ranges have been among the most repair-prone, according to our readers.

That's not the only surprise you'll find in the following pages. Thanks to our Annual Product Reliability Survey, in which readers like you have participated for some 35 years, we know which products in a host of categories have developed serious problems or needed repairs. In 2006 alone more than 950,000 readers told us about their experiences with 30 kinds of products. Because many readers own more than one item in a category, that translates to more than 1.3 million vehicles, 1.2 million electronic gadgets, and 2.5 million appliances and lawn machines. That's about 5.1 million products in all.

Equipped with this reliability information from the Consumer Reports National Research Center, you may be able to avoid products that are likely to develop problems or to go before their time. We've included from our surveys some brands that have been reliable as well as those that have been more repair-prone. Other findings:

• Certain brands, such as Sony for electronics and Whirlpool for appliances, have tended to be reliable across product categories. Some brands are more of a mixed bag, and others tend to be consistently problematic.

• Pricey brands have often been repair-prone. Among them: cooking appliances from Dacor, Jenn-Air, Thermador, and Viking; dishwashers from Fisher & Paykel; and refrigerators from Sub-Zero.

• Some entire product categories tend to need more repairs than others. For example, when we looked at repair rates for three- and four-year-old products, laptop and desktop computers, side-by-side refrigerators with icemakers and dispensers, riding mowers, and lawn tractors tended to need more fixes. By contrast, picture-tube TVs, digital cameras, and electric cooktops and ranges gave consumers relatively few headaches during that time frame.

Of course a product's performance might change when its design or manufacturing process is altered, and models within a brand may vary in reliability. However, we have found that choosing a brand with a consistently good history improves your chances of getting a reliable model.

Our repair histories show the percentage of each brand's products that have been repaired or had a serious, unrepaired problem during the past year or last few years. We've presented repair charts for those products where the brand differences are most notable. In other cases, we've simply described our findings in the text.

### Cars



➤ **MOST RELIABLE:** Honda, Subaru, Toyota
➤ **LEAST RELIABLE:** Jaguar, Land Rover, Mercedes-Benz

Based on new-car predicted reliability scores for 2007 models. In our 2006 Annual Car Reliability Survey, subscribers were asked about serious problems that occurred in the past 12 months, covering 1997 to 2006 models, on 16 trouble spots.

Toyota's 2007 Prius, a CR Recommended model.

### When to replace broken products

This timeline takes into account the product's age, typical repair and replacement costs, and improvements in new models. Generally, if a product costs less than $150 to replace, or if repairs would cost more than half the price of a new model, it's smarter to replace it.

| Digital cameras | Camcorders |
| --- | --- |
| 32-inch picture-tube TVs | 36-inch picture-tube T |
| | Computers |
| | Gas push mowers |
| **4** years | **5** years |

## Computers

**Laptops** have had the highest repair rates over time of the products we track. No brand in our surveys, covering 2002 through mid-2006, stood out as especially reliable or especially repair-prone.

**Desktops** are less likely to require repairs and are easier and less costly to repair when they do. During the 2002 to mid-2006 time frame, only Apple desktops stood out as notably reliable, and no brand we evaluated was especially repair-prone.



Apple's IMac 17-inch desktop topped our most recent performance Ratings.

## Cleaning and laundry

### Canister vacuums
- **RELIABLE:** Rainbow
- **MOST REPAIR-PRONE:** Eureka, Hoover, Kenmore, and Miele

### Upright vacuums
- **RELIABLE:** Eureka and Kirby
- **AMONG THE MORE REPAIR-PRONE:** Fantom and Simplicity

Note that canister vacuums tend to be less reliable than uprights.

### Washers
- **RELIABLE:** Frigidaire, GE, Kenmore, and Whirlpool for front-loaders; Frigidaire, GE, Kenmore, Roper, and Whirlpool for top-loaders
- **AMONG THE MORE REPAIR-PRONE:** Amana, Fisher & Paykel, and KitchenAid for top-loaders
- **MOST REPAIR-PRONE:** Maytag for front-loaders

### Electric dryers
- **RELIABLE:** No brand stood out as especially reliable.
- **AMONG THE MORE REPAIR-PRONE:** Amana and KitchenAid

For gas dryers, differences among brands were not meaningful.

### SELECTED PRODUCT DETAILS

**Washing machines — % ever repaired**

| FRONT-LOADERS | |
|---|---|
| Whirlpool | 9 |
| GE | 10 |
| Kenmore (Sears) | 10 |
| Frigidaire | 12 |
| Maytag | 19 |
| **CONVENTIONAL TOP-LOADERS** | |
| Roper | 7 |
| GE | 9 |
| Frigidaire | 10 |
| Kenmore (Sears) | 10 |
| Whirlpool | 10 |
| Maytag | 12 |
| Fisher & Paykel | 15 |
| Amana | 15 |
| KitchenAid | 18 |

**Clothes dryers — % ever repaired**

| ELECTRIC | |
|---|---|
| Roper | 5 |
| Whirlpool | 6 |
| GE | 6 |
| Maytag | 6 |
| Frigidaire | 6 |
| Kenmore (Sears) | 7 |
| Fisher & Paykel | 7 |
| KitchenAid | 10 |
| Amana | 10 |
| **GAS** | |
| Whirlpool | 6 |
| Maytag | 7 |
| GE | 8 |
| Frigidaire | 8 |
| Kenmore (Sears) | 8 |
| Amana | 9 |

Years covered: 2002 to 2006. Differences of less than 4 points not meaningful.

### SELECTED PRODUCT DETAILS
**Vacuum cleaners — % ever repaired**

| CANISTERS | |
|---|---|
| Rainbow | 7 |
| Hoover | 12 |
| Miele | 12 |
| Kenmore (Sears) | 13 |
| Eureka | 16 |
| **UPRIGHTS** | |
| Kirby | 4 |
| Eureka | 6 |
| Bissell | 8 |
| Dirt Devil | 8 |
| Kenmore (Sears) | 9 |
| Oreck | 11 |
| Panasonic | 11 |
| Hoover | 12 |
| Riccar | 13 |
| Simplicity | 14 |
| Fantom | 16 |

Years covered: 2002 to 2006. Differences of less than 4 points not meaningful.

Eureka's Boss Smart Vac Ultra 4870, a CR Best Buy.

---

**6 years**
Dishwashers
Over-the-range microwaves
Top-freezer refrigerators
Upright vacuums

**7 years**
Clothes dryers
Gas self-propelled mowers
Top-loader washers

**8 years**
Bottom-freezer and side-by-side refrigerators
Canister vacuums
Electric or gas ranges
Electric wall ovens
Front-loader washers



John Deere LA110 lawn tractor is a CR Best Buy.

## Lawn equipment

### Push and self-propelled mowers
- **RELIABLE:** Craftsman, Honda, and Toro for push and self-propelled; Yard Machines/Yard-Man for push; and Troy-Bilt for self-propelled
- **AMONG THE MORE REPAIR-PRONE:** John Deere for self-propelled
- **MOST REPAIR-PRONE:** Lawn-Boy for push mowers

Years covered: 2002 to mid-2006. Self-propelled mowers have been more repair-prone than push mowers. See page 27 for more details.

### Lawn tractors
- **RELIABLE:** Craftsman, John Deere, Husqvarna, Simplicity
- **AMONG THE MORE REPAIR-PRONE:** Troy-Bilt and Yard Machines/Yard-Man by MTD

Years covered: 2002 to mid-2006. See page 29 for more details.

## Electronics

### Camcorders
- **RELIABLE:** Panasonic and Sony (see table at right for formats)
- **MOST REPAIR-PRONE:** Canon, JVC, and Samsung MiniDV models

### Digital cameras
- **RELIABLE:** None stood out. (In general, digital cameras have been among the most reliable products in our surveys, regardless of brand.)
- **AMONG THE MORE REPAIR-PRONE:** Vivitar for point-and-shoots
- **MOST REPAIR-PRONE:** Olympus for SLRs

Years covered: 2003 to 2006.

### Picture-tube TVs
Picture-tube TVs have generally been reliable. Our repair data for two of the larger sizes appear in a table at right.



### Big-screen TVs
It's too early to know which brands are likely to be more reliable for these newer types of TV sets. But based on data for sets bought new in 2005 and 2006, here is what we're seeing:

#### * LCD TVs
**PROMISING RELIABILITY:** JVC, Magnavox, Panasonic, Philips, Samsung, Sanyo, Sharp, Sony, and Toshiba
**MORE REPAIRS THAN AVERAGE:** Dell

#### * Plasma sets
**PROMISING RELIABILITY:** Fujitsu, Hitachi, Panasonic, Pioneer, Sony, and Toshiba
**MORE REPAIRS THAN AVERAGE:** Philips and Vizio

#### * Microdisplay projection
**PROMISING RELIABILITY:** Panasonic (LCD), Sony (LCD and LCoS)
**MORE REPAIRS THAN AVERAGE:** RCA (DLP), JVC (LCoS/D-ILA)

The Sharp Aquos LC-46D62U, left, was a top performer in our tests of LCD TVs. The Sony DCR-TRV280 camcorder is a CR Best Buy.

### SELECTED PRODUCT DETAILS

**Camcorders**

| | % ever repaired |
|---|---|
| Sony (DVD-RW/-R) | 3 |
| Panasonic (MiniDV) | 4 |
| Sony (D8) | 4 |
| Sony (MiniDV) | 4 |
| JVC (MiniDV) | 9 |
| Samsung (MiniDV) | 10 |
| Canon (MiniDV) | 10 |

Years covered: 2003 to 2006. Differences of less than 5 points not meaningful.

**TVs (30 to 36 inches)**

| | % ever repaired |
|---|---|
| **30- TO 32-INCH** | |
| JVC | 3 |
| Sharp | 3 |
| Sanyo | 3 |
| Toshiba | 3 |
| Sony | 4 |
| Philips | 6 |
| Samsung | 7 |
| RCA | 8 |
| **34- TO 36-INCH** | |
| Toshiba | 4 |
| Sony | 5 |

Years covered: 2001 to 2006. Differences of less than 3 points not meaningful.





## Kitchen appliances



### Dishwashers
- **RELIABLE:** Amana and Whirlpool
- **MOST REPAIR-PRONE:** Asko and Fisher & Paykel

Years covered: 2001 to mid-2005.

### Refrigerators
- **RELIABLE:** GE, Kenmore, and Whirlpool for both top-freezer and side-by-side models; Amana and Kenmore for bottom-freezers
- **AMONG THE MORE REPAIR-PRONE:** Sub-Zero for side-by-sides
- **MOST REPAIR-PRONE:** Maytag for top-freezer models; Sub-Zero built-ins for bottom-freezers

Years covered: 2002 to mid-2006. See page 35 for more details.



The Hotpoint RGB745WEH[WW] gas range, a CR Best Buy.



Amana's AMV5206BA over the range microwave performed very well in our tests.

### Over-the-range microwaves
- **RELIABLE:** Amana, Frigidaire, GE, and Maytag
- **MOST REPAIR-PRONE:** Sharp

Years covered: 2002 to mid-2006. Because countertop microwave ovens are relatively inexpensive, owners usually replace them when they break. We no longer compile reliability data for them.

### Electric ranges
- **RELIABLE:** GE, Hotpoint, and Whirlpool
- **MOST REPAIR-PRONE:** Amana, Jenn-Air, KitchenAid, and Maytag

Years covered: 2000 to mid-2006.

### Gas ranges
- **RELIABLE:** GE and Hotpoint
- **MOST REPAIR-PRONE:** Amana, KitchenAid, and Viking

### Electric cooktops
- **RELIABLE:** Frigidaire, GE, Kenmore, and Whirlpool
- **MOST REPAIR-PRONE:** Jenn-Air and KitchenAid

### Gas cooktops
- **RELIABLE:** GE, Kenmore, KitchenAid, and Whirlpool
- **MOST REPAIR-PRONE:** Dacor, Thermador, and Viking

### Electric wall ovens
- **RELIABLE:** Frigidaire, GE, GE Monogram, Kenmore, Maytag, and Whirlpool
- **MOST REPAIR-PRONE:** Dacor, Jenn-Air, and Thermador

### SELECTED PRODUCT DETAILS

**Gas ranges**

| | % ever repaired |
|---|---|
| Hotpoint | 7 |
| GE | 9 |
| Frigidaire | 10 |
| Kenmore (Sears) | 12 |
| Whirlpool | 13 |
| Maytag | 15 |
| Amana | 19 |
| KitchenAid | 20 |
| Viking | 33 |

Years covered: 2000 to 2006. Differences of less than 3 points not meaningful.

**Electric wall ovens**

| | % ever repaired |
|---|---|
| Kenmore (Sears) | 6 |
| Maytag | 6 |
| Frigidaire | 7 |
| GE | 7 |
| Whirlpool | 8 |
| GE Monogram | 8 |
| KitchenAid | 11 |
| Dacor | 18 |
| Jenn-Air | 20 |
| Thermador | 26 |

Years covered: 2001 to 2006. Differences of less than 4 points not meaningful.

**Cooktops**

| | % ever repaired |
|---|---|
| **ELECTRIC COOKTOPS** | |
| GE | 4 |
| Kenmore (Sears) | 4 |
| Frigidaire | 4 |
| Whirlpool | 5 |
| KitchenAid | 10 |
| Jenn-Air | 12 |
| **GAS COOKTOPS** | |
| Whirlpool | 6 |
| KitchenAid | 6 |
| Kenmore (Sears) | 7 |
| GE | 7 |
| Jenn-Air | 10 |
| Thermador | 15 |
| Dacor | 15 |
| Viking | 17 |

Years covered: 2002 to 2006. Differences of less than 4 points not meaningful.