UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, CHRISTINA RAMER, JEFFREY A. AND SANDRA K. ROBINSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. 08 C 1832 |

**DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT OF PLAINTIFFS' CLAIMS**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendant Sears, Roebuck and Co. ("Sears") moves for an order dismissing Plaintiffs John Bettua, Giuseppina Donia, Derral Howard, Denise Miller, Charles Napoli, Vic Pfefer, Christina Ramer, and Jeffrey and Sandra Robinson's ("Plaintiffs") Consolidated Class Action Complaint ("Complaint"), for the following reasons:

1.    Count I, which alleges a breach of written warranty under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.* ("MMWA"), fails because Plaintiffs have not alleged that they provided Sears with the required pre-suit notice of the alleged breach of warranty, and because Plaintiffs have not identified any written warranty provision that Sears allegedly breached.

2.    Count II, which alleges a breach of implied warranty under the MMWA, fails because Plaintiffs have not alleged that they provided Sears with the required pre-suit notice of the alleged breach of warranty.

3.    Count III, which alleges a violation of the Arizona Consumer Fraud Act, fails because Plaintiffs have not alleged with particularity that Sears made a false or misleading statement or that Sears failed to disclose a material fact.

4. Count IV, which alleges a violation of the Colorado Consumer Protection Act, fails because Plaintiffs have not alleged with particularity that Sears made a false or misleading statement or that Sears failed to disclose a material fact.

5. Count V, which alleges a violation of Florida's Deceptive and Unfair Practices Act, fails because Plaintiffs have not alleged with particularity that Sears made a false or misleading statement or that Sears failed to disclose a material fact.

6. Count VI, which alleges a violation of the Ohio Consumer Sales Practices Act ("OCSPA"), fails because Plaintiffs have not alleged with particularity that Sears made a false or misleading statement or that Sears failed to disclose a material fact, and because Plaintiffs have not alleged any unfair or deceptive acts or omissions by Sears.  Further, Plaintiffs cannot maintain their purported OCSPA claim on behalf of any putative class because they fail to plead any facts showing that Sears' conduct previously has been determined to be deceptive or unconscionable within the meaning of the statute.

7. Count VII, which alleges a violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, fails because Plaintiffs have not alleged with particularity that Sears made a false or misleading statement or that Sears failed to disclose a material fact.

8. Count VIII, which alleges a violation of the Wisconsin Deceptive Trade Practices Act, fails because Plaintiffs have not alleged with particularity that Sears made a false or misleading statement or that Sears failed to disclose a material fact.

9. Count IX, which alleges a violation of the Oklahoma Consumer Protection Act, fails because Plaintiffs have not alleged with particularity that Sears made a false or misleading statement or that Sears failed to disclose a material fact.

10. Counts X through XVI, which allege breach of written warranty under the laws Arizona, Colorado, Florida, Ohio, Oklahoma, Pennsylvania, and Wisconsin, fail because Plaintiffs have not alleged that they provided Sears with the required pre-suit notice of the alleged breach of warranty, and because Plaintiffs have not identified any written warranty provision that Sears allegedly breached.

11. Counts XVII through XXIII, which allege breach of implied warranty under the laws Arizona, Colorado, Florida, Ohio, Oklahoma, Pennsylvania, and Wisconsin, fail because Plaintiffs have not alleged that they provided Sears with the required pre-suit notice of the alleged breach of warranty.

12. Counts XXIV through XXX, which allege claims for unjust enrichment under the laws of Arizona, Colorado, Florida, Ohio, Oklahoma, Pennsylvania, and Wisconsin, fail because the Complaint contains no well-pled facts that, if true, would show that Sears' conduct was wrongful, and because Plaintiffs' claims are governed by an express warranty.

13. In support of this motion, Sears has concurrently filed a memorandum of law.

For these reasons and those stated in the concurrently filed memorandum of law, Sears requests that the Court dismiss Counts I–XXX of Plaintiffs' Complaint.

**Sears requests a hearing on this motion to dismiss.**

Dated: August 11, 2008                          Respectfully submitted,


s/ Michael T. Williams
Michael T. Williams
Galen D. Bellamy
Kara J. Rosenthal
Evan B. Stephenson
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202-2617
Telephone: (303) 244-1800
Facsimile:  (303) 244-1879

and

Bradley B. Falkof
Brad E. Rago
Barnes & Thornburg LLP
1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-8304
Facsimile:  (312) 759-5646

Attorneys for Sears, Roebuck and Co.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEOFPLAINTIFFS' CLAIMS was served on the following via the Court's CM/ECF system on this 11th day of August 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421

James E. Miller
Patrick A. Klingman
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
Shepherd Finkelman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

Ronald S. Kravitz
Matthew Borden
Liner Yankelvitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com


                                                                                                                                                 _____s/ Michael T. Williams_____