# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BETTUA, GIUSEPPINA P. DONIA, | ) | |
| DERRAL HOWARD, DENISE MILLER, | ) | |
| CHARLES NAPOLI, VIC PFEFER, | ) | Case No. 08 C 1832 |
| CHRISTINA RAMER, JEFFREY A. AND | ) | |
| SANDRA K. ROBINSON, Individually And | ) | |
| On Behalf Of All Others Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| SEARS, ROEBUCK AND CO., | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT OF PLAINTIFFS' CLAIMS

Table of Contents

Page

Table of Authorities ........................................................................................ iii

INTRODUCTION ........................................................................................... 1

STATEMENT OF FACTS .............................................................................. 2

    A.    Plaintiffs' Alleged Experiences with Their HE Washers ......................... 2

    B.    Sears' Alleged Misrepresentations and Material Omissions ..................... 5

    C.    Plaintiffs' HE Washers' Warranty Provisions ............................................ 8

ARGUMENT .................................................................................................. 10

I.    PLAINTIFFS FAIL TO PLEAD COGNIZABLE CLAIMS UNDER ANY OF
    THE APPLICABLE CONSUMER PROTECTION STATUTES ....................... 10

    A.    Plaintiff Napoli Fails to State a Claim Under the Arizona Consumer
            Fraud and Deceptive Business Practices Act ............................................. 10

            1.    Plaintiff Napoli fails to plead with the requisite particularity
                    any false or misleading statement by Sears ..................................... 10

            2.    Plaintiff Napoli's allegation that Sears did not disclose the
                    alleged "drainage defect" in his HE washer is not sufficiently
                    particular to plead an actionable omission of a material fact ......... 11

    B.    Plaintiffs Fail to Plead with Particularity Their Claims Under the
            Consumer Fraud Statutes of Colorado, Florida, Pennsylvania, Ohio,
            and Wisconsin ............................................................................................ 12

    C.    Plaintiff Howard Fails to State a Claim Under the Oklahoma
            Consumer Protection Act ........................................................................... 13

    D.    Plaintiff Donia Fails to State a Claim for Violation of Ohio's
            Consumer Sales Practices Act ................................................................... 14

            1.    Plaintiff Donia fails to plead any conduct by Sears that would
                    constitute an unfair or deceptive act under the OCSPA ................. 14

2.     Plaintiff Donia cannot maintain her OCSPA claim on behalf of any putative class because she fails to plead facts showing that Sears' conduct previously had been determined to be deceptive or unconscionable ............................................................ 15

E.     Plaintiffs' Misrepresentation and Omission Theories Ignore the Fact That Sears <u>Did</u> Disclose the Potential for Mold, Mildew, and Associated Odors to Accumulate in HE Washers That Are Not Properly Maintained.................................................................... 16

II.     PLAINTIFFS FAIL TO STATE ACTIONABLE CLAIMS FOR BREACH OF WRITTEN OR IMPLIED WARRANTY........................................................ 17

A     Under Illinois' Choice-of-Law Rules, the Laws of Plaintiffs' Respective Home States Apply to Their Warranty Claims ...................... 17

B.     Plaintiffs' Warranty Claims Fail Because Plaintiffs Have Not Alleged That They Gave Sears Appropriate Notice of a Breach of Warranty ........ 20

1.     Plaintiffs' generic allegations regarding the "notice" allegedly provided by Plaintiffs Pfefer, Bettua, Donia, Howard, Miller, and the Robinsons are inadequate to plead a breach of warranty under Colorado, Florida, Ohio, Oklahoma, Pennsylvania, and Wisconsin law.............................................................................. 22

2.     Plaintiffs Napoli and Ramer do not allege that they provided Sears with timely notice of an alleged breach of warranty, as required by the laws of Arizona and Pennsylvania........................ 24

C     Plaintiffs' Written Warranty Claims Fail Because They Have Not Alleged a Violation of Any Specific Warranty Provision ......................... 25

D.     The Written Warranty Claims of Plaintiffs Bettua, Miller, Napoli, and the Robinsons Fail Because They Have Not Alleged That They Have Operated Their HE Washers in Accordance with the Owner's Manual's Instructions.................................................................................. 27

III.     PLAINTIFFS FAIL TO STATE CLAIMS FOR UNJUST ENRICHMENT........ 27

IV.     ALTERNATIVELY, PLAINTIFFS SHOULD BE REQUIRED TO PROVIDE A MORE DEFINITE STATEMENT OF THEIR CLAIMS ............... 29

CONCLUSION............................................................................................................ 30

Table of Authorities

<u>Cases</u>                                                                                    <u>Page</u>

*Alliance Acceptance Co. v. Yale Ins. Agency, Inc.*,
648 N.E.2d 971 (Ill. App. Ct., 1st Dist., 1995) ................................................................    28

*Am. Fertilizer Specialists, Inc. v. Wood*,
635 P.2d 592 (Okla. 1981) ............................................................................................    23n

*Anabaldi v. Sunbeam*,
651 F. Supp. 1343 (N.D. Ill. 1987) .................................................................................    19n

*Barbara's Sales, Inc. v. Intel Corp.*,
857 N.E.2d 717 (Ill. App. Ct. 2006) ...............................................................................    19

*Barlow v. DeVilbiss Co.*,
214 F. Supp. 540 (E.D. Wis. 1963)..................................................................................    21,23

*Bedard v. Martin*,
100 P.3d 584 (Colo. Ct. App. 2004) ...............................................................................    28

*Bell Atl. Corp., v. Twombly*,
127 S. Ct. 1955 (2007)....................................................................................................    26

*Beneficial Commercial Corp. v. Brueck*,
23 Pa. D. & C.3d 34 (Pa. Com. Pl. 1982) .......................................................................    23n

*Beshears v. Provident Life & Accident Ins. Co.*,
No. CV-07-00292, 2007 WL 1438738 (D. Ariz. May 15, 2007) ....................................    10,11

*Bower v. I.B.M.*,
495 F. Supp. 2d 837 (S.D. Ohio 2007) ...........................................................................    15

*Cannon v. Metro Ford, Inc.*,
242 F. Supp. 2d 1322 (S.D. Fla. 2002) ...........................................................................    13

*Cavitat Med. Techs., Inc. v. Aetna, Inc.*,
No. 04-CV-01849, 2006 WL 218018 (D. Colo. Jan. 27, 2006)........................................    13

*Chanay v. Chittenden*,
563 P.2d 287 (Ariz. 1977)...............................................................................................    28n

*Cont'l Cas. Co. v. Wis. Patients Comp. Fund*,
473 N.W.2d 584 (Wis. Ct. App. 1991) ...........................................................................    29n

*Dunham-Bush, Inc. v. Thermo-Air Serv., Inc.*,
351 So. 2d 351 (Fla. Ct. App. 1977)................................................................ 22

*Echo, Inc. v. Whitson Co.*,
52 F.3d 702 (7th Cir. 1995) ............................................................................ 17

*Ferron v. Zoomego, Inc.*,
No. 2:06-CV-751, 2007 WL 1974946 (S.D. Ohio July 3, 2007)...................... 13,15

*Gilmour v. Bohmueller*,
No. Civ. A. 04-2535, 2005 WL 241181 (E.D. Pa. Jan. 27, 2005) .................... 13

*Grismore v. Capitol One F.S.B.*,
No. CV 05-2460-PHX-SMM, 2007 WL 841513 (D. Ariz. Mar. 16, 2007) ...... 11

*Hambleton v. R.G. Barry Corp.*,
465 N.E.2d 1298 (Ohio 1984) ........................................................................ 27n

*Hasek v. DaimlerChrysler Corp.*,
745 N.E.2d 627 (Ill. App. Ct. 2001) ............................................................... 25-26

*Hillman Constr. Corp. v. Wainer*,
636 So. 2d 576 (Fla. Ct. App. 1994)............................................................... 27n

*Hoffer v. Cooper Wiring Devices, Inc.*,
No. 1:06CV7 63, 2007 WL 1725317 (N.D. Ohio June 13, 2007).................... 15,16

*Hoffman's Double Bar Pine Nursery v. Fyke*,
633 P.2d 516 (Colo. Ct. App. 1981) ............................................................... 22

*In re Bridgestone/Firestone, Inc. Tires Prods. Liab. Litig.*,
288 F.3d 1012 (7th Cir. 2002) ........................................................................ 18n

*In re Gen. Motors Corp.*,
No. MDL 04-1600, 2005 WL 1924335 (W.D. Okla. Aug. 8, 2005) ................ 14

*In re Gen. Motors Corp. Dex-Cool Prods. Liab. Litig.*,
241 F.R.D. 305, 315 (S.D. Ill. 2007) .............................................................. 18n

*In re Sears, Roebuck & Co. Tools Mktg. & Sales Practices Litig.*,
Nos. 05 C 4742 & 05 C 2623, 2006 WL 3754823 (N.D. Ill. Dec. 18, 2006).... 19

*Jepson, Inc. v. Makita Corp.*,
34 F.3d 1321, 1327 (9th Cir. 1994) ................................................................ 2n

*Jones v. Hoosman*,
No. 05-C-2909, 2006 WL 1302524 (N.D. Ill. May 9, 2006)............................ 30

*Jones v. Univ. of Cent. Okla.,*
910 P.2d 987 (Okla. 1995) ........................................................................... 29n

*Kuehn v. Stanley,*
91 P.3d 346 (Ariz. Ct. App. 2004) ............................................................. 10

*Lapkin v. Garland Bloodworth, Inc.,*
23 P.3d 958 (Okla. Ct. App. 2000) ........................................................... 27n

*Lewis v. Lewis,*
__ P.3d __, No. 07SC134, 2008 WL 2581563 (Colo. June 30, 2008) ............... 27n

*Lilly v. Ford Motor Co.,*
No. 00 C 7372, 2002 WL 507126 (N.D. Ill. Apr. 3, 2002) ........................... 18n

*Mancari's Chrysler/Jeep, Inc. v. Universal Auto Leasing, Inc.,*
No. 04 C 6631, 2005 WL 2284305 (N.D. Ill. Sept. 15, 2005) ........................ 2n

*Marrone v. Philip Morris USA, Inc.,*
850 N.E.2d 31 (Ohio 2006) ......................................................................... 16

*Nat'l Container Corp. of Pa. v. Regal Corrugated Box Co.,*
119 A.2d 270 (Pa. 1956) ............................................................................. 25

*N. Am. Clearing, Inc. v. Brokerage Computer Sys., Inc.,*
No. 6:07-cv-1503, 2008 WL 341309 (M.D. Fla. Feb. 5, 2008) ...................... 29

*Necho Coal Co. v. Denise Coal Co.,*
128 A.2d 771 (Pa. 1957) ............................................................................. 25

*Ocean Commc'ns, Inc. v. Bubeck,*
956 So. 2d 1222 (Fla. Ct. App. 2007) ........................................................ 28n

*Pace v. Sagebrush Sales Co.,*
560 P.2d 789 (Ariz. 1977) ........................................................................... 24

*Pritchard v. Liggett & Myers Tobacco Co.,*
134 F. Supp. 829 (W.D. Pa. 1955) ............................................................. 24

*Puttkammer v. Minth,*
266 N.W.2d 361 (Wis. 1978) ...................................................................... 28n

*Radford v. Daimler Chrysler Corp.,*
168 F. Supp. 2d 751 (N.D. Ohio 2001) ....................................................... 15,16, 22n

*Rich's Rest., Inc. v. McFann Enters., Inc.,*
570 P.2d 1305 (Colo. Ct. App. 1977) ......................................................... 22

*Rorig v. Thiemann,*
No. 1:05CV801, 2007 WL 2071909 (S.D. Ohio July 17, 2007) ...................................... 28n

*Ruggles v. Bulkmatic Trans. Co.,*
No. C2-03-617, 2004 WL 5376213 (S.D. Ohio June 23, 2004) ....................................... 29

*Schnabl v. Ford Motor Co.,*
198 N.W.2d 161 (Wis. 1972)........................................................................................... 23n

*Shaw v. Hyatt Int'l Corp.,*
461 F.3d 899 (7th Cir. 2006) .......................................................................................... 29

*Sheinman Provisions, Inc. v. Nat'l Deli, LLC,*
No. 08-cv-453, 2008 WL 2758029 (E.D. Pa. July 15, 2008) ............................................ 29

*Shultz v. Linden-Alimak, Inc.,*
734 P.2d 146 (Colo. Ct. App. 1986) .............................................................................. 22

*Slane v. Emoto,*
No. 06-C-632-C, 2007 WL 5346457 (W.D. Wis. Oct. 5, 2007)........................................ 13

*Stires v. Carnival Corp.,*
243 F. Supp. 2d 1313 (M.D. Fla. 2002)........................................................................... 13n

*Temple Univ. Hosp., Inc. v. Healthcare Mgmt. Alternatives, Inc.,*
832 A.2d 501 (Pa. Super. Ct. 2003)................................................................................. 27n

*Trustmark Ins. Co. v. Bank One, Ariz., NA,*
48 P.3d 485 (Ariz. Ct. App. 2002) ................................................................................. 27n

*Uni\*Quality, Inc. v. Infotronx, Inc.,*
974 F.2d 918 (7th Cir. 1992) .......................................................................................... 11

*Vantassell-Matin v. Nelson,*
741 F. Supp. 698 (N.D. Ill. 1990) ................................................................................... 18-19

*Venture Assocs. Corp. v. Zenith Data Sys. Corp.,*
987 F.2d 429 (7th Cir. 1993) .......................................................................................... 6n-7n

*Verification, Inc. v. Signaturelink, Inc.,*
492 F. Supp. 2d 1314 (M.D. Fla. 2007).......................................................................... 13

*Voelker v. Porsche Cars N. Am., Inc.,*
353 F.3d 516 (7th Cir. 2003) .......................................................................................... 18n

*Walsh v. Ford Motor Co.,*
807 F.2d 1000 (D.C. Cir. 1986) ...................................................................................... 18

*Williamson v. Allstate Ins. Co.*,
204 F.R.D. 601 (D. Ariz. 2001) ......................................................................... 11,12

*Wilson Area Sch. Dist. v. Skepton*,
895 A.2d 1250 (Pa. 2006) ................................................................................... 28n

*Wooten v. Motorola Commc'ns & Elecs., Inc.*,
488 P.2d 1284 (Okla. 1971) ................................................................................ 23n

<u>Statutes and Regulations</u>

U.C.C. § 2-607 .................................................................................................... 20,21

Ariz. Rev. Stat. §§ 44-1521 *et seq.* .................................................................... 10

Colo. Rev. Stat. § 4-2-607 ................................................................................... 22

Ohio Admin. Code § 109:4-3-10 .......................................................................... 15,16

Ohio Rev. Code Ann. § 1302.65 ........................................................................... 22n

Ohio Rev. Code Ann. § 1345.01 ........................................................................... 14

Ohio Rev. Code Ann. § 1345.02 ........................................................................... 13,14

Ohio Rev. Code Ann. § 1345.09 ........................................................................... 16

12 Okla. St. Ann. § 2-607 ..................................................................................... 23n

15 Okla. St. §  751 ............................................................................................... 13

13 Pa. Cons. Stat. Ann. § 2607 ........................................................................... 23n,24

Wis. Stat. § 100.18 ............................................................................................... 13

Fed. R. Civ. P. 8 ................................................................................................... 14,26, 29

Fed. R. Civ. P. 9 ................................................................................................... *passim*

Fed. R. Civ. P. 11 ................................................................................................. 12n

Fed. R. Civ. P. 12 ................................................................................................. *passim*

## <u>INTRODUCTION</u>

Plaintiffs John Bettua, Giuseppina Donia, Derral Howard, Denise Miller, Charles Napoli, Vic Pfefer, Christina Ramer, and Jeffrey and Sandra Robinson ("Plaintiffs"), have filed a putative class action complaint ("Complaint") against Sears, Roebuck and Co. ("Sears") purportedly on behalf of all purchasers of Kenmore®-brand HE2 and HE2t front-loading washing machines and Kenmore Elite®-brand HE3, HE3t, HE4t, and HE5t front-loading washing machines (collectively, "HE washers").  (Compl. ¶ 2.)  Plaintiffs allege that "a serious design defect" in the HE washers "prevents adequate water drainage and causes them to (a) accumulate mold and mildew within the Washing Machines, (b) produce a moldy odor that permeates consumers' homes if the doors to the Washing Machines are left open, (c) produce a mold or mildew odor on clothes washed in the Machines, and (d) be unusable in the manner, to the extent to and for the purpose for which the Washing Machines were advertised, marketed and sold."  (*Id.*)  Plaintiffs allege that Sears made "false and misleading statements" about the HE washers, "concealed material facts regarding" these alleged problems with the HE washers, and failed to "warn" or "inform" consumers about these alleged problems.  (*Id.* ¶¶ 3, 24, 27.)  Based on these allegations, Plaintiffs assert claims for violation of the Magnuson-Moss Warranty Act ("MMWA"), violation of Plaintiffs' respective home states' consumer protection statutes, breach of written and implied warranties, and unjust enrichment.[1]

Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Rule 12(b)(6)"), the Court should dismiss all of Plaintiffs' claims for failure to state a claim upon which relief can be granted.  The Complaint recites no facts that, if true, would support Plaintiffs' purported claims for consumer fraud, breach of warranty, or unjust enrichment.

Plaintiffs also fail to plead their statutory fraud claims with particularity as required by Federal Rule of Civil Procedure 9(b) ("Rule 9(b)").  Plaintiffs' vague and conclusory allegations concerning the existence and nature of the alleged "design defect," as well as the allegations concerning Sears' alleged misrepresentations and omissions concerning the alleged defect, fall far short of the particularity required by Rule 9(b).  Plaintiffs' Complaint illustrates the need to

---

[1] Plaintiffs filed the Complaint on behalf of two types of putative classes: (i) a nationwide class consisting of all purchasers of HE washers (Compl. ¶ 84), and (ii) seven subclasses consisting of all purchasers of HE washers who reside in Plaintiffs' home states (id. ¶ 85).

impose heightened pleading standards in a consumer fraud case such as this one.  That is because <u>every</u> line of mass-produced product of any complexity will have some percentage of units that require maintenance or repair during the life of the product.  Absent a requirement that the plaintiff plead with particularity that such maintenance or repair was caused by the defendant's having fraudulently sold a defective product, virtually every product launch could be followed by baseless, expensive, and extortionate class litigation.[2]

Plaintiffs' claims for breach of written and implied warranties also fail because Plaintiffs have not adequately alleged facts that, if proven, could show that Plaintiffs provided to Sears appropriate notice of an alleged breach of warranty and an adequate pre-suit opportunity to cure the alleged breach.  Finally, Plaintiffs' unjust enrichment claims fail because they have not alleged facts that, if true, show that Sears' conduct was wrongful in any way, and because the Complaint itself establishes that the subject matter of this litigation is governed by written warranties between Sears and Plaintiffs.

Alternatively, the Court should dismiss the Complaint without prejudice pursuant to Rules 9(b) and 12(e), and require Plaintiffs to provide a more definite statement of their claims so that Sears can adequately defend itself.

## STATEMENT OF FACTS

### A.     Plaintiffs' Alleged Experiences with Their HE Washers

Plaintiffs allege that they bought their HE washers between September 2003 and October 2006, and that their HE washers subsequently "began to experience mold and mildew accumulation."  (Compl. ¶¶ 47-83.)  Each Plaintiff's allegations differ depending on the washer model (*i.e.*, HE2, HE2t, HE3, HE3t, HE4t, or HE5t) and model-year each bought, the written warranty or service contract (or both) that each received or bought, the problems each allegedly experienced with his or her washer, the repairs required, if any, and his or her communications with Sears, if any:

---

[2] *See, e.g., Jepson, Inc. v. Makita Corp.*, 34 F.3d 1321, 1327 (9th Cir. 1994) (observing that one of the purposes of Rule 9(b)'s heightened pleading requirement is to "minimize 'strike suits' and 'fishing expeditions'"); *Mancari's Chrysler/Jeep, Inc. v. Universal Auto Leasing, Inc.*, No. 04 C 6631, 2005 WL 2284305, at *2 (N.D. Ill. Sept. 15, 2005) ("The purpose of Rule 9(b) in regards to fraud claims, 'is to minimize the extortionate impact that a baseless claim of fraud can have . . . .'" (citations omitted)).

- Plaintiff Bettua, a Florida resident, alleges that he bought a Kenmore Elite® "HE3.5"[3] washer in June 2006 (*id.* ¶¶ 6, 47) and began to experience "mold and mildew odor problems (both escaping from the Machine and affecting clothing and other items washed in the Machine) in or about June 2007" (*id.* ¶ 48). He alleges that a Sears service technician offered to replace the "rubber seal" in his machine for $400.00, but Plaintiff Bettua declined. (*Id.* ¶ 49.) He further alleges that he contacted "Sears' Corporate Office," but Sears "refused to fix the problem" and only offered him "cleaning tips." (*Id.* ¶ 50.) He alleges that the problems have continued despite his "independent efforts" to resolve the problem by cleaning the machine with bleach. (*Id.* ¶ 51.)

- Plaintiff Donia, a resident of Ohio, alleges that she bought a Kenmore Elite® HE3 washer in September 2003 (Compl. ¶ 52) and began to experience problems "one and a half to two years" after buying her machine (*id.* ¶ 53). She alleges that she "raised the mold/mildew issue with a Sears repair person in or about the Summer of 2005," but the service technician "was unable to offer any effective solution," and her "independent efforts" to eliminate the mold and mildew have been unsuccessful. (*Id.* ¶ 54.)

- Plaintiff Howard, an Oklahoma resident, alleges that he bought a Kenmore Elite® HE3 washer in July 2005 (Compl. ¶ 55) and began to experience problems in July 2007 (*id.* ¶ 56). He alleges that he discovered "brown mold" inside the "corrugated drain hose," which he replaced, temporarily alleviating the problem. (*Id.* ¶ 57.) In February 2008, he e-mailed Sears concerning the mold-mildew problem, and received an e-mail response that included cleaning and maintenance instructions. (*Id.* ¶ 58.) He alleges that the problems have continued despite his "independent efforts" to eliminate the mold and mildew. (*Id.* ¶ 59.)

- Plaintiff Miller, a Wisconsin resident, alleges that she bought a Kenmore® HE2 washer in February 2006 (Compl. ¶ 60) and began to experience problems in July 2006 (*id*. ¶ 61). She alleges that a Sears service technician came to her home on October 8, 2007, but was "unable to offer any effective solution." (*Id.* ¶ 62.) Plaintiff Miller's "efforts to resolve the problem by running bleach" through her washer have been unsuccessful. (*Id*.)

---

[3] Sears does not sell an HE washer under the "3.5" model number, so Sears assumes that Plaintiff Bettua intended to allege that he bought an HE3 washer.

- Plaintiff Napoli, an Arizona resident, alleges that he bought a Kenmore® HE2 washer in October 2006 (Compl. ¶ 63) and began to experience problems "within six months" (*id*. ¶ 64). He alleges that, in May 2007, a Sears repairman came to his home and sold Mr. Napoli a "Sears cleaning product," but that the "mold and mildew problem continued." (*Id.* ¶ 65.) "As a result of the mold and mildew problem, Napoli purchased an extended warranty from Sears on or about May 29, 2007." (*Id.*) He alleges that a second Sears repairman came to his home on September 14, 2007, but "was unable to offer any effective solution." (*Id.* ¶ 66.) The Sears repairman allegedly removed a "tube underneath the machine," which emitted a "horrible moldy smell." (*Id.*) The charge for the service visit of $132.00 was covered under the service contract Plaintiff Napoli bought in May 2007. (*Id.*) Plaintiff Napoli also alleges that he has observed mold and mildew "underneath the front of the stainless steel drum and on the inside of the rubber gasket within the machine" (*id.* ¶ 67), and that he independently has tried a number of cleaning solutions, none of which have been successful (*id.* ¶ 68).

- Plaintiff Vic Pfefer, a Colorado resident, alleges that he brought a Kenmore Elite® HE3 in "Spring of 2004" from The Great Indoors (a store owned by Sears) (Compl. ¶ 69), and he bought it because "it had a high revolutions per minute speed, which would result in a faster drying time and less moisture on towels and articles of clothing" (*id.* ¶ 70). He began experiencing mildew odor problems in December 2006. (*Id.* ¶ 71.) In January 2008, he alleges that he e-mailed the "Customer Care Department at Sears" concerning the mold-mildew problem, and received an e-mail response that included cleaning and maintenance instructions. (*Id.* ¶ 72.) He alleges that he performed the cleaning process pursuant to Sears' instructions, but "the mold and mildew continues to develop" in his machine. (*Id.* ¶ 73.) Plaintiff Pfefer also alleges that he "has been forced to replace towels and other articles of clothing at a cost of approximately $200.00," and has "experienced increased energy costs, due to the multiple empty loads with bleach that he has been directed to run by Sears." (*Id.* ¶ 74.)

- Plaintiff Christina Ramer, a Pennsylvania resident, alleges that she bought a Kenmore Elite® HE3t washer in February 2004 (Compl. ¶ 75) and began to experience problems "approximately six months after purchasing the Washing Machine" (*id*. ¶ 76). She alleges that she "raised the mold/mildew issue with Sears repair person on several

occasions," but they were unable to offer an effective solution, and on one occasion the technician told her that mold and mildew is "an issue with the Washing Machines and that Ramer would 'have to deal with it.'" (*Id.* ¶ 77.) She alleges that her "independent efforts to resolve the problem by sanitizing the Machine have been unsuccessful." (*Id.*) She also alleges that she bought a "mold test kit" that showed that mold and mildew were "prevalent" in the machine. (*Id.*) "On or about September 24, 2007, in response to Ramer's complaints concerning the mold and mildew and after reviewing the results from Ramer's mold test kit, Sears replaced Ramer's Washing Machine with a top-loader machine that was less than half the cost of Ramer's" HE3t washer. (*Id.* ¶ 78.)

- Plaintiffs Jeffrey and Sandra Robinson, residents of Wisconsin, allege they bought a Kenmore Elite® HE4t washer in July 2006 (Compl. ¶ 79) and experienced problems with mold-mildew and odor within four months (*id.* ¶ 81). The Robinsons allege that "Sears and its representatives . . . represented the Washing Machine as the 'best washing machine in the industry.'" (*Id.* ¶ 80.) The Robinsons further allege that, in the Fall of 2006, a Sears service technician advised them to sanitize the machine by following the instructions in the owner's manual, but those efforts proved unsuccessful. (*Id.* ¶ 82.) The Robinsons allege that in October 2007, another Sears technician came to their home and "was candid about the problem that plagues the Washing Machines and stated that there is no permanent fix for the mold and mildew problem . . . ." (*Id.* ¶ 83.)

Plaintiffs allege that they have suffered actual damages because they "overpaid for the Machines because the value of the Machines was diminished at the time they were sold to consumers," and they "have been forced to replace clothes, towels and other items." (Compl. ¶¶ 30-31.)

### B.     Sears' Alleged Misrepresentations and Material Omissions

Plaintiffs allege that, "in conjunction with each sale" of an HE washer, Sears has "marketed, advertised and warranted" that the HE washers "would not accumulate mold, mildew, and emit associated odors." (Compl. ¶ 22.) The 370 paragraphs of the Complaint, however, do not specify a single statement by Sears—much less "the who, what, when, where, and how"—that was either false or misleading due to the omission of a material fact. (*See id.* ¶¶ 1-370.) Plaintiffs allege further that, contrary to these unspecified representations, Sears "knew and was aware, prior to marketing and selling the machines" (*id.* ¶ 27), that a "drainage defect

inherent in the Washing Machines" causes the HE washers to accumulate mold and mildew and to produce associated odors (*id.* ¶ 24). Plaintiffs also allege that Sears knew when it made these alleged representations that the percentage of HE washer owners who have experienced mold-mildew accumulation in their machines "dramatically and materially exceeds the failure/defect rates of comparable, non-defective washing machines" (*id.* ¶ 29), and that an "unacceptable percentage" of HE washers have "become effectively unusable" as a result of the alleged defect (*id.* ¶ 24). Plaintiffs have not alleged what the "failure/defect rates of comparable, non-defective washing machines" are, nor have they alleged what "unacceptable percentage" of HE washers have manifested the alleged mold-mildew problem to such an extent that their machine has become "unusable."[4]

In addition to the alleged (but as yet unspecified) affirmative misrepresentations, Plaintiffs plead that Sears "has refused, and continues to refuse, to warn consumers about the drainage defect inherent in the machines," and that Sears "has sat silently while consumers have purchased these defective products and continues to sit silently today as an unacceptable percentage of the Washing Machines become effectively unusable." (Compl. ¶ 24; *see also id.* ¶ 27 ("Sears has failed and refused to inform its customers of the serious defect inherent in the Washing Machines").)

Although Plaintiffs admit that the "Sears manual that accompanie[s]" the HE washers includes instructions regarding how to "sanitize the machine" (*id.* ¶ 82), Plaintiffs' misrepresentation and omission allegations disregard the extent of the information in the HE washers' owner's manuals concerning the potential for mold, mildew, and associated odors to develop if the washers are not properly operated and maintained.[5] For example, Plaintiffs Miller

---

[4] The Complaint also contains allegations suggesting that Sears' representation that the HE washers are "ENERGY STAR" compliant <u>might</u> be misleading. (Compl. ¶ 23.) Plaintiffs do not actually allege that such representations are false or misleading. Instead, Plaintiffs allege only that, "on information and belief," the Energy Star rating does "not tak[e] into account the extra loads necessary to run through the Machines in order to attempt to clean the Machines." (Id.) Because Plaintiffs do not allege that Sears' statement regarding Energy Star compliance are actually false or misleading, and because Plaintiffs do not appear to base any of their purported claims on such statements, Sears will not address these superfluous allegations in this motion to dismiss.

[5] The HE washers' owner's manuals are properly before the Court because Plaintiffs refer to the owner's manuals—and the written warranty contained therein—in their pleading (*e.g.*, Compl. ¶¶ 22, 82), and the limited nature of the written warranties is central to Plaintiffs' claims. *See, e.g., Venture Assocs. Corp. v. Zenith Data Sys. Corp.*, 987 F.2d 429, 431 (7th Cir. 1993) ("Documents that a defendant attaches to a motion to dismiss are considered part of the pleadings if they are referred to in the plaintiff's complaint

and Napoli allege that they bought Kenmore® HE2 washers in February 2006 and October 2006, respectively.  (*Id.* ¶¶ 60, 63.)  The HE2 Owner's Manual, dated July 2005, that accompanied both of their HE2 washers states repeatedly that mold or mildew might develop in the washer if regular detergent is used, rather than the high-efficiency detergent that is recommended:

> Use only High Efficiency detergents. . . . . This wash system, along with less water, will create too much sudsing with regular non-HE detergent.  Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance.  It may also result in component failures <u>and noticeable mold or mildew</u>.  HE detergents are made to produce the right amount of suds for the best performance.

(HE2 Owner's Manual at 13, July 2005, attached hereto as Ex. 1 (emphasis added).)  This same disclosure is made in three separate places in the HE2 Owner's Manual.  (*Id.* at 13-14, 18.)

The HE2 Owner's Manual that accompanied both Plaintiff Miller's and Napoli's HE2 washers also contains detailed washer cleaning and maintenance procedures, and cautions that "odor" might develop if these cleaning and maintenance procedures are not followed:

> **Always do the following to maintain washer freshness**
> - Use only HE High Efficiency detergent.
> - Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
> - Repeat the cleaning procedure monthly, using 2/3 cup (160 mL) of liquid chlorine bleach.
> - If the procedure does not sufficiently improve the machine freshness, please evaluate your installation and usage conditions for other causes.

(*Id.* at 20).  The "TROUBLESHOOTING" section of the HE2 Owner's Manual cautions that "[w]asher odor" might develop if these simple cleaning and maintenance steps are not followed:

> **Washer odor**
> - **See "Cleaning Your Washer" in "Washer Care"**
> - **Are you using HE detergent?**
>   Use of non-HE detergent can cause a film residue which can result in odor.
> - **Did you leave the door open after use?**
>   This washer has a tight seal to avoid water leaks.  To avoid odors leave the door open to allow the washer to dry between uses.

(*Id.* at 22.)  The owner's manuals that accompanied Plaintiff Bettua's and Plaintiff Howard's HE3 washers, and the owner's manual that accompanied the Robinson Plaintiffs' HE4t washer,

_____

and are central to her claim.").

7

included similar disclosures and instructions concerning the potential for mold-mildew and associated odors to develop if high-efficiency detergent is not used and if the washer is not properly cleaned and maintained.[6]  (*See* HE3 Owner's Manual at 12-13, 18-19, 22, May 2006, attached hereto as Ex. 2; HE3 Owner's Manual at 12-13, 18-19, 22, July 2005, attached hereto as Ex. 3; HE4t Owner's Manual at 12-13, 19, 20-21, 23, May 2006, attached hereto as Ex. 4.)

Further, Plaintiffs admit that Sears has informed them in subsequent communications of the potential for mold or mildew to develop in the machines and has provided Plaintiffs with detailed information and instructions regarding how to remediate any mold and mildew issues in their machines.  (Compl. ¶¶ 23, 57-58, 65-66.)  For example, Plaintiff Howard alleges that, in response to an e-mail he sent to Sears, Sears stated that "[o]ccasionally mildew will form above the water line in the inner tub assembly" (*id.* ¶ 58), and that Sears provided Plaintiff Howard with detailed instructions regarding how to remediate an existing mold-mildew problem with his machine, and the simple steps he could to take to avoid such problems in the future (*id.* ("To prevent further odor problems, always leave the washer door open between loads to allow a more thorough drying of the interior.").)

### C.    Plaintiffs' HE Washers' Warranty Provisions

With respect to Sears' purported written warranties, Plaintiffs allege in pertinent part:

In recognition of the anticipated useful life of the Machines, Sears expressly warranted that the Washing Machines were reliable, that they were free from defects, and that they were of merchantable quality and workmanship.  Sears specifically represented that the Washing Machines were "designed and manufactured for years of dependable operation" and, in recognition of the anticipated useful life of the Machines, expressly warranted the stainless steel drum of the Washing Machines for its lifetime.  Specifically, Sears provided a "limited lifetime warranty on the stainless steel drum" stating that, "for the lifetime of the washer from the date of purchase," Sears would replace the "Stainless Steel drum due to defective material or workmanship." . . . Under this warranty, Sears was obligated, *inter alia*, to repair the water drainage defect at no charge.  Defendant has these same obligations with respect to Plaintiffs and all Class members, but has failed to satisfy these obligations.  In conjunction with each sale, the Defendant marketed, advertised and warranted that the defective Washing Machines were fit for the ordinary purpose for which such goods were

---

[6] The information Sears included in the owner's manuals evolved throughout the putative class period, and the owner's manuals that accompanied Plaintiff Donia's and Plaintiff Pfeifer's HE3 washers and Plaintiff Ramer's HE3t washer did not include all of the same information that was included in the owner's manuals that accompanied the other Plaintiffs' machines.

used and were free from defects, or, at a minimum, would not accumulate mold,
mildew, and emit associated odors.

(*Id.* ¶ 22.)  These allegations, however, are false and misleading.  First, only the Kenmore Elite[®]
HE3, HE3t, HE4t, and HE5t washers, and not the Kenmore[®] HE2 and HE2t washers, include a
lifetime limited warranty on the stainless steel wash drum.[7]  (*Compare, e.g.*, Ex.1 at 3, *with* Ex. 2
at 2.)  Second, the warranty on the HE3, HE3t, HE4t, and HE5t washers states that the customer
will be charged for labor "[a]fter the first year," so Plaintiffs Bettua, Howard, the Robinsons,
Donia, Pfefer, and Ramer cannot credibly claim that Sears had an obligation to repair their
washers "at no charge."  (*Compare* Ex. 2 at 3, Ex. 3 at 3, Ex. 4 at 3, HE3 Owner's Manual at 3,
Sept. 2002, attached hereto as Ex. 5, HE3 Owner's Manual at 3, Oct. 2003, attached hereto as
Ex. 6, HE3t Owner's Manual at 3, Oct. 2003, attached hereto as Ex. 7, *with* Compl. ¶¶ 6-8, 11-13
(Plaintiffs bought various models of HE3, HE3t, or HE4t washers during the period September
2003 through July 2006).)  Third, in alleging that Sears represented the HE washers as "designed
and manufactured for years of dependable operation" (Compl. ¶ 22), Plaintiffs have quoted
selectively from Sears' written warranties to mislead the Court.  The complete statement, which
is part of Sears' marketing of its service contracts, not the machines themselves, is: "Your
Kenmore[®] product is designed, manufactured and tested to provide years of dependable
operation.  But like all products, it may require service from time to time.  That's when a Master
Protection Agreement can save you money and aggravation."  (Ex. 1 at 2; *see also* Ex. 2 at 2; Ex.
3 at 2; Ex. 4 at 2; Ex. 5 at 2; Ex. 6 at 2; Ex. 7 at 2.)

Furthermore, the limited warranties that accompanied the HE washers purchased by
Plaintiffs Bettua, Miller, Napoli, and the Robinsons provide that the warranty applies only when
the washer is operated in accordance with the owner's manual, and expressly states that use of
regular, non-high efficiency detergent will void the warranty.  (Ex. 1 at 3, Ex. 2 at 3, Ex. 4 at 3.)
Although Plaintiffs allege generically that they each used their HE washing machine "only for its
intended purposes" (Compl. ¶¶ 6-13), Plaintiffs do not allege that they properly maintained their
machines in accordance with the owner's manuals, and they do not allege that they used only
high-efficiency laundry detergents (*see id.* ¶¶ 1-370).

---

[7] Consequently, Plaintiffs Miller and Napoli did not receive any limited lifetime warranty for the stainless
steel drum in their HE2 washer.  (*See* Compl. ¶¶ 9-10.)

## ARGUMENT

### I.    PLAINTIFFS FAIL TO PLEAD COGNIZABLE CLAIMS UNDER ANY OF THE APPLICABLE CONSUMER PROTECTION STATUTES

Plaintiffs purport to assert claims under the consumer protection statutes of Arizona, Colorado, Florida, Ohio, Pennsylvania, and Wisconsin, alleging that Sears made affirmative misrepresentations and material omissions concerning the HE washers. (*Id.* ¶¶ 111-74.) For the reasons set forth below, Plaintiffs' vague and conclusory allegations regarding the alleged "drainage defect" and Sears' alleged misrepresentations and omissions about that defect fail to state a claim under any of the applicable consumer protection statutes.

#### A.    Plaintiff Napoli Fails to State a Claim Under the Arizona Consumer Fraud and Deceptive Business Practices Act

Plaintiff Napoli claims that Sears violated the Arizona Consumer Fraud and Deceptive Business Practices Act, A.R.S. §§ 44-1521, *et seq.* ("Arizona Fraud Act"), by representing, "through its advertising, warranties and other express representation," that the HE washers posses certain quality and performance characteristics that the machines allegedly do not posses (Compl. ¶¶ 113-14), and by "fraudulently concealing and/or intentionally failing to disclose" material information about the HE washers (*id.* ¶ 115). To succeed on a claim under the Arizona Fraud Act, a plaintiff must prove: (1) "a false promise or misrepresentation made in connection with the sale or advertisement of merchandise," and (2) "consequent and proximate injury resulting from the promise." *Kuehn v. Stanley*, 91 P.3d 346, 352 (Ariz. Ct. App. 2004). An Arizona Fraud Act claim must be pled with particularity under Rule 9(b). *See Beshears v. Provident Life & Accident Ins. Co.*, No. CV-07-00292, 2007 WL 1438738, at *3 (D. Ariz. May 15, 2007) (dismissing Arizona Fraud Act claim and finding that "Plaintiff has not described the allegedly false promises or misrepresentations with the particularity required by Rule 9(b).").

##### 1.    Plaintiff Napoli fails to plead with the requisite particularity any false or misleading statement by Sears

To the extent that Plaintiff Napoli purports to base his Arizona Fraud Act claim on any allegedly false or misleading statement contained in Sears' "advertising, warranties and other express representation" (*id.* ¶¶ 113-14), he has not pled his claim with the particularity required by Rule 9(b). That is because Plaintiff Napoli has failed to identify <u>any</u> specific statement or representation to which he personally was exposed that was false or misleading. Instead, Plaintiff Napoli pleads only highly generalized allegations that Sears claimed "through its

advertising, warranties and other express representation[s], that the [HE washers] had characteristics and benefits that they did not actually have." (*Id*. ¶ 113)  Such vague and conclusory allegations fall far short of the particularity required by Rule 9(b).  *See Uni*Quality, Inc. v. Infotronx, Inc.*, 974 F.2d 918, 923 (7th Cir. 1992) (a plaintiff must "plead the who, what, when, where, and how of the alleged fraud").  The Complaint does not specify the time, place, or medium in which any allegedly false or misleading statement was communicated, nor does the Complaint contain any specific allegations concerning the precise content of any allegedly false or misleading statement.  (*See id*. ¶¶ 1-370.)  Plaintiff Napoli also fails to identify any statement that he personally read, heard, or otherwise received, let alone that such statement actually deceived him and thus proximately caused him harm.  (*See id.*)  As a result, Plaintiff Napoli has not pled his Arizona Fraud Act claim with the particularity required by Rule 9(b).  *See Beshears*, 2007 WL 1438738, at *3 ("The complaint . . . fails to describe the content of the alleged misrepresentations and why they were false."); *Grismore v. Capitol One F.S.B.*, No. CV 05-2460-PHX-SMM, 2007 WL 841513, at *6-7 (D. Ariz. Mar. 16, 2007) (dismissing Arizona Fraud Act claim because the complaint "failed to plead the times, dates, places, and other details surrounding the allegedly fraudulent conduct").

> **2.      Plaintiff Napoli's allegation that Sears did not disclose the alleged "drainage defect" in his HE washer is not sufficiently particular to plead an actionable omission of a material fact**

Plaintiff Napoli also purports to base his Arizona Fraud Act claim on Sears' alleged nondisclosure of material information about the HE washers.  (Compl. ¶¶ 115, 117.)  The Complaint alleges that Sears failed to disclose that the HE washers have a "drainage defect" that results in the development of mold and mildew and associated odors in HE washers (*id.* ¶ 24), and also that Sears failed to disclose that the alleged mold-mildew problem allegedly "exceeds the failure/defect rates of comparable, non-defective washing machines" (*id.* ¶ 29).

To state an Arizona Fraud Act claim based on an alleged omission, Plaintiff Napoli must plead with particularity the material facts that Sears allegedly knew and did not disclose.  *See Williamson v. Allstate Ins. Co.*, 204 F.R.D. 601, 644 (D. Ariz. 2001) ("[I]n order for a complaint to allege fraud with the requisite particularity . . . the plaintiff must set forth an explanation as to why the . . . omission complained of was false or misleading" (quotations and citation omitted)).  Plaintiffs' allegations concerning the alleged design defect and the alleged risk or likelihood of its manifestation are far too vague and conclusory to satisfy the requirements of Rule 9(b).

First, the Complaint does not contain any technical description of the alleged defect. Plaintiffs allege—"on information and belief"—only that the stainless steel wash drums and door seals "play a role" (Compl. ¶ 25) in the alleged defect, but Plaintiffs plead no specific allegations explaining how these components allegedly contribute to the alleged mold-mildew problem. Nor do Plaintiffs even attempt to specify the mechanism(s) through which the HE washers drain themselves, let alone plead any facts indicating why the washers fail to drain or drain incompletely.[8] (*Id.* ¶¶ 1-370.) Thus, the Complaint contains no specific factual allegations that, if true, would prove that HE washers share a design defect that should have been disclosed to each Plaintiff.

Second, the Complaint contains no particularized allegation that, if true, would prove that the alleged risk of mold and mildew buildup was so "serious" that Sears owed Plaintiffs a duty to disclose that risk. Instead, Plaintiffs make conclusory allegations that Sears has received some unspecified but "substantial" number of consumer complaints regarding the alleged defect (*id.* ¶ 40), that HE washers have experienced unspecified "high" levels of "failure," (*id.* ¶ 29), and that an "unacceptable percentage" of HE washers have "become effectively unusable" (*id.* ¶ 24). Plaintiffs do not allege with particularity what types of drainage failures were known to occur, what the cause or causes of these failures were, how many such failures Sears was aware of at any given point of time (particularly in relation to the number of units sold during the same period), or when Sears supposedly learned of the unspecified "serious design defect" (*id.* ¶¶ 1-370). Nor do Plaintiffs identify what the alleged "failure" rate is or what "unacceptable percentage" of HE washers have allegedly become "effectively unusable." Plaintiffs make no effort to define what they allege would be an "acceptable" failure or repair rate as compared to a rate that is so "high" as to impose on Sears a duty to disclose the rate. (*See id.*) The absence of such particularized allegations requires dismissal here. *See Williamson*, 204 F.R.D. at 644.

**B.      Plaintiffs Fail to Plead wth Particularity Their Claims Under the Consumer Fraud Statutes of Colorado, Florida, Pennsylvania, Ohio, and Wisconsin**

The above analysis applies with equal force to Plaintiffs' claims for violations of the consumer protection statutes of Colorado, Florida, Pennsylvania, Ohio, and Wisconsin, because alleged violations of those states' consumer protection statutes, like the Arizona Fraud Act, must

---

[8] It is readily apparent from their facially inadequate allegations that Plaintiffs have not conducted the due diligence required to allege, consistent with Rule 11, that all HE washers are defective.

be plead with particularity.  *E.g.*, *Cavitat Med. Techs., Inc. v. Aetna, Inc.*, No. 04-CV-01849, 2006 WL 218018, at *3 (D. Colo. Jan. 27, 2006) ("[A] claim [under the Colorado Consumer Protection Act] must be pled with particularity pursuant to Fed. R. Civ. P. 9(b)"); *Verification, Inc. v. Signaturelink, Inc.*, 492 F. Supp. 2d 1314, 1327 (M.D. Fla. 2007) (a claim under the Florida Deceptive and Unfair Trade Practices Act ("Florida Fraud Act") is exempt from the requirements of Rule 9(b) only when the claims pled are "<u>not</u> predicated on allegations of fraud" (emphasis added));[9] *Cannon v. Metro Ford, Inc.*, 242 F. Supp. 2d 1322, 1332 (S.D. Fla. 2002) (dismissing the plaintiffs' Florida Fraud Act claim because they failed to plead with particularity the circumstances constituting the purported fraud that formed the basis of their complaint); *Ferron v. Zoomego, Inc.*, No. 2:06-CV-751, 2007 WL 1974946, at *3 (S.D. Ohio July 3, 2007) ("Thus, the elevated standards of Rule 9(b) will be applied to Plaintiff's claims under the Unfair and Deceptive Sales Act [*i.e.*, Ohio Rev. Code § 1345.02]"); *Gilmour v. Bohmueller*, No. Civ. A. 04-2535, 2005 WL 241181, at *11 (E.D. Pa. Jan. 27, 2005) ("To establish a valid cause of action under the [Pennsylvania Unfair Trade Practices and Consumer Protection Law ("Pennsylvania Fraud Act")] for unfair or deceptive acts or practices, a plaintiff must plead those acts or practices with the same specificity as common law fraud."); *Slane v. Emoto*, No. 06-C-632-C, 2007 WL 5346457, at *1 (W.D. Wis. Oct. 5, 2007) ("This is a civil action for intentional misrepresentation and a violation of Wis. Stat. § 100.18 [the Wisconsin Deceptive Trade Practices Act ("Wisconsin Fraud Act")]. . . . Rule 9 applies to both of plaintiff's claims . . . ."). Accordingly, for the reasons stated above with respect to the Arizona Fraud Act, Plaintiffs' claims for consumer fraud under the consumer protection statutes of Colorado, Florida, Pennsylvania, Ohio, and Wisconsin fail as a matter of law.

**C.    Plaintiff Howard Fails to State a Claim Under the Oklahoma Consumer Protection Act**

Plaintiff Howard has failed to state a claim under the Oklahoma Consumer Protection Act, 15 Okla. St. §  751 *et seq.* ("Oklahoma Fraud Act").  Currently, there is no controlling court decision that has decided whether a claim for violation of the Oklahoma Fraud Act must be pled with particularity under Rule 9(b), but authority interpreting that Act shows that Plaintiffs' vague

---

[9] Plaintiff Bettua's claims under the Florida Fraud Act must be pled with particularity because he accuses Sears of knowingly making false or misleading statements and omissions about the HE washers to Florida consumers.  (Compl. ¶ 130; *see Stires v. Carnival Corp.*, 243 F. Supp. 2d 1313, 1322 (M.D. Fla. 2002) (finding that Rule 9(b) applied to a Florida Fraud Act claim where the plaintiff "alleges fraud in that she claims that she did not receive the cruise that was promised to her").

and conclusory allegations fail to state a claim under any pleading standard. *See In re Gen. Motors Corp.*, No. MDL 04-1600, 2005 WL 1924335, at *3 (W.D. Okla. Aug. 8, 2005). In *General Motors*, the district court dismissed an Oklahoma Fraud Act claim against the auto manufacturer for alleged defects in its vehicles. *Id.* The district court reasoned that the complaint's "mere recitation of the statutory language without specification of the alleged unfair trade practices [was] insufficient to satisfy the notice pleading standard of Fed. R. Civ. P. 8." *Id.* In light of this ruling, the district court found it "unnecessary . . . to decide whether Rule 9(b) applies to the [Oklahoma Fraud Act]." *Id.* Here, as in *General Motors*, the Complaint does little more than recite the basic elements of a cause of action set forth in the Oklahoma Fraud Act and proclaims that Sears violated the Act. (*See* Compl. ¶¶ 165-74.) Therefore, the Complaint fails to state facts that, if true, would establish a claim under the Oklahoma Fraud Act as a matter of law.

> **D.    Plaintiff Donia Fails to State a Claim for Violation of Ohio's Consumer Sales Practices Act**

In addition to the reasons stated above, Plaintiffs' purported claim for violation of the Ohio Consumer Sales Practice Act, Ohio Rev. Code § 1345.01 *et seq.* (the "OCSPA"), fails because Plaintiffs have not plead any act or omission by Sears that would constitute an unfair or deceptive act under the OCSPA, and because Plaintiffs do not allege facts showing that Sears had prior notice that its alleged conduct violated the OCSPA. Accordingly, Plaintiffs' OCSPA claim should be dismissed.

> **1.    Plaintiff Donia fails to plead any conduct by Sears that would constitute an unfair or deceptive act under the OCSPA**

In support of her OCSPA claim, Plaintiff Donia alleges in conclusory fashion only that Sears' alleged "material omissions and misrepresentations regarding" the HE washers violate the OCSPA. (Compl. ¶ 138.) These alleged acts or omissions, however, do not constitute "unfair or deceptive acts or practices" under the OCSPA.

Subsections 1345.02(B)(1)-(10) of the OCSPA identify specific acts or practices that are deceptive. Although Plaintiff Donia's allegations do not explicitly tie Sears' alleged conduct to any of these statutory provisions, it appears that Plaintiff Donia is contending that by allegedly representing, "in conjunction with each sale" of an HE washer, that the HE washers "would not accumulate mold, mildew, and emit associated odors" (Compl. ¶ 22), Sears represented that HE washers are "of a particular standard, quality, grade, style, prescription, or model," when they allegedly are not. *See* Ohio Rev. Code Ann. § 1345.02(B)(2). As set forth above in Part I.A,

14

however, Plaintiffs do not identify with specificity the alleged statement made by Sears, where Sears allegedly made this statement, to whom, in what medium, or when, or even whether Plaintiff Donia personally received such statement.  (*See* Compl. ¶¶ 1-370.)  Accordingly, Plaintiffs' bald misrepresentation allegations cannot support a claim for violation of the OCSPA. *See Ferron*, 2007 WL 1974946, at *3.

As to Plaintiffs' allegation that Sears failed to disclose that the HE washers suffer from a "drainage defect," that allegation also does not specify any conduct that is actionable under the OCSPA.  Under Ohio law, "[m]ere non-disclosure of a defect, without more, does not fall within the purview of deceptive or unconscionable practices prohibited by the [OCSPA]."  *Radford v. Daimler Chrysler Corp.*, 168 F. Supp. 2d 751, 754 (N.D. Ohio 2001) (dismissing OCSPA claim based on failure to disclose that vehicle contained an allegedly defective instrument panel). Accordingly, because Plaintiff Donia has failed to allege any facts showing that Sears committed any act or omission that is actionable under the OCSPA, her OCSPA claim must be dismissed.

> **2.    Plaintiff Donia cannot maintain her OCSPA claim on behalf of any putative class because she fails to plead facts showing that Sears' conduct previously had been determined to be deceptive or unconscionable**

A consumer can maintain an OCSPA claim on behalf of a class of plaintiffs only if the allegedly deceptive act or practice occurred after either (i) the Ohio Attorney General had adopted a rule declaring the act or practice deceptive or unconscionable or (ii) an Ohio court had found the act or practice to be deceptive or unconscionable <u>and</u> the Ohio Attorney General had made that decision available for public inspection.  *See, e.g.*, *Hoffer v. Cooper Wiring Devices, Inc.*, No. 1:06CV763, 2007 WL 1725317, at *3 (N.D. Ohio June 13, 2007).  "For class certification to be proper, the prior decision or previously promulgated rule must have put the defendant on notice that the specific conduct at issue violated the CSPA."  *Bower v. I.B.M.*, 495 F. Supp. 2d 837, 841 (S.D. Ohio 2007).

In support of her purported class OCSPA claim, Plaintiff Donia alleges that "it is well established in CSPA jurisprudence that material omissions and misrepresentations regarding a product constitute violations of the CSPA."  (Compl. ¶ 138.)  Plaintiff Donia also alleges that "[i]t is considered a deceptive act or practice for purposes of the CSPA if a supplier makes representations, claims, or assertions of fact in the absence of a reasonable basis in fact," citing Ohio Administrative Code section 109:4-3-10(A).  (*Id.*)  Neither allegation is sufficient to

support a class action here.

"[A] consumer may qualify for class-action certification under Ohio's CSPA only if the defendant's alleged violation of the Act is substantially similar to an act or practice previously declared to be deceptive by one of the methods identified in R.C. 1345.09(B)."  *Marrone v. Philip Morris USA, Inc.*, 850 N.E.2d 31, 33 (Ohio 2006); *see also Hoffer*, 2007 WL 1725317, at *3 (the plaintiff must identify a specific judicial decision that has declared acts or practices deceptive or unconscionable that are "substantially similar to the alleged violation at issue").  In addition, those decisions must have been made available for public inspection by the Ohio Attorney General.  *See* Ohio Rev. Code Ann. § 1345.09(B).

Other than the vague and conclusional reference to "well established CPSA jurisprudence" (Compl. ¶ 138), Plaintiff Donia fails to identify <u>any</u> prior decision by an Ohio court holding that conduct substantially similar to Sears' alleged conduct was deceptive or unconscionable.  Moreover, the available court rulings show exactly the opposite to be true: that is, mere non-disclosure of an alleged defect, which is what Plaintiffs assert here, does not rise to the level of a deceptive act or practice under the OCSPA.  *E.g.*, *Radford*, 168 F. Supp. 2d at 754.  This pleading deficiency is fatal to Plaintiff Donia's purported class claim.  *See Hoffer*, 2007 WL 1725317, at *3 (dismissing OCSPA class claim because "Plaintiff's complaint fail[ed] to refer to any rule promulgated by the Ohio Attorney General or any publicly available court decision").

Further, Plaintiff Donia's citation to Ohio Administrative Code section 109:4-3-10(A) cannot save her putative class claim.  That rule declares that it is deceptive for a supplier to "[m]ake any representations, claims, or assertions of fact, whether orally or in writing, which would cause a reasonable consumer to believe such statements are true" when they are not true.  Ohio Admin. Code § 109:4-3-10(A).  Here, Plaintiff Donia has not adequately pled that Sears made <u>any</u> false or misleading statement about the HE washers, so the administrative rule Plaintiff has identified is inapposite.  Because Plaintiff has pled no applicable administrative rule declaring any alleged act or omission of Sears to be deceptive under the OCSPA, Plaintiff's purported class claim should be dismissed.  *See Hoffer*, 2007 WL 1725317, at *3.

### E.     Plaintiffs' Misrepresentation and Omission Theories Ignore the Fact That Sears <u>Did</u> Disclose the Potential for Mold, Mildew, and Associated Odors to Accumulate in HE Washers That Are Not Properly Maintained

Plaintiffs falsely allege that Sears, "[i]n conjunction with each sale," affirmatively stated that the HE washers "would not accumulate mold, mildew, and emit associated odors" (Compl. ¶

16

22), and that Sears "has sat silently" and "continues to sit silently" regarding the potential for HE washers to accumulate mold and mildew and associated odors (*id.* ¶ 24). In truth, the owner's manuals that accompanied the HE washers bought by Plaintiffs Miller, Napoli, Bettua, Howard, and the Robinsons contained several disclosures regarding the potential for mold, mildew, and associated odors to develop in the HE washers if high-efficiency detergent is not used and if the washer is not properly cleaned and maintained. (Ex. 1 at 13-14, 18, 20, 22; Ex. 2 at 12-13, 18-19, 20, 22; Ex. 3 at 12-13, 18-19, 20, 22; Ex. 4 at 12-13, 19-21, 23.)

Further, in direct contradiction to Plaintiffs' allegation that Sears "continues to sit silently today" (Compl. ¶ 24) about the potential for HE washers to accumulate mold or mildew, Plaintiffs admit that Sears has informed several of them of the potential for mold or mildew to develop in the machines and also admit that Sears has provided several Plaintiffs with detailed information and instructions regarding how to address any mold or mildew problem in their machines. (*Id.* ¶¶ 23, 57-58, 65-66.) For example, Plaintiff Howard alleges that, in response to an e-mail he sent to Sears about the problem, Sears stated that "[o]ccasionally mildew will form above the water line in the inner tub assembly" (Compl. ¶ 58), and provided Plaintiff Howard with detailed instructions regarding how to remediate any existing mold-mildew problem with his machine, and the simple steps he could to take to avoid a problem in the future (*id.* ("To prevent further odor problems, always leave the washer door open between loads to allow a more thorough drying of the interior.")).

## II. PLAINTIFFS FAIL TO STATE ACTIONABLE CLAIMS FOR BREACH OF WRITTEN OR IMPLIED WARRANTY

### A. Under Illinois' Choice-of-Law Rules, the Laws of Plaintiffs' Respective Home States Apply to Their Warranty Claims

In addition to their statutory consumer fraud claims, Plaintiffs assert claims for violation of the MMWA on behalf of the nationwide class for breach of Sears' written warranties (Compl. ¶¶ 93-101) and on behalf of all seven subclasses for breach of implied warranty (*id.* ¶¶ 102-110). The Court, sitting in diversity, must apply Illinois' choice-of-law rules to determine which state's or states' laws apply to Plaintiffs' warranty claims. *Echo, Inc. v. Whitson Co.*, 52 F.3d 702, 707 (7th Cir. 1995). Here, the applicable choice-of-law principles require the application of 51 jurisdictions' warranty laws to Plaintiffs' MMWA claim for breach of written warranty.

As an initial matter, by pleading consumer fraud, warranty, and unjust enrichment claims under their respective home state's substantive laws, Plaintiffs impliedly admit that their

respective home state's laws apply to their respective individual implied-warranty and express-warranty claims and that these substantive laws differ in material respects. (*See* Compl. ¶¶ 111-370.)[10]  Moreover, a claim for violation of the MMWA "calls for the application of state written and implied warranty law, not the creation of additional federal law." *Walsh v. Ford Motor Co.*, 807 F.2d 1000, 1012 (D.C. Cir. 1986).  In *Walsh*, the D.C. Circuit rejected the plaintiffs' argument that state law was inapplicable to claims under the MMWA and remanded the case for an examination as to whether variations in state law on breach of express and implied warranties prohibit a finding of predominance that would permit class certification. *Id.*  As to the written warranty claims, the *Walsh* court explained that, although the Act provided a self-contained definition of "written warranty" that did not reference state law (in contrast to the subsection defining "implied warranty"), the reason for the self-contained definition was because Congress "ultimately decided that oral warranties need not be covered in the federal legislation unless and until they become 'more prevalent.'  Because the state law term 'express warranty' did not suit the limited federal purpose, Congress supplied a definition—one confined to 'written warranty'—that did." *Id.* at 1015.  Given Congress's intent that the MMWA not displace state warranty law beyond the Act's explicit prescriptions, the *Walsh* court concluded that "state warranty law lies at the base of all warranty claims under Magnuson-Moss." *Id.* at 1016.[11]

        If, as here, there are conflicts of law among the various jurisdictions, Illinois subscribes to the Restatement of Conflict of Laws' "most significant contacts" approach to ascertain which law to apply. *Vantassell-Matin v. Nelson*, 741 F. Supp. 698, 702-03 (N.D. Ill. 1990).  Under this approach, each state's contacts must be evaluated using a three-step "interest" analysis:  First, isolate the individual issues in the case; next, identify the policies embraced in the law of

---

[10] *See also In re Bridgestone/Firestone, Inc. Tires Prods. Liab. Litig.*, 288 F.3d 1012, 1018-19 (7th Cir. 2002) (reversing certification of nationwide class because the laws of 50 states and the District of Columbia would apply to class claims for fraudulent concealment, breach of warranty, consumer fraud, and unjust enrichment and because they vary substantially from one another); *Lilly v. Ford Motor Co.*, No. 00 C 7372, 2002 WL 507126, at *2-3 (N.D. Ill. Apr. 3, 2002) (denying certification of unjust enrichment and consumer fraud claims because litigation would be unmanageable due to application of varying laws).

[11] *See also Voelker v. Porsche Cars N. Am., Inc.*, 353 F.3d 516, 525 (7th Cir. 2003) ("Because [the implied warranty provisions of the Act] do not modify, or discuss in any way, a state's ability to establish a privity requirement, whether privity is a prerequisite to a claim for breach of implied warranty under the Magnuson-Moss Act therefore hinges entirely on the applicable state law."); *In re Gen. Motors Corp. Dex-Cool Prods. Liab. Litig.*, 241 F.R.D. 305, 315 (S.D. Ill. 2007) (holding that breach of express warranty claims brought under MMWA are controlled by state law and require a choice-of-law analysis).

competing states; finally, examine the contacts of the respective jurisdictions to determine which state has a superior connection with the occurrence or transaction, and thus a superior interest in having its law applied to the dispute. *See id.* This includes consideration of "(1) the place where the injury occurred, (2) the place where the conduct occurred, (3) the parties' domiciles, nationality, place of incorporation, and place of business, and (4) the place where the parties' relationship is centered." *Barbara's Sales, Inc. v. Intel Corp.*, 857 N.E.2d 717, 722 (Ill. App. Ct. 2006).

The district court's decision in *In re Sears, Roebuck & Co. Tools Mktg. & Sales Practices Litig.*, Nos. 05 C 4742 & 05 C 2623, 2006 WL 3754823 (N.D. Ill. Dec. 18, 2006) ("*Sears Tools II*"), is instructive here.[12] There, citizens of several states, on behalf of themselves and others throughout the United States, sued Sears for alleged deceptive marketing of its Craftsman® tools. *Id.* at *1. Ruling on Sears' motion to dismiss the unjust enrichment claim, the Court concluded that it was required to apply the laws of the various states where the individual plaintiffs bought their tools:

> The place of the injury here (or, in unjust enrichment terms, the place where plaintiffs allegedly "conferred" the benefit on defendant) is the plaintiffs' home states where they purchased Sears's tools. The place where the parties' relationship is centered is the plaintiffs' home states as well. Plaintiffs saw the allegedly misleading advertising in those states, and they purchased the tools (which were located there) in those states as well. Plaintiffs contend that the relationship is centered in Illinois because plaintiffs purchased the tools "by virtue of" Sears's nationwide advertisements, which were conceived of and sent from Illinois. . . . This characterization rings hollow. The relationship arose from plaintiffs' purchases of Craftsman tools, which occurred in plaintiffs' home states.

*Id.* at *2 (citation omitted). The Court found that, although Sears was headquartered in Illinois, the plaintiffs' respective home states have an interest in regulating the business that takes place within their borders. *Id.* at *3.

Here, Illinois choice-of-law rules advise that the laws of the states of purchase— including all 50 states and the District of Columbia for the written-warranty claim—apply to the MMWA claims. Members of the putative nationwide class acquired their respective HE washers in all 50 states and the District of Columbia. The buyers presumably experienced a defect, if

---

[12] *See also Anabaldi v. Sunbeam*, 651 F. Supp. 1343, 1344-45 (N.D. Ill. 1987) (under Illinois choice-of-law principles, Pennsylvania warranty law applied to case involving defective fryer, even though the defendant had its principal place of business in Illinois).

any, and were exposed to Sears' marketing and sales activity, if any, within their home states. Moreover, even though Sears is headquartered in Illinois, Sears sells its washing machines throughout the country.  Lastly, Sears and the putative class members encountered each other in the consumers' respective home states; the putative class members did not need to travel to or contact Sears in Illinois to buy their washers.  Thus, the most important factors in this case—the place of sale, delivery, use, and alleged injury, and the center of the parties' relationship—show that each of the 51 jurisdictions has the strongest interest in applying its own warranty laws to disputes between its residents and Sears.

### B.   Plaintiffs' Warranty Claims Fail Because Plaintiffs Have Not Alleged That They Gave Sears Appropriate Notice of a Breach of Warranty

Plaintiffs' claims for breach of written and implied warranty fail because Plaintiffs have not pled, consistent with their respective home states' warranty statutes (and consequently the MMWA), that they provided Sears with the statutorily required pre-suit notice of a breach of warranty.  The various states' pre-suit notice requirements derive from section 2-607 of the Uniform Commercial Code ("U.C.C."), which has been adopted with modifications in all seven of the states at issue here.[13]  As the Official Comment 4 to U.C.C. section 2-607 explains, the "notification which preserves the buyer's rights under this Article need only be one that informs the seller that the transaction is claimed to involve a breach, and thus opens the way for normal settlement through negotiation."  U.C.C. § 2-607, Official Cmt. 4.  Thus, to state a claim for breach of written or implied warranty, Plaintiffs must allege that they provided Sears with adequate notice as defined by the law of their respective home states, and must plead facts showing that such notice was timely given following each Plaintiff's discovery of the breach.

Here, the Complaint generically alleges only that Sears "received sufficient and timely notice of the breaches of warranty alleged herein."  (Compl. ¶¶ 181, 191, 201, 211, 221, 231, 241.)  In addition, Plaintiffs plead that they engaged in different written or oral communications with Sears' customer service department or individual Sears service technicians.  (*Id.* ¶¶ 49-50, 54, 58, 62, 65-66, 72-73, 77-78, 82-83.)  The Complaint's vignettes about each Plaintiff' alleged experiences with their HE washers omit any mention of whether, when, and how each Plaintiff

---

[13] Pre-suit notice is a substantive requirement of warranty law under U.C.C. § 2-607, however, the 50 states and the District of Columbia have developed markedly differing standards as to what constitutes sufficient notice to the seller.  (*See, e.g.*, App. of State Authorities in Supp. of Def.'s Mot. to Strike Pls.' Class Allegations § III.B, attached as Ex. 13 to Def.'s Mem. in Supp. of Mot. to Strike.)

provided Sears with appropriate pre-suit notice of an alleged breach of warranty, or any communication to Sears of his or her intent to initiate settlement negotiations or a lawsuit. (*Id.* ¶¶ 47-83.) For example, Plaintiffs allege that they were unsuccessful in their efforts to remediate the mold-mildew problems in their washers (*id.*), but they do not allege that they informed Sears of that fact, much less that they considered those events to constitute a breach of warranty (*id.* ¶¶ 47-53, 175-335). Indeed, only one of the eight Plaintiffs, Christina Ramer, states facts showing that she actually notified Sears that her efforts to remediate the mold-mildew problem were unsuccessful (*i.e.*, that the alleged defect could not be cured) and requested that Sears repair or replace her HE washer, and she admits that Sears replaced her HE washer after receiving that request. (*Compare id.* ¶ 78 *with id.* ¶¶ 51, 54, 59, 62, 68, 73-74, 83.) This shows that "normal settlement through negotiation" with Sears was not merely a theoretical opportunity, but the likely result of an owner's compliance with section 2-607's pre-suit notice requirement.[14]

By omitting any description of the manner and timing of the alleged pre-suit notification provided by each Plaintiff, it is impossible to determine how such notice was allegedly provided to Sears, by whom, and when. Focusing on Plaintiffs' individual allegations, the only "notice" they allege that they provided Sears, if any, came in the form of repair requests (*id.* ¶¶ 49, 54, 58, 62, 65, 66, 72, 77, 83), which Sears actually responded to and which generally do not constitute pre-suit notice of a breach in any event. *See, e.g.*, *Barlow v. DeVilbiss Co.*, 214 F. Supp. 540, 544 (E.D. Wis. 1963) ("Notice that a piece of equipment 'may have been defective' is not notice that the buyer is looking to the seller for damages for breach of warranty. Further, the fact that the seller has knowledge of the facts constituting the breach does not render it unnecessary for the buyer to give the required notice."). Thus, the Complaint does not sufficiently plead that Plaintiffs provided Sears with appropriate pre-suit notice of an alleged breach of warranty, much less an opportunity for Sears cure the alleged breaches or negotiate a resolution.

---

[14] Of course, Plaintiff Ramer's admission begs the question whether, when she accepted Sears' proposed resolution of her complaint, she demanded additional warranty compensation, such as the difference in value between the replacement washing machine and her HE washer. Also, Sears will have to take discovery regarding Plaintiff Ramer's claims to determine whether any unique affirmative defense, such as accord and satisfaction, bars her individual claims.

1.    **Plaintiffs' generic allegations regarding the "notice" allegedly provided by Plaintiffs Pfefer, Bettua, Donia, Howard, Miller, and the Robinsons are inadequate to plead a breach of warranty under Colorado, Florida, Ohio, Oklahoma, Pennsylvania, and Wisconsin law**

Under Colorado law, Plaintiff Pfefer must plead that he provided Sears with adequate pre-suit notice of his claim for breach of warranty. Colo. Rev. Stat. § 4-2-607(3)(a); *see also Rich's Rest., Inc. v. McFann Enters., Inc*., 570 P.2d 1305, 1306 (Colo. Ct. App. 1977) ("We agree with the trial court's conclusion that notice of breach of warranty is in the nature of a condition precedent to recovery, and that generally no remedy is available to the buyer unless notice is given" (citation omitted)). The failure to adequately plead such pre-suit notice is a sufficient basis for dismissing a warranty claim. *See Shultz v. Linden-Alimak, Inc*., 734 P.2d 146, 150 (Colo. Ct. App. 1986). To be legally sufficient under Colorado law, Plaintiff Pfefer's pre-suit notice to Sears must be adequate to give Sears an opportunity to "investigate the buyer's complaint . . . to effect a settlement through negotiation" and "to permit a cure." *Hoffman's Double Bar Pine Nursery v. Fyke*, 633 P.2d 516, 518-19 (Colo. Ct. App. 1981). Plaintiff Pfefer's generic allegations fall far short of even these minimal requirements. Therefore, the Court should dismiss his warranty claims asserted under Colorado law, as well as his MMWA claims for HE washers sold in Colorado.

Under Florida law, Plaintiff Bettua is required to "set forth factual allegations designating the basis" for each element of his claim for breach of warranty, including, "[n]otice to seller of breach." *Dunham-Bush, Inc. v. Thermo-Air Serv., Inc*., 351 So. 2d 351, 352-53 (Fla. Ct. App. 1977). Here, Plaintiff Bettua has failed to allege any "factual allegations" showing that he appropriately notified Sears "of [a] breach." *Id.* Just as the court in *Dunham-Bush* dismissed the third-party plaintiff's claim for breach of warranty because the third-party complaint failed to "set forth factual allegations" showing that the required notice had been given, here Plaintiff Bettua has offered no allegation showing that he had previously notified Sears of the claimed breach. (*See* Compl. ¶¶ 47-51.) Therefore, the Court should dismiss the warranty claims asserted under Florida law, as well as the MMWA claims for HE washers sold in Florida.

Likewise, the laws of Ohio,[15] Oklahoma,[16] Pennsylvania,[17] and Wisconsin[18] require that

---

[15] Ohio Rev. Code Ann. § 1302.65(C)(1) (stating that a buyer must first notify a seller of any breach of warranty within a reasonable time after discovering the breach or be barred from any remedy); *see also Radford v. Daimler Chrysler Corp.*, 168 F. Supp. 2d 751, 754 (N.D. Ohio 2001) (dismissing warranty claim for plaintiff's failure to allege in the complaint that she had previously provided the manufacturer

Plaintiffs Donia, Howard, Miller, and the Robinsons plead that they provided Sears with adequate pre-suit notice.  Wisconsin law is instructive in this regard.  In *Barlow*, the district court granted summary judgment dismissing warranty claims based, in part, on the buyer's failure to provide adequate notice of a breach of warranty to the seller.  214 F. Supp. at 544.  The seller had supplied a container made of steel that had been involved in an explosion, which steel the *Barlow* plaintiffs claimed was defective.  The *Barlow* court found that notice of a claimed "defect" in that case was not sufficient notice for reasons that apply with equal force here:

> Notice that a piece of equipment 'may have been defective' is not notice that the buyer is looking to the seller for damages for breach of warranty.  Further, the fact that the seller has knowledge of the facts constituting the breach does not render it unnecessary for the buyer to give the required notice.  Plaintiffs have also submitted a copy of a letter dated June 25, 1959, from Southwest's insurer to defendant's insurer.  This letter also must be deemed insufficient to constitute the requisite notice, since it contains no claim by the buyer against the seller for damages for breach of warranty.

*Id.*

Just as notice of a claimed "defect" was insufficient in *Barlow*, here Plaintiffs' requests for service and their individual complaints to Sears, if any (Compl. ¶¶ 47-83) do not constitute sufficient pre-suit notice of a breach of warranty.  As a result, the Complaint's warranty claims based on Ohio, Oklahoma, Pennsylvania, and Wisconsin law, as well as pursuant to the MMWA for HE washers sold in those states, fail to adequately plead the essential element of pre-suit

---

with notice of the alleged breach).

[16] 12A Okla. St. Ann. § 2-607; *see also Am. Fertilizer Specialists, Inc. v. Wood*, 635 P.2d 592, 596 (Okla. 1981) ("In order for the buyer to avoid liability for the payment of goods accepted, he must notify the seller within a reasonable time after he discovers or should have discovered a breach of warranty."); *Wooten v. Motorola Commc'ns & Elecs., Inc.*, 488 P.2d 1284, 1286 (Okla. 1971) (dismissing suit as a matter of law because the buyer failed to provide timely pre-suit notice; "Certainly if Wooten, when he decided finally to not continue using the equipment, had within a reasonable time notified Motorola of his decision and of his contentions, which <u>he finally made in this litigation</u>, and Motorola had done nothing in response thereto, a totally different situation would have been presented to the trial court and to this court" (emphasis added)).

[17] *Beneficial Commercial Corp. v. Brueck*, 23 Pa. D. & C.3d 34, 37 (Pa. Com. Pl. 1982) ("Section 2607(c)'s requirement that the buyer notify the seller of the breach within a reasonable time after he discovers or should have discovered the breach gives the manufacturer the opportunity to cure the defect, settle the claim through negotiation, and gather information that may assist in defending the claim.")

[18] *Schnabl v. Ford Motor Co.*, 198 N.W.2d 161, 161 (Wis. 1972) (per curiam) ("The giving of such notice within a reasonable time is a condition precedent to recovery. . . .  A complaint is defective if it does not allege that such notice was given. . . .  The failure to plead such notice must be raised by demurrer."); *Barlow*, 214 F. Supp. at 544.

notice, and those claims should be dismissed.

>    **2.    Plaintiffs Napoli and Ramer do not allege that they provided Sears with timely notice of an alleged breach of warranty, as required by the laws of Arizona and Pennsylvania**

Under Arizona law, Plaintiff Napoli is required to notify Sears of his intent to bring a claim for breach of warranty within "a reasonable time of discovering the breach." *Pace v. Sagebrush Sales Co*., 560 P.2d 789, 791 (Ariz. 1977). Failure to plead the provision of timely notice of an alleged breach requires dismissal of Plaintiff Napoli's warranty claim. *See id.* at 791-93 (affirming summary judgment dismissing warranty claims for failure to provide timely pre-suit notice of breach). In *Pace*, the court held that the warranty claimant's delay of four months before providing notice of an alleged breach of warranty for lumber was fatal to the breach of warranty claim. *Id.* at 791 ("[A]s a matter of law, notification four months after acceptance is not a reasonable time within which to notify a seller of defects in goods sold.").

Although the buyer in *Pace* was sophisticated and was held to a higher standard than the average consumer, Plaintiff Napoli waited far longer than the four months determined to be fatal to the warranty claims in *Pace*. Plaintiff Napoli alleges that he received his HE washer in October 2006 and began experiencing problems "within six months" (*i.e.*, no later than April 2007). (Compl. ¶ 64.) Nevertheless, Plaintiff Napoli failed to notify Sears of a claimed breach of warranty, under Arizona law, until he filed his putative class action against Sears on March 31, 2008, approximately one year after he claims that he experienced the alleged "defect" in his HE washer, and six months after his last service call. (*Id.* ¶ 66.) Even if the Court relaxes the *Pace* standard considerably, Plaintiff Napoli's allegations show that he failed to provide Sears with timely notice of a claimed breach of warranty. Therefore, the Complaint's Arizona warranty claims, as well as the MMWA claims based on Arizona sales, should be dismissed.

Similarly, under Pennsylvania law, Plaintiff Ramer must allege that she notified Sears of a claimed breach of warranty within a reasonable time. 13 Pa. Cons. Stat. Ann. § 2607(c) ("Where a tender has been accepted: (1) the buyer must within a reasonable time after he discovers or should have discovered any breach notify the seller of breach or be barred from any remedy"); *Pritchard v. Liggett & Myers Tobacco Co*., 134 F. Supp. 829, 832 (W.D. Pa. 1955) ("Defendant correctly contends that the requirement of notice within a reasonable time is a condition precedent to plaintiff's right of recovery, as to which plaintiff has the burden of proof."). Pennsylvania courts have repeatedly held that a buyer's delay of a few months in

providing notice is insufficient notice as a matter of law. *E.g.*, *Necho Coal Co. v. Denise Coal Co.*, 128 A.2d 771, 773 (Pa. 1957) ("Some nine months elapsed between delivery of the parts and defendant's notice, and five months between delivery of the notes and defendant's notice to plaintiff. . . . [T]he passage of such time between delivery of parts or delivery of the notes, and the giving of notice, was as a matter of law an unreasonable time. Under the circumstances, defendant ought to have known of alleged defects much in advance of the day it gave notice, and it did not satisfy the test of reasonableness required by the Act."); *Nat'l Container Corp. of Pa. v. Regal Corrugated Box Co.*, 119 A.2d 270, 273 (Pa. 1956) (claimant's notice of breach provided "nearly four months" after the arrival of the subject goods was "too late" as a matter of law).

Here, Plaintiff Ramer delayed providing the requisite notice for more than eight months. That is, after Sears replaced her HE washer on September 14, 2007, the first time she notified Sears that she was claiming additional compensation is when she joined the Consolidated Class Action Complaint filed on June 1, 2008. (Compl. ¶ 78.) Under the rule announced in *Necho* and *National Container*, Plaintiff Ramer's delay of more than eight months (after the purported pre-suit settlement of her claim) in providing the requisite notice is fatal to her warranty claims. The Complaint's Pennsylvania warranty claims, as well as the MMWA claim based on HE washers sold in Pennsylvania, should be dismissed.

### C.    Plaintiffs' Written Warranty Claims Fail Because They Have Not Alleged a Violation of Any Specific Warranty Provision

Plaintiffs' claims for breach of written warranty rest on the vague and conclusory allegation that Sears "breached its written warranty, as set forth above, by supplying the [HE washers] in a condition which does not meet the warranty obligations undertaken by Sears, and by failing to repair or replace the defect and/or defective parts." (Compl. ¶¶ 179, 189, 199, 209, 219, 229, 239.) These generic allegations are not sufficient to plead that Sears failed to honor any specific written warranty provision. *See, e.g.*, *Hasek v. DaimlerChrysler Corp.*, 745 N.E.2d 627, 638 (Ill. App. Ct. 2001).

Because express warranties are contractual in nature, the language of the warranty itself is what controls and dictates the obligations and rights of the parties. *Id.* at 634. The Illinois Appellate Court's decision in *Hasek* is instructive. There, DaimlerChrysler's written warranty provided: "During the terms of the Limited Warranties on your vehicle, Chrysler covers the cost of all parts and labor needed to repair or adjust any Chrysler supplied item . . . that proves defective in material, workmanship or factory preparation." *Id.* at 634-35. Thus, the plaintiff's

25

burden at trial was to prove both that (1) the engine noise was caused by a <u>defect</u> in material, workmanship, or factory preparation, and (2) that DaimlerChrysler breached its promise to repair or replace the defective parts under the U.C.C. *Id.* at 635. Because the plaintiffs were unable to prove the engine knock they experienced resulted from a defect in materials, workmanship, or factory preparation, they were unable to establish a breach of the express warranty. *Id.* at 638.

Here, the closest the Complaint comes to identifying a specific warranty provision that Sears allegedly breached—when the Complaint is construed very favorably to Plaintiffs—is in the allegations that (i) Sears "expressly warranted the stainless steel drum of the Washing Machines for its lifetime" (Compl. ¶ 22), (ii) the stainless steel drum somehow "play[s] a role" in the alleged "accumulation of mold and mildew" (*id.* ¶ 25), and (iii) "Sears was obligated . . . to repair the water drainage defect at no charge" (*id.* ¶ 22). As noted above, however, Plaintiffs' vague and conclusory defect allegations are not sufficient to plead that the alleged "drainage defect" has anything at all to do with the stainless steel wash drum. Further, the warranty on the HE3, HE3t, HE4t, and HE5t washers actually states that the customer will be charged for labor "[a]fter the first year" (Ex. 2 at 3; Ex. 3 at 3; Ex. 4 at 3; Ex. 5 at 3; Ex. 6 at 3; Ex. 7 at 3), so Plaintiffs Bettua, Howard, the Robinsons, Donia, Pfefer, and Ramer cannot credibly claim that Sears had an obligation to repair their washers "at no charge," or that Sears breached its warranty obligations by declining to do so. Finally, the warranty on the HE2 washers does not include a lifetime warranty on the stainless steel drum (*see* Ex. 1 at 3), so Plaintiffs Napoli and Miller cannot base their written warranty claim on that component.

Accordingly, Plaintiffs fail to state an express-warranty claim because the Complaint does not include any well-pled facts that, if true, would show that Sears breached any identifiable written warranty provision. *See Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1965 & n.3 (2007) (dismissing an inadequately pled claim under Federal Rules of Civil Procedure 8(a) and 12(b)(6) because the rules "contemplate the statement of circumstances, occurrences, and events in support of the claim presented and [do] not authorize a pleader's bare averment that he wants relief and is entitled to it"); *id.* at 965-66 ("a plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do"); *id.* at 1966 ("Factual allegations must be enough to raise a right to relief above the speculative level.").

D.   **The Written Warranty Claims of Plaintiffs Bettua, Miller, Napoli, and the Robinsons Fail Because They Have Not Alleged That They Have Operated Their HE Washers in Accordance with the Owner's Manual's Instructions**

Plaintiffs Bettua, Howard, Miller, Napoli, and the Robinsons have not affirmatively pled that they have complied with the limitations imposed on the warranties Sears issued with Plaintiffs' HE washers.  Specifically, the limited warranties that accompanied the HE washers bought Plaintiffs Bettua, Miller, Napoli, and the Robinsons state that the warranty protections apply only when the washers are operated in accordance with the instructions in the owner's manual that accompanied the machines, and expressly state that use of non-high efficiency detergent will void the warranty.  (Ex. 1 at 3; Ex. 2 at 3; Ex. 4 at 3.)  Although Plaintiffs allege generically that they each used their HE washer "only for its intended purposes" (Compl. ¶ 6-13), Plaintiffs do not allege that they properly maintained their machines in accordance with the owner's manual, nor do they allege that they used only high-efficiency detergent (*id.* ¶¶ 1-370).

## III.   PLAINTIFFS FAIL TO STATE CLAIMS FOR UNJUST ENRICHMENT

Although the relevant states have formulated the elements and required proof to support a claim for unjust enrichment differently, generally speaking, Plaintiff and each putative class member must prove that Sears collected money or a benefit from each of them and that it would be "wrong," "inequitable," or "unjust" for Sears to retain that benefit.[19]  Here, Plaintiffs' unjust

---

[19] *See Trustmark Ins. Co. v. Bank One, Ariz., NA*, 48 P.3d 485, 491 (Ariz. Ct. App. 2002) ("To establish a claim for unjust enrichment, a party must show: (1) an enrichment; (2) an impoverishment; (3) a connection between the enrichment and the impoverishment; (4) the absence of justification for the enrichment and the impoverishment; and (5) the absence of a legal remedy."); *Lewis v. Lewis*, __ P.3d __, No. 07SC134, 2008 WL 2581563, at *8 (Colo. June 30, 2008) ("a party claiming unjust enrichment must prove that (1) the defendant received a benefit (2) at the plaintiff's expense (3) under circumstances that would make it unjust for the defendant to retain the benefit without commensurate compensation"); *Hillman Constr. Corp. v. Wainer*, 636 So.2d 576, 577 (Fla. Ct. App. 1994) ("The elements of a cause of action for unjust enrichment are: (1) plaintiff has conferred benefit on the defendant, who has knowledge thereof; (2) defendant voluntarily accepts and retains the benefit conferred; and (3) the circumstances are such that it would be inequitable for the defendant to retain the benefit without paying the value thereof to the plaintiff" (citations omitted)); *Lapkin v. Garland Bloodworth, Inc.*, 23 P.3d 958, 961 (Okla. Ct. App. 2000) ("A right of recovery under the doctrine of unjust enrichment is essentially equitable, its basis being that in a given situation it is contrary to equity and good conscience for one to retain a benefit which has come to him at the expense of another."); *Hambleton v. R.G. Barry Corp.*, 465 N.E.2d 1298, 1302 (Ohio 1984) ("(1) a benefit conferred by a plaintiff upon a defendant; (2) knowledge by the defendant of the benefit; and (3) retention of the benefit by the defendant under circumstances where it would be unjust to do so without payment . . . ."); *Temple Univ. Hosp., Inc. v. Healthcare Mgmt. Alternatives, Inc.*, 832 A.2d 501, 507 (Pa. Super. Ct. 2003) ("The elements of unjust enrichment are benefits conferred on defendant by plaintiff, appreciation of such benefits by defendant, and acceptance and retention of such benefits under such circumstances that it would be inequitable for defendant to

enrichment claims are based on theory that Sears "wrongfully" collected money from them. (Compl. ¶¶ 336-70.)  For the reasons stated above, however, the Complaint contains no well-pled facts that, if true, would show that Sears' conduct was "wrongful" in any meaningful way.  (*See* Argument, Part I, *supra*.)  Absent particularized allegations that Sears engaged in some wrongful conduct, Plaintiffs' unjust enrichment claims fail as a matter of law.  *See, e.g.*, *Alliance Acceptance Co. v. Yale Ins. Agency, Inc.*, 648 N.E.2d 971, 977, 271 Ill. App. 3d 483, 492 (Ill. App. Ct., 1st Dist., 1995) (affirming summary judgment for defendants where the plaintiffs failed to allege that defendants engaged in "unlawful or improper conduct as defined by law, such as fraud, duress, or undue influence").

Plaintiffs' unjust enrichment claims also fail as a matter of law because the Complaint admits that written warranties govern Plaintiffs' respective relationships with Sears. Specifically, Plaintiffs' unjust enrichment claims incorporate by reference the preceding paragraphs of the Complaint that include allegations concerning the existence of an express contract between Sears and Plaintiffs (Compl. ¶¶ 336, 341, 346, 351, 356, 361, 366), including the repeated allegation that Sears provided a written warranty that covered the allegedly defective part (*id.* ¶¶ 22, 97, 100-01, 176-78, 186-88, 196-98, 206-08, 216-18, 226-28, 236-38). The laws of Arizona, Colorado, Florida, Ohio, Pennsylvania, Wisconsin, and Oklahoma adhere to the general principle that "a party cannot recover for unjust enrichment by asserting a quasi-contract when an express contract covers the same subject matter because the express contract precludes any implied-in-law contract." *Bedard v. Martin*, 100 P.3d 584, 591-92 (Colo. Ct. App. 2004) (citation omitted).[20]  Thus, courts have routinely dismissed unjust enrichment claims

---

retain the benefit without payment of value."); *Puttkammer v. Minth*, 266 N.W.2d 361, 363 (Wis. 1978) ("The elements of such a cause of action are: (1) a benefit conferred upon the defendant by the plaintiff; (2) an appreciation or knowledge by the defendant of the benefit; and (3) acceptance or retention of the defendant of the benefit under circumstances making it inequitable for the defendant to retain the benefit without payment of its value.").

[20] *See also Chanay v. Chittenden*, 563 P.2d 287, 290 (Ariz. 1977) ("There can be no implied contract where there is an express contract between the parties in reference to the same subject matter."); *Ocean Commc'ns, Inc. v. Bubeck*, 956 So. 2d 1222, 1225 (Fla. Ct. App. 2007) ("Defendants correctly state that a plaintiff cannot pursue an equitable theory, such as unjust enrichment or quantum meruit, to prove entitlement to relief if an express contract exists."); *Rorig v. Thiemann*, No. 1:05CV801, 2007 WL 2071909, at *10 (S.D. Ohio July 17, 2007) ("an equitable action in quasi-contract for unjust enrichment will not lie when the subject matter of that claim is covered by an express contract or a contract implied in fact"); *Wilson Area Sch. Dist. v. Skepton*, 895 A.2d 1250, 1254 (Pa. 2006) ("it has long been held in this Commonwealth that the doctrine of unjust enrichment is inapplicable when the relationship between parties is founded upon a written agreement or express contract, regardless of how 'harsh the provisions

where the plaintiff has alleged claims for both unjust enrichment and breach of contract. *E.g.*, *Shaw v. Hyatt Int'l Corp.*, 461 F.3d 899, 902 (7th Cir. 2006) (affirming the district court's dismissal of the plaintiffs' unjust enrichment claim under Rule 12(b)(6): "Shaw fails to present a claim for unjust enrichment, because that is unavailable where the claim rests on the breach of an express contract."); *Sheinman Provisions, Inc. v. Nat'l Deli, LLC*, No. 08-cv-453, 2008 WL 2758029, at *4 (E.D. Pa. July 15, 2008) ("Rule 8 only allows alternative claims to be plead if all of the claims are sufficient on their own.  Here, even if the breach of contract claim fails, the unjust enrichment claim is still insufficient because Pennsylvania law prohibits unjust enrichment claims where a contract governs the relationship of the parties, as is the case here."); *N. Am. Clearing, Inc. v. Brokerage Computer Sys., Inc.*, No. 6:07-cv-1503, 2008 WL 341309, at *5 (M.D. Fla. Feb. 5, 2008) ("[A] claimant may argue breach of contract and, in the alternative, unjust enrichment when the existence of the contract is in dispute. . . .  However, a claimant may not pursue an equitable theory such as unjust enrichment if an express contract exists."); *Ruggles v. Bulkmatic Trans. Co.*, No. C2-03-617, 2004 WL 5376213, at *4-6 (S.D. Ohio June 23, 2004) (dismissing unjust enrichment claim because the plaintiff pled that an express agreement covered the same subject matter and the defendant did not dispute that such a contract existed).

Here, Sears does not dispute that an express contract governed the parties' relationships with respect to the subject matter of this lawsuit, though Sears denies that it breached any such agreement.  Accordingly, Plaintiffs are precluded as a matter of law from bringing claims for unjust enrichment arising out of the same "defect" allegations that underlie their claims for breach of express warranty.

## IV.    ALTERNATIVELY, PLAINTIFFS SHOULD BE REQUIRED TO PROVIDE A MORE DEFINITE STATEMENT OF THEIR CLAIMS

At a minimum, Plaintiffs should be required to provide a more definite statement of their claims.  Rule 9(b) provides that "[i]n all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity."  Fed. R. Civ. P. 9(b).  Rule 9(b) serves important purposes in fraud actions by "protect[ing] defendants from the harm of false accusations, minimiz[ing] 'fishing expeditions,' and provid[ing] defendants with adequate

---

of such contracts may seem in the light of subsequent happenings'"); *Jones v. Univ. of Cent. Okla.*, 910 P.2d 987, 990 (Okla. 1995) ("An express contract excludes the possibility of an implied contract of a different or contradictory nature."); *Cont'l Cas. Co. v. Wis. Patients Comp. Fund*, 473 N.W.2d 584, 587 (Wis. Ct. App. 1991) ("The doctrine of unjust enrichment does not apply where the parties have entered into a contract.").

notice" so that they may prepare proper defenses. *Jones v. Hoosman*, No. 05-C-2909, 2006 WL 1302524, at *1 (N.D. Ill. May 9, 2006) (granting motion to dismiss for failure to plead fraudulent concealment with requisite specificity). For the reasons discussed in Argument Part I above, Plaintiffs' conclusory defect allegations and their similarly vague misrepresentation and omission allegations do not satisfy Rule 9(b)'s specificity and particularity requirements.

Under Rule 12(e), where a complaint "is so vague or ambiguous that a defendant cannot reasonably be required to frame a responsive pleading, the defendant may move for a more definite statement before interposing a responsive pleading." Fed. R. Civ. P. 12(e). For Sears to properly defend itself against Plaintiffs' claims, and to determine the appropriate scope of class discovery, Plaintiffs must plead particularized facts showing exactly what they contend Sears knew about the HE washers that Sears should have disclosed to Plaintiffs, when Sears knew or should have known about such "facts," what specific statements each Plaintiff received that were either false or misleading due to a material omission, who specifically made each such statement to Plaintiffs, when and where such statements were made, and how such statements proximately caused each Plaintiff's alleged damages. None of these facts, much less all them, are plead in Plaintiffs' Complaint.

## CONCLUSION

For all these reasons, Sears requests that the Court dismiss Plaintiffs' Complaint.

Dated: August 11, 2008                         Respectfully submitted,


s/ Michael T. Williams
Michael T. Williams
Galen D. Bellamy
Kara J. Rosenthal
Evan Stephenson
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

and

Bradley B. Falkof
Brad E. Rago
Barnes & Thornburg LLP

1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-8304
Facsimile:  (312) 759-5646

Attorneys for Sears, Roebuck and Co.

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a copy of the foregoing Memorandum in Support of Defendant's Motion to Dismiss the Consolidated Class Action Complaint, or, in the Alternative, for a More Definite Statement of Plaintiffs' Claims was served on the following via the Court's CM/ECF system on this 11th day of August 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421

James E. Miller
Patrick A. Klingman
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
Shepherd Finkelman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

Ronald S. Kravitz
Matthew Borden
Liner Yankelvitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com

         _____ s/ Michael T. Williams _____

683112v.4

# EXHIBIT 1





*HE²*

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel du propriétaire et instructions d'installation

Models/Modelos/Modèles **110**.4646✳, 4647✳
✳ = color number, número de color, numéro de couleur



Designed to use only
HE High Efficiency Detergent
Diseñado para utilizar solamente
detergente de alto rendimiento (HE)
Conçu pour utiliser uniquement un
détergent HE Haute efficacité



**8540265**

Sears Roebuck and Co., Hoffman Estates, IL 60179. U.A.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

<div style="display: flex;">

<div style="flex: 1;">

# TABLE OF CONTENTS

PROTECTION AGREEMENTS..................................................2
  In the U.S.A..................................................................2
  In Canada ....................................................................3

WARRANTY........................................................................3

PEDESTAL OPTION WARRANTY .......................................3

WASHER SAFETY...............................................................4

INSTALLATION REQUIREMENTS ......................................5
  Tools and Parts .............................................................5
  Options ........................................................................5
  Location Requirements .................................................5
  Drain System ...............................................................7
  Electrical Requirements................................................8

INSTALLATION INSTRUCTIONS .......................................9
  Remove Transport System.............................................9
  Connect the Inlet Hoses................................................9
  Route the Drain Hose ..................................................10
  Secure the Drain Hose .................................................11
  Level the Washer .........................................................11
  Complete Installation....................................................11

FEATURES AND BENEFITS ............................................12

WASHER USE ..................................................................13
  Starting Your Washer ...................................................13
  Using the Proper Detergent ..........................................13
  Using the Dispenser ....................................................14
  Pausing or Restarting...................................................15
  Changing Cycles, Options and Modifiers ........................15
  Status Lights...............................................................15
  Cycles ........................................................................15
  Normal Sounds ............................................................16
  Options .......................................................................16
  Modifiers .....................................................................17
  Laundry Guide .............................................................17

LAUNDRY TIPS ...............................................................18
  Loading ......................................................................18
  Stain Removal Guide....................................................19

WASHER CARE ...............................................................19
  Cleaning Your Washer...................................................19
  Water Inlet Hoses ........................................................20
  Vacation, Storage, and Moving Care ..............................20

TROUBLESHOOTING ......................................................21
  Washer and Components ..............................................21
  Washer Operation........................................................23
  Clothes Care ...............................................................24

SERVICE NUMBERS ...............................BACK COVER

</div>

<div style="flex: 1;">

# PROTECTION AGREEMENTS

## In the U.S.A.

### Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new product. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information, call 1-800-827-6655.**

### Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

</div>

</div>

In Canada

## Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and more than a million parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® product is designed, manufactured and tested to provide years of dependable operation. But like all products, it may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement

■ Is your way to buy tomorrow's service at today's price

■ Eliminates repair bills resulting from normal wear and tear

■ Provides phone support from a Sears technician on products requiring in-home repair

■ Even if you don't need repairs, provides an annual Preventive Maintenance Check, at your request, to ensure that your product is in proper running condition.

Some limitations apply. For more information about Sears Canada Maintenance Agreements, call 1-800-361-6665.

# KENMORE® WASHER WARRANTY

### One Year Full Warranty on HE2 Washer

For one year from the date of purchase, when installed and operated according to the Use & Care Guide, this washer will be repaired free of charge if defective in material or workmanship.

Service must be provided by a Sears Service Department in the United States or Canada or an authorized agent.

### Warranty Restriction

■ If this washer is used for other than private family purposes, this warranty applies for only 90 days from the date of purchase.

■ Use of any laundry detergent not specifically designated for High Efficiency (HE) washers will void this warranty.

### Warranty Service

Warranty service is available by calling 1-800-4-MY-HOME®. This warranty applies only while this washer is used in the United States or Canada.

This warranty gives you specific legal rights, and you may also have other rights, which vary, from state to state or province to province.

For Sears warranty information or to contact a Sears Service Center, please reference the service numbers located on the back page of this manual.

**Sears, Roebuck and Co.**
**D/817WA, Hoffman Estates, IL 60179**
**Sears Canada Inc.**
**Toronto, Ontario, Canada M5B 2B8**

## Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your appliance.

**Model number 110.**_____

**Serial number**_____

**Purchase date** _____

**Inlet Hose replacement date** _____

**Inlet Hose replacement date** _____

**Inlet Hose replacement date** _____

Replace inlet hoses after 5 years of use to reduce the risk of hose failure.

**Save these instructions and your sales receipt for future reference.**

# PEDESTAL OPTION WARRANTY

### Full One-Year Warranty on Mechanical Parts

For one year from the date of purchase, supplier will repair or replace any of its mechanical parts if defective in material or workmanship. This Pedestal must be installed with this washer according to the instructions provided in the Pedestal Installation Instructions.

### Warranty Restriction

If the pedestal is subject to other than private family use and or if the pedestal is used with any other product than those listed in the installation instructions, the above warranty coverage is null and void.

### Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your pedestal.

**Model number 110.**_____

**Serial number**_____

**Purchase date** _____

**Save these instructions and your sales receipt for future reference.**

3

# WASHER USE



## Starting Your Washer

⚠️ **WARNING**



**Fire Hazard**

Never place items in the washer that are dampened with gasoline or other flammable fluids.

No washer can completely remove oil.

Do not dry anything that has ever had any type of oil on it (including cooking oils).

Doing so can result in death, explosion, or fire.

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

## First Wash Cycle Without Laundry

Before washing clothes for the first time, choose the Normal/Casual cycle and run it without clothes. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium sized load. This initial cycle serves to ensure the interior is clean before washing clothes.

### For All Wash Cycles

1. **To load washer**
   Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.

   - Mix large and small items. Avoid washing a single item. Load evenly.

   - Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.

   - When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if STOP is selected while the ADD A GARMENT light is illuminated or if the cycle has been canceled. See "To cancel a cycle" in the "Changing Cycles, Options and Modifiers" section.

3. Open the dispenser drawer and add laundry products to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

   **NOTE:** Use only HE High Efficiency detergents.

4. Turn on the washer by selecting POWER. Select one of the cycles by turning the cycle selector. The indicator light for the selected cycle will illuminate. When selecting a Wash Cycle, the preset Modifiers and Options, Water Temp, and Spin Speed for the selected cycle will illuminate. The preset settings provide the recommended fabric care for the selected cycle. See "Wash Cycles."

5. Select the desired OPTIONS. Not all Options are available with all cycles. See "Options."

6. Select the desired MODIFIERS. Not all Modifiers are available with all Cycles and Options. See "Modifiers."

7. If desired, select the CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Press CYCLE SIGNAL once to turn it on. The indicator light will illuminate. Press again to turn it off.

8. **To begin the wash cycle immediately**
Select and hold START (for approximately 1 second).

   ■ If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.

   ■ When the wash cycle is complete, the CLOTHES CLEAN status light illuminates, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 5 minutes after the cycle is complete and the CLOTHES CLEAN light goes off. To power down the washer manually after the wash cycle is complete, select STOP once.

9. **To begin the wash cycle later**
Select DELAY START until the desired delay time (in hours) shows. Select START.

   ■ When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay, before the wash cycle begins.

## Using the Dispenser

Your new washer has a dispenser drawer with three separate compartments for your laundry additives—one is for detergent, one is for liquid chlorine bleach, and one is for liquid fabric softener. Laundry additives are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry additives directly into the wash tub. Always use the proper dispensers when adding laundry additives.

### Choosing the Right Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

### To fill dispenser compartments

1. Pull out the dispenser drawer.
2. Add the desired laundry product to the proper compartment.

3. Push in the dispenser drawer slowly and completely (to avoid a spill).



*Dispenser*

A. Dispenser release lever
B. Main Wash detergent compartment
C. Liquid chlorine bleach compartment
D. Fabric softener compartment

### Main Wash detergent compartment

(Letter B in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your main wash cycle.

■ Powdered color-safe bleach may be added to the Main Wash compartment along with the powdered detergent.

■ Liquid detergent: Measure the amount of liquid detergent with the measurement device which comes with the detergent. Add no more than the manufacturer's recommended amount. The liquid detergent flows immediately into the washer.

■ Powdered detergent: Measure the amount of powdered detergent with the measurement device which comes with the detergent. Add no more than the manufacturers recommended amount.

■ Do not fill beyond the "Max" level.
   **NOTE:** Overfilling could cause an over sudsing condition.

### Chlorine bleach compartment

(Letter C in Dispenser Illustration)

Add NO MORE THAN ⅔ cup (160 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the best time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

■ Use only liquid chlorine bleach in this dispenser. Do not use this dispenser to add powdered chlorine or any form of color-safe bleach to your load.

■ Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess. Follow the manufacturer's directions for safe use.

■ Do not fill beyond the "MAX" level.
   **NOTE:** Overfilling could cause garment damage.

### Fabric softener compartment

(Letter D in Dispenser Illustration)

Add ¼ cup (60 mL) liquid fabric softener to this compartment. Fabric softener will be automatically dispensed in the final rinse or in the 2ND RINSE, if selected.

■ Do not fill beyond the "MAX" level.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.

- Separate dark colors from light colors, colorfast items from noncolorfast items.

- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.

- When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

## Loading

### Loading suggestions (maximum size loads)

**Heavy Work Clothes**

| | |
|---|---|
| 4 jeans | 2 sweatpants |
| 4 workpants | 2 sweatshirts |
| 4 workshirts | |

**Towels**

| | |
|---|---|
| 10 bath towels | 14 washcloths |
| 10 hand towels | |

**Mixed Load**

| | |
|---|---|
| 3 sheets (1 king, 2 twin) | 9 T-shirts |
| 4 pillowcases | 9 shorts |
| 3 shirts | 10 handkerchiefs |
| 3 blouses | |

# WASHER CARE

## Cleaning Your Washer

### Cleaning the exterior
Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the interior
Use a soft damp cloth or sponge to occasionally wipe the inner door to remove any detergent residue. Use mild soap and water. Do not use abrasive products.

### Cleaning the door seal
Use a soft damp cloth or sponge when necessary. Check the fold of the seal periodically for any foreign objects.

### Cleaning the dispenser drawer
The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments and the separator).
3. Wash the parts under running water.
4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after five years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

**Non-use or vacation care:**
Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

- Unplug washer or disconnect power.
- Turn off the water supply to the washer. This helps avoid accidental flooding (due to a water pressure surge) while you are away.
- Slightly open door to provide ventilation.

**To winterize washer:**
1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a Drain & Spin cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

**To use washer again:**
1. Flush water pipes.
2. Reconnect water inlet hoses to faucets.
3. Turn on both water faucets.

18

Your washer has a special cycle stored within the machine's programming. Pressing a specific combination of buttons will access this cleaning cycle. This cycle uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine.

**NOTES:**

■ Read these instructions completely before beginning the cleaning process.

■ If necessary, the cleaning cycle may be interrupted by pressing the STOP button. This will stop the cycle. A RINSE & SPIN cycle must then be run to thoroughly rinse the remaining bleach from the unit. Failure to do so will cause damage to the unit and clothing added to the next cycle.

**Begin procedure**

1. Open the washer door and remove any clothing or items from the washer.

2. Be sure the door is closed.

3. Open the dispenser drawer and immediately add ⅔ cup (160 mL) of liquid chlorine bleach to the bleach compartment.

   **NOTE:** Do not add any detergent to this cycle. Use of more than ⅔ cup (160 mL) of bleach will cause product damage over time.

4. Be sure dispenser drawer is closed.

5. To enter the cycle, a specific combination of buttons must be pressed.

   ■ Select the POWER button.

   ■ Select the RINSE & SPIN program.

   ■ Select the LOW Spin Speed.

   ■ Select WARM/COLD Water Temperature.

   ■ Disable the CYCLE SIGNAL.

   ■ Set DELAY WASH to 0 hours.

   ■ Push, the 2ND RINSE Option button 4 times within 5 seconds, to start the cycle. The door will lock.

   **NOTE:** The basket will rotate, then the door will unlock, lock again, and then the cycle will continue.

   ■ The machine will not fill, but the basket will rotate while the washer runs a short sensing cycle. This will take approximately 3 minutes.

6. The cycle will determine if items are in the washer.

   a) If no items are detected in the washer, it will proceed to Step 7.

   b) If any items are detected in the washer, all the Cycle lights will flash and the WASH, and CONTROLS LOCKED lights will remain lit. The door will unlock.

      ■ Press STOP to cancel the failure code. Then repeat steps 1, 2 and 5, to start the cycle again.

7. Once the cycle has begun, allow the cycle to complete.

8. After the cycle is complete, leave the door open, slightly, to allow for better ventilation and drying of washer interior.

## Always do the following to maintain washer freshness

■ Use only HE High Efficiency detergent.

■ Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.

■ Repeat the cleaning procedure monthly, using ⅔ cup (160 mL) of liquid chlorine bleach.

■ If the procedure does not sufficiently improve the machine freshness, please evaluate your installation and usage conditions for other causes.

### Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever. See "Using the Dispenser." Remove the drawer.

2. Remove the inserts (the siphon from the softener and bleach compartments).

3. Wash the parts under running water.

   **NOTE:** Do not wash components in the dishwasher.

4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after five years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

**Non-use or vacation care:**

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

■ Unplug washer or disconnect power.

■ Turn off the water supply to the washer. This helps avoid accidental flooding (due to a water pressure surge) while you are away.

■ Slightly open door to provide ventilation.

### To winterize washer:

1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.

2. Run washer on a Drain & Spin cycle.

3. Unplug washer or disconnect power.

4. Shut off both water faucets.

5. Disconnect water inlet hoses from faucets and drain.

■ **"Add a Garment," "Rinse" or "Clothes Clean" Status Lights illuminated or "F21" on display (on some models) (Drain Problem)**
Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

**Check the following:**
Is the drain hose kinked?

Is the drain hose frozen?

Is the drain hose clogged?

Is the drain hose more than 96" (2.4 m) above the floor?

■ **Any other Status light combination (Electrical Problem)**
Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN & SPIN if there is excessive water in the washer.

Re-select cycle and press START. If the problem remains, call for service.

## Noisy, vibrating, off-balance

■ **Is the washer level?**
The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

All four feet of the washer must be in firm contact with the floor. If the washer is on a pedestal, the washer must be secured to the pedestal and all four pedestal feet must be in firm contact with the floor.

■ **Washer making a different noise?**
As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked or unlocked, and during the washing, rinsing, or spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation.

■ **Is washer installed on a sturdy and solid floor?**
Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

■ **Is the washer gurgling or humming?**
As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

■ **Are you washing items with metal snaps, buckles or zippers?**
You may hear metal items touching the washer drum. This is normal.

■ **Were the 4 shipping bolts in the back of the machine removed?**
See "Remove Transport System."

## Leaking

■ **Was the door opened during "Add a garment"?**
Water can drip off the inside of the door when opened after the start of a cycle.

■ **Is HE detergent being used?**
The non-High Efficiency detergents can cause over sudsing which can leak from the rear of the washer.

■ **Are the fill hoses tight?**

Check both ends of each hose. See "Connect the Inlet Hoses" in the Installation Instructions.

■ **Is the drain hose properly installed?**
The drain hose should be secured to the drainpipe or laundry tub. See "Secure Drain Hose" in the Installation Instructions.

■ **Is the sink or drain clogged?**
Sink and drainpipe must be able to carry away 17 gal. (64 L) of water per minute. If clogged or slow, water can back up out of drainpipe or sink. Check household plumbing (laundry tubs, faucets, drainpipe, water pipes) for leaks.

## Dispenser operation

■ **Did you follow the manufacturer's directions when adding detergent and fabric softener to the dispensers?**
Measure detergent and fabric softener. Slowly pour into the dispensers. Wipe up all spills. Dilute fabric softener in the fabric softener dispenser.

■ **Did you put powdered or liquid color-safe bleach into the liquid chlorine bleach dispenser (on some models)?**
Add powdered or liquid color-safe bleach to the Main Wash compartment. Do not use the chlorine bleach dispenser for color-safe bleach.

■ **Is the fabric softener dispenser clogged?**
Clean the fabric softener dispenser. See "Washer Care" for details.

■ **Are the laundry products in the correct dispenser compartment?**
Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the Main Wash compartment. Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.

■ **Is there water in the dispenser at the end of the cycle?**
A small amount of water will remain in the dispenser compartment. This is normal.

## Washer odor

■ **See "Cleaning Your Washer" in "Washer Care."**

■ **Are you using HE detergent?**
Use of non-HE detergent can cause a film residue which can result in odor.

■ **Did you leave the door open after use?**
This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

## Door won't unlock

■ **Did all of the water drain out of the washer during the spin?**
Select DRAIN & SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.

■ **Is the door locked and is the "Add a garment" light on?**
Press STOP once. The door will unlock.

22

# Get it fixed, at your home or ours!

## Your Home

For repair—**in your home**—of **all** major brand appliances,
lawn and garden equipment, or heating and cooling systems,
**no matter who made it, no matter who sold it!**

For the replacement parts, accessories and
owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances
and items like garage door openers and water heaters.

### 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

**www.sears.com    www.sears.ca**

---

## Our Home

For repair of carry-in items like vacuums, lawn equipment,
and electronics, call or go on-line for the location of your nearest

**Sears Parts & Repair Center.**

### 1-800-488-1222

Call anytime, day or night (U.S.A. only)

**www.sears.com**

---

To purchase a protection agreement (U.S.A.)
or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)            **1-800-361-6665** (Canada)

---

Para pedir servicio de reparación
a domicilio, y para ordenar piezas:
**1-888-SU-HOGAR®**
(1-888-784-6427)

Au Canada pour service en français:
**1-800-LE-FOYER**MC
(1-800-533-6937)
www.sears.ca



®Registered Trademark/ ™Trademark/SMService Mark of Sears Brands LLC,
under licensee by Sears Canada.

®Marca registrada/ ™Marca de comercio/SMMarca de Servicio de Sears Brands LLC,
usada bajo licencia de Sears Canada.

® Marque déposée/ TM Marque de commerce/SM Marque de service de Sears Brands LLC,
en vertu d'un porteur de licence par Sears Canada.

8540265
© 2005 Sears Brands LLC

7/05
Printed in Mexico
Impreso en Mexico
Imprimé au Mexique

# EXHIBIT 2



**ENERGY STAR**

$H_E{}^3$

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel du propriétaire et Instructions d'installation

Models/Modelos/Modèles **110**.4586✳, 4587✳

✳ = color number, número de color, numéro de couleur



Designed to use only High
Efficiency detergent

Diseñado para utilizar solamente
detergente de alta eficacia

Conçu pour l'utilisation d'un
détergent haute efficacité
seulement



ENGLISH  ESPAÑOL  FRANÇAIS

461970228962 /
8182744A

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS.............................................2
   In the U.S.A.........................................................2
   In Canada ..........................................................2
WARRANTY ...........................................................3
WASHER SAFETY..................................................4
INSTALLATION REQUIREMENTS ...........................5
   Tools and Parts ..................................................5
   Options ...............................................................5
   Location Requirements ......................................6
   Drain System .....................................................7
   Electrical Requirements......................................8
INSTALLATION INSTRUCTIONS ............................9
   Remove Transport System .................................9
   Connect the Inlet Hoses.....................................9
   Route the Drain Hose ......................................10
   Secure the Drain Hose ....................................10
   Level the Washer ..............................................10
   Complete Installation .......................................11
FEATURES AND BENEFITS ..................................11
WASHER USE .......................................................12
   Starting Your Washer .......................................12
   Using the Proper Detergent .............................12
   Using the Dispenser ........................................13
   Pausing or Restarting ......................................14
   Changing Cycles, Options and Modifiers ..........14
   Status Lights ....................................................14
   Cycles ..............................................................15
   Normal Sounds ................................................16
   Options .............................................................16
   Modifiers ..........................................................17
   Laundry Guide .................................................17
LAUNDRY TIPS .....................................................18
   Loading .............................................................18
WASHER CARE ....................................................19
   Cleaning Your Washer......................................19
   Water Inlet Hoses ............................................20
   Vacation, Storage and Moving Care .................20
TROUBLESHOOTING.............................................21
SERVICE NUMBERS ................................. BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

### Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new product. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information, call 1-800-827-6655.**

### Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

## In Canada

### Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and more than a million parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® product is designed, manufactured and tested to provide years of dependable operation. But like all products, it may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement

■ Is your way to buy tomorrow's service at today's price

■ Eliminates repair bills resulting from normal wear and tear

■ Provides phone support from a Sears technician on products requiring in-home repair

■ Even if you don't need repairs, provides an annual Preventive Maintenance Check, at your request, to ensure that your product is in proper running condition.

**Some limitations apply. For more information about Sears Canada Maintenance Agreements, call 1-800-361-6665.**

# KENMORE ELITE® APPLIANCE AND OPTIONAL PEDESTAL WARRANTY

## ONE YEAR LIMITED WARRANTY

When installed, operated and maintained according to all instructions supplied with the product, if this appliance fails due to a defect in material or workmanship within one year from the date of purchase, call 1-800-4-MY-HOME® to arrange for free repair.

## LIMITED LIFETIME WARRANTY ON STAINLESS STEEL DRUM

For the lifetime of the washer from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the stainless steel wash drum due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

## TEN YEAR LIMITED WARRANTY ON PLASTIC TUB

For ten years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the plastic tub due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

## FIVE YEAR LIMITED WARRANTY ON DRIVE SYSTEM PARTS

For five years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the following drive system parts if defective in materials or workmanship: drive pulley and drive belt. After the first year, customer assumes any labor costs associated with replacement of these parts.

## TWO YEAR LIMITED WARRANTY ON SENSOR SMART™ ELECTRONIC BOARD

For two years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the electronic control board if defective in materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of these parts.

If this appliance is used for other than private family purposes, this warranty applies for only 90 days from the date of purchase.

## THIS WARRANTY COVERS ONLY DEFECTS IN MATERIAL AND WORKMANSHIP. SEARS WILL NOT PAY FOR:

1. Expendable items that can wear out from normal use, including but not limited to filters, belts, light bulbs, and bags.
2. A service technician to instruct the user in correct product installation, operation or maintenance.
3. A service technician to clean or maintain this product.
4. Damage to or failure of this product if it is not installed, operated or maintained according to all instructions supplied with the product.
5. Damage to or failure of this product resulting from accident, abuse, misuse or use for other than its intended purpose.

6. Damage to or failure of this product caused by the use of detergents, cleaners, chemicals or utensils other than those recommended in all instructions supplied with the product.
7. Damage to or failure of parts or systems resulting from unauthorized modifications made to this product.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

Customer's sole and exclusive remedy under this limited warranty shall be product repair as provided herein. Implied warranties, including warranties of merchantability or fitness for a particular purpose, are limited to one year or the shortest period allowed by law. Sears shall not be liable for incidental or consequential damages. Some states and provinces do not allow the exclusion or limitation of incidental or consequential damages, or limitations on the duration of implied warranties of merchantability or fitness, so these exclusions or limitations may not apply to you.

This warranty applies only while this appliance is used in the United States and Canada.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**Sears, Roebuck and Co.**
**Dept. 817WA, Hoffman Estates, IL 60179**
**Sears Canada Inc.**
**Toronto, Ontario, Canada M5B 2B8**

## PRODUCT RECORD

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your appliance.

Model number __ __ __._____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

## PEDESTAL PRODUCT RECORD

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your pedestal.

Model number __ __ __._____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

3

# WASHER USE



## Starting Your Washer



### ⚠ WARNING

**Fire Hazard**

Never place items in the washer that are dampened with gasoline or other flammable fluids.

No washer can completely remove oil.

Do not dry anything that has ever had any type of oil on it (including cooking oils).

Doing so can result in death, explosion, or fire.

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to other sections of this manual for more detailed information.

Do not store laundry additives on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only "HE" High Efficiency detergent.*

### First Wash Cycle Without Laundry

Before washing clothes for the first time, choose the Normal/Casual cycle and run it without clothes. Use ½ the manufacturer's recommended amount of powdered or liquid High Efficiency (HE) detergent for a medium size load. This initial cycle serves to ensure the interior is clean before washing clothes.

1.  **To load the washer**
    Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

    ■ The washer can be fully loaded, but not tightly packed. Washer door should close easily.

    ■ Mix large and small items. Avoid washing a single item. Load evenly.

    ■ Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.

    ■ When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

2.  Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

    **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if PAUSE/CANCEL is selected while the ADD A GARMENT light is glowing or if the cycle has been canceled. See "To cancel a cycle" in the "Changing Cycles, Options and Modifiers" section.

3.  Open the dispenser drawer and add laundry additives to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

4.  Turn on the washer by selecting one of the WASH CYCLES. The indicator light for the selected cycle will glow. When selecting a Wash Cycle, the preset options, Water Temp, Spin Speed, and Soil Level for the selected cycle will glow. The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See "Cycles."

5.  Select the desired OPTIONS. Not all Options are available with all cycles. See "Options."

6.  Select the desired MODIFIERS. Not all Modifiers are available with all Cycles and Options. See "Modifiers."

7. If desired, select the END OF CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Select ON or OFF.

8. **To begin the wash cycle immediately**
   Select and hold START (for approximately 1 second).

   ■ If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.

   ■ When the wash cycle is complete, the CLOTHES CLEAN status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 5 minutes after the cycle is complete and the CLOTHES CLEAN light goes off. To power down the washer manually after the wash cycle is complete, select PAUSE/CANCEL once.

9. **To begin the wash cycle later**
   Select DELAY until the desired delay time (in hours) shows in the Estimated Time Remaining display. Select START. The countdown to the wash cycle will show in the display window.

   **IMPORTANT:** When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay, before the wash cycle begins.



## Using the Dispenser

Your new washer has a dispenser drawer with three separate compartments for your laundry additives—one is for detergent, one is for liquid chlorine bleach, and one is for liquid fabric softener. laundry additives are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry additives directly into the wash tub. Always use the proper dispensers when adding laundry additives.

### Choosing the Right Detergent
Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only "HE" High Efficiency detergent.*

### To fill dispenser compartments
1. Pull out the dispenser drawer.
2. Add the desired laundry additive to the proper compartment.

3. Push in the dispenser drawer slowly and completely (to avoid a spill).



*Dispenser*

A. Dispenser release lever
B. Separator
C. Main Wash detergent compartment
D. Liquid chlorine bleach compartment
E. Fabric softener compartment

### Main Wash detergent compartment
(Letter C in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your wash cycle. The detergent separator must always be in place, either in the front or back position.

■ Delaying a cycle: Use only powdered detergents. Powdered detergents will remain in the dispenser until the cycle begins, but liquid detergents may seep out of the compartment during the delayed time.

■ Do not fill beyond the "MAX" level. Use detergent manufacturer's recommended amount for load size.

■ Liquid or powdered color-safe bleach may be added to the Main Wash compartment along with the same type of detergent, liquid or powdered.

■ Liquid detergent: Put the separator in the front position, between the guides, as shown following. There will be no gap between the bottom of the wash cycle detergent compartment and the bottom of the separator.



*Separator in front position, between guides*

A. Separator
B. Guide

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

- Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

- Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.

- Empty pockets and turn them inside-out.

- Turn down cuffs; brush away lint and dirt.

- Turn synthetic knits inside-out to avoid pilling.

- Tie strings and sashes so they will not tangle.

- Mend tears, loose hems, and seams.

- Treat spots and stains.

- Stained or wet garments should be washed promptly for best results.

- Mix large and small items, avoid washing single items, and load evenly.

- Wash small items, such as infant socks, in a mesh garment bag. To create a balanced load it is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

  **NOTE:** If you are washing only small items, it is recommended that more than one mesh garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.

- Separate dark colors from light colors, colorfast items from noncolorfast items.

- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.

- When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

## Loading

### Loading suggestions (maximum size loads)

**Heavy Work Clothes**

| | |
|---|---|
| 4 jeans | 2 sweatpants |
| 4 workpants | 2 sweatshirts |
| 4 workshirts | |

**Towels**

| | |
|---|---|
| 10 bath towels | 14 washcloths |
| 10 hand towels | |

**Mixed Load**

| | |
|---|---|
| 3 sheets (1 king, 2 twin) | 9 T-shirts |
| 4 pillowcases | 9 shorts |
| 3 shirts | 10 handkerchiefs |
| 3 blouses | |

**Delicates**

| | |
|---|---|
| 3 camisoles | 2 bras |
| 4 slips | 2 nighties |
| 4 panties | |

# WASHER CARE

## Cleaning Your Washer

### Cleaning the door seal

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect all areas under the seal and to check for foreign objects.



A. Seal

3. If stained areas are found, wipe down these areas of the seals, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177.4 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**
- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

### Washer Monthly Maintenance Procedure
Your washer has a special cycle stored within the machine's programming. Pressing a specific combination of buttons will enter this cleaning cycle. This cycle uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine.

**NOTES:**
- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the PAUSE/CANCEL button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the washer.

### Begin procedure
1. Open the washer door and remove any clothing or items from the washer.
2. Be sure the door is closed.

3. Open the dispenser drawer and remove the detergent divider from the Main Wash detergent compartment and set aside. See "Using the Dispenser" for instructions. No laundry additives will be added at this time; you will be required to add only liquid chlorine bleach, at a later step.
4. To enter the cycle, a specific combination of buttons must be pressed.
   - Select the RINSE & SPIN button.
   - Select Low SPIN SPEED.
   - Select Warm/Cold WATER TEMPERATURE.
   - Select the 2ND RINSE Option.
   - Push END of CYCLE SIGNAL button 4 times within 5 seconds to start the cycle. The door will lock, and filling will begin.
     **NOTE:** The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue.
   - The machine will fill and run a short sensing cycle. This will take approximately 3 minutes.
5. The washer will provide 4 short tones. Check the Estimated Time Remaining display for the codes indicated below.
   a) If the washer displays the letters "Ab" (Add Bleach) in the Estimated Time Remaining display, you will hear 4 short tones. Proceed to Step 6.
   b) If the washer displays the letters "rL" (Remove Load) in the Estimated Time Remaining display, an error tone will sound. The door will unlock.
     - Open the door and remove the items from the washer.
     - Continue the cycle by pressing the START button.
       **NOTE:** The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue with another check for items in the washer.
     - The machine will fill and run a short cycle to determine whether any items have been left in the washer. This will take approximately 3 minutes.
     - The washer will repeat Step 5 until it can determine that there are no items in the washer and will display "Ab" (Add Bleach).
6. Add liquid chlorine bleach.
   a) If using the maintenance procedure for the first time, open the dispenser drawer and immediately add 1 cup (236.6 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.
   b) If doing a monthly maintenance procedure, open the dispenser drawer and immediately add ⅓ cup (78.8 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.
     **NOTES:**
     - Water will be flowing into the dispenser drawer when the bleach is added. This is normal.
     - Do not add any detergent to this cleaning cycle. Use of more than 1 cup (236.6 mL) of bleach will cause product damage over time.

## Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

  Are you using an extension cord?
  Do not use an extension cord.

## Washer won't drain or spin

- **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**

- **Is your voltage low?**
  Check electrical source or call electrician. Do not use an extension cord.

- **Is the "SUD" routine active?**
  Cycle will complete once extra suds are removed.

- **Is the load balanced?**
  A single or bulky item may cause imbalance. Add more items or redistribute the load.

## Washer makes noise or vibrates

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.

- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration can be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

## Water near washer

- Check household plumbing for leaks.

## Dispensers clogged or leaking

- **Are the laundry additives in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the detergent compartment.

  Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.

- **Is the detergent separator in the correct position?**
  Separator should be in the front position when using liquid detergent and in the back position when using powdered detergent.

## Washer odor

- **See "Cleaning Your Washer."**

- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.

- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors, leave the door open to allow the washer to dry between uses.

## Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.

- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a Drain & Spin cycle. If the laundry is still wet, take half of the load out of the washer and try again.

# Get it fixed, at your home or ours!

## Your Home

For repair – **in your home** – of **all** major brand appliances,
lawn and garden equipment, or heating and cooling systems,
**no matter who made it, no matter who sold it!**

For the replacement parts, accessories and
owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances
and items like garage door openers and water heaters.

### 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

**www.sears.com     www.sears.ca**

## Our Home

For repair of carry-in items like vacuums, lawn equipment,
and electronics, call or go on-line for the location of your nearest
**Sears Parts & Repair Center.**

### 1-800-488-1222

Call anytime, day or night (U.S.A. only)

**www.sears.com**

To purchase a protection agreement (U.S.A.)
or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación
a domicilio, y para ordenar piezas:          Au Canada pour service en français:

**1-888-SU-HOGAR®**          **1-800-LE-FOYER**<sup>MC</sup>

(1-888-784-6427)          (1-800-533-6937)
                          www.sears.ca



®Registered Trademark/ ™Trademark/<sup>SM</sup>Service Mark of Sears Brands LLC, under licensee by Sears Canada.
©CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears Brands LLC and Sears Canada.
®Marca registrada/ ™Marca de comercio/<sup>SM</sup>Marca de servicio de Sears Brands LLC, usada bajo licencia por Sears Canada.
©CATALYST es una marca registrada de Whirlpool U.S.A., usada bajo licencia por Sears Brands LLC y Sears Canada.

® Marque déposée/ ™ Marque de commerce/ <sup>SM</sup> Marque de service de Sears Brands LLC,
en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears Brands LLC et Sears Canada.

461970228962
© 2006 Sears Brands LLC

5/06
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne

# EXHIBIT 3



## $H_E{}^3$

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel de l'utilisateur et Instructions d'installation

Models/Modelos/Modèles **110**.4282✳, 4483✳, 4482✳
✳ = color number, número de color, numéro de couleur





461970220291

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS............................................2
  In the U.S.A...........................................................2
  In Canada .............................................................3
WARRANTY.............................................................3
PEDESTAL OPTION WARRANTY .................................3
WASHER SAFETY....................................................4
INSTALLATION REQUIREMENTS ...............................5
  Tools and Parts ....................................................5
  Options ................................................................5
  Location Requirements .........................................5
  Drain System .......................................................7
  Electrical Requirements........................................7
INSTALLATION INSTRUCTIONS ................................8
  Remove Transport System....................................8
  Connect the Inlet Hoses .......................................9
  Route the Drain Hose ...........................................9
  Secure the Drain Hose .........................................9
  Level the Washer ................................................10
  Complete Installation..........................................10
FEATURES AND BENEFITS .....................................11
WASHER USE...........................................................12
  Starting Your Washer .........................................12
  Using the Dispenser ...........................................13
  Pausing or Restarting .........................................14
  Changing Cycles, Options and Modifiers ...............14
  Status Lights......................................................14
  Cycles ...............................................................15
  Normal Sounds...................................................15
  Options ..............................................................16
  Modifiers ...........................................................16
  Laundry Guide ...................................................17
LAUNDRY TIPS.........................................................17
  Loading..............................................................17
WASHER CARE ........................................................18
  Cleaning Your Washer.........................................18
  Water Inlet Hoses ..............................................18
  Vacation, Storage, and Moving Care.....................18
TROUBLESHOOTING................................................19
SERVICE NUMBERS ...........................................BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

### Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® appliance is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new appliance. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and information, call 1-800-827-6655.**

### Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

In Canada

### Maintenance Agreements
Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and access to over 900,000 parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® appliance is designed, manufactured and tested to provide years of dependable operation. Yet any major appliance may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement
■ Guarantees tomorrow's service at today's price.
■ Eliminates repair bills resulting from normal wear and tear.
■ Covers non-technical and instructional service calls.
■ Provides an annual Preventive Maintenance Check, at your request, to ensure that your appliance is in proper running condition.

**Some limitations apply. For information concerning Sears HomeCentral® Maintenance Agreements, call 1-800-361-6665.**

# KENMORE ELITE® WASHER WARRANTY

### Limited Lifetime Warranty on Stainless Steel Drum
For the lifetime of the washer from the date of purchase, Sears will replace the Stainless Steel wash drum due to defective material or workmanship. After the first year, you will be charged for labor.

### Limited 10-Year Warranty on Plastic Tub*
For the second through tenth year from the date of purchase, Sears will replace the plastic tub if it is defective in material or workmanship. After the first year, you will be charged for labor.

### Limited 5-Year Warranty on Gearcase Parts*
For the second through fifth year from the date of purchase, Sears will replace any gearcase parts that are defective in material or workmanship. After the first year, you will be charged for labor.

### Limited 2-Year Warranty on SENSOR SMART™ Control Board
For two years from the date of purchase, Sears will replace the SENSOR SMART™ control board if it is defective in material or workmanship. You will be charged for labor after the first year.

### Full 1-Year Warranty on Mechanical and Electrical Parts
For one year from the date of purchase, when this washer is installed and operated according to the instructions that come with it, Sears will repair or replace any of its mechanical or electrical parts if they are defective in material or workmanship. Service must be provided by a Sears Service Department in the United States or Canada or an authorized agent.

### Warranty Restriction
If this washer is operated for any purpose other than private family use, all warranty coverage is restricted to 90 days from the date of purchase.

### Warranty Service
Warranty service is available by contacting the nearest Sears Service Center in the United States or Canada. This warranty applies only while the product is in use in the United States or Canada.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state or province to province.

For Sears warranty information or to contact a Sears Service Center, please reference the service numbers located on the back page of this manual.

**Sears, Roebuck and Co.
D/817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8**
*In Canada a different warranty may apply.

### Product Record
In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your appliance.

Model number 110 _____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

# PEDESTAL OPTION WARRANTY

### Full One-Year Warranty on Mechanical Parts
For one year from the date of purchase, supplier will repair or replace any of its mechanical parts if defective in material or workmanship. This Pedestal must be installed with this washer according to the instructions provided in the Pedestal Installation Instructions.

### Warranty Restriction
If the pedestal is subject to other than private family use and or if the pedestal is used with any other product than those listed in the installation instructions, the above warranty coverage is null and void.

### Product Record
In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your pedestal.

Model number 110._____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

3

# WASHER USE



## Starting Your Washer



**⚠ WARNING**

**Fire Hazard**

**Never place items in the washer that are dampened with gasoline or other flammable fluids.**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Doing so can result in death, explosion, or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to other sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only "HE" High Efficiency detergent.*

### First Wash Cycle Without Laundry

Before washing clothes for the first time, choose the Normal/Casual cycle and run it without clothes. Use ½ the manufacturer's recommended amount of powdered or liquid High Efficiency (HE) detergent for a medium size load. This initial cycle serves to ensure the interior is clean before washing clothes.

1.  **To load the washer**
    Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

    ■ The washer can be fully loaded, but not tightly packed. Washer door should close easily.

    ■ Mix large and small items. Avoid washing a single item. Load evenly.

    ■ Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.

    ■ When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

2.  Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

    **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if PAUSE/CANCEL is selected while the ADD A GARMENT light is glowing or if the cycle has been canceled. See "To cancel a cycle" in the "Changing Cycles, Options and Modifiers" section.

3.  Open the dispenser drawer and add laundry products to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

4.  Turn on the washer by selecting one of the WASH CYCLES. The indicator light for the selected cycle will glow. When selecting a Wash Cycle, the preset options, Water Temp, Spin Speed, and Soil Level for the selected cycle will glow. The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See "Cycles."

5.  Select the desired OPTIONS. Not all Options are available with all cycles. See "Options."

6.  Select the desired MODIFIERS. Not all Modifiers are available with all Cycles and Options. See "Modifiers."

## Using the Dispenser

Your new washer has a dispenser drawer with three separate compartments for your laundry products—one is for detergent, one is for liquid chlorine bleach, and one is for liquid fabric softener. Laundry products are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry additives directly into the wash tub. Always use the proper dispensers when adding laundry products.

### Choosing the Right Detergent

For best washing performance, use a High Efficiency (HE), or low-sudsing, detergent.

### To fill dispenser compartments

1. Pull out the dispenser drawer.
2. Add the desired laundry product to the proper compartment.
3. Push in the dispenser drawer carefully and completely (to avoid spillage).



*Dispenser*

*1. Dispenser release lever*
*2. Separator*
*3. Detergent compartment*
*4. Liquid Chlorine Bleach compartment*
*5. Fabric softener compartment*

### Detergent compartment

(Number 3 in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your wash cycle. The detergent separator must always be in place, either in the front or back position.

- Delaying a cycle: Use only powdered detergents. Powdered detergents will remain in the dispenser until the cycle begins, but liquid detergents may seep out of the compartment during the delayed time.
- Do not fill beyond the "MAX" level.
- Liquid or powdered color-safe bleach may be added to the Main Wash compartment along with the same type of detergent, liquid or powdered.

- Liquid detergent: Put the SEPARATOR in the front position, between the guides, as shown following. There will be no gap between the bottom of the wash cycle detergent compartment and the bottom of the separator.



*Separator in front position, between guides*

*1. Separator*
*2. Guide*

- Powdered detergent: Put the SEPARATOR in the back position, behind the guides, as shown following. There will be a gap between the bottom of the wash cycle detergent compartment and the bottom of the separator.



*Separator in back position, behind guides*

*1. Separator*
*2. Guide*

**NOTE:** The separator will be in the powder (back) position when shipped from the factory.

### Bleach compartment

(Number 4 in Dispenser Illustration)

Add NO MORE THAN ⅓ cup (80 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the best time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

- Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess.
- Do not fill beyond the "MAX" level.

  **NOTE:** Overfilling could cause severe garment damage.

### Fabric Softener compartment

(Number 5 in Dispenser Illustration)

Add ¼ cup (60 mL) liquid fabric softener to this compartment. Fabric softener will be automatically dispensed in the final rinse.

- Do not fill beyond the "MAX" level.

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only "HE" High Efficiency detergent.*

- Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.

- Empty pockets and turn them inside-out.

- Turn down cuffs; brush away lint and dirt.

- Turn synthetic knits inside-out to avoid pilling.

- Tie strings and sashes so they will not tangle.

- Mend tears, loose hems, and seams.

- Treat spots and stains.

- Stained or wet garments should be washed promptly for best results.

- Mix large and small items, avoid washing single items, and load evenly.

- Wash small items, such as infant socks, in a mesh gartment bags. To create a balanced load it is recommend that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

  **NOTE:** If only washing garments in mesh bags, it is recommend that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.

- Separate dark colors from light colors, colorfast items from noncolorfast items.

- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.

- When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

### Loading

### Loading suggestions (maximum size loads)

**Heavy Work Clothes**

| | |
|---|---|
| 4 jeans | 2 sweatpants |
| 4 workpants | 2 sweatshirts |
| 4 workshirts | |

**Towels**

| | |
|---|---|
| 10 bath towels | 14 washcloths |
| 10 hand towels | |

**Mixed Load**

| | |
|---|---|
| 3 sheets (1 king, 2 twin) | 9 T-shirts |
| 4 pillowcases | 9 shorts |
| 3 shirts | 10 handkerchiefs |
| 3 blouses | |

**Delicates**

| | |
|---|---|
| 3 camisoles | 2 bras |
| 4 slips | 2 nighties |
| 4 panties | |

# TROUBLESHOOTING

First try the solutions suggested here to possibly avoid the cost of a service call...

## Washer displaying code message and tone sounds

- **"FH" (Water Inlet Problem—no or insufficient water supply)**
Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Are water faucets completely turned on?

  Are screens at inlet hose connection to washer clogged?

  Are water inlet hoses kinked?

  Are water inlet hoses frozen?

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

- **"F02" (Drain Problem)**
Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Is the drain hose kinked?

  Is the drain hose frozen?

  Is the drain hose clogged?

  Is the drain hose more than 96 in. (2.4 m) above the floor?

- **"SUD" (Suds Routine)**
When excessive suds are detected, a suds routine automatically starts. This routine removes extra suds and assures proper rinsing of your garments. "SUD" is displayed during rinsing and at the end of the cycle to inform you that Suds Routine was activated. To avoid excessive sudsing, reduce detergent amounts or use HE detergents.

- **"F" Variables [F4 to F16] (Electrical Problem)**
Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN/SPIN if there is excessive water in the washer.

  Re-select cycle and press START. If the problem remains, call for service.

## Washer won't start

- **Check the following:**
Is the power cord plugged into a grounded 3 prong outlet?

  Is the washer door firmly shut?

  Has a cycle been selected, but START has not been selected and held for one second?

  Was the door open after completion of last cycle?

## Washer won't fill, wash or rinse

- **Check the following:**
Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug? Check electrical source or call electrician.

  Are the hot and cold water faucets turned on?

  Is the water inlet hose kinked?

  Are the water inlet valve screens clogged?

## Washer stops

- **Check the following:**
Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call electrician.

  Has a fuse blown or has the circuit breaker tripped?
  If problem continues, call electrician.

  Are you using an extension cord?
  Do not use an extension cord.

## Washer won't drain or spin

- **Is the drain hose clogged, or the end of the drain hose more than 96 in. (2.4 m) above the floor?**

- **Is your voltage low?**
Check electrical source or call electrician. Do not use an extension cord.

- **Is the "SUD" routine active?**
Cycle will complete once extra suds are removed.

- **Is the load balanced?**
A single or bulky item may cause imbalance. Add more items or redistribute the load.

## Washer makes noise or vibrates

- **Is the washer level?**
The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

- **Are you washing items with metal snaps, buckles or zippers?**
You may hear metal items touching the washer drum. This is normal.

- **Is washer installed on a sturdy and solid floor?**
Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾ in. (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

## Water near washer

- Check household plumbing for leaks.

## Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

  Are you using an extension cord?
  Do not use an extension cord.

## Washer won't drain or spin

- **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**

- **Is your voltage low?**
  Check electrical source or call electrician. Do not use an extension cord.

- **Is the "SUD" routine active?**
  Cycle will complete once extra suds are removed.

- **Is the load balanced?**
  A single or bulky item may cause imbalance. Add more items or redistribute the load.

## Washer makes noise or vibrates

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.

- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

## Water near washer

- Check household plumbing for leaks.

## Dispensers clogged or leaking

- **Are the laundry products in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the detergent compartment.

  Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.

- **Is the detergent separator in the correct position?**
  Separator should be in the front position when using liquid detergent and in the back position when using powdered detergent.

## Washer odor

- **See "Cleaning Your Washer" in "Washer Care."**

- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.

- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

## Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.

- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a Drain & Spin cycle. If the laundry is still wet, take half of the load out of the washer and try again.

# Get it fixed, at your home or ours!

## Your Home

For repair – **in your home** – of **all** major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

### 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

www.sears.com     www.sears.ca

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call or go on-line for the location of your nearest **Sears Parts & Repair Center.**

### 1-800-488-1222

Call anytime, day or night (U.S.A. only)

www.sears.com

To purchase a protection agreement (U.S.A.) or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:

**1-888-SU-HOGAR®**

(1-888-784-6427)

Au Canada pour service en français:

**1-800-LE-FOYER**ᴹᶜ

(1-800-533-6937)

www.sears.ca



®Registered Trademark/ ᵀᴹTrademark/ˢᴹService Mark of Sears Brands, LLC, under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears Brands, LLC and Sears Canada.
®Marca registrada/ ᵀᴹ Marca de comercio/ ˢᴹ Marca de Servicio de Sears Brands, LLC, usada bajo licencia de Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A., usada bajo licencia de Sears Brands, LLC, y Sears Canada.
® Marque déposée/ TM Marque de commerce/SM Marque de service de Sears Brands, LLC,
en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears Brands, LLC et Sears Canada.

461970226761
© 2005 Sears Brands,
LLC

7/05
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne

# EXHIBIT 4





## H<sub>E</sub> 4t

# Front-Loading Automatic Washer
## Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
## Manual del propietario e Instrucciones de instalación

# Laveuse automatique à chargement frontal
## Manuel du propriétaire et Instructions d'installation

Models/Modelos/Modèles **110**.4508✻, 4598✻, 4599✻
✻ = color number, número de color, numéro de couleur

ENGLISH    ESPAÑOL    FRANÇAIS



Designed to use only HE High
Efficiency detergent

Diseñado para utilizar solamente
detergente de alta eficacia

Conçu pour l'utilisation d'un
détergent haute efficacité
seulement



461970228992
✔ 8182746A

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS..................................................2
   In the U.S.A...............................................................................2
   In Canada.................................................................................3
WARRANTY..............................................................................3
WASHER SAFETY....................................................................4
INSTALLATION REQUIREMENTS ...........................................5
   Tools and Parts .......................................................................5
   Options ....................................................................................5
   Location Requirements ...........................................................6
   Drain System ...........................................................................7
   Electrical Requirements...........................................................8
INSTALLATION INSTRUCTIONS .............................................9
   Remove Transport System......................................................9
   Connect the Inlet Hoses..........................................................9
   Route the Drain Hose ...........................................................10
   Secure the Drain Hose ..........................................................10
   Level the Washer ..................................................................10
   Complete Installation............................................................11
FEATURES AND BENEFITS ...................................................11
WASHER USE ........................................................................12
   Starting Your Washer............................................................12
   Using the Proper Detergent ..................................................12
   Using the Dispenser .............................................................13
   Pausing or Restarting............................................................14
   Changing Cycles, Options and Modifiers ..............................14
   Status Lights.........................................................................15
   Cycles ...................................................................................15
   Normal Sounds......................................................................17
   Options .................................................................................17
   Modifiers...............................................................................18
   Laundry Guide ......................................................................19
LAUNDRY TIPS......................................................................19
   Loading .................................................................................20
WASHER CARE .....................................................................20
   Cleaning Your Washer...........................................................20
   Water Inlet Hoses .................................................................21
   Vacation, Storage, and Moving Care .....................................21
TROUBLESHOOTING .............................................................22
SERVICE NUMBERS .............................................BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

### Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new product. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information, call 1-800-827-6655.**

### Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®.**

In Canada

## Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and more than a million parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® product is designed, manufactured and tested to provide years of dependable operation. But like all products, it may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement

■ Is your way to buy tomorrow's service at today's price

■ Eliminates repair bills resulting from normal wear and tear

■ Provides phone support from a Sears technician on products requiring in-home repair

■ Even if you don't need repairs, provides an annual Preventive Maintenance Check, at your request, to ensure that your product is in proper running condition.

**Some limitations apply. For more information about Sears Canada Maintenance Agreements, call 1-800-361-6665.**

# KENMORE ELITE®
# APPLIANCE AND OPTIONAL
# PEDESTAL WARRANTY

## ONE YEAR LIMITED WARRANTY

When installed, operated and maintained according to all instructions supplied with the product, if this appliance fails due to a defect in material or workmanship within one year from the date of purchase, call 1-800-4-MY-HOME® to arrange for free repair.

## LIMITED LIFETIME WARRANTY ON STAINLESS STEEL DRUM

For the lifetime of the washer from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the stainless steel wash drum due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

## TEN YEAR LIMITED WARRANTY ON PLASTIC TUB

For ten years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the plastic tub due to defective materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of this part.

## FIVE YEAR LIMITED WARRANTY ON DRIVE SYSTEM PARTS

For five years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the following drive system parts if defective in materials or workmanship: drive pulley and drive belt. After the first year, customer assumes any labor costs associated with replacement of these parts.

## TWO YEAR LIMITED WARRANTY ON SENSOR SMART™ ELECTRONIC BOARD

For two years from the date of purchase, when this washer is installed, operated and maintained according to all instructions supplied with the product, Sears will replace the electronic control board if defective in materials or workmanship. After the first year, customer assumes any labor costs associated with replacement of these parts.

If this appliance is used for other than private family purposes, this warranty applies for only 90 days from the date of purchase.

**THIS WARRANTY COVERS ONLY DEFECTS IN MATERIAL AND WORKMANSHIP. SEARS WILL NOT PAY FOR:**

1. Expendable items that can wear out from normal use, including but not limited to filters, belts, light bulbs, and bags.

2. A service technician to instruct the user in correct product installation, operation or maintenance.

3. A service technician to clean or maintain this product.

4. Damage to or failure of this product if it is not installed, operated or maintained according to all instructions supplied with the product.

5. Damage to or failure of this product resulting from accident, abuse, misuse or use for other than its intended purpose.

6. Damage to or failure of this product caused by the use of detergents, cleaners, chemicals or utensils other than those recommended in all instructions supplied with the product.

7. Damage to or failure of parts or systems resulting from unauthorized modifications made to this product.

**DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES**

Customer's sole and exclusive remedy under this limited warranty shall be product repair as provided herein. Implied warranties, including warranties of merchantability or fitness for a particular purpose, are limited to one year or the shortest period allowed by law. Sears shall not be liable for incidental or consequential damages. Some states and provinces do not allow the exclusion or limitation of incidental or consequential damages, or limitations on the duration of implied warranties of merchantability or fitness, so these exclusions or limitations may not apply to you.

This warranty applies only while this appliance is used in the United States and Canada.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**Sears, Roebuck and Co.
Dept. 817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8**

## PRODUCT RECORD

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your appliance.

Model number __ __ __. _____

Serial number _____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

## PEDESTAL PRODUCT RECORD

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label located on the product.

Have this information available to help you obtain assistance or service more quickly whenever you contact Sears concerning your pedestal.

Model number __ __ __. _____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

# WASHER USE



## Starting Your Washer

> # ⚠ WARNING
>
> 🔥
>
> **Fire Hazard**
>
> Never place items in the washer that are dampened with gasoline or other flammable fluids.
>
> No washer can completely remove oil.
>
> Do not dry anything that has ever had any type of oil on it (including cooking oils).
>
> Doing so can result in death, explosion, or fire.

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry additives on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing. Using regular detergent will likely result in washer errors, longer cycle times and, reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only "HE" High Efficiency detergent.*

**First Wash Cycle Without Laundry**
Before washing clothes for the first time, choose the Normal/ Casual cycle and run it without clothes. Use ½ the manufacturer's recommended amount of powdered or liquid High Efficiency (HE) detergent for a medium-size load. This initial cycle serves to ensure the interior is clean before washing clothes.

1.  **To load washer**
    Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.

    ■ The washer can be fully loaded, but not tightly packed. Washer door should close easily.

    ■ Mix large and small items. Avoid washing a single item. Load evenly.

    ■ Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.

    ■ When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if PAUSE/CANCEL is selected while the ADD A GARMENT light is glowing or if the cycle has been canceled. See "To cancel a cycle" in "Changing Cycles, Options and Modifiers" section.

3. Open the dispenser drawer and add laundry additives to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

4. Turn on the washer by selecting one of the WASH CYCLES. The indicator light for the selected cycle will glow. When selecting a Wash Cycle, the preset options, Water Temp, Spin Speed, and Soil Level for the selected cycle will glow. The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See "Cycles."

5. Select the desired OPTIONS. Not all Options are available with all cycles. See "Options."

6. Select the desired MODIFIERS. Not all Modifiers are available with all Cycles and Options. See "Modifiers."

7. If desired, select the END OF CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Select ON or OFF.

8. **To begin the wash cycle immediately**
   Select and hold START (for approximately 1 second).

   ■ If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.

   ■ When the wash cycle is complete, the CLOTHES CLEAN status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 5 minutes after the cycle is complete and the CLOTHES CLEAN light goes off. To power down the washer manually after the wash cycle is complete, select PAUSE/CANCEL once.

9. **To begin the wash cycle later**
   Select DELAY until the desired delay time (in hours) shows in the Estimated Time Remaining display. Select START. The countdown to the wash cycle will show in the display window.

   **IMPORTANT:** When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay, before the wash cycle begins.

---

## Using the Dispenser

Your new washer has a dispenser drawer with four separate compartments for your laundry additives—two are for detergent, one is for liquid chlorine bleach, and one is for liquid fabric softener. Laundry additives are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry additives directly into the wash tub. Always use the proper dispensers when adding laundry additives.

### Choosing the Right Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times, and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew.

HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only "HE" High Efficiency detergent.*

### To fill dispenser compartments

1. Pull out the dispenser drawer.
2. Add the desired laundry product to the proper compartment.
3. Push in the dispenser drawer slowly and completely (to avoid a spill).



**Dispenser**

*A. Prewash detergent compartment*
*B. Separator*
*C. Main Wash detergent compartment*
*D. Dispenser release lever*
*E. Chlorine bleach compartment*
*F. Fabric softener compartment*

### Prewash detergent compartment
(Letter A in Dispenser Illustration)

Add detergent to this compartment when using the Prewash option or Soak cycle. Liquid or powdered detergent may be used in this compartment. The detergent will automatically be dispensed during Prewash, if the Prewash option is selected, or during the soak time if Soak is selected.

■ Using only High Efficiency (HE) detergent, add ⅓ the recommended amount to the prewash compartment and ⅔ the recommended amount to the main wash compartment.

### Main Wash detergent compartment
(Letter C in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your main wash cycle. The detergent separator must always be in place, either in the front or back position.

**IMPORTANT:** If you are using the Prewash, Soak or Delay option, powdered detergent must be used in the main wash compartment since liquid detergents may seep out of the main wash compartment, before the main wash begins.

■ Do not fill beyond the "MAX" level. Use detergent manufacturer's recommended amount for load size.

## Laundry Guide

Refer to this chart for suggested load types and their corresponding cycles. Listed to the right are the options available to each of these washer cycles.

| CYCLE | SUGGESTED LOAD TYPE | Prewash* | Stain Treat | Save Energy Plus | Rinse Options | Extended Spin |
|---|---|---|---|---|---|---|
| | | AVAILABLE OPTIONS | | | | |
| Sanitary | Heavily soiled underwear, towels, work clothes, diapers, etc. | ✔ | ✔ | | ✔ | ✔ |
| Bulky/Bedding | Normally soiled blankets and comforters | | | | ✔ | |
| Whitest Whites | Soiled white fabrics | ✔ | ✔ | ✔ | ✔ | ✔ |
| Heavy Duty | Heavily soiled underwear, towels, shirts, etc., made of cotton | ✔ | ✔ | ✔ | ✔ | ✔ |
| Normal/Casual | Normally soiled blouses, shirts, overalls, etc., made of polyester, nylon, cotton, linen, or cotton blends | ✔ | ✔ | | ✔ | ✔ |
| Express Wash | Small loads of 2-3 lightly soiled cotton, polyester, nylon, or cotton blends. | | | | ✔ | ✔ |
| Kids Wear | Children's clothing or any fabric that requires extra rinsing | ✔ | ✔ | | ✔ | ✔ |
| Handwash/ Wool | Woolens with a felt-free finish and special-care items identified as machine washable. | | | | ✔ | |
| Silk/Ultra Delicate | Silk or Ultra Delicate fabrics identified as machine washable. | | | | ✔ | |

*Prewash and Soak cannot be selected at the same time.

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

- Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.



*Use only HE High Efficiency detergent.*

- Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.

- Empty pockets and turn them inside-out.

- Turn down cuffs; brush away lint and dirt.

- Turn synthetic knits inside-out to avoid pilling.

- Tie strings and sashes so they will not tangle.

- Mend tears, loose hems, and seams.

- Treat spots and stains.

- Stained or wet garments should be washed promptly for best results.

- Mix large and small items, avoid washing single items, and load evenly.

- Wash small items, such as infant socks, in a mesh garment bag. To create a balanced load it is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

   **NOTE:** If you are washing only small items, it is recommended that more than one mesh garment bag be used, and that each garment bag be filled with equal amounts of material.

19

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.

- Separate dark colors from light colors, colorfast items from noncolorfast items.

- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.

- When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

## Loading

### Loading suggestions (maximum size loads)

**Heavy Work Clothes**

| | |
|---|---|
| 4 jeans | 2 sweatpants |
| 4 workpants | 2 sweatshirts |
| 4 workshirts | |

**Towels**

| | |
|---|---|
| 10 bath towels | 14 washcloths |
| 10 hand towels | |

**Mixed Load**

| | |
|---|---|
| 3 sheets (1 king, 2 twin) | 9 T-shirts |
| 4 pillowcases | 9 shorts |
| 3 shirts | 10 handkerchiefs |
| 3 blouses | |

**Delicates**

| | |
|---|---|
| 3 camisoles | 2 bras |
| 4 slips | 2 nighties |
| 4 panties | |

**EXPRESS WASH cycle**
(2-3 garments)

| | |
|---|---|
| | 2 dress shirts |
| | 1 pair dress pants |

# WASHER CARE

## Cleaning Your Washer

### Cleaning the door seal

1. Open the washer door and remove any clothing or items from the washer.

2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect all areas under the seal and to check for foreign objects.



*A. Seal*

3. If stained areas are found, wipe down these areas of the seals, using the procedure that follows.

   a) Mix a dilute solution, using ¾ cup (177.4 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.

   b) Wipe the seal area with the dilute solution, using a damp cloth.

   c) Let stand 5 minutes.

   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**

- Wear rubber gloves when cleaning for prolonged periods.

- Refer to the bleach manufacturer's instructions for proper use.

### Washer Monthly Maintenance Procedure

Your washer has a special cycle stored within the machine's programming. Pressing a specific combination of buttons will enter this cleaning cycle. This cycle uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine.

**NOTES:**

- Read these instructions completely before beginning the cleaning process.

- If necessary, the cleaning cycle may be interrupted by pressing the PAUSE/CANCEL button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the washer.

### Begin procedure

1. Open the washer door and remove any clothing or items from the washer.

2. Be sure the door is closed.

3. Open the dispenser drawer and remove the detergent divider from the Main Wash detergent compartment and set aside. See "Using the Dispenser" for instructions. No laundry additives will be added at this time; you will be required to add only liquid chlorine bleach, at a later step.

20

4.  To enter the cycle, a specific combination of buttons must be pressed.

    ■  Select the RINSE & SPIN button.

    ■  Select Low SPIN SPEED.

    ■  Select Warm/Cold WATER TEMPERATURE.

    ■  Select the 2ND RINSE Option.

    ■  Push END of CYCLE SIGNAL button 4 times within 5 seconds to start the cycle. The door will lock, and filling will begin.

        **NOTE:** The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue.

    ■  The machine will fill and run a short sensing cycle. This will take approximately 3 minutes.

5.  The washer will provide 4 short tones. Check the Estimated Time Remaining display for the codes indicated below.

    a)  If the washer displays the letters "Ab" (Add Bleach) in the Estimated Time Remaining display, you will hear 4 short tones. Proceed to Step 6.

    b)  If the washer displays the letters "rL" (Remove Load) in the Estimated Time Remaining display, an error tone will sound. The door will unlock.

        ■  Open the door and remove the items from the washer.

        ■  Continue the cycle by pressing the START button.

            **NOTE:** The water in the washer will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue with another check for items in the washer.

        ■  The machine will fill and run a short cycle to determine whether any items have been left in the washer. This will take approximately 3 minutes.

        ■  The washer will repeat Step 5 until it can determine that there are no items in the washer and will display "Ab" (Add Bleach).

6.  Add liquid chlorine bleach.

    a)  If using the maintenance procedure for the first time, open the dispenser drawer and immediately add 1 cup (236.6 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.

    b)  If doing a monthly maintenance procedure, open the dispenser drawer and immediately add ⅓ cup (78.8 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.

        **NOTES:**

        ■  Water will be flowing into the dispenser drawer when the bleach is added. This is normal.

        ■  Do not add any detergent to this cleaning cycle. Use of more than 1 cup (236.6 mL) of bleach will cause product damage over time.

7.  Once the cleaning cycle has begun, allow the cycle to be completed. An estimated cycle time will appear on the display.

8.  After the cleaning cycle is complete, leave the door open, slightly, to allow for better ventilation and drying of washer interior.

9.  Replace the detergent compartment divider.

**Always do the following to maintain washer freshness**

■  Use only HE High Efficiency detergent.

■  Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.

■  Run this procedure on a monthly basis using ⅓ cup (78.8 mL) of liquid chlorine bleach.

■  If the procedure does not sufficiently improve the machine freshness, evaluate your installation and usage conditions for other causes.

## Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

## Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1.  Unlock the dispenser drawer by pressing the Release Lever in the Prewash compartment. See "Using the Dispenser." Remove the drawer.

2.  Remove the inserts (the siphon from the softener and bleach compartments and the separator).

3.  Wash the parts under running water.

4.  Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

### Non-use or vacation care:

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

■  Unplug washer or disconnect power.

■  Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.

■  Slightly open door to provide ventilation.

### To winterize washer:

1.  Put 1 qt (1 L) of R.V.-type antifreeze in the drum.

2.  Run washer on a Drain & Spin cycle.

3.  Unplug washer or disconnect power.

4.  Shut off both water faucets.

5.  Disconnect water inlet hoses from faucets and drain.

## Washer won't fill, wash or rinse

■ **Check the following:**
Is the power cord plugged into a grounded 3 prong outlet?

Is there power at the plug? Check electrical source or call electrician.

Are the hot and cold water faucets turned on?

Is the water inlet hose kinked?

Are the water inlet valve screens clogged?
Turn off the water and remove inlet hoses from the washer. Remove any accumulated film or particles. Reinstall hoses, turn water on and check for leaks.

## Washer stops

■ **Check the following:**
Is the power cord plugged into a grounded 3 prong outlet?

Is there power at the plug?
Check electrical source or call electrician.

Has a household fuse blown, or has a circuit breaker tripped?
Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

Are you using an extension cord?
Do not use an extension cord.

## Washer won't drain or spin

■ **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**

■ **Is your voltage low?**
Check electrical source or call electrician. Do not use an extension cord.

■ **Is the "SUD" routine active?**
Cycle will complete once extra suds are removed.

■ **Is the load balanced?**
A single or bulky item may cause imbalance. Add more items or redistribute the load.

## Washer makes noise or vibrates

■ **Is the washer level?**
The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

■ **Are you washing items with metal snaps, buckles or zippers?**
You may hear metal items touching the washer drum. This is normal.

■ **Is washer installed on a sturdy and solid floor?**
Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

## Water near washer

Check household plumbing for leaks.

## Dispensers clogged or leaking

■ **Are the laundry additives in the correct dispenser compartment?**
Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the Main Wash compartment. Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.

■ **Is the detergent separator in the correct position?**
Separator should be in the front position when using liquid detergent and in the back position when using powdered detergent.

## Washer odor

■ **See "Cleaning Your Washer" in "Washer Care."**

■ **Are you using HE detergent?**
Use of non-HE detergent can cause a film residue which can result in odor.

■ **Did you leave the door open after use?**
This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

## Load too wet

■ **Did you use the right cycle for the load being washed?**
Select a cycle with a higher spin speed.

■ **Did you wash a single item or bulky items or have you overloaded the washer?**
A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a DRAIN & SPIN cycle. If the laundry is still wet, take half of the load out of the washer and try again.

## Residue or lint on load

■ **Did you add detergent to the dispenser?**
For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.

■ **Did you sort properly?**
Sort lint givers (towels, chenille) from lint takers (corduroy, synthetics). Also sort by color.

■ **Did you overload the washer?**
Do not overload the washer. The washer can be fully loaded, but not tightly packed. The wash load must be balanced. Lint can be trapped in the load if overloaded.

■ **Check the following:**
Was paper or tissue left in pockets?

■ **Did you use enough HE detergent?**
Use enough detergent to remove lint and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.

■ **Is your water colder than 60°F (15.6°C)?**
Wash water colder than 60°F (15.6°C) may not completely dissolve the detergent.

■ **Are you using a low speed wash cycle?**
Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles such as Handwash/Wool and Silk/Ultra Delicate.

# Get it fixed, at your home or ours!

## Your Home

For repair—**in your home**—of **all** major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

### 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

**www.sears.com    www.sears.ca**

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call or go on-line for the location of your nearest **Sears Parts & Repair Center.**

### 1-800-488-1222

Call anytime, day or night (U.S.A. only)

**www.sears.com**

To purchase a protection agreement (U.S.A.) or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:
**1-888-SU-HOGAR®**
(1-888-784-6427)

Au Canada pour service en français:
**1-800-LE-FOYER**MC
(1-800-533-6937)
www.sears.ca



®Registered Trademark/ ™Trademark/ ℠Service Mark of Sears Brands LLC, under license by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears Brands LLC and Sears Canada.
®Marca registrada/ ™ Marca de comercio/ ℠Marca de servicio de Sears Brands LLC, usada bajo licencia por Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A., usada bajo licencia por Sears Brands LLC y Sears Canada.
® Marque déposée/ ™ Marque de commerce/ ℠ Marque de service de Sears Brands LLC,
en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears Brands LLC et Sears Canada.

461970228992
© 2006 Sears Brands LLC

5/06
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne

# EXHIBIT 5



# $H_E{}^3$

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel de l'utilisateur et Instructions d'installation





461970205515

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada, Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca



# TABLE OF CONTENTS

PROTECTION AGREEMENTS...........................................2
  In the U.S.A.......................................................................2
  In Canada..........................................................................3
WARRANTY..................................................................3
PEDESTAL OPTION WARRANTY ..........................3
WASHER SAFETY........................................................4
INSTALLATION REQUIREMENTS ...........................5
  Tools and Parts................................................................5
  Alternate Parts.................................................................5
  Optional Pedestal............................................................5
  Location Requirements ...................................................5
  Drain System ...................................................................6
  Electrical Requirements...................................................7
INSTALLATION INSTRUCTIONS .............................8
  Remove Transport System..............................................8
  Connect the Inlet Hoses..................................................8
  Route the Drain Hose ......................................................8
  Secure the Drain Hose ....................................................9
  Level the Washer .............................................................9
  Complete Installation.......................................................9
FEATURES AND BENEFITS .....................................10
WASHER USE ............................................................. 11
  Starting Your Washer ................................................... 11
  Using the Dispenser ......................................................12
  Pausing or Restarting....................................................13
  Changing Cycles, Options and Modifiers ......................13
  Status Lights..................................................................13
  Cycles ...........................................................................14
  Normal Sounds ..............................................................14
  Options ..........................................................................15
  Modifiers ........................................................................15
  Laundry Guide ...............................................................16
LAUNDRY TIPS............................................................16
  Loading ..........................................................................16
WASHER CARE ...........................................................17
  Cleaning Your Washer....................................................17
  Water Inlet Hoses ..........................................................17
  Vacation, Storage, and Moving Care .............................17
TROUBLESHOOTING...................................................18
SERVICE NUMBERS ..............................BACK COVER

# PROTECTION AGREEMENTS

## In the U.S.A.

### Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® appliance is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new appliance. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if more than three product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – non-technical and instructional assistance on products repaired in your home, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

Some limitations and exclusions apply. For prices and information call **1-800-827-6655**.

### Sears Installation Service

For Sears guaranteed professional installation of home appliances and items like garage door openers and water heaters, in the U.S.A. call **1-800-4-MY-HOME®**.

Travel or transportation expenses for customers who reside in
remote areas are not covered by this warranty.

## Maintenance Agreements

Your purchase has added value because you can depend on
Sears HomeCentral® for service. With over 2,400 Service
Technicians and access to over 900,000 parts and accessories,
we have the tools, parts, knowledge and skills to back our
pledge: We Service What We Sell.

Your Kenmore® appliance is designed, manufactured and tested
to provide years of dependable operation. Yet any major
appliance may require service from time to time. The Sears
Maintenance Agreement offers you an outstanding service
program, affordably priced.

### The Sears Maintenance Agreement

- Guarantees tomorrow's service at today's price.

- Eliminates repair bills resulting from normal wear and tear.

- Covers non-technical and instructional service calls.

- Provides an annual Preventive Maintenance Check, at your
  request, to ensure that your appliance is in proper running
  condition.

**Some limitations apply. For information concerning Sears
Home Central® Maintenance Agreements, call
1-800-361-6665.**

# KENMORE ELITE®
# WASHER WARRANTY

## Limited Lifetime Warranty on Stainless Steel Drum

For the lifetime of the washer from the date of purchase, Sears
will replace the Stainless Steel wash drum due to defective
material or workmanship. After the first year, you will be charged
for labor.

## Limited 10-Year Warranty on Plastic Tub*

For the second through tenth year from the date of purchase,
Sears will replace the plastic tub if it is defective in material or
workmanship. After the first year, you will be charged for labor.

## Limited 5-Year Warranty on Gearcase Parts*

For the second through fifth year from the date of purchase,
Sears will replace any gearcase parts that are defective in
material or workmanship. After the first year, you will be charged
for labor.

## Limited 2-Year Warranty on SENSOR SMART™
## Control Board

For two years from the date of purchase, Sears will replace the
SENSOR SMART™ control board if it is defective in material or
workmanship. You will be charged for labor after the first year.

## Full 1-Year Warranty on Mechanical and Electrical Parts

For one year from the date of purchase, when this washer is
installed and operated according to the instructions that come
with it, Sears will repair or replace any of its mechanical or
electrical parts if they are defective in material or workmanship.

Service must be provided by a Sears Service Department in the
United States or Canada or an authorized agent.

## Warranty Restriction

If this washer is operated for any purpose other than private
family use, all warranty coverage is restricted to 90 days from the
date of purchase.

## Warranty Service

Warranty service is available by contacting the nearest Sears
Service Center in the United States or Canada. This warranty
applies only while the product is in use in the United States or
Canada.

This warranty gives you specific legal rights and you may also
have other rights which vary from state to state or province to
province.

For Sears warranty information or to contact a Sears Service
Center, please reference the service numbers located on the
back page of this manual.

**Sears, Roebuck and Co.
D/817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8**

* In Canada a different warranty may apply.

## Product Record

In the space below, record your complete model number, serial
number, and purchase date. You can find this information on the
model and serial number label, as shown.

Have this information available to help you quickly obtain
assistance or service when you contact Sears concerning your
appliance.

Model number 110 _____

Serial number _____

Purchase date _____

**Save these instructions and your sales receipt for future
reference.**

# PEDESTAL OPTION
# WARRANTY

## Full One-Year Warranty on Mechanical Parts

For one year from the date of purchase, supplier will repair or
replace any of its mechanical parts if defective in material or
workmanship. This Pedestal must be installed with this washer
according to the instructions provided in the Pedestal Installation
Instructions.

## Warranty Restriction

If the pedestal is subject to other than private family use and or if
the pedestal is used with any other product than those listed in
the installation instructions, the above warranty coverage is null
and void.

## Product Record

In the space below, record your complete model number, serial
number, and purchase date. You can find this information on the
model and serial number label.

Have this information available to help you quickly obtain
assistance or service when you contact Sears concerning your
washer.

Model number 110. _____

Serial number _____

Purchase date _____

**Save these instructions and your sales receipt for future
reference.**

3

# Get it fixed, at your home or ours!

For repair of major brand appliances **in your own home...**
no matter who made it, no matter who sold it!

**1-800-4-MY-HOME®**        Anytime, day or night
**(1-800-469-4663)**           (U.S.A. and Canada)

**www.sears.com**              **www.sears.ca**


For repair of carry-in products like vacuums, lawn equipment,
and electronics, call for the location of your nearest
**Sears Parts and Repair Center.**

**1-800-488-1222**   Anytime, day or night (U.S.A. only)

**www.sears.com**


For the replacement parts, accessories and owner's manuals
that you need to do-it-yourself, call **Sears PartsDirect**℠!

**1-800-366-PART**    6 a.m. – 11 p.m. CST, 7 days a week
**(1-800-366-7278)**             (U.S.A. only)

**www.sears.com/partsdirect**


To purchase or inquire about a Sears Service Agreement
or Sears Maintenance Agreement:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

7 a.m. – 5 p.m. CST, Mon. – Sat.      9 a.m. – 8 p.m. EST, M – F, 4 p.m. Sat.


Para pedir servicio de reparación a          Au Canada pour service en français:
domicilio, y para ordenar piezas:               **1-800-LE-FOYER**ᴹᶜ
**1-888-SU-HOGAR**℠                          (1-800-533-6937)
(1-888-784-6427)                               www.sears.ca



®Registered Trademark/ ᵀᴹTrademark/℠Service Mark of Sears, Roebuck and Co., under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears, Roebuck and Co. and Sears Canada.

®Marca registrada/ ᵀᴹ Marca Fábrica/℠Marca de Servicio de Sears, Roebuck and Co., con licencia de Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A. usada bajo licencia de Sears, Roebuck and Co., y Sears Canada.

ᴹᶜMarque déposée/ᴹᴰMarque déposée de Sears, Roebuck and Co., en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears, Roebuck and Co. et Sears Canada.

# EXHIBIT 6



*HE³*

# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel de l'utilisateur et instructions d'installation

Models/Modelos/Modèles **110**.4282✽, 4483✽, 4482✽
✽ = color number, número de color, numéro de couleur


ENERGY STAR



461970220291

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B8

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS...................................2
   In the U.S.A..............................................................2
   In Canada.................................................................3
WARRANTY...........................................................3
PEDESTAL OPTION WARRANTY ........................3
WASHER SAFETY.................................................4
INSTALLATION REQUIREMENTS .........................5
   Tools and Parts .......................................................5
   Options ....................................................................5
   Location Requirements ............................................6
   Drain System ...........................................................7
   Electrical Requirements............................................7
INSTALLATION INSTRUCTIONS ...........................8
   Remove Transport System........................................8
   Connect the Inlet Hoses............................................9
   Route the Drain Hose ...............................................9
   Secure the Drain Hose .............................................9
   Level the Washer ....................................................10
   Complete Installation..............................................10
FEATURES AND BENEFITS .................................11
WASHER USE .....................................................12
   Starting Your Washer .............................................12
   Using the Dispenser ..............................................13
   Pausing or Restarting .............................................14
   Changing Cycles, Options and Modifiers ................14
   Status Lights...........................................................14
   Cycles.....................................................................15
   Normal Sounds.......................................................15
   Options ..................................................................16
   Modifiers ................................................................16
   Laundry Guide ........................................................17
LAUNDRY TIPS....................................................17
   Loading...................................................................17
WASHER CARE ...................................................18
   Cleaning Your Washer............................................18
   Water Inlet Hoses ..................................................18
   Vacation, Storage, and Moving Care .......................18
TROUBLESHOOTING ...........................................19
SERVICE NUMBERS ...............................BACK COVER

# PROTECTION AGREEMENTS

In the U.S.A.

## Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® appliance is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new appliance. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and information, call 1-800-827-6655.**

## Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

2

In Canada*

## Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and access to over 900,000 parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® appliance is designed, manufactured and tested to provide years of dependable operation. Yet any major appliance may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

### The Sears Maintenance Agreement

■ Guarantees tomorrow's service at today's price.

■ Eliminates repair bills resulting from normal wear and tear.

■ Covers non-technical and instructional service calls.

■ Provides an annual Preventive Maintenance Check, at your request, to ensure that your appliance is in proper running condition.

**Some limitations apply. For information concerning Sears HomeCentral® Maintenance Agreements, call 1-800-361-6665.**

# KENMORE ELITE® WASHER WARRANTY

## Limited Lifetime Warranty on Stainless Steel Drum

For the lifetime of the washer from the date of purchase, Sears will replace the Stainless Steel wash drum due to defective material or workmanship. After the first year, you will be charged for labor.

## Limited 10-Year Warranty on Plastic Tub*

For the second through tenth year from the date of purchase, Sears will replace the plastic tub if it is defective in material or workmanship. After the first year, you will be charged for labor.

## Limited 5-Year Warranty on Gearcase Parts*

For the second through fifth year from the date of purchase, Sears will replace any gearcase parts that are defective in material or workmanship. After the first year, you will be charged for labor.

## Limited 2-Year Warranty on SENSOR SMART™ Control Board

For two years from the date of purchase, Sears will replace the SENSOR SMART™ control board if it is defective in material or workmanship. You will be charged for labor after the first year.

## Full 1-Year Warranty on Mechanical and Electrical Parts

For one year from the date of purchase, when this washer is installed and operated according to the instructions that come with it, Sears will repair or replace any of its mechanical or electrical parts if they are defective in material or workmanship.

Service must be provided by a Sears Service Department in the United States or Canada or an authorized agent.

## Warranty Restriction

If this washer is operated for any purpose other than private family use, all warranty coverage is restricted to 90 days from the date of purchase.

## Warranty Service

Warranty service is available by contacting the nearest Sears Service Center in the United States or Canada. This warranty applies only while the product is in use in the United States or Canada.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state or province to province.

For Sears warranty information or to contact a Sears Service Center, please reference the service numbers located on the back page of this manual.

**Sears, Roebuck and Co.
D/817WA, Hoffman Estates, IL 60179
Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8**

*In Canada a different warranty may apply.

## Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your appliance.

Model number 110 _____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

# PEDESTAL OPTION WARRANTY

## Full One-Year Warranty on Mechanical Parts

For one year from the date of purchase, supplier will repair or replace any of its mechanical parts if defective in material or workmanship. This Pedestal must be installed with this washer according to the instructions provided in the Pedestal Installation Instructions.

## Warranty Restriction

If the pedestal is subject to other than private family use and or if the pedestal is used with any other product than those listed in the installation instructions, the above warranty coverage is null and void.

## Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your pedestal.

Model number 110._____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

# Get it fixed, at your home or ours!

## Your Home

For repair – **in your home** – of **all** major brand appliances,
lawn and garden equipment, or heating and cooling systems,
**no matter who made it, no matter who sold it!**

For the replacement parts, accessories and
owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances
and items like garage door openers and water heaters.

### 1-800-4-MY-HOME®   (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

**www.sears.com    www.sears.ca**

## Our Home

For repair of carry-in items like vacuums, lawn equipment,
and electronics, call or go on-line for the location of your nearest
**Sears Parts & Repair Center.**

### 1-800-488-1222

Call anytime, day or night (U.S.A. only)

**www.sears.com**

To purchase a protection agreement (U.S.A.)
or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación          Au Canada pour service en français:
a domicilio, y para ordenar piezas:          **1-800-LE-FOYER**MC
**1-888-SU-HOGAR**SM          (1-800-533-6937)
(1-888-784-6427)          www.sears.ca

## SEARS

®Registered Trademark/ TM Trademark/ SM Service Mark of Sears, Roebuck and Co., under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears, Roebuck and Co. and Sears Canada.

®Marca registrada/ TM Marca de Fábrica/ SM Marca de Servicio de Sears, Roebuck and Co., bajo licencia de Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A. usada bajo licencia de Sears, Roebuck and Co., y Sears Canada.

® Marque déposée/ TM Marque de commerce/SM Marque de service de Sears, Roebuck and Co.,
en vertu d'un porteur de licence par Sears Canada.
®CATALYST est une marque déposée de Whirlpool, U.S.A., en vertu d'un porteur
de licence par Sears, Roebuck and Co. et Sears Canada.

461970220291
© 2003 Sears,
     Roebuck and Co.

10/03
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne

# EXHIBIT 7





# Front-Loading Automatic Washer
Owner's Manual and Installation Instructions

# Lavadora automática de carga frontal
Manual del propietario e Instrucciones de instalación

# Laveuse automatique à chargement frontal
Manuel de l'utilisateur et Instructions d'installation

Models/Modelos/Modèles **110**.4292✳, 4492✳, 4493✳
✳ = color number, número de color, numéro de couleur





4619 7022 0311

Sears Roebuck and Co., Hoffman Estates, IL 60179, U.S.A.
Sears Canada Inc., Toronto, Ontario, Canada M5B 2B

www.sears.com
www.sears.ca

# TABLE OF CONTENTS

PROTECTION AGREEMENTS...........................................2
   In the U.S.A...........................................................2
   In Canada............................................................3
WARRANTY.................................................................3
PEDESTAL OPTION WARRANTY ................................3
WASHER SAFETY.......................................................4
INSTALLATION REQUIREMENTS .................................5
   Tools and Parts ...................................................5
   Alternate Parts ....................................................5
   Options ................................................................5
   Location Requirements ........................................5
   Drain System .......................................................7
   Electrical Requirements........................................7
INSTALLATION INSTRUCTIONS ..................................8
   Remove Transport System ...................................8
   Connect the Inlet Hoses ......................................9
   Route the Drain Hose ..........................................9
   Secure the Drain Hose ........................................9
   Level the Washer .................................................9
   Complete Installation..........................................10
FEATURES AND BENEFITS .......................................10
WASHER USE ..........................................................11
   Starting Your Washer ........................................11
   Using the Dispenser ..........................................12
   Pausing or Restarting ........................................13
   Changing Cycles, Options and Modifiers .............13
   Status Lights .....................................................13
   Cycles ...............................................................14
   Normal Sounds..................................................15
   Options ..............................................................15
   Modifiers ............................................................16
   Laundry Guide ...................................................17
LAUNDRY TIPS.........................................................17
   Loading .............................................................18
WASHER CARE .......................................................18
   Cleaning Your Washer........................................18
   Water Inlet Hoses ..............................................18
   Vacation, Storage, and Moving Care ...................18
TROUBLESHOOTING..................................................19
SERVICE NUMBERS ..............................BACK COVER

# PROTECTION AGREEMENTS

## Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® appliance is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

*Purchase a Master Protection Agreement now and protect yourself from unexpected hassle and expense.*

The Master Protection Agreement also helps extend the life of your new appliance. Here's what's included in the Agreement:

✔ **Expert service** by our 12,000 professional repair specialists

✔ **Unlimited service and no charge** for parts and labor on all covered repairs

✔ **"No-lemon" guarantee** – replacement of your covered product if four or more product failures occur within twelve months

✔ **Product replacement** if your covered product can't be fixed

✔ **Annual Preventive Maintenance Check** at your request – no extra charge

✔ **Fast help by phone** – phone support from a Sears technician on products requiring in-home repair, plus convenient repair scheduling

✔ **Power surge protection** against electrical damage due to power fluctuations

✔ **Rental reimbursement** if repair of your covered product takes longer than promised

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

Sears has over 12,000 professional repair specialists, who have access to over 4.5 million quality parts and accessories. That's the kind of professionalism you can count on to help prolong the life of your new purchase for years to come. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and information, call 1-800-827-6655.**

## Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. call **1-800-4-MY-HOME®**.

## Maintenance Agreements

Your purchase has added value because you can depend on Sears HomeCentral® for service. With over 2,400 Service Technicians and access to over 900,000 parts and accessories, we have the tools, parts, knowledge and skills to back our pledge: We Service What We Sell.

Your Kenmore® appliance is designed, manufactured and tested to provide years of dependable operation. Yet any major appliance may require service from time to time. The Sears Maintenance Agreement offers you an outstanding service program, affordably priced.

## The Sears Maintenance Agreement

■ Guarantees tomorrow's service at today's price.

■ Eliminates repair bills resulting from normal wear and tear.

■ Covers non-technical and instructional service calls.

■ Provides an annual Preventive Maintenance Check, at your request, to ensure that your appliance is in proper running condition.

**Some limitations apply. For information concerning Sears HomeCentral® Maintenance Agreements, call 1-800-361-6665.**

# KENMORE ELITE®
# WASHER WARRANTY

## Limited Lifetime Warranty on Stainless Steel Drum

For the lifetime of the washer from the date of purchase, Sears will replace the Stainless Steel wash drum due to defective material or workmanship. After the first year, you will be charged for labor.

## Limited 10-Year Warranty on Plastic Tub*

For the second through tenth year from the date of purchase, Sears will replace the plastic tub if it is defective in material or workmanship. After the first year, you will be charged for labor.

## Limited 5-Year Warranty on Gearcase Parts*

For the second through fifth year from the date of purchase, Sears will replace any gearcase parts that are defective in material or workmanship. After the first year, you will be charged for labor.

## Limited 2-Year Warranty on SENSOR SMART™ Control Board

For two years from the date of purchase, Sears will replace the SENSOR SMART™ control board if it is defective in material or workmanship. You will be charged for labor after the first year.

## Full 1-Year Warranty on Mechanical and Electrical Parts

For one year from the date of purchase, when this washer is installed and operated according to the instructions that come with it, Sears will repair or replace any of its mechanical or electrical parts if they are defective in material or workmanship.

Service must be provided by a Sears Service Department in the United States or Canada or an authorized agent.

## Warranty Restriction

If this washer is operated for any purpose other than private family use, all warranty coverage is restricted to 90 days from the date of purchase.

## Warranty Service

Warranty service is available by contacting the nearest Sears Service Center in the United States or Canada. This warranty applies only while the product is in use in the United States or Canada.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state or province to province.

For Sears warranty information or to contact a Sears Service Center, please reference the service numbers located on the back page of this manual.

**Sears, Roebuck and Co.
D/817WA, Hoffman Estates, IL 60179**

**Sears Canada Inc.
Toronto, Ontario, Canada M5B 2B8**

*In Canada a different warranty may apply.

## Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your appliance.

Model number 110 _____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

# PEDESTAL OPTION
# WARRANTY

## Full One-Year Warranty on Mechanical Parts

For one year from the date of purchase, supplier will repair or replace any of its mechanical parts if defective in material or workmanship. This Pedestal must be installed with this washer according to the instructions provided in the Pedestal Installation Instructions.

## Warranty Restriction

If the pedestal is subject to other than private family use and or if the pedestal is used with any other product than those listed in the installation instructions, the above warranty coverage is null and void.

## Product Record

In the space below, record your complete model number, serial number, and purchase date. You can find this information on the model and serial number label.

Have this information available to help you quickly obtain assistance or service when you contact Sears concerning your pedestal.

Model number 110._____

Serial number_____

Purchase date _____

**Save these instructions and your sales receipt for future reference.**

3

# Get it fixed, at your home or ours!

## Your Home

For repair—**in your home**—of **all** major brand appliances,
lawn and garden equipment, or heating and cooling systems,
**no matter who made it, no matter who sold it!**

For the replacement parts, accessories and
owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances
and items like garage door openers and water heaters.

### 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

**www.sears.com    www.sears.ca**

## Our Home

For repair of carry-in items like vacuums, lawn equipment,
and electronics, call or go on-line for the location of your nearest
**Sears Parts & Repair Center.**

### 1-800-488-1222

Call anytime, day or night (U.S.A. only)

**www.sears.com**

To purchase a protection agreement (U.S.A.)
or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación           Au Canada pour service en français:
a domicilio, y para ordenar piezas:
**1-888-SU-HOGAR**<sup>SM</sup>                    **1-800-LE-FOYER**<sup>MC</sup>
(1-888-784-6427)                         (1-800-533-6937)
                                          www.sears.ca



®Registered Trademark/ ™Trademark/ <sup>SM</sup>Service Mark of Sears, Roebuck and Co., under licensee by Sears Canada.
®CATALYST is a registered trademark of Whirlpool U.S.A., used under licensee by Sears, Roebuck and Co. and Sears Canada.

®Marca registrada/ ™ Marca de Fábrica/ <sup>SM</sup>Marca de Servicio de Sears, Roebuck and Co., bajo licencia de Sears Canada.
®CATALYST es una marca registrada de Whirlpool U.S.A. usada bajo licencia de Sears, Roebuck and Co., y Sears Canada.

®Marque de commerce déposée/ <sup>MC</sup>Marque de commerce /<sup>SM</sup>Marque de service de Sears, Roebuck and Co., en vertu
d'un porteur de licence par Sears Canada. ®CATALYST est une marque déposée de Whirlpool, U.S.A.,
en vertu d'un porteur de licence par Sears, Roebuck and Co. et Sears Canada.

461970220311
© 2003 Sears,
Roebuck and Co.

10/03

Printed in Germany
Impreso en Alemania
Imprimé en Allemagne