# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN BETTUA, GIUSEPPINA P. DONIA, DERRAL HOWARD, DENISE MILLER, CHARLES NAPOLI, VIC PFEFER, CHRISTINA RAMER, JEFFREY A. AND SANDRA K. ROBINSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. 08 C 1832 |

## NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Please take notice that on Tuesday, August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Sears, Roebuck and Co. will appear before The Honorable Judge Joan Humphrey Lefkow, presiding in Courtroom 1932, of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Dismiss the Consolidated Class Action Complaint, or, in the Alternative, for a More Definite Statement of Plaintiffs' Claims, which has been served upon you. **Sears requests a hearing on the motion to dismiss.**

Dated: August 11, 2008                             Respectfully submitted,

                                                   s/ Michael T. Williams
                                                   Michael T. Williams
                                                   Galen D. Bellamy
                                                   Kara J. Rosenthal
                                                   Evan B. Stephenson
                                                   Wheeler Trigg Kennedy LLP
                                                   1801 California Street, Suite 3600
                                                   Denver, CO  80202-2617
                                                   Telephone: (303) 244-1800
                                                   Facsimile:  (303) 244-1879

and

Bradley B. Falkof
Brad E. Rago
Barnes & Thornburg LLP
1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-8304
Facsimile:  (312) 759-5646

Attorneys for Sears, Roebuck and Co.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT was served on the following via the Court's CM/ECF system on this 11th day of August 2008:

Joseph Patrick Shea
Law Offices of Joseph Patrick Shea
2400 N. Western Avenue, Suite 205
Chicago, Illinois 60647
Telephone: 773-365-0040
Facsimile: 773-772-2421

James E. Miller
Patrick A. Klingman
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 860-526-1120
jmiller@sfmslaw.com
pklingman@sfmslaw.com

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
Shepherd Finkelman Miller & Shah, LLP
35 East State Street
Media, PA 19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshaf@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Karen M. Leser-Grenon
Shepherd Finkelman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 619-234-7334
kleser@sfmslaw.com

2

Ronald S. Kravitz
Matthew Borden
Liner Yankelvitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415-489-7700
Facsimile: 415-489-7701
rkravitz@linerlaw.com
mborden@linerlaw.com


                                                                                                          _____s/ Michael T. Williams_____