## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1832 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Bettua, et al. vs. Sears, Roebuck | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Responses to defendant's motion to strike class allegations [31] and defendant's motion to dismiss or for a more definite statement [34] due by 9/12/2008; replies due by 9/30/2008; ruling will issue by mail.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|